Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Boulevard
Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700

*Attorneys for Plaintiff*
*Reckitt Benckiser LLC*

*Of Counsel*:
Dominick A. Conde
John D. Carlin
Tara A. Byrne
Jason M. Dorsky
Scott A. McMurry
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
(212) 218-2100

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RECKITT BENCKISER LLC,<br><br>               Plaintiff,<br><br>v.<br><br>AMNEAL PHARMACEUTICALS LLC,<br><br>               Defendant. | Civil Action No. _____<br><br><br>(Filed Electronically) |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Reckitt Benckiser LLC ("Reckitt Benckiser" or "Plaintiff") brings this

Complaint against Defendant Amneal Pharmaceuticals LLC ("Amneal" or "Defendant"), and

hereby alleges as follows:

## THE PARTIES

1.     Plaintiff Reckitt Benckiser LLC is a limited liability company organized and existing under the laws of the state of Delaware, having its principal place of business at 399 Interpace Parkway, Parsippany, New Jersey 07054.

2.     Upon information and belief, Defendant Amneal Pharmaceuticals LLC is a limited liability company organized under the laws of the state of New Jersey, having its principal place of business at 400 Crossing Boulevard, 3rd Floor, Bridgewater, New Jersey 08807.

3.     Upon information and belief, the acts complained of herein were done by, at the direction of, with the authorization, cooperation, participation or assistance of, or at least in part, for the benefit of Amneal.

## JURISDICTION AND VENUE

4.     This is an action for patent infringement arising under the patent laws of the United States, Title 35, United States Code §§ 100 et seq.  Jurisdiction is based on 28 U.S.C. §§ 1331, 1338(a), 2201, and 2202.

5.     This Court has personal jurisdiction over Amneal, *inter alia*, because Amneal's principal place of business and headquarters are in the state of New Jersey.

6.     This Court has personal jurisdiction over Amneal, *inter alia*, because it conducts business in the state of New Jersey, has availed itself of the rights and benefits of New Jersey law, and has engaged in substantial and continuing contacts with the state of New Jersey.

7.     Upon information and belief, Amneal, directly or through its subsidiaries, affiliates and agents develops, formulates, manufactures, distributes, markets, imports and sells pharmaceutical products, including generic drug products, which are copies of products invented

2

and developed by innovator pharmaceutical companies, throughout the United States, including within this Judicial District.  Upon information and belief, Amneal purposefully has conducted and continues to conduct business in this Judicial District.  Upon information and belief, Amneal and its affiliates hold an active drug wholesaler and manufacturer license for the state of New Jersey.

8.      Upon information and belief, Amneal has affiliations with the state of New Jersey that are pervasive, continuous, and systematic.  Upon information and belief, Amneal engages in direct marketing, distribution, and/or sale of generic pharmaceutical drugs within the state of New Jersey and to the residents of the state of New Jersey.  Upon information and belief, Amneal regularly conducts and/or solicits business in the state of New Jersey, engages in other persistent courses of conduct in the state of New Jersey, and/or derives substantial revenue from services or things used or consumed in the state of New Jersey.

9.      Amneal is also subject to personal jurisdiction in the state of New Jersey because, *inter alia*, Amneal has committed, aided, abetted, contributed to, and/or participated in the commission of a tortious act of patent infringement under 35 U.S.C. § 271(e)(2) that has led and/or will lead to foreseeable harm and injury to Plaintiff Reckitt Benckiser's U.S. commercial headquarters at 399 Interpace Parkway, Parsippany, New Jersey 07054-0225.  Amneal sent its February 10, 2015 Notice Letter to Reckitt Benckiser U.S.'s commercial headquarters at 399 Interpace Parkway, Parsippany, New Jersey 07054-0225.  Plaintiff's cause of action arose from Amneal's contact with Reckitt Benckiser in Parsippany, New Jersey.  Amneal states that it intends to engage in the commercial manufacture, use, and/or sale of Amneal's ANDA Products throughout the United States, including in this Judicial District and before the expiration of the U.S. patents listed in the Orange Book which are owned by Plaintiff Reckitt Benckiser.

10.     Upon information and belief, upon approval of the Amneal ANDA, Amneal and/or its subsidiaries, affiliates or agents will market, sell and/or distribute Amneal's ANDA Products throughout the United States, including in this Judicial District, and will derive substantial revenue therefrom.

11.     Upon information and belief, upon approval of the Amneal ANDA, Amneal and/or its subsidiaries, affiliates or agents will place Amneal's ANDA Products into the stream of commerce with the reasonable expectation or knowledge and the intent that such product will ultimately be purchased and used by consumers in this Judicial District.

12.     Venue is proper in this Court under 28 U.S.C. §§ 1391(b), (c), and/or (d), and 1400(b).

## MUCINEX®

13.     Reckitt Benckiser holds approved New Drug Application ("NDA") No. 21-282 for guaifenesin extended-release tablets, 1200 mg and 600 mg, which are sold in the United States under the trademark Mucinex®.  The FDA approved NDA No. 21-282 for Mucinex® 1200mg on July 12, 2002, and for Mucinex® 600 mg on December 18, 2002. Mucinex® is approved for use as an expectorant.

14.     Upon information and belief, Amneal's ANDA Products are copies of Plaintiff's Mucinex® products, which are protected by Plaintiff's U.S Patent Nos. 6,372,252, 6,955,821, and 7,838,032.

## THE PATENTS-IN-SUIT

15.     United States Patent No. 6,372,252 (the "'252 patent," copy attached as Exhibit A) is entitled "Guaifenesin Sustained Release Formulation and Tablets" and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on April 16,

4

2002.  The '252 patent, *inter alia*, is directed to modified release guaifenesin tablets, covers Mucinex,® and is listed in the FDA's Orange Book for Mucinex® (NDA No. 21-282).

16.     The '252 patent is owned by Reckitt Benckiser LLC.

17.     United States Patent No. 6,955,821 (the "'821 patent," copy attached as Exhibit B) is entitled "Sustained release formulations of guaifenesin and additional drug ingredients" and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on October 18, 2005.  The '821 patent, *inter alia*, is directed to modified release guaifenesin tablets and methods of treating coughs, covers Mucinex® and methods of using Mucinex® pursuant to its FDA approved label, and is listed in the FDA's Orange Book for Mucinex® (NDA No. 21-282).

18.     The '821 patent is owned by Reckitt Benckiser LLC.

19.     United States Patent No. 7,838,032 (the "'032 patent," copy attached as Exhibit C) is entitled "Sustained Release of Guaifenesin" and was duly and legally issued by the United States Patent and Trademark Office ("USPTO") on November 23, 2010.  The '032 patent, *inter alia*, is directed to guaifenesin drug products having immediate release and sustained release properties, covers Mucinex,® and is listed in the FDA's Orange Book for Mucinex® (NDA No. 21-282).

20.     The '032 patent is owned by Reckitt Benckiser LLC.

## ACTS GIVING RISE TO THIS SUIT

21.     Upon information and belief, Amneal submitted to the United States Food and Drug Administration ("FDA"), an Abbreviated New Drug Application ("ANDA") filed under 21 U.S.C. § 355(j) to obtain approval to engage in the commercial manufacture, use, offer for sale, sale, and/or importation of Guaifenesein Extended-Release Tablets 1200 mg and 600

mg ("Amneal's ANDA Products"), which are generic versions of Plaintiff's Mucinex® products. Amneal's ANDA has been assigned ANDA No. 207342.

22.     Upon information and belief, Amneal's ANDA No. 207342 includes a certification with respect to the patents listed in the FDA's *Approved Drug Products with Therapeutic Equivalence Evaluations* ("the Orange Book") for that product, under 21 U.S.C. § 355(j)(2)(A)(vii)(IV) of the Federal Food, Drug and Cosmetic Act, that the listed patents are invalid, unenforceable, and/or are not infringed by the commercial manufacture, sale, or importation of Amneal's ANDA products.

23.     Upon information and belief, Amneal sent a letter, dated February 10, 2015 to Plaintiff at its principal place of business in Parsippany, New Jersey, purporting to be a Notice of Certification for ANDA No. 207342 under 21 U.S.C. § 355(j)(2)(B) ("Notice Letter").

24.     Upon information and belief, the Amneal ANDA seeks FDA approval of Amneal's ANDA Products for use in patients as an expectorant.

25.     In its Notice Letter, and pursuant to 21 U.S.C. § 355(j)(2)(B)(ii) and 21 C.F.R. §314.95, Amneal notified Plaintiffs that it had submitted the Amneal ANDA to the FDA, seeking approval to engage in the commercial manufacture, use, or sale of Amneal's ANDA Products before the expiration of Reckitt Benckiser's '252, '821, and '032 patents.

26.     In its Notice Letter, Amneal notified Plaintiff that, as part of the Amneal ANDA, it had filed a certification of the type described in 21 U.S.C. § 355(j)(2)(A)(vii)(IV) (a "Paragraph IV Certification") with respect to the '252, '821, and '032 patents.  Upon information and belief, Amneal certified that the '252, '821, and '032 patents are invalid, unenforceable and/or will not be infringed by the manufacture, use or sale of Amneal's ANDA Products.

27.     Upon information and belief, the Amneal ANDA refers to and relies upon Reckitt Benckiser's NDA No. 21-282 for Mucinex®.

## COUNT I

### INFRINGEMENT OF U.S. PATENT NO. 6,372,252

28.     Plaintiff repeats and realleges paragraphs 1 through 27 above as if fully set forth herein.

29.     By submitting the Amneal ANDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to engage in the commercial manufacture, use or sale of Amneal's ANDA Products throughout the United States prior to the expiration of the '252 patent, Defendants committed an act of infringement of the '252 patent under 35 U.S.C. § 271(e)(2).

30.     There is a justiciable controversy between the parties hereto as to the infringement of the '252 patent.

31.     If Defendant commercially makes, uses, offers to sell, or sells Amneal's ANDA Products within the United States, or imports Amneal's ANDA Products into the United States, or induces or contributes to any such conduct during the term of the '252 patent, it would further infringe the '252 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

32.     Plaintiff will be irreparably harmed if Defendant is not enjoined from infringing the '252 patent.  Plaintiff does not have an adequate remedy at law.

## COUNT II

### INFRINGEMENT OF U.S. PATENT NO. 6,955,821

33.     Plaintiff repeats and realleges paragraphs 1 through 27 above as if fully set forth herein.

34.      By submitting the Amneal ANDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to engage in the commercial manufacture, use or sale of Amneal's ANDA Products throughout the United States prior to the expiration of the '821 patent, Defendant committed an act of infringement of the '821 patent under 35 U.S.C. § 271(e)(2).

35.      There is a justiciable controversy between the parties hereto as to the infringement of the '821 patent.

36.      If Defendant commercially makes, uses, offers to sell, or sells Amneal's ANDA Products within the United States, or imports Amneal's ANDA Products into the United States, or induces or contributes to any such conduct during the term of the '821 patent, it would further infringe the '821 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

37.      Plaintiff will be irreparably harmed if Defendant is not enjoined from infringing the '821 patent.  Plaintiff does not have an adequate remedy at law.

## COUNT III

## INFRINGEMENT OF U.S. PATENT NO. 7,838,032

38.      Plaintiff repeats and realleges paragraphs 1 through 27 above as if fully set forth herein.

39.      By submitting the Amneal ANDA under 21 U.S.C. § 355(j) for the purpose of obtaining approval to engage in the commercial manufacture, use or sale of Amneal's ANDA Products throughout the United States prior to the expiration of the '032 patent, Defendant committed an act of infringement of the '032 patent under 35 U.S.C. § 271(e)(2).

40.      There is a justiciable controversy between the parties hereto as to the infringement of the '032 patent.

41.     If Defendant commercially makes, uses, offers to sell, or sells Amneal's ANDA Products within the United States, or imports Amneal's ANDA Products into the United States, or induces or contributes to any such conduct during the term of the '032 patent, it would further infringe the '032 patent under 35 U.S.C. §§ 271(a), (b), and/or (c).

42.     Plaintiff will be irreparably harmed if Defendant is not enjoined from infringing the '032 patent.  Plaintiff does not have an adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests the following relief:

A.     A Judgment that Defendant has infringed one or more claims of the '252 patent by filing ANDA No. 207342 relating to Amneal's ANDA Products before the expiration of the '252 patent;

B.     A Judgment that the manufacture, use, offer for sale, sale and/or importation of Amneal's ANDA Products will infringe the '252 patent;

C.     A permanent injunction restraining and enjoining Defendant, and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of Amneal's ANDA Products until the expiration of the '252 patent or any later date of exclusivity to which Plaintiff and/or the '252 patent are or become entitled;

D.     An Order that the effective date of any approval of Amneal's ANDA No. 207342 relating to Amneal's ANDA Products under Section 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)) shall be a date that is not earlier than the expiration date

of the '252 patent or any later date of exclusivity to which Plaintiff and/or the '252 patent are or become entitled;

E.       A Judgment that Defendant has infringed one or more claims of the '821 patent by filing ANDA No. 207342 relating to Amneal's ANDA Products before the expiration of the '821 patent;

F.       A Judgment that the manufacture, use, offer for sale, sale and/or importation of Amneal's ANDA Products will infringe the '821 patent;

G.       A permanent injunction restraining and enjoining Defendant, and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of Amneal's ANDA Products until the expiration of the '821 patent or any later date of exclusivity to which Plaintiff and/or the '821 patent are or become entitled;

H.       An Order that the effective date of any approval of Amneal's ANDA No. 207342 relating to Amneal's ANDA Products under Section 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)) shall be a date that is not earlier than the expiration date of the '821 patent or any later date of exclusivity to which Plaintiff and/or the '821 patent are or become entitled;

I.       A Judgment that Defendant has infringed one or more claims of the '032 patent by filing ANDA No. 207342 relating to Amneal's ANDA Products before the expiration of the '032 patent;

J.       A Judgment that the manufacture, use, offer for sale, sale and/or importation of Amneal's ANDA Products will infringe the '032 patent;

K.       A permanent injunction restraining and enjoining Defendant, and its officers, agents, attorneys and employees, and those acting in privity or concert with them, from engaging in the commercial manufacture, use, offer for sale, or sale within the United States, or importation into the United States, of Amneal's ANDA Products until the expiration of the '032 patent or any later date of exclusivity to which Plaintiff and/or the '032 patent are or become entitled;

L.       An Order that the effective date of any approval of Amneal's ANDA No. 207342 relating to Amneal's ANDA Products under Section 505(j) of the Federal Food, Drug and Cosmetic Act (21 U.S.C. § 355(j)) shall be a date that is not earlier than the expiration date of the '032 patent or any later date of exclusivity to which Plaintiff and/or the '032 patent are or become entitled; and

M.       Such other and further relief as the Court may deem just and proper.

March 26, 2015

By:  s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING LLP
One Riverfront Plaza
1037 Raymond Boulevard
Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700

*Attorneys for Plaintiff*
*Reckitt Benckiser LLC*

*Of Counsel*:
Dominick A. Conde
John D. Carlin
Tara A. Byrne
Jason M. Dorsky
Scott A. McMurry
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY  10104-3800
(212) 218-2100

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULES 11.2 & 40.1

I hereby certify pursuant to Local Civil Rules 11.2 and 40.1 that the matter in controversy is related to *Reckitt Benckiser LLC v. Perrigo Company et al.*, filed this same day, because the matter in controversy involves the same Plaintiff and the same patents.  I further certify that the matter in controversy is also related to *Reckitt Benckiser LLC v. Aurobindo Pharma Ltd. et al.*, Civil Action No. 14-1203 (LPS) (D.Del).  I further certify that, to the best of my knowledge, the matter in controversy is not the subject of any other action pending in any court or of any pending arbitration or administrative proceeding.


March 26, 2015

By:  s/ Charles M. Lizza
     Charles M. Lizza
     William C. Baton
     Sarah A. Sullivan
     SAUL EWING LLP
     One Riverfront Plaza
     1037 Raymond Boulevard
     Suite 1520
     Newark, New Jersey 07102-5426
     (973) 286-6700

     *Attorneys for Plaintiff*
     *Reckitt Benckiser LLC*

     *Of Counsel*:
     Dominick A. Conde
     John D. Carlin
     Tara A. Byrne
     Jason M. Dorsky
     Scott A. McMurry
     FITZPATRICK, CELLA, HARPER & SCINTO
     1290 Avenue of the Americas
     New York, NY  10104-3800
     (212) 218-2100

# EXHIBIT A

US006372252B1

(12) **United States Patent**
Blume et al.

(10) **Patent No.:** **US 6,372,252 B1**
(45) **Date of Patent:** **Apr. 16, 2002**

(54) **GUAIFENESIN SUSTAINED RELEASE FORMULATION AND TABLETS**

(75) Inventors: **Ralph W. Blume**, Fort Worth; **Robert D. Davis**, Arlington; **Donald Jeffrey Keyser**, Southlake, all of TX (US)

(73) Assignee: **Adams Laboratories, Inc.**, Ft. Worth, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/559,542**

(22) Filed: **Apr. 28, 2000**

(51) Int. Cl.$^7$ ............................ **A61K 9/20**; A61K 9/00; A61K 9/22; A61K 9/24; A61K 9/28

(52) **U.S. Cl.** ...................... **424/464**; 424/400; 424/468; 424/472; 424/474; 424/475

(58) **Field of Search** ................................. 424/400, 464, 424/468, 472, 474, 489, 490, 497, 501

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,065,143 A | 11/1962 | Christenson et al. | |
| 3,362,880 A | 1/1968 | Jeffries | |
| 3,362,881 A | 1/1968 | Eberhardt et al. | |
| 3,555,151 A | 1/1971 | Kaplan et al. | |
| 3,870,790 A | 3/1975 | Lowey et al. | |
| 3,981,984 A | 9/1976 | Signorino | |
| 4,122,157 A | 10/1978 | Huber | |
| 4,140,755 A | 2/1979 | Sheth et al. | |
| 4,167,558 A | 9/1979 | Sheth et al. | |
| 4,226,849 A | 10/1980 | Schor | |
| 4,259,314 A | 3/1981 | Lowey | |
| 4,357,469 A | 11/1982 | Schor | |
| 4,369,172 A | 1/1983 | Schor et al. | |
| 4,389,393 A | 6/1983 | Schor et al. | |
| 4,424,235 A | 1/1984 | Sheth et al. | |
| 4,540,566 A | 9/1985 | Davis et al. | |
| 4,543,370 A | 9/1985 | Porter et al. | |
| 4,680,323 A | 7/1987 | Lowey | |

| | | | |
|---|---|---|---|
| 4,695,464 A | 9/1987 | Alderman | |
| 4,699,779 A | 10/1987 | Palinczar | |
| 4,704,285 A | 11/1987 | Alderman | |
| 4,756,911 A | * 7/1988 | Drost et al. | .................. 424/468 |
| 4,795,643 A | 1/1989 | Seth | |
| 4,798,725 A | 1/1989 | Patel | |
| 4,851,392 A | 7/1989 | Shaw et al. | |
| 4,871,548 A | 10/1989 | Edgren et al. | |
| 4,968,508 A | 11/1990 | Oren et al. | |

(List continued on next page.)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0409781 | 6/1994 |
| GB | 2255344 | 11/1992 |
| WO | WO87/00044 | 1/1987 |

*Primary Examiner*—Thurman K. Page
*Assistant Examiner*—Chareese L. Evans
(74) *Attorney, Agent, or Firm*—Brobeck, Phleger & Harrison, LLP

(57) **ABSTRACT**

The invention relates to a novel pharmaceutical sustained release formulation of guaifenesin. The formulation may comprise a hydrophilic polymer, preferably a hydroxypropyl methylcellulose, and a water-insoluble polymer, preferably an acrylic resin, in a ratio range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1), by weight. This formulation capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject. The invention also relates to a modified release guaifenesin tablet which has two portion: the first portion comprises an immediate release formulation of guaifenesin and the second portion comprises a sustained release formulation of guaifenesin as described above. This two portion, or bi-layer, tablet has a maximum serum concentration equivalent to that of an immediate release guaifenesin tablet, and is capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject.

**56 Claims, 11 Drawing Sheets**



## US 6,372,252 B1
### Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,983,398 | A | 1/1991 | Gaylord et al. |
| 4,994,276 | A | 2/1991 | Baichwal et al. |
| 5,032,406 | A | 7/1991 | Dansereau et al. |
| 5,047,248 | A | 9/1991 | Calanchi et al. |
| 5,098,715 | A | 3/1992 | McCabe et al. |
| 5,133,974 | A | 7/1992 | Paradissis et al. |
| 5,164,398 | A | 11/1992 | Sims et al. |
| 5,200,193 | A | 4/1993 | Radebaugh et al. |
| 5,292,534 | A | 3/1994 | Valentine et al. |
| 5,326,571 | A | 7/1994 | Wright et al. |
| 5,395,626 | A | 3/1995 | Kotwal et al. |
| 5,403,593 | A | 4/1995 | Royce |
| 5,427,799 | A | 6/1995 | Valentine et al. |
| 5,445,829 | A | 8/1995 | Paradissis et al. |
| 5,451,409 | A | 9/1995 | Rencher et al. |
| 5,472,704 | A | 12/1995 | Santus et al. |
| 5,494,681 | A | * 2/1996 | Cuca et al. .................. 424/484 |
| 5,650,169 | A | 7/1997 | Conte et al. |
| 5,656,296 | A | * 8/1997 | Khan et al. .................. 424/473 |
| 5,662,933 | A | 9/1997 | Baichwal et al. |
| 5,780,057 | A | 7/1998 | Conte et al. |
| 5,807,580 | A | 9/1998 | Luber |
| 5,840,329 | A | 11/1998 | Bai |
| 5,968,554 | A | 10/1999 | Beiman et al. |
| 6,210,710 | B1 | 4/2001 | Skinner |
| 6,217,903 | B1 | 4/2001 | Skinner |

* cited by examiner



FIG. 1

COATING

FILM COAT THE TABLETS WITH A RAPIDLY DISSOLVING COATING.

TABLETTING

COMPRESS THE RESULTING GRANULATION INTO TABLETS.

GRANULATING/BLENDING

BLEND TOGETHER GUAIFENESIN DC, METHOCEL E10M, CARBOPOL 974P, MAGNESIUM STEARATE, AND A COLORANT.

# FIG. 2

TABLETTING

COMPRESS A PORTION OF THE
IMMEDIATE RELEASE BLEND AND A
SUSTAINED RELEASE BLEND IN
A TABLET PRESS.

IMMEDIATE RELEASE PREPARATION

BLEND TOGETHER GUAIFENESIN DC,
SODIUM STARCH GLYCOLATE,
MICROCRYSTALLINE CELLULOSE
AND MAGNESIUM STEARATE.

SUSTAINED RELEASE PREPARATION

PREPARE A SUSTAINED RELEASE
FORMULATION USING EITHER STEPS 1
THROUGH 4 OF FIGURE 1 OR STEP 1
OF FIGURE 2.

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8



FIG. 9



FIG. 10



FIG. 11

US 6,372,252 B1

1

# GUAIFENESIN SUSTAINED RELEASE FORMULATION AND TABLETS

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention relates to a sustained release guaifenesin formulation for oral administration and methods of its manufacture. In particular, it relates to a sustained release guaifenesin formulation which maintains a therapeutically effective blood concentration of guaifenesin for a duration of at least twelve hours without an increase in dosage strength. The present invention further relates to a modified release bi-layer guaifenesin tablet which demonstrates a maximum serum concentration equivalent to an immediate release tablet yet maintains a therapeutically effective blood concentration of guaifenesin for a duration of at least twelve hours.

### 2. Description of Related Art

Sustained release pharmaceutical formulations provide a significant advantage over immediate release formulations to both clinicians and their patients. Sustained release dosage forms are administered to patients in much fewer daily doses than their immediate release counterparts and generally achieve improved therapeutic effect and efficiency in the fewer daily doses.

For example, a 400 mg immediate release dosage form of an active ingredient (hereinafter "drug" or "medicament") with a short half-life, such as guaifenesin, may have to be administered to a patient three times within 12 hours to maintain adequate bioavailability of the drug to achieve therapeutic effect. This results in a series of three serum concentration profiles in the patient in which there is a rapid increase of drug followed by a similar rapid decrease. Such rapid increases and decreases provide a patient with a short window of appropriate blood concentration of the medicament for optimum therapy. A 1200 mg sustained release dosage form, on the other hand, may only have to be administered to a patient once every 12 hours to achieve therapeutic effect. Sustained release dosage forms generally control the rate of active drug absorption, so as to avoid excessive drug absorption while maintaining effective blood concentration of the drug to provide a patient with a consistent therapeutic effect over an extended duration of time.

Besides reducing the frequency of dosing and providing a more consistent therapeutic effect, sustained release dosage forms generally help reduce side effects caused by a drug. Because sustained release dosage forms deliver the drug in slow, incremental amounts versus the cyclic high and low concentrations of immediate release formulations, it is easier for a patient's body to digest the drug, thereby avoiding undesirable side-effects. For patients who self-administer therapies, sustained release dosage forms generally result in greater compliance due to the lower frequency of dosing, lower quantity of dosage units to be consumed, and reduced undesired side-effects.

Sustained release formulations for the sequential or timed release of medicaments are well known in the art. Generally, such formulations contain drug particles mixed with or covered by a polymer material, or blend of materials, which is resistant to degradation or disintegration in the stomach and/or in the intestine for a selected period of time. Release of the drug may occur by leeching, erosion, rupture, diffusion or similar actions depending upon the nature of the polymer material or polymer blend used.

Conventionally, pharmaceutical manufacturers have used hydrophilic hydrocolloid gelling polymers such as hydrox-

2

ypropyl methylcellulose, hydroxypropyl cellulose, or Pullulan to formulate sustained release tablets or capsules. These polymers first form a gel when exposed to an aqueous environment of low pH thereby slowly diffusing the active medicament which is contained within the polymer matrix. When the gel enters a higher pH environment such as that found in the intestines, however, it dissolves resulting in a less controlled drug release. To provide better sustained release properties in higher pH environments, some pharmaceutical manufacturers use polymers which dissolve only at higher pHs, such as acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, and hydroxypropyl methylcellulose phthalate, either alone or in combination with hydrophilic polymers.

Generally, these formulations are prepared by combining the medicament with a finely divided powder of the hydrophilic polymer, or the hydrophilic and water-insoluble polymers. These ingredients are mixed and granulated with water or an organic solvent and the granulation is dried. The dry granulation is then usually further blended with various pharmaceutical additives and compressed into tablets.

Although these types of formulations have been successfully used to manufacture dosage forms which demonstrate sustained release properties, these formulations generally do not have the desired release profile or serum concentration of medicament over an extended period of time. These sustained release formulations generally result in a delay in the appearance of drug in the blood stream, thereby delaying therapeutic effect. Additionally, when the drug does appear, its maximum serum concentration (Cmax) is lower than the maximum concentration required for the most effective therapeutic result. Furthermore, most formulations which claim twelve hour potency release almost all of their drug within six to eight hours, making the formulation less therapeutically effective towards the end of the twelve hour period. To prevent blood serum concentrations of active drug from falling below a therapeutically effective level at extended time periods, many manufacturers increase the drug strength of the dosage form. The increase in drug strength, however, results in a concomitant increase in side-effects.

To improve the release profile of certain sustained release dosage forms, some pharmaceutical manufacturers have made tablets and capsules which comprise a combination of an immediate release formulation and a sustained release formulation. Although this solution improves the Cmax and length of time before the drug appears in the blood stream in some formulations, the extended therapeutic effect is not improved.

Furthermore, every medicament has different solubility properties and pH dependencies which affect its dissolution rate, and hence its bioavailability. Bioavailability can also be affected by a number of factors such as the amounts and types of adjuvants used, the granulation process, compression forces (in tablet manufacturing), surface area available for dissolution and environmental factors such as agitation in the stomach and the presence of food. Due to these numerous factors, specific formulations play an important role in the preparation of prolonged action solid dosage forms, particularly in the preparation of solid dosage forms which achieve appropriate bioavailability for optimum therapeutic effect.

Guaifenesin is known chemically as 3-(2-methoxyphenoxy)-1,2-propanediol. It is an expectorant, a drug which increases respiratory tract fluid secretions and helps to loosen phlegm and bronchial secretions. By reduc-

US 6,372,252 B1

3

ing the viscosity of secretions, guaifenesin increases the efficiency of a cough reflex and of ciliary action in removing accumulated secretions from trachea and bronchi. Guaifenesin is readily absorbed from the intestinal tract and is rapidly metabolized and excreted in urine. Guaifenesin has a typical plasma half-life of approximately one hour. Because of the rapid metabolization and excretion of guaifenesin, typical immediate release dosage tablets of guaifenesin provide only a short window of therapeutic effectiveness for patients resulting in the various recognized problems described above.

None of the prior art has described a sustained release dosage form of guaifenesin which is capable of sustaining therapeutic effective for at least twelve hours. Likewise, none of the prior art has described a sustained release dosage form of guaifenesin which has a Cmax equivalent to that of an immediate release formulation, appears in the blood stream as quickly as an immediate release formulation, yet sustains therapeutic effect for at least twelve hours.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems and disadvantage associated with current strategies and designs in formulation of modified release guaifenesin dosage forms.

This invention relates to a novel sustained release pharmaceutical formulation comprising guaifenesin. The sustained release formulation may comprise a combination of at least one hydrophilic polymer and at least one water-insoluble polymer. The total weight ratio of hydrophilic polymer to water-insoluble polymer may be in a range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1). When a tablet comprising the sustained release formulation is exposed to an aqueous medium of low pH, such as that found in the stomach, the polymer combination gels causing guaifenesin to diffuse from the gel. When the tablet passes to the intestines where an aqueous medium of higher pH is present, the gel begins to dissolve, thereby releasing guaifenesin in controlled amounts. The tablet is capable of releasing therapeutically effective amounts of guaifenesin over an extended period, i.e. twelve or more hours.

This invention also relates to a modified release guaifenesin tablet which comprises two discrete portions (a bi-layer tablet), a rapid release portion and a sustained release portion, each portion comprising a specific quantity of guaifenesin. The rapid release portion is formulated to dissolve in aqueous acidic medium, such as that found in the stomach, to quickly release guaifenesin contained within the portion. The sustained release portion may comprise a combination of hydrophilic polymer in a ratio range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1, with a water-insoluble polymers as described above.

The present invention also relates to modified release guaifenesin preparations of the type described above in the form of capsules having beads of both rapid release formulation and beads of sustained release formulation.

The bi-layer tablet of the present invention demonstrates a maximum serum concentration (Cmax) and time of availability in the blood stream that arc equivalent to an immediate release tablet. The bi-layer tablet also provides sustained release of guaifenesin over at least a twelve hour period from one dose. The bi-layer tablet of the present invention further maintains serum concentration levels of

4

guaifenesin at a therapeutically effective level for at least a twelve hour period without an increase in the drug strength of the dosage form.

The present invention also relates to methods of manufacturing sustained release formulations and bi-layer guaifenesin tablets of the present invention. An example of a manufacturing method for a sustained release formulation comprises mixing a hydrophilic polymer and active ingredients in a mixer, adding water to the mixture and continuing to mix and chop, drying the mixture to obtain hydrophilic polymer encapsulated granules, milling and screening the resulting granulation, and blending it with various pharmaceutical additives, additional hydrophilic polymer, and water insoluble polymer. The formulation may then be tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

An example of a bi-layer tablet manufacturing method comprises blending a quantity of guaifenesin with various excipients, colorants, and/or other pharmaceutical additives to form a rapid release formulation, blending another quantity of guaifenesin with a hydrophilic polymer, a water-insoluble polymer, and various excipients, colorants, and/or other pharmaceutical additives to form a sustained release formulation, and compressing a quantity of the rapid release formulation with a quantity of the sustained release formulation to form a bi-layer tablet. The tablet may then be optionally coated with a protective coating which rapidly dissolves or disperses in gastric juices.

Other objects, advantages and embodiments of the invention are set forth in part in the description which follows, and in part, will be obvious from this description, or may be learned from the practice of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow diagram depicting steps in a wet granulation method for manufacturing the sustained release formulation of the present invention.

FIG. 2 is a flow diagram depicting steps in a dry granulation method for manufacturing the sustained release formulation of the present invention.

FIG. 3 is a flow diagram depicting steps in a method for manufacturing the bi-layer tablet of the present invention.

FIG. 4 is a graph demonstrating the dissolution profiles of tablets comprising two different sustained release formulations of the present invention.

FIG. 5 is a graph demonstrating the dissolution profiles of an immediate release dosage form and two sustained release dosage forms of guaifenesin, all of which are known in the art.

FIG. 6 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers who were dosed three different guaifenesin formulations; an immediate release formulation known in the art, and two different sustained release formulations of the present invention.

FIG. 7 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers from an immediate release tablet lot which is known in the art, a non-layered modified release tablet lot of the present invention, and two bi-layered modified release tablet lots of the present invention (one comprising 600 mg of immediate release formulation and 600 mg of sustained release formulation and the other one comprising 400 mg of immediate release formulation and 800 mg of sustained release formulation).

US 6,372,252 B1

5

FIG. 8 is a graph demonstrating the dissolution profiles of four sustained release tablets of the present invention: one tablet is non-layered, comprising 1200 mg of sustained release formulation; another tablet is bi-layered, comprising 600 mg of sustained release formulation and 600 mg of immediate release formulation; another tablet is bi-layered, comprising 800 mg of sustained release formulation and 400 mg of immediate release formulation; and yet another tablet is bi-layered comprising 1000 mg of sustained release formulation and 200 mg of immediate release formulation.

FIG. 9 is a graph demonstrating the plasma concentration of guaifenesin over an averaged 12 hour interval (taken from 11 twelve hour intervals over 5.5 days) in healthy human volunteers from an immediate release tablet lot known in the art and a bi-layered modified release tablet lot of the present invention.

FIG. 10 is a graph demonstrating the plasma concentration of guaifenesin over time (the last twelve hour interval of the 11 twelve hour intervals described above) in healthy human volunteers from an immediate release tablet lot known in the art and a bi-layered modified release tablet lot of the present invention.

FIG. 11 is a graph demonstrating the averaged plasma concentration of guaifenesin over a 16 hour period in 27 healthy human volunteers from 600 mg bi-layered modified release tablets of the present invention administered to fasting volunteers, 1200 mg bi-layered modified release tablets of the present invention administered to fasting volunteers, and 1200 mg bi-layered modified release tablets of the present invention administered to volunteers who had been fed a high fat meal.

DETAILED DESCRIPTION OF THE INVENTION

The present invention relates to a novel modified release formulation comprising guaifenesin. In a preferred embodiment, a modified release formulation comprises a combination of a hydrophilic polymer in a ratio range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1), with a water-insoluble polymer. The sustained release formulation may be compressed into a tablet. The present invention also relates to a novel compressed tablet which is made of two portions (a bi-layer tablet): a portion which comprises a modified release formulation of the present invention and a portion which is an immediate release formulation.

a) Sustained Release Formulation

In one embodiment of the present invention, a sustained release formulation comprises guaifenesin mixed with a polymer blend which consists of at least one hydrophilic polymer and at least one water-insoluble polymer. In a further embodiment, the sustained release formulation may comprise a combination of guaifenesin and at least one other drug including, but not limited to, an antitussive such as dextromethorphan hydrobromide, a decongestant such as phenylephirinc hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride or ephedrine, an antihistamine such as chlorpheniramine maleate, brompheniramine maleatc, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, and clemastine fumerate, or a combination thereof.

Hydrophilic polymers suitable for use in the sustained release formulation include: one or more natural or partially or totally synthetic hydrophilic gums such as acacia, gum tragacanth, locust bean gum, guar gum, or karaya gum, modified cellulosic substances such as methylecllulose, hydroxomethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, carboxyin-ethylcellulose; proteinaceous substances such as agar, pectin, carrageen, and alginates; and other hydrophilic polymers such as carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharides, modified starch derivatives, and other hydrophilic polymers known to those of skill in the art or a combination of such polymers.

These hydrophilic polymers gel and dissolve slowly in aqueous acidic media thereby allowing the guaifenesin to diffuse from the gel in the stomach. When the gel reaches the intestines, it dissolves in controlled quantities in the higher pH medium, where the guaifenesin itself is fairly absorbable, to allow sustained release of guaifencsin throughout the digestive tract. Preferred hydrophilic polymers are the hydroxypropyl methylcelluloses such as those manufactured by The Dow Chemical Company and known as METHOCEL ethers. In one preferred embodiment of a sustained release formulation the hydrophilic polymer is a METHOCEL ether known as METHOCEL E10M.

Water-insoluble polymers which arc suitable for use in the sustained release formulation are polymers which generally do not dissolve in solutions of a pH below 5, and dissolve more slowly in basic solutions than the hydrophilic polymer. Because the polymer is insoluble in low pH environments such as those found in gastric fluid, it aids in retarding drug release in those regions. Likewise, because the polymer dissolves more slowly in solutions of higher pH than hydrophilic polymers, it aids in retarding drug release throughout the intestines. This overall delayed release results in a more uniform serum concentration of guaifenesin.

The water-insoluble polymers suitable for use in this invention include: polyacrylic acids, acrylic resins, acrylic latex dispersions, cellulose acetate phtbalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate and other polymers common to those of skill in the art. In a preferred embodiment, a sustained release formulation comprises the acrylic resin CARBOPOL 974P supplied by BF Goodrich.

A sustained release formulation of the present invention may further comprise pharmaceutical additives including, but not limited to: lubricants such as magnesium stearate, calcium stearate, zinc stearate, powdered stearic acid, hydrogenated vegetable oils, talc, polyethylene glycol, and mineral oil; colorants such as Emerald Green Lake and various FD&C colors; binders such as sucrose, lactose, gelatin, starch paste, acacia, tragacanth, povidone polyethylene glycol, Pullulan and corn syrup; glidants such as colloidal silicon dioxide and talc; surface active agents such as sodium lauryl sulfate, dioctyl sodium sulfosuccinate, tricthanolamine, polyoxyetiylene sorbitan, poloxalkol, and quarternary ammonium salts; preservatives and stabilizers; excipients such as lactose, mannitol, glucose, fructose, xylose, galactose, sucrose, maltose, xylitol, sorbitol, chloride, sulfate and phosphate salts of potassium, sodium, and magnesium; and/or any other pharmaceutical additives known to those of skill in the art. In one preferred embodiment, a sustained release formulation further comprises magnesium stearate and Emerald Green Lake. In another preferred embodiment, a sustained release formulation further comprises magnesium stearate and FD&C Blue #1 Aluminum Lake Dye.

A sustained release formulation of the present invention may comprise at least one drug ingredient, at least one

7

hydrophilic polymer, at least one water-insoluble polymer, and at least one pharmaceutical additive in any appropriate percent quantity which permits dissolution of drug ingredients that results in a therapeutically effective serum concentration profile for a full twelve hours. In a preferred embodiment, a sustained release formulation Ad comprises approximately 95.5% guaifenesin, approximately 2.4% hydroxypropyl methylcellulose, approximately 1.2% acrylic resin, approximately 0.5% magnesium stearate, and approximately 0.3% colorant such as Emerald Green Lake or FD&C Blue #1.

The present inventive sustained release formulation controls release of guaifenesin into the digestive tract slowly over time. The drug guaifenesin experiences a shift in water solubility as the pH of the environment in which it resides (i.e. stomach versus intestinal tract) changes. In a more acidic environment, such as that found in the stomach, guaifenesin is less soluble while in a higher pH environment, such as that found in the intestines, guaifenesin is readily soluble. Dissolution rate of guaifenesin throughout the digestive tract is thus of primary importance in determining concentrations of guaifenesin attained in the blood and tissues as a drug formulation is digested.

To maintain a blood concentration of guaifenesin which provides good therapeutic effect, the release, or dissolution, of guaifenesin from a formulation matrix is preferably retarded and/or controlled through the intestines. The combination of hydrophilic and water-insoluble polymers of the sustained release formulation of the present invention gels when exposed to media of low pH. This creates a matrix out of which guaifenesin can diffuse. When the gelled polymer combination is exposed to media of a higher pH, the gel begins to slowly dissolve thereby releasing guaifenesin at a controlled rate.

In a preferred embodiment of the present invention, a sustained release formulation comprises a hydrophilic polymer, preferably hydroxypropyl methylcellulose, in a ratio range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1), with a water-insoluble polymer, preferably acrylic resin. Further in a preferred embodiment, a sustained release formulation comprises not more than 6% hydrophilic polymer. In another preferred embodiment, a sustained release formulation comprises not more than 2.5% hydrophilic polymer. The inventors have discovered that this combination results in a serum concentration profile of guaifenesin that provides an optimal therapeutic concentration for at least twelve hours.

A sustained release formulation of the present invention may be manufactured according to any appropriate method known to those of skill in the art of pharmaceutical manufacture. In one embodiment, guaifenesin and a hydrophilic polymer may be mixed in a mixer with an aliquot of water to form a wet granulation. The granulation may be dried to obtain hydrophilic polymer encapsulated granules of guaifenesin. The resulting granulation may be milled, screened, then blended with various pharmaceutical additives, water insoluble polymer, and additional hydrophilic polymer. The formulation may then tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

A preferred embodiment of a method of preparing a sustained release formulation of the present invention may comprise loading approximately 126 kg of GUAIFENESIN and about 2 kg of METHOCEL E10M into a high shear mixer. The METHOCEL E10M and GUAIFENESIN may

8

be mixed for about seven minutes at a mixing speed of about 150 RPM and a chopper speed of about 2000 RPM. The mixing and chopping speeds may then be increased to about 200 RPM and 3000 RPM respectively for about five minutes while about 49 kg of water are added to the mixer contents. The mixer may be run for two additional minutes to complete granulation. In a further preferred embodiment, the shut off for the mixer load is set to 21 kilowatts.

The wet granulation may be emptied into a fluid bed bowl and placed into a fluid bed dryer set to a dryer air flow of 900 CFM and an inlet temperature of about 50 to about 55° C. until the outlet temperature increases at a rate of 1° per minute. The air flow may then be decreased to 600 CFM, and the inlet temperature may be decreased to 43° C. until the granulation is dried to a moisture content of no more than 0.5%. In another preferred embodiment, the outlet temperature is set to a cut-off of 48° C. In yet another preferred embodiment, an agitator in the fluid bed bowl may be run intermittently during drying. The dried granulation may be passed through a mill fitted with a suitable screen size so that not more than about 30% of the resulting granulation comes through a 100 mesh screen and not more than about 10% of the resulting granulation is retained on a 10 mesh screen. In one preferred embodiment, the dried granulation may be passed through a mill fitted with a 0.109" size screen at a mill speed of about 500 to about 1500 RPM and a screw feed rate of about 35 to about 45 RPM. The resulting screened granulation is about 95% GUAIFENESIN and is called GUAIFENESIN DC (Direct Compressed) herein after. Screened granulation may be transferred to a 10 cubic foot V blender, combined with about another 0.6 kg of METHOCEL E10M, about 0.3 kg of a colorant such as EMERALD GREEN LAKE or FD&C BLUE #1, about 0.7 kg of magnesium stearate, and about 1.3 kg of CARBOPOL 974P. The combination may be blended for about three minutes.

The resulting formulation may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape depending on the desired dosage strength of tablet. In one embodiment, these tablets may further be loaded into a coating pan and film coated with OPADRY Y-S-3-714 (supplied by COLORCON, INC.) and air dried in the pan.

Another embodiment of a method of preparing a sustained release formulation of the present invention may comprise blending the drug ingredients, hydrophilic polymer, water insoluble polymer, and any pharmaceutical additives. The resulting blend may then be compressed into tablets and, if desired, film coated with a protective coating which rapidly dissolves or disperses in gastric juices. In a preferred embodiment of such a method, about 126 kg of GUAIFENESIN DC (about 95% purity), about 2.6 kg of METHOCEL E10M, about 1.3 kg of CARBOPOL 974P and about 0.333 kg of a colorant such as EMERALD GREEN LAKE or FD&C BLUE #1 may be loaded into a 10 cubic foot V BLENDER. The ingredients may be blended for about 20 minutes at which time about 0.6 kg of magnesium stearate may be added to the blended ingredients. This mixture may be blended for about another 10 minutes. The resulting formulation may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape depending on the desired dosage strength of the tablet. These tablets may further be loaded into a coating pan and film coated with OPADRY Y-S-3-714 (supplied by COLORCON, INC.) and air dried in the pan.

Tablets comprising a sustained release formulation of the present invention were prepared and tested for both in vitro

US 6,372,252 B1

9

and in vivo release characteristics as described in Examples 1, 2, and 3 below. In the its vitro testing, the dissolution rates of these tablets were compared against modified release tablets formulated without acrylic resin (EXAMPLE 1), and three commercially available tablets, one being an immediate release formulation and the other two being modified release formulations. Tablets comprising the sustained release formulation of the present invention demonstrated a slower, more controlled release of guaifenesin over a twelve hour period than any of the other tablets (see EXAMPLE 1 and 2, and FIGS. **4** and **5**).

In the in vivo testing, serum concentrations of subjects taking tablets comprising the sustained release formulation of the present invention were compared with serum concentrations of subjects taking immediate release guaifenesin tablets and modified release guaifenesin tablets formulated without acrylic resin (see EXAMPLE 3 and FIG. **6**). Tablets comprising the sustained release formulation of the present invention demonstrated improved sustained release and therapeutic concentration at extended time periods that the other two formulations. However, in the subjects taking tablets comprising the sustained release formulation of the present invention, it took longer for guaifenesin to appear in the blood stream and the maximum serum concentration (Cmax) of guaifenesin in these subject was less than half of that of the subjects taking the immediate release tablets.

(b) Bi-Layer Tablets

To improve the Cmax and speed of appearance of guaifenesin in patients while maintaining therapeutic effect for at least twelve hours, a portion of a sustained release formulation of the present invention as described above may be combined with a portion of an immediate release formulation in a bi-layer tablet.

The immediate release formulation may comprise guaifenesin and various pharmaceutical additives such as lubricants, colorants, binders, glidants, surface active agents, preservatives, stabilizers, as described above and/or any other pharmaceutical additives known to those of skill in the art. In a preferred embodiment, an immediate release formulation comprises guaifenesin, microcrystalline cellulose, sodium starch glycolate, and magnesium stearate. In a further preferred embodiment, an immediate release formulation may comprise about 58% guaifenesin, about 33% microcrystalline cellulose, about 8% sodium starch glycolate, and about 0.3% magnesium stearate.

The bi-layer tablet may be manufactured according to any method known to those of skill in the art. The resulting tablet may comprise the two portions compressed against one another so that the face of each portion is exposed as either the top or bottom of the tablet, or the resulting tablet may comprise the sustained release portion in the center coated by the immediate release portion so that only the immediate release portion is exposed. In a preferred embodiment, a bi-layer tablet of the present invention comprises the two portions compressed against one another so that the face of each portion is exposed.

In a preferred method of manufacturing the bi-layer tablets of the present invention a sustained release formulation is prepared according to either a wet granulation or dry granulation method as described above. The immediate release formulation may be prepared by simply blending the guaifenesin with any pharmaceutical additives. In a further preferred embodiment, appropriate quantities of GUAIFENESIN DC, microcrystalline cellulose, and sodium starch glycolate are blended in a 10 cubic foot blender for about twenty minutes. An appropriate quantity of magnesium stearate is then added to the ingredients and blended for

10

about ten more minutes to make an immediate release formulation. Portions of the sustained release formulation and immediate release formulation are then compressed by a tablet compressor machine capable of forming bi-layer tablets. In one embodiment, these tablets may further be coated with a protective film which rapidly disintegrated or dissolves in gastric juices.

The tablets may be made with any ratio of sustained release to modified release formulation which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. In one preferred embodiment, the bi-layer tablets comprise portions of sustained release formulation and immediate release formulation which result in about a five-to-one (5:1) ratio of guaifenesin respectively. For example, in a 1200 mg bi-layer modified release guaifenesin tablet of the present invention, there may be about 200 mg of guaifenesin in the immediate release layer and about 1000 mg of guaifenesin in the sustained release layer.

In one preferred embodiment of manufacturing a 1200 mg bi-layer modified release guaifenesin tablet, about 105 kg of GUAIFENESIN DC, about 2.5 kg of METHOCEL E10M, about 1.25 kg of CARBOPOL 974P, and about 0.333 kg of EMERALD GREEN LAKE or FD&C BLUE #1 in a 10 cubic foot P.K. blender for about twenty minutes.

About 0.6 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the sustained release formulation. Approximately 21 kg of GUAIFENESIN DC, approximately 11.75 kg of microcrystalline cellulose, and approximately 3 kg of sodium starch glycolate may be blended in a 3 cubic foot P.K. blender for about twenty minutes. Approximately 0.1 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the immediate release formulation. The two formulations may then be compressed to make bi-layer tablets wherein about 75% of each tablet may be sustained release formulation and about 25% if each tablet may be immediate release formulation. The tablets may be any dosage strength, size, or shape. In a preferred embodiment, 1200 mg tablets are round and about 5/8 inch in diameter, about 0.28 inch–0.31 inch in thickness, weigh about 1.46 grams and have a hardness range of about 15–40 SCU. In another preferred embodiment, 600 mg tablets are round and about ½ inch in diameter, about 0.218 inch–0.230 inch in thickness, weigh about 0.729 grams and have a hardness range of about 12–30 SCU.

The immediate release portion of the bi-layer tablet is formulated to dissolve in aqueous media of low pH, such as that found in the stomach, to quickly release the guaifenesin contained within the portion. This results in rapid bioavailability of a high concentration of guaifenesin. As demonstrated in EXAMPLE 6 and FIGS. **9** and **10** below, the immediate release portion of the bi-layer tablet results in a maximum serum concentration (Cmax) and time of maximum serum concentration (Tmax) equivalent to that of immediate release tablets.

The sustained release portion gels when exposed to media of low pH allowing the sustained release portion of the tablet to be passed into the intestinal tract. In the intestines, the gelled sustained release portion is exposed to media of a higher pH, causing the gel to slowly dissolve, thereby allowing guaifenesin to diffuse and dissolve out of the gelled matrix. This results in controlled bioavailability over an extended time period (i.e. twelve or more hours) causing the tablet to provide extended therapeutic effect. This result is evidenced in EXAMPLE 6 and FIGS. **9** and **10** below—the

US 6,372,252 B1

**11**

half-life of the modified release bi-layer tablet is increased to more than 3 hours and the tablet has an AUCinf (the area under a plasma concentration versus time curve from time 0 to infinity) of greater than 8000 hr*$\mu$g/mL. As demonstrated in EXAMPLE 7 and FIG. **11**, the bi-layer tablets of the present invention had a further surprising result in that a 600 mg tablet had a Tmax equivalent to that of a 1200 mg and a Cmax and AUCinf approximately half of a 1200 mg tablet. Thus, without adjusting or changing the composition of the sustained release formulation or bi-layer tablet, a lower dosage strength guaifenesin tablet of the present invention exhibits plasma concentration profile that is approximately directly proportional to that of a higher dosage strength guaifenesin tablet also of the present invention. As further demonstrated in EXAMPLE 7 and FIG. **11**, the bi-layer tablets of the present invention had another surprising result in that the Cmax and AUCinf of a 1200 mg tablet administered to volunteers who had been fasting and the Cmax and AUCinf of a 1200 mg tablet administered to volunteers who had consumed a high fat meal were approximately equivalent. Thus, a bi-layer tablet of the present invention demonstrates a reduced food effect, being approximately equally effective when administered to a patient on an empty or full stomach.

### EXAMPLE 1

A batch of sustained release guaifenesin tablets, Lot# 7LB-31FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 30 mg |
| EMERALD GREEN LAKE | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.01 mg |

Another batch of sustained release guaifenesin tablets, Lot# 7LB-32FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 30 mg |
| CARBOPOL 974P | 15 mg |
| EMERALD GREEN LAKE | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.16 mg |

Six tablets from Lot 7LB-31FC and six tablets from Lot 7LB-32FC were tested for in vitro guaifenesin release using an Acid/Base dissolution (slightly modified USP 23/NF 18<711> Drug Release using Apparatus 2). Six dissolution vessels of a USP calibrated Hanson dissolution bath, equipped with shafts and paddles, were filled with 675 ml of 0.1N hydrochorlic acid at 37.0° C. The bath and vessels were maintained at a temperature of 37.0±0.5° C. throughout the 12 hr. dissolution test. The paddles were set to rotate at 50 RPM and slowly lowered into the vessels. One tablet of lot 7LB-31 was then dropped into each vessel.

At the one hour and two hour intervals of testing, 5 mL samples of dissolution solution were withdrawn from each vessel and filtered through a 10 micron polyethylene filter into glass HPLC vials. Immediately after the two hour

**12**

samples were withdrawn, 225 mL of 0.2M sodium phosphate tribasic was added to each vessel to increase the solution pH to about 6.8. The dissolution was run for ten more hours, 2.0 mL samples being withdrawn from each vessel at the 4 hr., 8 hr., 10 hr., and 12 hr. intervals. The filtered samples from each sampling interval were then run on an HPLC to determine percent guaifenesin released from each tablet at each of the sampling intervals.

The same dissolution testing procedure was performed for lot 7LB-32 FC. The lots gave dissolution profiles shown below and depicted in FIG. **4**.

| Lot 7LB-31 | | | | | | |
|---|---|---|---|---|---|---|
| Vessel # | 1 HR | 2 HR | 4 HR | 8 HR | 10 HR | 12 HR |
| 1 | 26 | 38 | 55 | 77 | 84 | 88 |
| 2 | 27 | 39 | 54 | 75 | 81 | 86 |
| 3 | 22 | 37 | 50 | 73 | 78 | 85 |
| 4 | 23 | 33 | 47 | 64 | 73 | 79 |
| 5 | 25 | 36 | 52 | 75 | 81 | 86 |
| 6 | 24 | 35 | 49 | 74 | 81 | 87 |
| Average | 24.5 | 36.3 | 51.2 | 73.0 | 79.7 | 85.2 |

| Lot 7LB-32FC | | | | | | |
|---|---|---|---|---|---|---|
| Vessel # | 1 HR | 2 HR | 4 HR | 8 HR | 10 HR | 12 HR |
| 1 | 25 | 36 | 42 | 54 | 59 | 64.0 |
| 2 | 24 | 35 | 42 | 55 | 61 | 66 |
| 3 | 26 | 38 | 45 | 59 | 65 | 69 |
| 4 | 24 | 35 | 42 | 54 | 60 | 65 |
| 5 | 24 | 36 | 43 | 54 | 59 | 64 |
| 6 | 23 | 34 | 38 | 50 | 55 | 59 |
| Average | 24.3 | 35.7 | 42.0 | 54.3 | 59.8 | 64.5 |

Both formulations demonstrated sustained release of guaifenesin over a 12 hour period. Lot 7LB-32FC demonstrated identical release properties to Lot 7LB-31FC in 0.1N HCl. In buffered solution, however, Lot 7LB-32FC, the lot comprising a 2:1 ratio of METHOCEL E10M to CARBOPOL 974P, demonstrated a statistically slower release than Lot 7LB-31FC, comprising METHOCEL E10M and no CARBOPOL 974P. A slower release rate in vitro translates to a slower, more controlled release with longer drug action in vivo—a favorable characteristic for pharmaceutical products containing a high concentration of an active ingredient with a short half-life.

### EXAMPLE 2

A dissolution study was run to compare dissolution profiles of lots 7LB-32FC and 7LB-31FC with currently available guaifenesin dosage forms. One immediate release tablet, ORGANIDIN NR, and two sustained release tablets, HUMIBID L.A. and DURATUSS, were subjected to the same dissolution study as described for lots 7LB031FC and 7LB-32FC in Example 1 above. The following is a summary of the results which are also depicted in FIG. **5**.

US 6,372,252 B1

13

14

| | ORGANIDIN NR % guaifenesin released | HUMIBID L.A. % guaifenesin released | DURATUSS % guaifenesin released |
|---|---|---|---|
| 1 Hr | 100 | 36 | 24 |
| 2 Hr | 103 | 51 | 35 |
| 4 HR | 104 | 72 | 47 |
| 8 HR | 103 | 91 | 75 |
| 10 HR | 103 | 96 | 86 |
| 12 HR | 105 | 100 | 92 |

The immediate release ORGANIDIN released 100% of guaifenesin content within the first hour of dissolution. The two sustained release dosage forms which are currently available both demonstrated a slower release of guaifenesin. However, both the HUMIBID LA and DURATUSS released guaifenesin more rapidly than either Lot 7LB-31FC or 7LB-32FC. Both HUMIBID LA and DURATUSS would, therefore, exhibit a faster rate of release and thus a shorter lived therapeutic effect in vivo.

## EXAMPLE 3

The in vivo behavior of sustained release tablets of Lot 7LB-31FC and Lot 7LB-32 FC from Example 1 were compared to the in vivo behavior of an immediate release formulation (ORGANDIN NR). The open-label study involved 9 healthy volunteers averaging 38±11.01 years of age with a range of 23 years to 55 years of age. The subjects weighed 175.56±24.22 lbs. with a range of 143 to 210 lbs. One subject was female and the remainder were male. Each subject received either one 1200 mg dose of one of the two above described sustained release tablets or 400 mg every four hours for 3 doses of the immediate release formulation.

Blood samples (7 mL with sodium heparin as anticoagulant) were taken prior to dosing and at specific intervals up to 12 hours after dosing. All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis.

The plasma samples were analyzed by a fully validated HPLC method. The results are depicted in FIG. 6. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis arc below.

| Subject | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu$g/mL) | $AUC_{0-12}$ (hr*$\mu$g/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu$g/mL) |
|---|---|---|---|---|---|---|
| 1 | 7LB-31FC | 2.00 | 827.02 | 4817.20 | 4.64 | 6339.25 |
| 2 | 7LB-31FC | 1.50 | 834.65 | 4695.89 | 2.71 | 5291.71 |
| 3 | 7LB-31FC | 1.50 | 802.44 | 4142.14 | 3.44 | 4728.33 |
| 4 | 7LB-32FC | 0.75 | 625.48 | 3034.31 | 5.78 | 5134.35 |
| 5 | 7LB-32FC | 1.00 | 1052.00 | 5872.46 | 5.99 | 8298.33 |
| 6 | 7LB-32FC | 2.00 | 1372.00 | 7924.35 | 5.53 | 9557.78 |
| 7 | ORGANIDIN NR | 0.50 | 2140.00 | 6921.94 | 0.86 | 7009.68 |
| 8 | ORGANIDIN NR | 4.25 | 1817.00 | 6598.26 | 0.73 | 6674.65 |
| 9 | ORGANIDIN NR | 0.50 | 2831.00 | 9389.76 | 0.81 | 9570.91 |
| Mean | 7LB-31FC | 1.67 | 821.37 | 4551.74 | 3.59 | 5453.10 |
| Mean | 7LB-32FC | 1.25 | 1016.49 | 5610.37 | 5.77 | 7663.49 |
| Mean | ORGANI- | 1.75 | 2262.67 | 7636.65 | 0.80 | 7751.74 |

-continued

| Subject | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu$g/mL) | $AUC_{0-12}$ (hr*$\mu$g/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu$g/mL) |
|---|---|---|---|---|---|---|
| | DIN NR | | | | | |
| Ratio (%) | 7LB-31FC/IR | 95.24 | 36.30 | 59.60 | 448.27 | 70.35 |
| Ratio (%) | 7LB-32FC/IR | 71.43 | 44.92 | 73.47 | 718.92 | 98.86 |

Subjects given the 1200 mg formulation 7LB-32FC reached maximum plasma guaifenesin concentrations of 1016 $\mu$g/mL in 1.25 hours and had an AUCinf of 7663 hr*$\mu$g/mL. The subjects given formulation 7LB-31FC reached maximum plasma guaifenesin concentrations of 821 $\mu$g/mL in 1.67 hours and had an AUCinf of 5453 hr*$\mu$g/mL. The subjects given the immediate release formulation, ORGANIDIN NR, reached maximum plasma guaifenesin concentrations of 2263 $\mu$g/mL in 1.75 hours (2 subjects peaked at 0.5 hours after the first dose and the third peaked at 0.25 hours after the second dose at 4 hours) by and had an AUCinf of 7752 hr*$\mu$g/mL. The two controlled release formulations demonstrated sustained release in that their half-lives were longer, 5.77 hours for the 7LB-32FC and 3.59 hours for the 7LB-31 FC compared to 0.8 hours for the immediate release formulation, ORGANIDIN NR.

Both formulations 7LB-32FC (with both METHOCEL E10M and CARBOPOL 974P) and 7LB-31FC (with METHOCEL E10M only) control tile release of guaifenesin from the tablet compared to the immediate release ORGANIDIN NR. Formulation 7LB-32FC, the formulation containing a 6:1 ratio of METHOCEL E10M to CAR-BOPOL 974P, had the longest half life at 5.77 hours with the largest AUCinf between the two sustained release formulation. However, both sustained release formulation has a Cmax that was less than half of the Cmax of the immediate release ORGANIDIN NR.

## EXAMPLE 4

Three different modified release tablet lots were prepared with the following compositions:

Modified Release Formulation I, non-layered tablet

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 40 mg |
| CARBOPOL 974P | 20 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |

Modified Release Formulation II, bi-layered, 400 mg IR and 800 mg MR IR Formulation

| IR Formulation | |
|---|---|
| Components | Weight per Tablet |
| GUAIFENESIN DC | 421 mg |
| Microcrystalline Cellulose (AVICEL) | 40 mg |
| Sodium Starch Glycolate | 60 mg |

**15**

-continued

IR Formulation

| Components | Weight per Tablet |
|---|---|
| (EXPLOTAB) Magnesium Stearate | 2 mg |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFFENBSIN DC | 842 mg |
| METHOCEL E10M | 27 mg |
| CARBOPOL 974P | 13.5 mg |
| Emerald Green Lake | 3 mg |
| Magnesium Stearate | 4.5 mg |

Modified Release Formulation III, bi-layered, 600 mg IR and 600 mg SR IR Formulation

IR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 630.8 mg |
| Microcrystalline Cellulose (AVICEL) | 353 mg |
| Sodium Starch Glycolate (EXPLOTAB) | 90.1 mg |
| Magnesium Stearate | 3 mg |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 630.8 mg |
| METHOCEL E10M | 40 mg |
| CARBOPOL 974P | 20 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |

The in vivo behavior of each of the three modified release tablets and an immediate release formulation (ORGANIDIN NR) were compared. The open-label study involved 15 healthy volunteers averaging 31.67±11.89 years of age with a range of 20 years to 51 years of age. The subjects weighed 162.00±25.05 lbs. with a range of 123 to 212 lbs. All 15 subjects were administered 400 mg of the immediate release formulation every 4 hours for a total of 12 hours in on one day. On another day, 5 subjects were administered Modified Formulation I, another 5 subjects were administered Modified Formulation II, and yet another 5 subjects were administered Modified Formulation III.

Blood samples (7 mL with sodium heparin as anticoagulant) were taken prior to dosing and at specific intervals up to 12 hours after dosing. All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis.

The plasma samples were analyzed by a fully validated HPLC method. The results are depicted in FIG. 7. This

**16**

resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis are below.

| | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu$g/mL) | $AUC_{0-12}$ (hr*$\mu$g/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu$g/mL) |
|---|---|---|---|---|---|---|
| Mean | ORGANI-DIN NR | 0.90 | 2609.40 | 8768.40 | 1.28 | 9082.78 |
| Mean | MR I | 2.30 | 1631.40 | 5549.30 | 2.88 | 6044.93 |
| Mean | MR II | 2.30 | 2415.40 | 7304.38 | 1.48 | 7509.78 |
| Mean | MR III | 1.95 | 2938.00 | 8904.62 | 2.05 | 9161.03 |

Modified Formulations II and III exhibited a Cmax more comparable to the immediate release formulation and an increased AUCinf from that of the non-layered Modified Formulation I. However, the half-lives of both Modified Formulation II and III were reduced from the half-life of Modified Formulation I. Although these bi-layer tablets showed an improved serum concentration of guaifenesin and an increased overall concentration with time, their half-life was compromised.

EXAMPLE 5

A dissolution study was run to compare dissolution profiles of Formulation I, Formulation II and Formulation III prepared as defined in EXAMPLE 4 above, and Formulation IV, a bi-layer tablet lot with 200 mg IR and 1000 mg SR prepared with the following composition:

IR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 211 mg |
| Microcrystalline Cellulose (AVICEL) | 118 mg |
| Sodium Starch Glycolate (EXPLOTAB) | 30 mg |
| Magnesium Stearate | 1 mg |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1053 mg |
| METHOCEL E10M | 25 mg |
| CARBOPOL 974P | 12.5 mg |
| EMERALD GREEN LAKE | 3.3 mg |
| Magnesium Stearate | 5.7 mg |

The following is a summary of the results which are also depicted in FIG. **8**.

| | Formulation I % released | Formulation II % released | Formulation III % released | Formulation IV % released |
|---|---|---|---|---|
| 1 hr | 22 | 45 | 38 | 29 |
| 2 hr | 34 | 54 | 46 | 38 |
| 4 hr | 43 | 65 | 56 | 48 |
| 6 hr | 50 | 70 | 61 | 53 |

US 6,372,252 B1

17                                    18

-continued

| | Formulation I % released | Formulation II % released | Formulation III % released | Formulation IV % released |
|---|---|---|---|---|
| 8 hr | 58 | 73 | 66 | 60 |
| 10 hr | 62 | 78 | 70 | 66 |
| 12 hr | 66 | 81 | 75 | 71 |

Formulation I, the non bi-layered tablet, demonstrated the slowest release of GUAIFENESIN. Formulation II and Formulation III had the fastest rates of release and would, therefore, exhibit a faster rate of release and thus a shorter lived therapeutic effect in vivo. Formulation IV has a rate of release which was faster than Formulation I, comprising no immediate release blend, but slower than Formulation II and Formulation III both comprising more immediate release blend than Formulation IV.

EXAMPLE 6

The in vivo behavior of Formulation IV bi-layered tablets, prepared as described above in EXAMPLE 5, was compared to an immediate release formulation (ORGANIDIN NR). The open-label, multiple dose, randomized, 2-way crossover study involved 26 healthy volunteers averaging 31.31±9.81 years of age with a range of 19 years to 50 years of age. The subjects weighed 166.77·29.83 lbs. The subjects were placed into one of two treatment groups. Group 1 received Formulation IV tablet with 240 mL of water after an overnight fast every 12 hours for 5 days and a single dose on day 6. Group 2 received 400 mg of ORGANIDIN NR (2×200 mg tablets) with 240 mL of water every 4 hours for 5 days and one 400 mg dose every four hours for a total of 3 doses on day 6.

Blood samples (5 mL with sodium heparin as anticoagulant) were taken prior to dosing on days 1, 4, 5, and 6. On Day 1, additional blood samples (5 mL with sodium heparin as anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.5, 8.75, 9, 9.5, 10. 11, and 12 hours after the initial dose. On Day 6, additional blood samples (5 mL with sodium heparin as anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.5, 8.75, 9, 9.5, 10, 11, 12, 14, 16, and 24 hours after the initial dose. Plasma was separated and the plasma frozen until analyzed for guaifenesin content. The resulting plasma concentration data was subjected to pharmacokinetic and statistical analysis in order to determine if the sustained release tablets performed as controlled release tablets at steady state.

The results of the pharmacokinetic parameters analysis are below.

| | Averaged Testing - 11 Twelve-Hour Intervals | | | | |
|---|---|---|---|---|---|
| | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu g/mL$) | $AUC_{0-12}$ (hr*$\mu g/mL$) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu g/mL$) |
| Mean | ORGANI-DIN NR | 1.69 | 2463.20 | 8381.93 | 0.78 | 8528.51 |
| Mean | Bi-layered Tablet | 1.05 | 2111.38 | 7875.68 | 3.31 | 8686.08 |

The results of the testing are depicted in FIG. 9.

| | Steady State Testing | | | | |
|---|---|---|---|---|---|
| | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu g/mL$) | $AUC_{0-12}$ (hr*$\mu g/mL$) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu g/mL$) |
| Mean | ORGANI-DIN NR | 2.03 | 2278.20 | 7751.23 | 0.88 | 7962.14 |
| Mean | Bi-layered Tablet | 0.86 | 2349.6 | 8202.47 | 3.61 | 9259.24 |

The results of the testing are depicted in FIG. 10.

The 200/1000 mg bi-layered tablet exhibited a Cmax and a AUCinf equivalent to that of the immediate release blend, a short Tmax and an extended half-life. Thus, a bi-layered tablet with 200 mg guaifenesin in the immediate release formulation and 1000 mg of guaifenesin in the sustained release formulation results in a tablet which delivers a high serum concentration in a short period of time, yet maintains an effective concentration of guaifenesin in the blood stream for a full twelve hours.

EXAMPLE 7

A study was performed to examine the relative bioavailability of two different dosage strengths of modified release guaifenesin formulations of the present invention as well as the effect of food on the relative bioavailability of a guaifenesin formulation of the present invention in normal, healthy male and/or female volunteers. Two batches of guaifenesin bi-layer tablets, one 600 mg and one 1200 mg, were prepared according to the following composition.

600 mg Tablet

| IR Formulation | |
|---|---|
| Components | Weight per 200,000 Tablets |
| GUAIFENESIN DC | 21.05 kg |
| Microcrystalline Cellulose (AVICEL PH102) | 11.75 kg |
| Sodium Starch Glycolate (EXPLOTAB) | 3.00 kg |
| Magnesium Stearate | 0.10 kg |

| SR Formulation | |
|---|---|
| Components | Weight per 200,000 Tablets |
| GUAIFENESIN DC | 105.27 kg |
| Hydroxypropyl Methyl Cellulose (METHOCEL E10M) | 2.50 kg |
| Carbomer (CARBOPOL 974P) | 1.25 kg |
| FD&C Blue #1 Aluminum Lake Dye | 0.33 kg |
| Magnesium Stearate | 0.57 kg |

US 6,372,252 B1

**19**

1200 mg Tablet

| IR Formulation | |
|---|---|
| Components | Weight per 100,000 Tablets |
| GUAIFENESIN DC | 21.05 kg |
| Microcrystalline Cellulose (AVICEL PH102) | 11.75 kg |
| Sodium Starch Glycolate (EXPLOTAB) | 3.00 kg |
| Magnesium Stearate | 0.10 kg |

| SR Formulation | |
|---|---|
| Components | Weight per 100,000 Tablets |
| GUAIFENESIN DC | 105.27 kg |
| Hydroxypropyl Methyl Cellulose (METHOCEL E10M) | 2.50 kg |
| Carbomer (CARBOPOL 974P) | 1.25 kg |
| FD&C Blue #1 Aluminum Lake Dye | 0.33 kg |
| Magnesium Stearate | 0.57 kg |

Note: the 600 mg and 1200 mg tablets were similarly prepared, the only difference between the dosage forms being that the 1200 mg tablet contained about twice as much of each ingredient as the 600 mg tablet.

The in vivo behaviors of a 600 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), the 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), and the 1200 mg tablet administered to volunteers after a high fat meal (consumed within 30 minutes of dosing) were compared. The open-label study involved 27 healthy volunteers between the ages of 18 and 55. The subjects weighed within 15% of their Ideal Body Weight as defined by the 1983 Metropolitan Life chart. The 27 volunteers were divided into 3 treatment groups, 9 receiving the 600 mg tablet, 9 receiving the 1200 mg tablet while fasting, and 9 receiving a 1200 mg tablet after consuming a high fat meal for Period 1 of the trial. After completion of Period 1, the volunteers were crossed-over for Period 2 (e.g. so that the 9 volunteers who had been receiving the 600 mg tablet in Period I received the 1200 mg tablet while fasting in Period 2). After completion of Period 2, the volunteers were crossed-over again into their 3rd and final treatment group (i.e. the 9 volunteers who received the 1200 mg tablet while fasting in Period 2 and the 600 mg tablet while fasting in Period 1 received the 1200 mg tablet after consumption of a high fat meal in Period 3). Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 mL with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis. The volunteers were then given at least a seven day washout period (where no guaifenesin was administered to them under the study) prior to being crossed-over to the next treatment group.

**20**

The plasma samples were analyzed by a fully validated HPLC method. The results are depicted in FIG. 11. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis are below.

| | Formulation | $T_{max}$ (hr.) | $C_{max}$ ($\mu$g/mL) | $AUC_{0-12}$ (hr*$\mu$g/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*$\mu$g/mL) |
|---|---|---|---|---|---|---|
| Mean | 600 mg Fasted | 0.81 | 1074.26 | 3623.03 | 2.33 | 3676.23 |
| Mean | 1200 mg Fasted | 0.94 | 1948.62 | 7483.20 | 3.33 | 7912.61 |
| Mean | 1200 mg Fed | 2.18 | 1988.08 | 7424.20 | 0.91 | 7425.29 |

The 600 mg tablet demonstrated a serum profile approximately directly proportional to the serum profile of the 1200 mg tablet. The Cmax of the 600 mg tablet was about 55% that of the 1200 mg tablet. The $AUC_{0-12}$ of the 600 mg tablet was about 48% that of the 1200 mg tablet and the AUCinf of the 600 mg tablet was about 46% that of the 1200 mg. improved serum concentration of guaifenesin and an increased overall concentration with time, their half-life was compromised.

The 1200 mg tablet demonstrated that the bi-layer tablets of this invention greatly reduce the food effect in bioavailability and serum concentration of guaifenesin. The Cmax of the 1200 mg tablet administered after a high fat meal (fed tablet) was about 102% of the Cmax of the 1200 mg tablet administered after fasting (fasted tablet). The $AUC_{0-12}$ of the 1200 mg fed tablet was about 99% that of the fasted tablet and the AUCing of the 1200 mg fed tablet was about 94% that of the fasted tablet.

Other embodiments and uses of the invention will be apparent to those of skill in the art from consideration of the specification and practice of the invention disclosed herein. The specification and examples should be considered exemplary only with the true scope and spirit of the invention indicated by the following claims. As will be easily understood by those of skill in the art, variations and modifications of each of the disclosed in embodiments can be easily made within the scope of this invention as defined by the following claims.

What is claimed is:

1. A modified release tablet having two portions, wherein a first portion comprises a first quantity of guaifenesin in an immediate release form which becomes fully bioavailable in the subject's stomach and a second portion comprises a second quantity of guaifenesin and a release-delaying matrix comprising a hydrophilic polymer and a water-insoluble polymer wherein the weight ratio of said hydrophilic polymer to said water-insoluble polymer is in the range of from about 1:1 to about 6.8:1, wherein said tablet demonstrates a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period, and wherein said tablet also provides therapeutically effective bioavailability for at least twelve hours after a single dose in a human subject according to serum analysis.

2. The modified release tablet of claim 1 wherein said hydrophilic polymer is selected from the group consisting of acacia, gum tragacanth, locust bean gum, guar gum, karaya gum, modified cellulosic, methylcellulose, hydroxymethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose,

US 6,372,252 B1

21

carboxymethylcellulose, agar, pectin, carrageen, alginate, carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharide, modified starch derivatives, and a combination thereof.

**3**. The modified release tablet of claim **1** wherein the water-insoluble polymer is selected from the group consisting of polyacrylic acids, acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate and a combination thereof.

**4**. The modified release tablet of claim **1** wherein said hydrophilic polymer is hydroxypropyl methylcellulose and said water-insoluble polymer is an acrylic resin.

**5**. The modified release tablet of claim **1** wherein said tablet additionally comprises an additive selected from the group consisting of magnesium stearate, calcium stearate, zinc stearate, powdered stearic acid, hydrogenated vegetable oils, talc, polyethylene glycol, mineral oil, EMERALD GREEN LAKE, an FD&C color, sucrose, lactose, gelatin, starch paste, acacia, tragacanth, povidone, polyethylene glycol, Pullulan, corn syrup, colloidal silicon dioxide, talc, sodium lauryl sulfate, dioctyl sodium sulfosuccinate, triethanolamine, polyoxyethylene sorbitan, poloxalkol, quarternary ammonium salts, mannitol, glucose, fructose, xylose, galactose, maltose, xylitol, sorbitol, potassium chloride, potassium sulfate, potassium phosphate, sodium chloride, sodium sulfate, sodium phosphate, magnesium chloride, magnesium sulfate, magnesium phosphate, microcrystalline cellulose, sodium starch glycolate, and a combination thereof.

**6**. The modified release tablet of claim **1** wherein said first portion includes microcrystalline cellulose, sodium starch glycolate and magnesium stearate.

**7**. The modified release tablet of claim **1** wherein the total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**8**. The modified release tablet of claim **1** wherein the total quantity of guaifenesin is 600 mg.

**9**. The modified release tablet of claim **1** wherein the total quantity of guaifenesin is 1200 mg.

**10**. The modified release tablet of claim **1** wherein the $C_{max}$, $AUC_{inf}$ and $AUC_{0-12}$ are approximately proportional to dosage strength.

**11**. The modified release tablet of claim **1** or **7** wherein the ratio of said first quantity of guaifenesin to said second quantity of guaifenesin is about 1:1 to about 1:5.

**12**. The modified release tablet of claim **1** or **7** wherein the ratio of said first quantity of guaifenesin to said quantity of second portion of guaifenesin is about 1:5.

**13**. The modified release tablet of claim **9** wherein the $C_{max}$ of said tablet is from about 1600 to 2500 $\mu$g/mL and said tablet has an $AUC_{inf}$ of from about 5600 to 8750 hr*$\mu$g/mL.

**14**. The modified release tablet of claim **9** wherein the $C_{max}$ of said tablet is at least 1900 $\mu$g/mL and said tablet has an $AUC_{inf}$ of at least 7000 hr*$\mu$g/mL.

**15**. The modified release tablet of claim **8** wherein the $C_{max}$ of said tablet is from about 800 to 1250 $\mu$g/mL and said tablet has an $AUC_{inf}$ of from about 2800 to 4375 hr*$\mu$g/mL.

**16**. The modified release tablet of claim **8** wherein the $C_{max}$ of said tablet is at least 1000 $\mu$g/mL and said tablet has an $AUC_{inf}$ of at least 3500 hr*$\mu$g/mL.

**17**. The modified release tablet of claim **1** wherein said tablet has a half life, according to serum analysis, of at least 3 hours.

**18**. The modified release tablet of claim **1** wherein the second portion comprises about 95.5% by weight of

22

guaifenesin DC, about 2.4% by weight of hydrophilic polymer and about 1.2% by weight of water-insoluble polymer.

**19**. The modified release tablet of claim **1** wherein said first and second portions each comprise abutting substantially planar layers which form a bilayer tablet.

**20**. The modified release tablet of claim **1** wherein said first portion is provided as a coating on said second portion.

**21**. The modified release tablet of claim **1** which is approximately equally effective when administered to a patient on an empty or full stomach.

**22**. The modified release tablet of claim **9** which has the serum guaifenesin concentration profile of FIG. **10**.

**23**. The modified release tablet of claim **9** wherein the second portion comprises from about 85.5% to about 91.4% by weight of guaifenesin, from about 6.8% to about 10.1% by weight to hydroxypropyl methylcellulose, and from about 1.1% to about 2.9% by weight of an acrylic resin.

**24**. A modified release product having two portions, wherein a first portion comprises a first quantity of guaifenesin in an immediate release form which becomes fully bioavailable in the subject's stomach and a second portion comprises a second quantity of guaifenesin in a sustained release form wherein the ratio of said first quantity to said second quantity provides a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period and wherein said product also provides therapeutically effective bioavailability for at least twelve hours after a single dose in a human subject according to serum analysis.

**25**. The modified release product of claim **24** wherein the total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**26**. The modified release product of claim **24** wherein the total quantity of guaifenesin is 600 mg.

**27**. The modified release product of claim **24** wherein the total quantity of guaifenesin is 1200 mg.

**28**. The modified release product of claim **24** wherein the $C_{max}$, $AUC_{inf}$ and $AUC_{0-12}$ are approximately proportional to dosage strength.

**29**. The modified release product of claim **24** or **25** wherein the ratio of said first quantity of guaifenesin to said quantity of second quantity of guaifenesin is about 1:1 to about 1:5.

**30**. The modified release product of claim **29** wherein the ratio of said first quantity of guaifenesin to said quantity of second quantity of guaifenesin is about 1:5.

**31**. The modified release product of claim **27** wherein the $C_{max}$ of said product is from about 1600 to 2500 $\mu$g/mL and said product has an $AUC_{inf}$ of from about 5600 to 8750 hr1$\mu$g/mL.

**32**. The modified release product of claim **27** wherein the $C_{max}$ of said product is at least 1900 $\mu$g/mL and said product has an $AUC_{inf}$ of at least 7000 hr*$\mu$g/mL.

**33**. The modified release product of claim **26** wherein the $C_{max}$ of said product is from about 300 to 1250 $\mu$g/mL and said product has an $AUC_{inf}$ of from about 2800 to 4375 hr*$\mu$g/mL.

**34**. The modified release product of claim **26** wherein the $C_{max}$ of said product is at least 1000 $\mu$g/mL and said product has an $AUC_{inf}$ of at least 3500 hr*$\mu$g/mL.

**35**. The modified release product of claim **24** wherein said product has a half life, according to serum analysis, of at least three hours.

**36**. The modified release product of claim **24** wherein said first and second portions each comprise abutting substantially planar layers which form a bilayer tablet.

US 6,372,252 B1

23

**37**. The modified release product of claim **24** wherein said first portion is provided as a coating on said second portion.

**38**. The modified release product of claim **24** which is a capsule containing said first and second portions.

**39**. The modified release product of claim **24** which is approximately equally effective when administered to a patient on an empty or full stomach.

**40**. The modified release product of claim **27** which has the serum guaifenesin concentration profile of FIG. **10**.

**41**. A modified release product having two portions, wherein a first portion comprises a first quantity of guaifenesin in an immediate release form which becomes fully bioavailable in the subject's stomach and a second portion comprises a second quantity of guaifenesin in a sustained release form wherein the ratio of said first quantity to said second quantity is from about 1:1 to about 1:5 and the product provides a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period and wherein said product also provides therapeutically effective bioavailability for at least twelve hours after a single dose in a human subject according to serum analysis.

**42**. The modified release product of claim **41** wherein the total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**43**. The modified release product of claim **41** wherein the total quantity of guaifenesin is 600 mg.

**44**. The modified release product of claim **41** wherein the total quantity of guaifenesin is 1200 mg.

**45**. The modified release product of claim **41** wherein the $C_{max}$, $AUC_{inf}$ and $AUC_{0-12}$ are approximately proportional to dosage strength.

24

**46**. The modified release product of claim **41** wherein the ratio of said first quantity of guaifenesin to said quantity of second quantity of guaifenesin is about 1:5.

**47**. The modified release product of claim **44** wherein the $C_{max}$ of said product is from about 1600 to 2500 $\mu$g/mL and said product has an $AUC_{inf}$ of from about 5600 to 8750 hr*$\mu$g/mL.

**48**. The modified release product of claim **44** wherein the $C_{max}$ of said product is at least 1900 $\mu$g/mL and said product has an $AUC_{inf}$ of at least 7000 hr*$\mu$g/mL.

**49**. The modified release product of claim **43** wherein the $C_{max}$ of said product is from about 800 to 1250 $\mu$g/mL and said product has an $AUC_{inf}$ from about 2800 to 4375 hr*$\mu$g/mL.

**50**. The modified release product of claim **43** wherein the $C_{max}$ of said product is at least 1000 $\mu$g/mL and said product has an $AUC_{inf}$ of at least 3500 hr*$\mu$g/mL.

**51**. The modified release product of claim **41** wherein said product has a half life, according to serum analysis, of at least three hours.

**52**. The modified release product of claim **41** wherein said first and second portions each comprise abutting substantially planar layers which form a bilayer tablet.

**53**. The modified release product of claim **41** wherein said first portion is provided as a coating on said second portion.

**54**. The modified release product of claim **41** which is a capsule containing said first and second portions.

**55**. The modified release product of claim **41** which is approximately equally effective when administered to a patient on an empty or full stomach.

**56**. The modified release product of claim **44** which has the serum guaifenesin concentration profile of FIG. **10**.

* * * * *

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.   : 6,372,252 B1                        Page 1 of  1
DATED        : April 16, 2002
INVENTOR(S)  : Blume et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 22,
Line 51, after "8750", change "hrl $\mu g$/mL" to -- hrl*$\mu g$/mL --.
Line 56, change "300" to --800 --.

Column 24,
Line 10, after "7000", change "hr*$\mu g$/mL" to -- hrl*$\mu g$/mL --.

Signed and Sealed this

Eighteenth Day of June, 2002

Attest:

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

*Attesting Officer*

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,372,252 B1                                    Page 1 of  2
DATED           : April 16, 2002
INVENTOR(S)  : Blume et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11,
Line 4, change "hr* µg/ml" to -- hr*ng/ml --;

Column 13,
Line 54, change "(µg/ml)" to -- (ng/ml)--, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 14,
Line 5, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;
Line 14, change "µg/ml" to -- ng/ml --;
Line 15, change "hr*µg/ml" to -- hr*ng/ml --;
Line 17, change "µg/ml" to -- ng/ml, -- "hr* µg/ml" to -- hr*ng/ml --;
Line 20, change "µg/ml" to -- ng/ml --;
Line 23, change "hr*µg/ml" to -- hr*ng/ml --;

Column 16,
Line 9, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 17,
Line 58,change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 18,
Line 4, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 20,
Line 10, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --,
"(hr*µg/ml)" to -- (hr*ng/ml) --;
Line 31, change "$AUC_{0-12}$" to -- $AUC_{0-12}$ --;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 6,372,252 B1                                         Page 2 of  2
DATED           : April 16, 2002
INVENTOR(S)  : Blume et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 21,
Lines 51, 55, 58 and 61, change "µg/ml" to -- ng/ml --;
Lines 53, 56, 59 and 62, change "hr*µg/ml" to -- hr*ng/ml --;

Column 22,
Lines 49, 53, 56 and 60, change "µg/ml" to -- ng/ml --;
Lines 51, 54, 58 and 61, change "hr*µg/ml" to -- hr*ng/ml --;

Column 24,
Lines 5, 9, 10, 12 and 16, change "µg/ml" to -- ng/ml --;
Lines 7 and 17, change "hr*tµg/ml" to -- hr*ng/ml --.

Signed and Sealed this

Fourteenth Day of October, 2003

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

# UNITED STATES PATENT AND TRADEMARK OFFICE
# **CERTIFICATE OF CORRECTION**

PATENT NO.    : 6,372,252 B1                                Page 1 of  2
DATED          : April 16, 2002
INVENTOR(S)  : Blume et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Column 11,
Line 4, change "hr* µg/ml" to -- hr*ng/ml --;

Column 13,
Line 54, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 14,
Line 5, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;
Line 14, change "µg/ml" to -- ng/ml --;
Line 15, change "hr*µg/ml" to -- hr*ng/ml --;
Line 17, change "µg/ml" to -- ng/ml, -- "hr* µg/ml" to -- hr*ng/ml --;
Line 20, change "µg/ml" to -- ng/ml --;
Line 23, change "hr*µg/ml" to -- hr*ng/ml --;

Column 16,
Line 9, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 17,
Line 58, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 18,
Line 4, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;

Column 20,
Line 10, change "(µg/ml)" to -- (ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --, "(hr*µg/ml)" to -- (hr*ng/ml) --;
Line 31, change "$AUCo_{0-12}$" to -- $AUC_{0-12}$ --;

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.     : 6,372,252 B1                                    Page 2 of  2
DATED          : April 16, 2002
INVENTOR(S)    : Blume et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Column 21,
Lines 51, 55, 58 and 61, change "µg/ml" to -- ng/ml --;
Lines 53, 56, 59 and 62, change "hr*µg/ml" to -- hr*ng/ml --;

Column 22,
Lines 49, 53, 56 and 60, change "µg/ml" to -- ng/ml --;
Lines 51, 54, 58 and 61, change "hr*µg/ml" to -- hr*ng/ml --;

Column 24,
Lines 5, 9, 10, 12 and 16, change "µg/ml" to -- ng/ml --;
Line 7, change "hr*tµg/ml" to -- hr*ng/ml --;
Lines 14 and 17, change "hr*µg/ml" to -- hr*ng/ml --.

This certificate supersedes Certificate of Correction issued October 14, 2003.

Signed and Sealed this

Sixth Day of January, 2004

JAMES E. ROGAN
*Director of the United States Patent and Trademark Office*

(12) **EX PARTE REEXAMINATION CERTIFICATE** (6879th)

# United States Patent

Blume et al.

(10) **Number:**     **US 6,372,252 C1**

(45) **Certificate Issued:**     **Jun. 16, 2009**

(54) **GUAIFENESIN SUSTAINED RELEASE FORMULATION AND TABLETS**

(75) Inventors: **Ralph W. Blume**, Fort Worth, TX (US); **Robert D. Davis**, Arlington, TX (US); **Donald Jeffrey Keyser**, Southlake, TX (US)

(73) Assignee: **Reckitt Benckiser Inc.**, Parsippany, NJ (US)

**Reexamination Request:**
No. 90/007,514, Apr. 22, 2005

**Reexamination Certificate for:**

| | |
|---|---|
| Patent No.: | **6,372,252** |
| Issued: | **Apr. 16, 2002** |
| Appl. No.: | **09/559,542** |
| Filed: | **Apr. 28, 2000** |

Certificate of Correction issued Jun. 18, 2002.

(51) **Int. Cl.**

| | |
|---|---|
| *A61K 31/137* | (2006.01) |
| *A61K 31/075* | (2006.01) |
| *A61K 9/24* | (2006.01) |
| *A61K 31/09* | (2006.01) |
| *A61K 9/20* | (2006.01) |
| *A61K 31/495* | (2006.01) |
| *A61K 31/485* | (2006.01) |

(52) **U.S. Cl.** ........................ **424/464**; 424/400; 424/468; 424/472; 424/474; 424/475

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 3,634,584 | A | | 1/1972 | Poole |
| 4,248,857 | A | | 2/1981 | DeNeale et al. |
| 4,248,858 | A | | 2/1981 | Guley et al. |
| 4,309,405 | A | | 1/1982 | Guley et al. |
| 4,552,899 | A | | 11/1985 | Sunshine et al. |
| 4,798,725 | A | * | 1/1989 | Patel ......................... 424/456 |
| 4,826,688 | A | * | 5/1989 | Panoz et al. ............ 424/458 |
| 4,980,170 | A | | 12/1990 | Schneider et al. |
| 5,032,406 | A | * | 7/1991 | Dansereau et al. .......... 424/472 |
| 5,133,974 | A | * | 7/1992 | Paradissis et al. ........... 424/480 |
| 5,260,073 | A | | 11/1993 | Phipps |
| 5,286,493 | A | | 2/1994 | Oshlack et al. |
| 5,376,384 | A | | 12/1994 | Eichel et al. |
| 5,445,829 | A | | 8/1995 | Paradissis et al. .......... 424/480 |
| 5,486,364 | A | | 1/1996 | King et al. |
| 5,593,694 | A | | 1/1997 | Hayashida |
| 5,656,296 | A | | 8/1997 | Khan et al. ................. 424/473 |
| 5,738,874 | A | | 4/1998 | Conte et al. |
| 5,945,123 | A | | 8/1999 | Hermelin |
| 6,120,802 | A | | 9/2000 | Breitenbach et al. |
| 6,294,199 | B1 | | 9/2001 | Conley et al. |
| 6,623,756 | B1 | | 9/2003 | Wilber et al. |
| 6,838,094 | B2 | | 1/2005 | Grimmett et al. |
| 6,955,821 | B2 | | 10/2005 | Davis et al. |
| 2002/0022058 | A1 | | 2/2002 | Lovercheck |
| 2002/0142044 | A1 | | 10/2002 | Vendola |
| 2003/0012820 | A1 | | 1/2003 | Upadhyay |
| 2003/0039691 | A1 | | 2/2003 | Waterman |
| 2003/0091624 | A1 | | 5/2003 | Szymczak et al. |
| 2003/0147952 | A1 | | 8/2003 | Lim et al. |
| 2003/0215508 | A1 | | 11/2003 | Davis et al. |
| 2004/0018233 | A1 | | 1/2004 | Davis et al. |
| 2004/0022851 | A1 | | 2/2004 | Davis et al. |
| 2004/0033258 | A1 | | 2/2004 | Koike |
| 2004/0156902 | A1 | | 8/2004 | Lee et al. |
| 2004/0180085 | A1 | | 9/2004 | Ohkouchi et al. |
| 2005/0095288 | A1 | | 5/2005 | Honea |
| 2005/0152967 | A1 | | 7/2005 | Tengler et al. |
| 2005/0276852 | A1 | | 12/2005 | Davis et al. |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 7277962 | 10/1995 |
| WO | WO 98/22097 | 5/1998 |
| WO | WO 00/33818 A1 | 6/2000 |
| WO | WO 01/19901 A3 | 3/2001 |

OTHER PUBLICATIONS

Ansel HC and Popovich NG. Pharmaceutical Dosage Forms and Drug Delivery Systems. Fifth Edition. Lea & Febiger. 1990. p. 64.*

Bankser GS and Rhodes CT, Modern Pharmaceutics. Fourth Edition. marcel Deller, Inc. 2002. p. 83.*

Bodmeier, R. et al., "Prolonged Release Multiple–Unit Dosage Forms Based On Water–Soluble Cellulosic Polymers or Aqueous Latexes," Proceed. Intern. Sump. Control. Rel. Bioact. Mater., 18 (1991), Controlled Release Society, Inc.

Bauer et al., "Coated Pharmaceutical Dosage Forms," p. 83 (MedPharm Scientific Publishers 1998).

Welling, P.G., "Oral Controlled Drug Administration: Pharmacokinetic Considerations," Drug Dev. Ind. Pharm., 9, 1185–1225 (1983).

Kim, C., "Pharmacokinetic Considerations in the Design of Controlled Release Dosage Forms," Controlled Release Dosage Form Design, ch. 11 (Technomic Publishing Co., Inc. 2000).

(Continued)

*Primary Examiner*—Evelyn Huang

(57) **ABSTRACT**

The invention relates to a novel pharmaceutical sustained release formulation of guaifenesin. The formulation may comprise a hydrophilic polymer, preferably a hydroxypropyl methylcellulose, and a water-insoluble polymer, preferably an acrylic resin, in a ratio range of about one-to-one (1:1) to about six-to-one (6:1), more preferably a range of about three-to-two (3:2) to about four-to-one (4:1), and most preferably about two-to-one (2:1), by weight. This formulation capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject. The invention also relates to a modified release guaifenesin tablet which has two portion: the first portion comprises an immediate release formulation of guaifenesin and the second portion comprises a sustained release formulation of guaifenesin as described above. This two portion, or bi-layer, tablet has a maximum serum concentration equivalent to that of an immediate release guaifenesin tablet, and is capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject.

## US 6,372,252 C1
Page 2

OTHER PUBLICATIONS

International Search Report dated Aug. 19, 2003 for International Application No. PCT/US03/11500, filed Apr. 15, 2003.

Howard C. Ansel et al., Pharmaceutical Dosage Forms and Drug Delivery Systems, Sixth Addition, pp. v–vii and 213–225 (1995).

Howard C. Ansel et al., Pharmaceutical Dosage Forms and Drug Delivery Systems, Seventh Addition, pp. 229–243 (1999).

Physicians' Desk Reference: For Nonprescription Drugs and Dietary Supplements 807–808 (Medical Economics Company, Inc., 20th ed. 1999).

Curriculum Vitae of Peter Anthony Crooks, MSc, PhD, FRPharmS, CSci, CChem, FRSC (Jul. 2006).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Announce ANDA Filing For Guaifenesin Extended–Release Tablets, 600 mg And 1200 mg (Aug. 18, 2006), at http://www.urlmutual.com/guaifenesin__pr.htm.

Correspondence from E. Brendan Magrab, Esq., Vice President, Intellectual Property, United Research Laboratories, Inc. nad Mutual Pharmaceutical Company, Inc. to Michael J. Valentino, President & Chief Executive Officer, Adams Respiratory Therapeutics, Inc., including Exhibits A and B and additional attachments (Aug. 22, 2006), available at http://www.urlmutual.com/guaifenesin2.pdf (excluding the additional attachments).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Formally Notifies Adams Respiratory Therapeutics Of Its ANDA Filing For Guaifenesin Extended–Release Tablets, 600 mg And 1200 mg (Aug. 23, 2006), at http://www.urlmutual.com/guaifenesin__pr08232006.htm.

Correspondence from Joseph M. O'Malley, Jr., Esq., Attorney, Fitzpatrick, Cella, Harper & Scinto to E. Brendan Magrab, Esq., Vice President, Intellectual Property, United Research Laboratories, Inc. and Mutual Pharmaceutical Company, Inc., including attachment (Aug. 31, 2006), available at http://www.urlmutual.com/guaifenesin3.pdf.

Correspondence from James D. Veltrop, Attorney, Axinn, Veltrop & Harkrider to Joseph M. O'Malley, Jr., Esq., Attorney, Fitzpatrick, Cella, Harper & Scinto, including attachment (Sep. 6, 2006), available at http://www.urlmutual.com/guaifenesin4.pdf.

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Views Legal Response From Adams As Excessive And Disengenuous [sic] Attempt To Delay Competition (Sep. 7, 2006), at http://www.urlmutual.com/guaifenesin__pr09072006.htm.

Correspondence from James D. Veltrop, Attorney, Axinn, Veltrop & Harkrider LLP to Dominick A. Conde, Attorney, Fitzpatrick, Cella, Harper & Scinto (Sep. 28, 2006), available at http://www.urlmutual.com/guaifenesin6.pdf.

Declaration of Harry G. Brittain, PhD. (Sep. 28, 2006), available at http://www.urlmutual.com/guaifenesin7.pdf.

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: Independent Expert Confirms View That Adams Has No Legal Basis For Pursuing Legal Action Against Mutual Pharmaceutical Company For Its Guaifenesin Extended–Release Tablets, 600 mg And 1200 mg (Sep. 28, 2006), at http://www.urlmutual.com/guaifenesin__pr09282006.htm.

Adams Respiratory Therapeutics, Inc. v. Pharmaceutical Holdings Corp., Complaint for Patent Infringement and Certification Pursuant to Local Rule 11.2, including Exhibit A (D.N.Y. Oct. 2, 2006).

Adams Respiratory Therapeutics, Inc. v. Pharmaceutical Holdings Corp., Complaint for Patent Infringement, including Exhibit A (E.D. Pa. Oct. 4, 2006).

Adams Respiratory Therapeutics, Inc. v. Pharmaceutical Holdings Corp., Answer and Counterclaims (E.D. Pa. Oct. 10, 2006).

Adams Respiratory Therapeutics, Inc. v. Pharmaceutical Holdings Corp., Defendants' Motion for Summary Judgment (E.D. Pa. Oct. 17, 2006).

Adams Respiratory Therapeutics, Inc. v. Pharmaceutical Holdings Corp., Defendants' Memorandum of Law in Support of a Motion for Summary Judgment (E.D. Pa. Oct. 17, 2006).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: Mutual Pharmaceutical Company Files Counter Suit Against Adams Respiratory Therapeutics (Oct. 17, 2006), at http://www.urlmutual.com/guaifenesin8.pdf.

Gudipati, M., In Vitro/In Vivo Correlation Approach For The Development Of Drug Delivery Systems, Chapter 4, pp. 76–199 (University of Texas at Austin, Aug. 1990).

* cited by examiner

US 6,372,252 C1

**1**

# EX PARTE
# REEXAMINATION CERTIFICATE
# ISSUED UNDER 35 U.S.C. 307

THE PATENT IS HEREBY AMENDED AS
INDICATED BELOW.

**Matter enclosed in heavy brackets [ ] appeared in the
patent, but has been deleted and is no longer a part of the
patent; matter printed in italics indicates additions made
to the patent.**

ONLY THOSE PARAGRAPHS OF THE
SPECIFICATION AFFECTED BY AMENDMENT
ARE PRINTED HEREIN.

Column 5, lines 11–16:

FIG. **9** is a graph demonstrating the plasma concentration
of guaifenesin over [an averaged 12 hour interval] *time* (*the
last twelve-hour interval* taken from 11 twelve hour intervals
over 5.5 days) in healthy human volunteers from an immedi-
ate release tablet lot known in the art and a bi-layered modi-
fied release tablet lot of the present invention.

Column 5, lines 17–22:

FIG. **10** is a graph demonstrating the plasma concentra-
tion of guaifenesin over [time] *an averaged 12 hour interval*
(the [last] *first* twelve hour interval of the 11 twelve hour
intervals described above) in healthy human volunteers from
an immediate release tablet lot known in the art and a
bi-layered modified release tablet lot of the present inven-
tion.

Column 17, line 63:

The results of the testing are depicted in FIG. [9] *10.*

Column 18, line 12:

The results of the testing are depicted in FIG. [10] *9.*

**2**

AS A RESULT OF REEXAMINATION, IT HAS BEEN
DETERMINED THAT:

The patentability of claims **1–21, 23–39** and **41–55** is con-
firmed.

Claims **22, 40** and **56** are determined to be patentable as
amended.

New claims **57** and **58** are added and determined to be
patentable.

**22**. The modified release tablet of claim **9** which has the
serum guaifenesin concentration profile of FIG. [10] *9.*

**40**. The modified release product of claim **27** which has
the serum guaifenesin concentration profile of FIG. [10] *9.*

**56**. The modified release product of claim **44** which has
the serum guaifenesin concentration profile of FIG. [10] *9.*

*57. A modified release product having two portions,
wherein a first portion comprises a first quantity of guaifen-
esin in an immediate release form which becomes fully bio-
available in the subject's stomach and a second portion
comprises a second quantity of guaifenesin in a sustained
release form wherein the ratio of said first quantity to said
second quantity provides a fasted serum guaifenesin concen-
tration profile of FIG. 11, wherein the total quantity of
guaifenesin is 600 mg, and wherein said product also pro-
vides therapeutically effective bioavailability for at least
twelve hours after a single dose in a human subject accord-
ing to serum analysis.*

*58. A modified release product having two portions,
wherein a first portion comprises a first quantity of guaifen-
esin in an immediate release form which becomes fully bio-
available in the subject's stomach and a second portion
comprises a second quantity of guaifenesin in a sustained
release form wherein the ratio of said first quantity to said
second quantity provides a fasted serum guaifenesin concen-
tration profile of FIG. 11, wherein the total quantity of
guaifenesin is 1200 mg, and wherein said product also pro-
vides therapeutically effective bioavailability for at least
twelve hours after a single dose in a human subject accord-
ing to serum analysis.*

\* \* \* \* \*

# EXHIBIT B

US006955821B2

(12) **United States Patent** (10) Patent No.: **US 6,955,821 B2**

Davis et al. (45) Date of Patent: **Oct. 18, 2005**

---

(54) **SUSTAINED RELEASE FORMULATIONS OF GUAIFENESIN AND ADDITIONAL DRUG INGREDIENTS**

(75) Inventors: **Robert D. Davis**, Arlington, TX (US); **Ralph W. Blume**, Fort Worth, TX (US); **Donald Jeffrey Keyser**, Southlake, TX (US)

(73) Assignee: **Adams Laboratories, Inc.**, Fort Worth, TX (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 21 days.

(21) Appl. No.: **10/121,706**

(22) Filed: **Apr. 15, 2002**

(65) **Prior Publication Data**

US 2003/0049318 A1 Mar. 13, 2003

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 09/559,542, filed on Apr. 28, 2000, now Pat. No. 6,372,252.

(51) Int. Cl.[7] ............................ **A61K 9/20**; A61K 9/22; A61K 9/26; A61K 9/48; A61K 9/52

(52) U.S. Cl. ....................... **424/468**; 424/451; 424/452; 424/457; 424/458; 424/464; 424/465; 424/469

(58) Field of Search ................................ 424/451, 452, 424/457, 458, 464, 465, 468, 469, 400, 439, 453, 472, 474, 489, 490; 514/849, 850, 962, 963

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,065,143 A 11/1962 Christenson et al.
3,362,880 A 1/1968 Sampson

(Continued)

FOREIGN PATENT DOCUMENTS

EP 0409781 B1 6/1994
GB 2255344 A 11/1992

WO WO 87/00044 1/1987
WO WO 98/22097 5/1998

OTHER PUBLICATIONS

Coated Pharmaceutical Dosage Forms, Bauer et al, MedPharm Scientific Publishers (1998), p. 83.*

Welling, P.G., "Oral Controlled Drug Administration: Pharmacokinetic Considerations, " Drug Dev. Ind. Pharm., 9, 1185–1225 (1983).

Kim, C., "Pharmacokinetic Considerations in the Design of Controlled Release Dosage Forms," Controlled Release Dosage Form Design, ch. 11 (Technomic Publishing Co., Inc. 2000).

Bodmeier, R. et al., "Prolonged Release Multiple–Unit Dosage Forms Based On Water–Soluble Cellulosic Polymers or Aqueous Latexes," Proceed. Intern. Sump. Control. Rel. Bioact. Mater., 18 (1991), Controlled Release Society, Inc.

Primary Examiner—Thurman K. Page
Assistant Examiner—S. Tran
(74) Attorney, Agent, or Firm—Hunton & Williams LLP

(57) **ABSTRACT**

The invention relates to a novel pharmaceutical sustained release formulation of guaifenesin and at least one additional drug ingredient. The formulation may comprise a hydrophilic polymer, preferably a hydroxypropyl methylcellulose, and a water-insoluble polymer, preferably an acrylic resin, in a ratio range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-to-one (2:1) to about four-to-one (4:1) by weight. This formulation capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject. The invention also relates to a modified release product which has two portions: a first portion having an immediate release formulation of guaifenesin and a second portion having a sustained release formulation of guaifenesin, wherein one or both portions has at least one additional drug ingredient. The modified release product has a maximum guaifenesin serum concentration equivalent to that of an immediate release guaifenesin tablet, and is capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in a human subject.

**77 Claims, 18 Drawing Sheets**



**US 6,955,821 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,362,881 | A | 1/1968 | Klaus et al. |
| 3,555,151 | A | 1/1971 | Kaplan et al. |
| 3,870,790 | A | 3/1975 | Lowey et al. |
| 3,981,984 | A | 9/1976 | Signorino |
| 4,122,157 | A | 10/1978 | Huber |
| 4,140,755 | A | 2/1979 | Sheth et al. |
| 4,167,558 | A | 9/1979 | Sheth et al. |
| 4,226,849 | A | 10/1980 | Schor |
| 4,248,857 | A | 2/1981 | DeNeale et al. |
| 4,248,858 | A | 2/1981 | Guley et al. |
| 4,259,314 | A | 3/1981 | Lowey |
| 4,309,404 | A | 1/1982 | DeNeale et al. |
| 4,309,405 | A | 1/1982 | Guley et al. |
| 4,357,469 | A | 11/1982 | Schor |
| 4,369,172 | A | 1/1983 | Schor et al. |
| 4,389,393 | A | 6/1983 | Schor et al. |
| 4,424,235 | A | 1/1984 | Sheth et al. |
| 4,540,566 | A | 9/1985 | Davis et al. |
| 4,543,370 | A | 9/1985 | Porter et al. |
| 4,680,323 | A | 7/1987 | Lowey |
| 4,695,464 | A | 9/1987 | Alderman |
| 4,699,779 | A | 10/1987 | Palinczar |
| 4,704,285 | A | 11/1987 | Alderman |
| 4,756,911 | A | * 7/1988 | Drost et al. ................. 424/468 |
| 4,795,643 | A | 1/1989 | Seth |
| 4,798,725 | A | 1/1989 | Patel |
| 4,851,392 | A | 7/1989 | Shaw et al. |
| 4,871,548 | A | 10/1989 | Edgren et al. |
| 4,968,508 | A | 11/1990 | Oren et al. |
| 4,980,170 | A | * 12/1990 | Schneider et al. .......... 424/451 |
| 4,983,398 | A | 1/1991 | Gaylord et al. |
| 4,994,276 | A | 2/1991 | Baichwal et al. |
| 5,032,406 | A | * 7/1991 | Dansereau et al. ......... 424/472 |
| 5,047,248 | A | 9/1991 | Calanchi et al. |
| 5,098,715 | A | 3/1992 | McCabe et al. |
| 5,133,974 | A | * 7/1992 | Paradissis et al. .......... 424/480 |
| 5,164,398 | A | 11/1992 | Sims et al. |
| 5,200,193 | A | 4/1993 | Radebaugh et al. |
| 5,286,493 | A | * 2/1994 | Oshlack et al. ............. 424/468 |
| 5,292,534 | A | 3/1994 | Valentine et al. |
| 5,326,571 | A | 7/1994 | Wright et al. |
| 5,395,626 | A | 3/1995 | Kotwal et al. |
| 5,403,593 | A | 4/1995 | Royce |
| 5,427,799 | A | 6/1995 | Valentine et al. |
| 5,445,829 | A | 8/1995 | Paradissis et al. |
| 5,451,409 | A | 9/1995 | Rencher et al. |
| 5,472,704 | A | 12/1995 | Santus et al. |
| 5,494,681 | A | 2/1996 | Cuca et al. |
| 5,593,694 | A | 1/1997 | Hayashida et al. |
| 5,650,169 | A | 7/1997 | Conte et al. |
| 5,656,296 | A | 8/1997 | Khan et al. |
| 5,662,933 | A | 9/1997 | Baichwal et al. |
| 5,780,057 | A | 7/1998 | Conte et al. |
| 5,807,580 | A | 9/1998 | Luber |
| 5,840,329 | A | 11/1998 | Bai |
| 5,945,123 | A | * 8/1999 | Hermelin ................... 424/464 |
| 5,968,554 | A | 10/1999 | Beiman et al. |
| 6,210,710 | B1 | 4/2001 | Skinner |
| 6,217,903 | B1 | 4/2001 | Skinner |
| 6,372,252 | B1 | * 4/2002 | Blume et al. ............... 424/464 |

* cited by examiner

**U.S. Patent**          Oct. 18, 2005          Sheet 1 of 18          **US 6,955,821 B2**



FIG. 1



FIG. 2

TABLETTING

COMPRESS A PORTION OF THE
IMMEDIATE RELEASE BLEND AND A
SUSTAINED RELEASE BLEND IN
A TABLET PRESS.

IMMEDIATE RELEASE PREPARATION

BLEND TOGETHER GUAIFENESIN DC,
SODIUM STARCH GLYCOLATE,
MICROCRYSTALLINE CELLULOSE
AND MAGNESIUM STEARATE.

SUSTAINED RELEASE PREPARATION

PREPARE A SUSTAINED RELEASE
FORMULATION USING EITHER STEPS 1
THROUGH 4 OF FIGURE 1 OR STEP 1
OF FIGURE 2.

FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7





FIG. 9



FIG. 10



FIG. 11



Figure 12
Dextromethorphan HBr Dissolution Release Rates for Mucinex DM
1200 mg Guaifenesin / 60 mg Dextromethorphan HBr (Mean, Standard Error)

| | 1 HR | 2 HR | 6 HR | 12 HR |
|---|---|---|---|---|
| PB01-H30 (Clinical Batch) | 46 | 59 | 73 | 86 |
| PB01-H43 | 47 | 60 | 74 | 87 |
| PB01-H44 | 47 | 61 | 76 | 89 |

Dissolution Interval



Figure 13

Guaifenesin Plasma Concetrations Following the Administration of 1200 mg Guaifenesin and 60 mg Dextromethorphan Hydrobromide to Normal Volunteers in Three Formulations (Mean, Standard Error)

Figure 14

Dextromethorphan Plasma Concentrations Following the Administration of 1200 mg Guaifenesin and 60 mg Dextromethorphan Hydrobromide to Normal Volunteers in Three Formulations (Mean, Standard Error)

Figure 15

Dextrorphan Plasma Concentrations Following the Administration of 1200 mg Guaifenesin and 60 mg Dextromethorphan Hydrobromide to Normal Volunteers in Three Formulations (Mean, Standard Error)



Figure 16
Pseudoephedrine HCl Dissolution Release Rates for Mucinex D
1200 mg Guaifenesin / 120 mg Pseudoephedrine HCl

| | 1 HR | 2 HR | 6 HR | 12 HR |
|---|---|---|---|---|
| PB01-M65 (Clinical Batch) | 45 | 60 | 89 | 97 |
| PB01-M68 | 44 | 59 | 87 | 98 |
| PB01-M71 | 43 | 58 | 82 | 96 |

Dissolution Interval

Percent Released

Figure 17
Plasma Guaifenesin Concentration Following Administration of 1200 mg Guaifenesin Along
with 120 mg Pseudoephedrine HCl to Normal Volunteers (Mean, Standard Error)



Figure 18
Plasma Pseudoephedrine Concentration Following Administration of 120 mg
Pseudoephedrine HCl along with 1200 mg Guaifenesin to Normal Volunteers
(Mean, Standard Error)

US 6,955,821 B2

**1**

# SUSTAINED RELEASE FORMULATIONS OF GUAIFENESIN AND ADDITIONAL DRUG INGREDIENTS

## CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. application Ser. No. 09/559,542 now U.S. Pat. No. 6,372,252 which was filed on Apr. 28, 2000 and issued on Apr. 16, 2002.

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is directed to a sustained release formulation for oral administration comprising a sustained release formulation and at least one drug ingredient and methods of manufacture thereof. In particular, the invention is directed to a sustained release formulation which maintains a therapeutically effective blood concentration of guaifenesin and at least one drug ingredient for a duration of at least twelve hours. The present invention further relates to a modified release bi-layer tablet containing guaifenesin and at least one drug ingredient which demonstrates a maximum serum concentration equivalent to an immediate release tablet yet maintains a therapeutically effective blood concentration of guaifenesin for a duration of about twelve hours.

### 2. Description of Related Art

Sustained release pharmaceutical formulations provide a significant advantage over immediate release formulations to both clinicians and their patients. Sustained release dosage forms are administered to patients in much fewer daily doses than their immediate release counterparts and generally achieve improved therapeutic effect and efficiency in the fewer daily doses.

For example, in a standard dosage regimen a 400 mg immediate release dosage form of an active ingredient (hereinafter "drug" or "medicament") with a short half-life, such as guaifenesin, may have to be administered to a patient three times within 12 hours to maintain adequate bioavailability of the drug to achieve therapeutic effect. This results in a series of three serum concentration profiles in the patient in which there is a rapid increase of drug followed by a similar rapid decrease. Such rapid increases and decreases provide a patient with a short window of appropriate blood concentration of the medicament for optimum therapy. A 1200 mg sustained release dosage form, on the other hand, may only have to be administered to a patient once every 12 hours to achieve therapeutic effect. Sustained release dosage forms generally control the rate of active drug absorption, so as to avoid excessive drug absorption while maintaining effective blood concentration of the drug to provide a patient with a consistent therapeutic effect over an extended duration of time.

Besides reducing the frequency of dosing and providing a more consistent therapeutic effect, sustained release dosage forms generally help reduce side effects caused by a drug. Because sustained release dosage forms deliver the drug in slow, incremental amounts versus the cyclic high and low concentrations of immediate release formulations, it is easier for a patient's body to digest the drug, thereby avoiding undesirable side-effects. For patients who self-administer therapies, sustained release dosage forms generally result in greater compliance due to the lower frequency of dosing, lower quantity of dosage units to be consumed, and reduced undesired side-effects.

**2**

Sustained release formulations for the sequential or timed release of medicaments are well known in the art. Generally, such formulations contain drug particles mixed with or covered by a polymer material, or blend of materials, which is resistant to degradation or disintegration in the stomach and/or in the intestine for a selected period of time. Release of the drug may occur by leeching, erosion, rupture, diffusion or similar actions depending upon the nature of the polymer material or polymer blend used.

Conventionally, pharmaceutical manufacturers have used hydrophilic hydrocolloid gelling polymers such as hydroxypropyl methylcellulose, hydroxypropyl cellulose, or Pullulan to formulate sustained release tablets or capsules. These polymers first form a gel when exposed to an aqueous environment of low pH thereby slowly diffusing the active medicament which is contained within the polymer matrix. When the gel enters a higher pH environment such as that found in the intestines, however, it dissolves resulting in a less controlled drug release. To provide better sustained release properties in higher pH environments, some pharmaceutical manufacturers use polymers which dissolve only at higher pHs, such as acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, and hydroxypropyl methylcellulose phthalate, either alone or in combination with hydrophilic polymers.

Generally, these formulations are prepared by combining the medicament with a finely divided powder of the hydrophilic polymer, or the hydrophilic and water-insoluble polymers. These ingredients are mixed and granulated with water or an organic solvent and the granulation is dried. The dry granulation is then usually further blended with various pharmaceutical additives and compressed into tablets.

Although these types of formulations have been successfully used to manufacture dosage forms which demonstrate sustained release properties, these formulations generally do not have the desired release profile or serum concentration of medicament over an extended period of time. These sustained release formulations generally result in a delay in the appearance of drug in the blood stream, thereby delaying therapeutic effect. Additionally, when the drug does appear, its maximum serum concentration ($C_{max}$) is lower than the maximum concentration required for the most effective therapeutic result. Furthermore, most formulations which claim twelve hour potency release almost all of their drug within six to eight hours, making the formulation less therapeutically effective towards the end of the twelve hour period. To prevent blood serum concentrations of active drug from falling below a therapeutically effective level at extended time periods, many manufacturers increase the drug strength of the dosage form. The increase in drug strength, however, results in a concomitant increase in side-effects.

To improve the release profile of certain sustained release dosage forms, some pharmaceutical manufacturers have made tablets and capsules which comprise a combination of an immediate release formulation and a sustained release formulation. Although this solution improves the $C_{max}$ and length of time before the drug appears in the blood stream in some formulations, the extended therapeutic effect is not improved.

Furthermore, every medicament has different solubility properties and pH dependencies which affect its dissolution rate, and hence its bioavailability. Bioavailability can also be affected by a number of factors such as the amounts and types of adjuvants used, the granulation process, compression forces (in tablet manufacturing), surface area available

US 6,955,821 B2

3

for dissolution and environmental factors such as agitation in the stomach and the presence of food. Due to these numerous factors, specific formulations play an important role in the preparation of prolonged action solid dosage forms, particularly in the preparation of solid dosage forms which achieve appropriate bioavailability for optimum therapeutic effect.

Guaifenesin is known chemically as 3-(2-methoxyphenoxy)-1,2-propanediol. It is an expectorant, a drug which increases respiratory tract fluid secretions and helps to loosen phlegm and bronchial secretions. By reducing the viscosity of secretions, guaifenesin increases the efficiency of a cough reflex and of ciliary action in removing accumulated secretions from trachea and bronchi. Guaifenesin is readily absorbed from the intestinal tract and is rapidly metabolized and excreted in urine. Guaifenesin has a typical plasma half-life of approximately one hour. Because of the rapid metabolization and excretion of guaifenesin, typical immediate release dosage tablets of guaifenesin provide only a short window of therapeutic effectiveness for patients resulting in the various recognized problems described above.

None of the prior art has described a sustained release dosage form of guaifenesin which is capable of sustaining therapeutic effect for at least twelve hours. Likewise, none of the prior art has described a sustained release dosage form of guaifenesin which has a $C_{max}$ equivalent to that of an immediate release formulation, appears in the blood stream as quickly as an immediate release formulation, yet sustains therapeutic effect for at least twelve hours.

## SUMMARY OF THE INVENTION

The present invention overcomes the problems and disadvantages associated with current strategies and designs in formulations of modified release guaifenesin dosage forms.

This invention relates to a novel sustained release pharmaceutical formulation comprising guaifenesin and at least one drug ingredient. The sustained release formulation may comprise a combination of at least one hydrophilic polymer and at least one water-insoluble polymer. The total weight ratio of hydrophilic polymer to water-insoluble polymer may be in a range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably in a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-to-one (2:1) to about four-to-one (4:1). When a tablet comprising the sustained release formulation is exposed to an aqueous medium of low pH, such as that found in the stomach, the polymer combination gels causing guaifenesin and the drug ingredient to diffuse from the gel. When the tablet passes to the intestines where an aqueous medium of higher pH is present, the gel begins to dissolve, thereby releasing guaifenesin and the drug ingredient(s) in controlled amounts. The tablet is capable of releasing therapeutically effective amounts of guaifenesin over an extended period, i.e. twelve or more hours and at least one additional drug ingredient immediately, over an extended period, or both.

This invention also encompasses a modified release composition which comprises two discrete portions (e.g. a bi-layer tablet, or capsule), an immediate release formulation and a sustained release formulation. Each formulation comprises a specific quantity of guaifenesin and may optionally contain at least one additional drug. The immediate release formulation is formulated to dissolve in aqueous acidic medium, such as that found in the stomach, to quickly release guaifenesin contained within the portion, and option-

4

ally quickly release the at least one additional drug ingredient. The sustained release portion may comprise a combination of hydrophilic polymer and a water-insoluble polymer in a ratio range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably from about two-to-one (2:1) to about four-to-one (4:1).

The present invention also relates to sustained release preparations of the type described above in the form of capsules having beads or granules of both immediate release formulation and beads or granules of sustained release formulation. Alternatively, the sustained release formulation may comprise a core that is coated by a layer of the immediate release formulation to form a single tablet. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment.

The bi-layer tablet of the present invention demonstrates a maximum serum concentration ($C_{max}$) and time of availability in the blood stream that are equivalent to an immediate release tablet. The bi-layer tablet also provides sustained release of guaifenesin over at least a twelve hour period from one dose. The bi-layer tablet of the present invention further maintains serum concentration levels of guaifenesin at a therapeutically effective level for at least a twelve hour period without an increase in the drug strength of the dosage form. As the bi-layer tablet of the present invention also contains at least one additional drug ingredient, the additional drug ingredient can be formulated within the sustained release formulation, immediate release formulation, or both. In one embodiment, the bi-layer tablet of the present invention maintains serum concentration levels of at least one additional drug at a therapeutically effective level for at least a twelve hour period without an increase in the drug strength of the dosage form.

The present invention also relates to methods of manufacturing sustained release formulations and bi-layer tablets of the present invention. An example of a manufacturing method for a sustained release formulation comprises mixing a hydrophilic polymer and active ingredients in a mixer, adding water to the mixture and continuing to mix and chop, drying the mixture to obtain hydrophilic polymer encapsulated granules, milling and screening the resulting granulation, and blending it with various pharmaceutical additives, additional hydrophilic polymer, and water insoluble polymer. The formulation may then be tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

An example of a bi-layer tablet manufacturing method comprises blending a quantity of guaifenesin and optionally, at least one drug ingredient with various excipients, colorants, and/or other pharmaceutical additives to form an immediate release formulation, separately blending another quantity of guaifenesin and at least one drug ingredient with a hydrophilic polymer, a water-insoluble polymer, and various excipients, colorants, and/or other pharmaceutical additives to form a sustained release formulation, and compressing a quantity of the immediate release formulation with a quantity of the sustained release formulation to form a bi-layer tablet. The tablet may then be optionally coated with a protective coating which rapidly dissolves or disperses in gastric juices.

Other objects, advantages and embodiments of the invention are set forth in part in the description which follows, and in part, will be obvious from this description, or may be learned from the practice of the invention.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow diagram depicting steps in a wet granulation method for manufacturing the sustained release formulation of the present invention.

US 6,955,821 B2

5

FIG. 2 is a flow diagram depicting steps in a dry granulation method for manufacturing the sustained release formulation of the present invention.

FIG. 3 is a flow diagram depicting steps in a method for manufacturing the bi-layer tablet of the present invention.

FIG. 4 is a graph demonstrating the dissolution profiles of tablets comprising two different sustained release formulations of the present invention.

FIG. 5 is a graph demonstrating the dissolution profiles of an immediate release dosage form and two sustained release dosage forms of guaifenesin, all of which are known in the art.

FIG. 6 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers who were dosed with three different guaifenesin formulations; an immediate release formulation known in the art, and two different sustained release formulations of the present invention.

FIG. 7 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers from an immediate release tablet lot which is known in the art, a non-layered modified release tablet lot of the present invention, and two bi-layered modified release tablet lots of the present invention (one comprising 600 mg of immediate release formulation and 600 mg of sustained release formulation and the other one comprising 400 mg of immediate release formulation and 800 mg of sustained release formulation).

FIG. 8 is a graph demonstrating the dissolution profiles of four sustained release tablets of the present invention: one tablet is non-layered, comprising 1200 mg of sustained release formulation; another tablet is bi-layered, comprising 600 mg of sustained release formulation and 600 mg of immediate release formulation; another tablet is bi-layered, comprising 800 mg of sustained release formulation and 400 mg of immediate release formulation; and yet another tablet is bi-layered comprising 1000 mg of sustained release formulation and 200 mg of immediate release formulation.

FIG. 9 is a graph demonstrating the plasma concentration of guaifenesin over an averaged 12 hour interval (taken from 11 twelve hour intervals over 5.5 days) in healthy human volunteers from an immediate release tablet lot known in the art and a bi-layered modified release tablet lot of the present invention.

FIG. 10 is a graph demonstrating the plasma concentration of guaifenesin over time (the last twelve hour interval of the 11 twelve hour intervals described above) in healthy human volunteers from an immediate release tablet lot known in the art and a bi-layered modified release tablet lot of the present invention.

FIG. 11 is a graph demonstrating the averaged plasma concentration of guaifenesin over a 16 hour period in 27 healthy human volunteers from 600 mg bi-layered modified release tablets of the present invention administered to fasting volunteers, 1200 mg bi-layered modified release tablets of the present invention administered to fasting volunteers, and 1200 mg bi-layered modified release tablets of the present invention administered to volunteers who had been fed a high fat meal.

FIG. 12 is a graph demonstrating the dissolution profile of dextromethorphan HBr as measured by three different batches of a 1200 mg guaifenesin–60 mg dextromethorphan tablet over a 12 hour period as measured by the weight percentage of dextromethorphan HBr dissolved over time.

FIG. 13 is a graph demonstrating the plasma concentration of guaifenesin following the administration of 1200 mg

6

guaifenesin and 60 mg dextromethorphan HBr to volunteers separately and in formulations of the present invention.

FIG. 14 is a graph demonstrating the plasma concentrations of dextromethorphan HBr following the administration of 1200 mg guaifenesin and 60 mg dextromethorphan HBr to volunteers in three different formulations.

FIG. 15 is a graph demonstrating the plasma concentrations of the metabolite dextrorphan following the administration of 1200 mg guaifenesin and 60 mg dextromethorphan HBr to volunteers in three different formulations.

FIG. 16 is a graph demonstrating the dissolution profile of pseudoephedrine HCl in three different batches of a 1200 mg guaifenesin-120 mg pseudoephedrine HCl tablet formulation over a 12 hour period as measured by the percent pseudoephedrine HCl dissolved over time.

FIG. 17 is a graph demonstrating the plasma concentration of guaifenesin following the administration of 1200 mg guaifenesin and 120 mg pseudoephedrine HCl to volunteers separately and in formulations of the present invention.

FIG. 18 is a graph demonstrating the plasma concentration of pseudoephedrine HCl following the administration of 1200 mg guaifenesin and 120 mg pseudoephedrine HCl to volunteers in three different formulations.

## DETAILED DESCRIPTION OF THE INVENTION

The present invention encompasses a novel sustained release formulation comprising guaifenesin and at least one additional drug ingredient. This invention also encompasses a modified release composition which comprises two discrete portions, an immediate release formulation and a sustained release formulation. Each formulation comprises a specific quantity of guaifenesin and may optionally contain at least one additional drug. The immediate release formulation is formulated to dissolve in aqueous acidic medium, such as that found in the stomach, to quickly release guaifenesin contained within the portion, and optionally quickly release the at least one additional drug ingredient. In a preferred embodiment, the sustained release formulation comprises a combination of a hydrophilic polymer and a water-insoluble polymer in a ratio range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-tone (2:1) to about four-to-one (4:1).

The present invention also relates to sustained release preparations of the type described above in the form of bi-layered tablets or capsules having a combination of beads or granules of immediate release formulation and beads or granules of sustained release formulation. Alternatively, the sustained release formulation may comprise a core that is coated by a layer of immediate release formulation to form a single tablet. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment. When the embodiment is a bi-layered tablet, the tablet is made of two portions: one portion comprising a sustained release formulation and a second portion comprising an immediate release formulation. In a preferred embodiment, the at least one additional drug ingredient can be present within the sustained release formulation, the immediate release formulation, or both depending upon the desired effect.

1. Sustained Release Formulation

In one embodiment of the present invention, a sustained release formulation comprises guaifenesin and at least one drug ingredient both mixed with a polymer blend which

US 6,955,821 B2

7

comprises at least one hydrophilic polymer and at least one water-insoluble polymer. In a further embodiment, the sustained release formulation may comprise a combination of guaifenesin and at least one additional drug ingredient, wherein the additional drug ingredient includes, but not limited to, an antitussive such as dextromethorphan hydrobromide, codeine, hydrocodone, a decongestant such as phenylephrine hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride or ephedrine, an antihistamine such as chlorpheniramine maleate, brompheniramine maleate, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, and clemastine fumerate, an analgesic such as aspirin, ibuprofen, naprosin, and acetaminophen, or combinations thereof. Preferably, the drug ingredient is dextromethorphan hydrobromide, pseudoephedrine hydrochloride, or a combination thereof.

Hydrophilic polymers suitable for use in the sustained release formulation include: one or more natural or partially or totally synthetic hydrophilic gums such as acacia, gum tragacanth, locust bean gum, guar gum, or karaya gum, modified cellulosic substances such as methylcellulose, hydroxomethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, carboxymethylcellulose; proteinaceous substances such as agar, pectin, carrageen, and alginates; and other hydrophilic polymers such as carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharides, modified starch derivatives, and other hydrophilic polymers known to those of skill in the art or a combination of such polymers.

These hydrophilic polymers gel and dissolve slowly in aqueous acidic media thereby allowing the guaifenesin and at least one drug ingredient to diffuse from the gel in the stomach. When the gel reaches the intestines, it dissolves in controlled quantities in the higher pH medium, where the guaifenesin and the drug ingredient are fairly absorbable, to allow sustained release of guaifenesin and at least one drug ingredient throughout the digestive tract. Preferred hydrophilic polymers are the hydroxypropyl methylcelluloses such as those manufactured by The Dow Chemical Company and known as METHOCEL ethers. In one preferred embodiment of a sustained release formulation the hydrophilic polymer is a METHOCEL ether known as METHOCEL E10M.

Water-insoluble polymers which are suitable for use in the sustained release formulation are polymers which generally do not dissolve in solutions of a pH below 5, and dissolve more slowly in basic solutions than the hydrophilic polymer. Because the polymer is insoluble in low pH environments such as those found in gastric fluid, it aids in retarding drug release in those regions. Likewise, because the polymer dissolves more slowly in solutions, of higher pH than hydrophilic polymers, it aids in retarding drug release throughout the intestines. This overall delayed release results in a more uniform serum concentration of guaifenesin.

The water-insoluble polymers suitable for use in this invention include: polyacrylic acids, acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate, and other polymers common to those of skill in the art. In a preferred embodiment, a sustained release formulation comprises the acrylic resin CARBOPOL 974P supplied by BF Goodrich.

A sustained release formulation of the present invention may further comprise pharmaceutical additives including,

8

but not limited to: lubricants such as magnesium stearate, calcium stearate, zinc stearate, powdered stearic acid, hydrogenated vegetable oils, talc, polyethylene glycol, and mineral oil; colorants such as Emerald Green Lake and various FD&C colors; binders such as sucrose, lactose, gelatin, starch paste, acacia, tragacanth, povidone polyethylene glycol, Pullulan and corn syrup; glidants such as colloidal silicon dioxide and talc; surface active agents such as sodium lauryl sulfate, dioctyl sodium sulfosuccinate, triethanolamine, polyoxyethylene sorbitan, poloxalkol, and quarternary ammonium salts; preservatives and stabilizers; excipients such as lactose, mannitol, glucose, fructose, xylose, galactose, sucrose, maltose, xylitol, sorbitol, chloride, sulfate and phosphate salts of potassium, sodium, and magnesium; and/or any other pharmaceutical additives known to those of skill in the art. Colorants include, but are not limited to, Emerald Green Lake, FD&C Red #40, FD&C Yellow #6, FD&C Yellow #10, or FD&C Blue #1. In one preferred embodiment, a sustained release formulation further comprises magnesium stearate and Emerald Green Lake. In another preferred embodiment, a sustained release formulation further comprises magnesium stearate and FD&C Blue #1 Aluminum Lake Dye.

A sustained release formulation of the present invention can comprise at least two drug ingredients, at least one hydrophilic polymer, at least one water-insoluble polymer, and at least one pharmaceutical additive in any appropriate percent quantity which permits dissolution of drug ingredients that results in a therapeutically effective serum concentration profile for a full twelve hours. In a preferred embodiment, a sustained release formulation comprises from about 75% to about 95% guaifenesin by weight, from about 1% to about 15% by weight of a additional drug ingredient, from about 1% to about 10% hydroxypropyl methylcellulose, from about 0.5% to about 2.5% acrylic resin, from about 0.4% to about 1.5% magnesium stearate, and from about 0.01% to about 1% colorant by weight. In a more preferred embodiment, a sustained release formulation comprises from about 80% to about 90% guaifenesin by weight, from about 3% to about 10% by weight of a additional drug ingredient, from about 2% to about 5% hydroxypropyl methylcellulose, from about 1% to about 1.5% acrylic resin, from about 0.7% to about 1% magnesium stearate, and from about 0.03% to about 0.13% colorant by weight.

The present inventive sustained release formulation controls release of guaifenesin and at least one additional drug ingredient into the digestive tract slowly over time. The drug guaifenesin experiences a shift in water solubility as the pH of the environment in which it resides (i.e. stomach versus intestinal tract) changes. In a more acidic environment, such as that found in the stomach, guaifenesin is less soluble while in a higher pH environment, such as that found in the intestines, guaifenesin is readily soluble. Dissolution rate of guaifenesin throughout the digestive tract is thus of primary importance in determining concentrations of guaifenesin attained in the blood and tissues as a drug formulation is digested.

To maintain a blood concentration of guaifenesin which provides good therapeutic effect, the release, or dissolution, of guaifenesin from a formulation matrix is preferably retarded and/or controlled through the intestines. The combination of hydrophilic and water-insoluble polymers of the sustained release formulation of the present invention gels when exposed to media of low pH. This creates a matrix out of which guaifenesin can diffuse. When the gelled polymer combination is exposed to media of a higher pH, the gel

US 6,955,821 B2

**9**

begins to slowly dissolve thereby releasing guaifenesin at a controlled rate.

Additionally, when at least one additional drug ingredient is present in the combination of hydrophilic and water-insoluble polymers of the sustained release formulation of the present invention, the additional drug ingredient diffuses from the gel when the combination gels when exposed to media of low pH. As discussed above, when the gelled polymer combination is exposed to media of a higher pH, the gel begins to slowly dissolve thereby releasing at least one additional drug ingredient at a controlled rate in addition to the guaifenesin. When using drug ingredients approved by the Food and Drug Administration (FDA), the sustained release formulation may be formulated to mimic the blood serum profile of the additional drug as described in the clinical documents filed with the FDA or as required by the FDA. In other words, the sustained release formulation releases at least one additional drug at a similar rate to the commercially available formulation, thereby providing a therapeutically effective amount of the additional drug.

In a preferred embodiment of the present invention, a sustained release formulation comprises a hydrophilic polymer and a water-insoluble polymer in a ratio of about one-to-one (1:1) to about nine-to-one (9:1), more preferably the range is about three-to-two (3:2) to about six-to-one (6:1), and most preferably the range of hydrophilic polymer to water-insoluble polymer is about two-to-one (2:1) to about four-to-one (4:1). In another embodiment, the sustained release formulation comprises not more than about 10% hydrophilic polymer, preferably, not more than 6%, and in a more preferred embodiment, the sustained release formulation comprises not more than 2.5% of the hydrophilic polymer by weight. In another preferred embodiment, the hydrophilic polymer is hydroxypropyl methylcellulose and the water-insoluble polymer is acrylic resin. The inventors have discovered that the ratios result in a serum concentration profile of guaifenesin that provides an optimal therapeutic concentration for at least twelve hours.

A sustained release formulation of the present invention may be manufactured according to any appropriate method known to those of skill in the art of pharmaceutical manufacture. In one embodiment, guaifenesin and a hydrophilic polymer may be mixed in a mixer with an aliquot of water to form a wet granulation. The granulation may be dried to obtain hydrophilic polymer encapsulated granules of guaifenesin. The resulting granulation may be milled, screened, then blended with various pharmaceutical additives, water insoluble polymer, and additional hydrophilic polymer. The formulation may then tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

A preferred embodiment of a method of preparing a sustained release formulation of the present invention may comprise loading approximately 126 kg of GUAIFENESIN and about 2 kg of METHOCEL E10M into a high shear mixer. The METHOCEL E10M and GUAIFENESIN may be mixed for about seven minutes at a mixing speed of about 150 RPM and a chopper speed of about 2000 RPM. The mixing and chopping speeds may then be increased to about 200 RPM and 3000 RPM respectively for about five minutes while about 49 kg of water are added to the mixer contents. The mixer may be run for two additional minutes to complete granulation. In a further preferred embodiment, the shut off for the mixer load is set to 21 kilowatts.

The wet granulation may be emptied into a fluid bed bowl and placed into a fluid bed dryer set to a dryer air flow of 900 CFM and an inlet temperature of about 50° C. to about 55°

**10**

C. until the outlet temperature increases at a rate of 1° per minute. The air flow may then be decreased to 600 CFM, and the inlet temperature may be decreased to 43° C. until the granulation is dried to a moisture content of no more than 0.5%. In another preferred embodiment, the outlet temperature is set to a cut-off of 48° C. In yet another preferred embodiment, an agitator in the fluid bed bowl may be run intermittently during drying. The dried granulation may be passed through a mill fitted with a suitable screen size so that not more than about 30% of the resulting granulation comes through a 100 mesh screen and not more than about 10% of the resulting granulation is retained on a 10 mesh screen. In one preferred embodiment, the dried granulation may be passed through a mill fitted with a 0.109" size screen at a mill speed of about 500 to about 1500 RPM and a screw feed rate of about 35 to about 45 RPM. The resulting screened granulation is about 95% GUAIFENESIN and is called GUAIFENESIN DC (Direct Compressed) herein after. Screened granulation may be transferred to a 10 cubic foot V blender, combined with about another 0.6 kg of METHO-CEL E10M, about 0.3 kg of a colorant such as Emerald Green Lake or FD&C BLUE #1, about 0.7 kg of magnesium stearate, and about 1.3 kg of CARBOPOL 974P. The combination may be blended for about three minutes.

In another preferred embodiment of a method of preparing a sustained release formulation of the present invention may comprise loading about 101 kg to about 150 kg of GUAIFENESIN, about 4.5 kg to about 18 kg of the additional drug ingredient, about 4.5 kg to about 5 kg of METHOCEL E10M, about 1.5 kg to about 2.25 kg of CARBOPOL® 974P, and about 40 g to about 240 g of colorant into a high shear mixer. If at this time water is to be added, then about 1 kg to about 1.5 kg of magnesium stearate is added as well. The ingredients may be mixed for about ten to about 12 minutes at a mixing speed of about 150 RPM and a chopper speed of about 2000 RPM. The mixing and chopping speeds may then be increased to about 200 RPM and 3000 RPM, respectively, for about five minutes while optionally about 29 kg of water are added to the mixer contents. If no water is added, then from about 1 kg to about 1.5 kg of magnesium stearate can be added at this time. The mixer may be run for ten additional minutes to complete granulation. In a further preferred embodiment, the shut off for the mixer load is set to 21 kilowatts.

The wet granulation may be emptied into a fluid bed bowl and placed into a fluid bed dryer set to a dryer air flow of 900 CFM and an inlet temperature of about 38° C. to about 48° C. until the outlet temperature increases at a rate of 1° C. per minute. The air flow may then be decreased to 600 CFM, and the inlet temperature may be decreased to 43° C. until the granulation is dried to a moisture content of no more than 0.5%. In another preferred embodiment, the outlet temperature is set to a cut-off of 48° C. In yet another preferred embodiment, an agitator in the fluid bed bowl may be run intermittently during drying. The dried granulation may be passed through a mill fitted with a suitable screen size so that not more than about 30% of the resulting granulation comes through a 100 mesh screen and not more than about 10% of the resulting granulation is retained on a 10 mesh screen. In one preferred embodiment, the dried granulation may be passed through a mill fitted with a size screen of about 0.109" to about 0.125" at a mill speed of about 500 to about 1500 RPM and a screw feed rate of about 35 to about 45 RPM.

The resulting formulations may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape

US 6,955,821 B2

**11**

depending on the desired dosage strength of tablet. In one embodiment, these tablets may further be loaded into a coating pan and film coated with Opadry Y-S-3-714 (supplied by Colorcon, Inc.) and air dried in the pan.

Another embodiment of the method of preparing a sustained release formulation of the present invention may comprise blending the drug ingredients, hydrophilic polymer, water insoluble polymer, and any pharmaceutical additives. The resulting blend may then be compressed into tablets and, if desired, film coated with a protective coating which rapidly dissolves or disperses in gastric juices. In a preferred embodiment of such a method, about 126 kg of GUAIFENESIN DC (about 95% purity), about 2.6 kg of METHOCEL E10M, about 1.3 kg of CARBOPOL 974P and about 0.333 kg of a colorant such as Emerald Green Lake or FD&C BLUE #1 may be loaded into a 10 cubic foot V Blender. The ingredients may be blended for about 20 minutes at which time about 0.6 kg of magnesium stearate may be added to the blended ingredients. This mixture may be blended for about another 10 minutes. The resulting formulation may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape depending on the desired dosage strength of the tablet. These tablets may further be loaded into a coating pan and film coated with Opadry Y-S-3-714 (supplied by Colorcon, Inc.) and air dried in the pan.

Tablets comprising a sustained release formulation of the present invention were prepared and tested for both in vitro and in vivo release characteristics as described in Examples 1, 2, and 3 below. In the in vitro testing, the dissolution rates of these tablets were compared against modified release tablets formulated without acrylic resin (Example 1), and three commercially available tablets, one being an immediate release formulation and the other two being modified release formulations. Tablets comprising the sustained release formulation of the present invention demonstrated a slower, more controlled release of guaifenesin over a twelve hour period than any of the other tablets (see Example 1 and 2, and FIGS. **4** and **5**).

In the in vivo testing, serum concentrations of subjects taking tablets comprising the sustained release formulation of the present invention were compared with serum concentrations of subjects taking immediate release guaifenesin tablets and modified release guaifenesin tablets formulated without acrylic resin (see Example 3 and FIG. **6**). Tablets comprising the sustained release formulation of the present invention demonstrated improved sustained release and therapeutic concentration at extended time periods that the other two formulations. However, in the subjects taking tablets comprising the sustained release formulation of the present invention, it took longer for guaifenesin to appear in the blood stream and the maximum serum concentration ($C_{max}$) of guaifenesin in these subject was less than half of that of the subjects taking the immediate release tablets.

2. Modified Release Product

To improve the $C_{max}$ and speed of appearance of guaifenesin in patients while maintaining therapeutic effect for at least twelve hours, a portion of a sustained release formulation of the present invention as described above may be combined with a portion of an immediate release formulation in a modified release product. In a preferred embodiment, at least one additional drug ingredient can be present within the sustained release formulation, the immediate release formulation, or both depending upon the desired effect. When using drug ingredients approved by the Food and Drug Administration (FDA), the sustained release

**12**

formulation, immediate release formulation, or both may be formulated to mimic the blood serum profile of the additional drug as described in the clinical documents filed with the FDA or as required by the FDA. In other words, the sustained and/or immediate release formulations of the modified release product may release the at least one additional drug at a similar rate to the commercially available formulation, thereby providing a therapeutically effective amount of the additional drug.

The modified release product can be in the form of bi-layered tablets, capsules having a combination of beads or granules of immediate release formulation and sustained release formulation, or a tablet wherein the sustained release formulation comprises a core that is coated by a layer of the immediate release formulation. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment.

The immediate release formulation may comprise guaifenesin and various pharmaceutical additives such as lubricants, colorants, binders, glidants, surface active agents, preservatives, stabilizers, as described above and/or any other pharmaceutical additives known to those of skill in the art. In one embodiment, the immediate release layer comprises at least one drug ingredient. In another embodiment, the immediate release layer comprises at least two drug ingredients. In a more preferred embodiment, an immediate release formulation comprises guaifenesin, microcrystalline cellulose, sodium starch glycolate, and magnesium stearate. In another more preferred embodiment, an immediate release formulation comprises guaifenesin, at least one drug ingredient, microcrystalline cellulose, hydroxypropyl methylcellulose, sodium starch glycolate, and magnesium stearate. In yet another preferred embodiment, an immediate release formulation may comprise about 47% to about 58% guaifenesin, about 32% to about 42% microcrystalline cellulose, about 3% to about 8% sodium starch glycolate, and about 0.3% to about 0.5% magnesium stearate by weight. In yet another preferred embodiment, an immediate release formulation may comprise about 47% to about 58% guaifenesin, about 3% to about 5% of at least one additional drug ingredient, about 32% to about 42% microcrystalline cellulose, about 2% to about 5% hydroxypropyl methylcellulose, about 3% to about 8% sodium starch glycolate, and about 0.3% to about 0.5% magnesium stearate by weight.

The bi-layer tablet may be manufactured according to any method known to those of skill in the art. The resulting tablet may comprise the two portions compressed against one another so that the face of each portion is exposed as either the top or bottom of the tablet, or the resulting tablet may comprise the sustained release portion in the center coated by the immediate release portion so that only the immediate release portion is exposed. In a preferred embodiment, a bi-layer tablet of the present invention comprises the two portions compressed against one another so that the face of each portion is exposed.

In a preferred method of manufacturing the bi-layer tablets of the present invention a sustained release formulation is prepared according to either a wet granulation or dry granulation method as described above. The immediate release formulation may be prepared by simply blending the guaifenesin with any pharmaceutical additives. If at least one additional drug ingredient is present, then water may be added to the formulation, as described above. In a further preferred embodiment, appropriate quantities of GUAIFENESIN DC, microcrystalline cellulose, and sodium starch glycolate are blended in a 10 cubic foot blender for about

US 6,955,821 B2

13

14

twenty minutes. An appropriate quantity of magnesium stearate is then added to the ingredients and blended for about ten more minutes to make an immediate release formulation. Portions of the sustained release formulation and immediate release formulation are then compressed by a tablet compressor machine capable of forming bi-layer tablets. In one embodiment, these tablets may further be coated with a protective film which rapidly disintegrated or dissolves in gastric juices.

The tablets may be made with any ratio of guaifenesin to at least one additional drug ingredient which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. As discussed above, the additional drug ingredient may be present in an amount sufficient to mimic the blood serum profile of the commercially available formulation of the drug and not to exceed the maximum dose approved by the FDA for the treatment, prevention, or amelioration of a particular illness or disease. In one embodiment, the ratio in the sustained release formulation of guaifenesin to at least one additional drug ingredient is about one point one-to-one (1.1:1) to about four-to-one (4:1) by weight, preferably, the ratio is about three-to-two (3:2) to about nine-to-one (9:1) by weight, and more preferably, the ratio of guaifenesin to at least one additional drug ingredient is about three-to-one (3:1) to about 20:1 by weight. When present in the immediate release layer, the amount of the at least one additional drug should be sufficient to match the drug release profile of the additional drug within the sustained release profile. Within this embodiment, the ratio in the immediate release formulation of guaifenesin to at least one additional drug ingredient, if present, is about four-to-one (4:1) to about one-to-one (1:1), preferably, the ratio is about nine-to-one (9:1) to about three-to-two (3:2), and more preferably, the ratio of guaifenesin to at least one additional drug ingredient is about nine-to-one (9:1) to about (12:1) by weight.

The tablets may be made with any ratio of sustained release to immediate release formulation which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. In one embodiment, the bi-layer tablets comprise guaifenesin distributed within the sustained release formulation and the immediate release formulation wherein the ratio of guaifenesin is about one-to-one (1:1) to about 49:1 by weight, preferably the ratio is about three-to-two (3:2) to about 19:1, and more preferably, the ratio of guaifenesin distributed within the sustained release formulation and the immediate release formulation is about five-to-one (5:1) to about nine-to-one (9:1) by weight, respectively. For example, in a 1200 mg bi-layer modified guaifenesin tablet of the present invention, there may be about 200 mg of guaifenesin in the immediate release layer and about 1000 mg of guaifenesin in the sustained release layer.

The tablets may be made with at least one additional drug only within the sustained release formulation. Optionally, however, the tablets may be made with at least one additional drug distributed within the sustained release formulation and the immediate release formulation. In one embodiment, the bi-layer tablets comprise a additional drug ingredient distributed within the sustained release formulation and immediate release formulation wherein the ratio of additional drug ingredient is about one-to-one (1:1) to about 19:1 by weight, preferably the ratio is about three-to-two (3:2) to about nine-to-one (9:1), and more preferably the ratio of additional drug ingredient distributed within the sustained release formulation and the immediate release formulation is about three-to-one (3:1) to about four-to-one (4:1) by weight, respectively.

In one preferred embodiment of manufacturing a 1200 mg bi-layer sustained release guaifenesin tablet, about 105 kg of GUAIFENESIN DC, about 2.5 kg of METHOCEL E10M, about 1.25 kg of CARBOPOL 974P, and about 0.333 kg of Emerald Green Lake or FD&C BLUE #1 in a 10 cubic foot P.K. blender for about twenty minutes. About 0.6 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the sustained release formulation. Approximately 21 kg of GUAIFENESIN DC, approximately 11.75 kg of microcrystalline cellulose, and approximately 3 kg of sodium starch glycolate may be blended in a 3 cubic foot P.K. blender for about twenty minutes. Approximately 0.1 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the immediate release formulation. The two formulations may then be compressed to make bi-layer tablets wherein about 75% of each tablet may be sustained release formulation and about 25% if each tablet may be immediate release formulation. The tablets may be any dosage strength, size, or shape. In a preferred embodiment, 1200 mg tablets are round and about ⅝ inch in diameter, about 0.28 inch–0.31 inch in thickness, weigh about 1.46 grams and have a hardness range of about 15–40 SCU. In another preferred embodiment, 600 mg tablets are round and about ½ inch in diameter, about 0.218 inch–0.230 inch in thickness, weigh about 0.729 grams and have a hardness range of about 12–30 SCU.

In another preferred embodiment of manufacturing a 1200 mg bi-layer sustained release guaifenesin tablet, about 101 kg of GUAIFENESIN DC, about 4.5 kg of at least one additional drug such as dextromethorphan, about 5 kg of METHOCEL E10M, about 1.5 kg of CARBOPOL 974P, and about 0.04 kg of FD&C BLUE #1 are blended in a 10 cubic foot Day mixer for about twelve minutes. Thereafter, about 29 kg of water is added and the mixture is blended for an additional 10 minutes, followed by drying. About 1 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the sustained release formulation. About 45.6 kg of GUAIFENESIN, about 3.6 kg of at least one additional drug ingredient such as dextromethorphan, about 40.32 kg of microcrystalline cellulose, and approximately 3 kg of sodium starch glycolate are blended in a 3 cubic foot Day mixer for about 12 minutes. Thereafter, about 36 kg of water is added and the mixture is blended for an additional 10 minutes, followed by drying. About 0.48 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the immediate release formulation. The two formulations may then be compressed to make bi-layer tablets wherein about 75% of each tablet may be sustained release formulation and about 25% if each tablet may be immediate release formulation. The tablets may be any dosage strength, size, or shape. In a preferred embodiment, 1200 mg tablets are round and about ⅝ inch in diameter, about 0.31 inch–0.34 inch in thickness, weigh about 15.3 grams and have a hardness range of about 15–35 SCU. In another preferred embodiment, 600 mg tablets are round and about ½ inch in diameter, about 0.22 inch–0.26 inch in thickness, weigh about 7.65 grams and have a hardness range of about 15–65 SCU.

The immediate release portion of the bi-layer tablet is formulated to dissolve in aqueous media of low pH, such as that found in the stomach, to quickly release the guaifenesin contained within the portion. This results in rapid bioavailability of a high concentration of guaifenesin. As demonstrated in Example 6 and FIGS. 9 and 10 below, the immediate release portion of the bi-layer tablet results in a

US 6,955,821 B2

15

maximum serum concentration ($C_{max}$) and time of maximum serum concentration ($T_{max}$) equivalent to the $C_{max}$ obtained when the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period.

The sustained release portion gels when exposed to media of low pH allowing the sustained release portion of the tablet to be passed into the intestinal tract. In the intestines, the gelled sustained release portion is exposed to media of a higher pH, causing the gel to slowly dissolve, thereby allowing guaifenesin to diffuse and dissolve out of the gelled matrix. This results in controlled bioavailability over an extended time period (i.e. twelve or more hours) causing the tablet to provide extended therapeutic effect. This result is evidenced in Example 6 and FIGS. 9 and 10 below—the half-life of the modified release bi-layer tablet is increased to more than 3 hours and the tablet has an $AUC_{inf}$ (the area under a plasma concentration versus time curve from time 0 to infinity) of greater than 8000 hr*ng/mL. As demonstrated in Example 7 and FIG. 11, the bi-layer tablets of the present invention had a further surprising result in that a 600 mg tablet had a $T_{max}$ equivalent to that of a 1200 mg and a $C_{max}$ and $AUC_{inf}$ approximately half of a 1200 mg tablet. Thus, without adjusting or changing the composition of the sustained release formulation or bi-layer tablet, a lower dosage strength guaifenesin tablet of the present invention exhibits plasma concentration profile that is approximately directly proportional to that of a higher dosage strength guaifenesin tablet also of the present invention. As further demonstrated in Example 7 and FIG. 11, the bi-layer tablets of the present invention had another surprising result in that the $C_{max}$ and $AUC_{inf}$ of a 1200 mg tablet administered to volunteers who had been fasting and the $C_{max}$ and $AUC_{inf}$ of a 1200 mg tablet administered to volunteers who had consumed a high fat meal were approximately equivalent. Thus, a bi-layer tablet of the present invention demonstrates a reduced food effect, being approximately equally effective when administered to a patient on an empty or full stomach.

Three batches of the 1200 mg guaifenesin–60 mg dextromethorphan HBr formulation of Example 8 were dissolved to determine the amount of dextromethorphan HBr released over time. Generally, the formulations had 1200 mg of guaifenesin and 60 mg dextromethorphan HBr and were studied over a 12 hour period. The released amount of dextromethorphan HBr was determined as a weight percent of dissolved dextromethorphan in contrast to the total weight of dextromethorphan prior to dissolution. After 1 hour about 46% to 47% of the dextromethorphan had dissolved. After 2 hours the about 59% to 60% had dissolved, after 6 hours 73% to 76% had dissolved, and after 12 hours about 86% to 89% by weight of the dextromethorphan had dissolved. Thus, the formulations of the invention reproducibly release dextromethorphan over time. See FIG. 12.

A reference sustained release formulation of guaifenesin was compared to two formulations of the present invention. Formulations B and C of FIG. 13, exhibited guaifenesin release profiles similar to the reference formulation. The reference formulation for FIG. 13 was formulation IV of Example 5. Formulation B comprised 77% guaifenesin by weight, 3.8% by weight dextromethorphan, 9.1% by weight microcrystalline cellulose, 1.9% by weight METHOCEL E10M, and 0.9% CARBOPOL® 974P. Formulation C comprised 76.5% by weight guaifenesin, 3.8% by weight dextromethorphan, 9.7% by weight microcrystalline cellulose, 1.9% by weight METHOCEL E10M, and 0.9% by weight CARBOPOL® 974P. Formulations B and C exhibited similar behavior and had a guaifenesin release profile

16

similar to the reference formulation. Accordingly, the combination formulations of the invention did not interfere with the release of guaifenesin. In particular, after 12 hours Formulation C released a greater dose of guaifenesin than the reference formulation.

Formulations B and C of FIG. 13 were compared against a reference consisting of an extended release formulation of dextromethorphan commercially available under the name Delsym sold by Celltech Medica. The comparison was carried out to determine the behavior of guaifenesin-dextromethorphan formulations of the invention as compared to separately administered combination formulations of dextromethorphan. Formulations B and C had longer dextromethorphan release profiles than the reference, as shown in FIG. 14. Additionally, the combined formulations of the present inventions had no detrimental effect upon the release profile of dextromethorphan.

Another method to monitor dextromethorphan plasma concentrations is to measure the plasma concentration of the metabolite dextrorphan. The plasma concentration of dextrorphan metabolite of the reference formulation and Formulations B and C of FIG. 14 were plotted in FIG. 15. Generally, the formulations exhibited similar dextrorphan concentrations, with Formula C exhibiting the highest dextrorphan concentration after 12 hours. FIG. 15 demonstrates that the formulations of the present invention containing guaifenesin do not inhibit the release of dextromethorphan, as determined by measuring the presence of the metabolite dextrorphan.

Three batches of the 1200 mg guaifenesin–120 mg pseudoephedrine HCl formulation of Example 10 were dissolved to determine the amount of pseudoephedrine HCl released over time. Generally, the formulations had 1200 mg of guaifenesin and 120 mg pseudoephedrine HCl and were studied over a 12 hour period. The released amount of pseudoephedrine HCl was determined as a weight percent of dissolved pseudoephedrine HCl in contrast to the total weight of pseudoephedrine HCl prior to dissolution. After 1 hour about 43% to 45% of the pseudoephedrine HCl had dissolved. After 2 hours the about 58% to 60% dissolved, after 6 hours 82% to 89% had dissolved, and after 12 hours about 96% to 97% by weight of the pseudoephedrine HCl had dissolved. See FIG. 16.

Three formulations of guaifenesin, two also containing an additional ingredient, pseudoephedrine, were compared to determine whether an additional ingredient affects the release profile of guaifenesin. In FIG. 17, the reference formulation included formulation IV of Example 5 and a separate Sudafed® 12 hour formulation available from Pfizer Inc. 201 Tabor Road, Morris Plains, N.J., 07950. The reference formulation was compared to Formulation B and Formulation C of the present invention. Formulation B comprised a sustained release formulation having 86% by weight guaifenesin DC, 9.8% by weight pseudoephedrine HCl, 2.4% by weight hydroxypropyl methylcellulose, and 1.2% by weight CARBOPOL® 974P, and an immediate release formulation having 52% by weight guaifenesin DC and 39% by weight microcrystalline cellulose by weight. Formulation C comprised 77% by weight guaifenesin DC, 7.7% by weight pseudoephedrine, 9% by weight microcrystalline cellulose, 1.8% by weight METHOCEL E10M, and 0.9% by weight CARBOPOL® 974P. Formulations B and C exhibited similar behavior to separately administered formulations, thus demonstrating that formulations of the present invention did not interfere with the profile release of pseudoephedrine.

The plasma concentration for pseudoephedrine HCl was studied to determine whether the formulations of the present

US 6,955,821 B2

17

invention interfered with the release profile of pseudoephedrine. The pseudoephedrine plasma concentrations for the formulations of FIG. 17 were plotted over a 24 hour period. As illustrated in FIG. 18, Formulations B and C of FIG. 17 exhibited higher pseudoephedrine concentrations than the reference formulation. Thus, the combined formulations of the present invention release pseudoephedrine in comparable or better release profiles than formulations containing pseudoephedrine alone.

EXAMPLES

The invention is further defined by reference to the following examples describing in detail the preparation of the composition and methods of the present invention, as well as their utility. It will be apparent to those skilled in the art that many modifications, both to materials and methods, may be practiced without departing from the purpose and interest of this invention.

Example 1

A batch of sustained release guaifenesin tablets, Lot# 7LB-31FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 30 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.01 mg |

Another batch of sustained release guaifenesin tablets, Lot# 7LB-32FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 30 mg |
| CARBOPOL 974P | 15 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.16 mg |

Six tablets from Lot 7LB-31FC and six tablets from Lot 7LB-32FC were tested for in vitro guaifenesin release using an Acid/Base dissolution (slightly modified USP 23/NF 18 <711> Drug Release using Apparatus 2). Six dissolution vessels of a USP calibrated Hanson dissolution bath, equipped with shafts and paddles, were filled with 675 ml of 0.1N hydrochoric acid at 37.0° C. The bath and vessels were maintained at a temperature of 37.0±0.5° C. throughout the 12 hr. dissolution test. The paddles were set to rotate at 50 RPM and slowly lowered into the vessels. One tablet of lot 7LB-31 was then dropped into each vessel.

At the one hour and two hour intervals of testing, 5 ml samples of dissolution solution were withdrawn from each vessel and filtered through a 10 micron polyethylene filter into glass HPLC vials. Immediately after the two hour samples were withdrawn, 225 ml of 0.2M sodium phosphate tribasic was added to each vessel to increase the solution pH to about 6.8. The dissolution was run for ten more hours, 2.0 ml samples being withdrawn from each vessel at the 4 hr., 8 hr., 10 hr., and 12 hr. intervals. The filtered samples from

18

each sampling interval were then run on an HPLC to determine percent guaifenesin released from each tablet at each of the sampling intervals.

The same dissolution testing procedure was performed for lot 7LB-32 FC. The lots gave dissolution profiles shown below and depicted in FIG. 4.

Lot 7LB-31

| Vessel # | 1 HR | 2 HR | 4 HR | 8 HR | 10 HR | 12 HR |
|---|---|---|---|---|---|---|
| 1 | 26 | 38 | 55 | 77 | 84 | 88 |
| 2 | 27 | 39 | 54 | 75 | 81 | 86 |
| 3 | 22 | 37 | 50 | 73 | 78 | 85 |
| 4 | 23 | 33 | 47 | 64 | 73 | 79 |
| 5 | 25 | 36 | 52 | 75 | 81 | 86 |
| 6 | 24 | 35 | 49 | 74 | 81 | 87 |
| Average | 24.5 | 36.3 | 51.2 | 73.0 | 79.7 | 85.2 |

Lot 7LB-32FC

| Vessel # | 1 HR | 2 HR | 4 HR | 8 HR | 10HR | 12 HR |
|---|---|---|---|---|---|---|
| 1 | 25 | 36 | 42 | 54 | 59 | 64.0 |
| 2 | 24 | 35 | 42 | 55 | 61 | 66 |
| 3 | 26 | 38 | 45 | 59 | 65 | 69 |
| 4 | 24 | 35 | 42 | 54 | 60 | 65 |
| 5 | 24 | 36 | 43 | 54 | 59 | 64 |
| 6 | 23 | 34 | 38 | 50 | 55 | 59 |
| Average | 24.3 | 35.7 | 42.0 | 54.3 | 59.8 | 64.5 |

Both formulations demonstrated sustained release of guaifenesin over a 12 hour period. Lot 7LB-32FC demonstrated identical release properties to Lot 7LB-31FC in 0.1N HCl. In buffered solution, however, Lot 7LB-32FC, the lot comprising a 2:1 ratio of METHOCEL E10M to CARBOPOL 974P, demonstrated a statistically slower release than Lot 7LB-31FC, comprising METHOCEL E10M and no CARBOPOL 974P. A slower release rate in vitro translates to a slower—more controlled release with longer drug action in vivo—a favorable characteristic for pharmaceutical products containing a high concentration of an active ingredient with a short half-life.

Example 2

A dissolution study was run to compare dissolution profiles of lots 7LB-32FC and 7LB-31FC with currently available guaifenesin dosage forms. One immediate release tablet, ORGANIDIN NR, and two sustained release tablets, HUMIBID L.A. and DURATUSS, were subjected to the same dissolution study as described for lots 7LB031FC and 7LB-32FC in Example 1 above. The following is a summary of the results which are also depicted in FIG. 5.

| | ORGANIDIN NR % guaifenesin released | HUMIBID L.A. % guaifenesin released | DURATUSS % guaifenesin released |
|---|---|---|---|
| 1 Hr | 100 | 36 | 24 |
| 2 Hr | 103 | 51 | 35 |
| 4 HR | 104 | 72 | 47 |
| 8 HR | 103 | 91 | 75 |
| 10 HR | 103 | 96 | 86 |
| 12 HR | 105 | 100 | 92 |

The immediate release ORGANIDIN released 100% of guaifenesin content within the first hour of dissolution. The

US 6,955,821 B2

19

two sustained release dosage forms which are currently available both demonstrated a slower release of guaifenesin. However, both the HUMIBID LA and DURATUSS released guaifenesin more rapidly than either Lot 7LB-31FC or 7LB-32FC. Both HUMIBID LA and DURATUSS would, therefore, exhibit a faster rate of release and thus a shorter lived therapeutic effect in vivo.

## Example 3

The in vivo behavior of sustained release tablets of Lot 7LB-31FC and Lot 7LB-32FC from Example 1 were compared to the in vivo behavior of an immediate release formulation (ORGANIDIN NR). The open-label study involved 9 healthy volunteers averaging 38±11.01 years of age with a range of 23 years to 55 years of age. The subjects weighed 175.56±24.22 lbs. with a range of 143 to 210 lbs. One subject was female and the remainder were male. Each subject received either one 1200 mg dose of one of the two above described sustained release tablets or 400 mg every four hours for 3 doses of the immediate release formulation.

Blood samples (7 ml with sodium heparin as anticoagulant) were taken prior to dosing and at specific intervals up to 12 hours after dosing. All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis.

The plasma samples were analyzed by a validated HPLC method. The results are depicted in FIG. 6. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis are below.

20

hours for the 7LB-31 FC compared to 0.8 hours for the immediate release formulation, ORGANIDIN NR.

Both formulations 7LB-32FC (with both METHOCEL E10M and CARBOPOL 974P) and 7LB-31FC (with METHOCEL E10M only) control the release of guaifenesin from the tablet compared to the immediate release ORGANIDIN NR. Formulation 7LB-32FC, the formulation containing a 6:1 ratio of METHOCEL E10M to CARBOPOL 974P, had the longest half life at 5.77 hours with the largest $AUC_{inf}$ between the two sustained release formulation. However, both sustained release formulation has a $C_{max}$ that was less than half of the $C_{max}$ of the immediate release ORGANIDIN NR.

## Example 4

Three different modified release tablet lots were prepared with the following compositions:

Sustained Release Formulation I, Non-layered Tablet

| Components | Weight per Tablet |
| --- | --- |
| GUAIFENESIN DC | 1260 mg |
| METHOCEL E10M | 40 mg |
| CARBOPOL 974P | 20 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |

| Subject | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/ml) | $AUC_{0-12}$ (hr*ng/ml) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*ng/ml) |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 7LB-31FC | 2.00 | 827.02 | 4817.20 | 4.64 | 6339.25 |
| 2 | 7LB-31FC | 1.50 | 834.65 | 4695.89 | 2.71 | 5291.71 |
| 3 | 7LB-31FC | 1.50 | 802.44 | 4142.14 | 3.44 | 4728.33 |
| 4 | 7LB-32FC | 0.75 | 625.48 | 3034.31 | 5.78 | 5134.35 |
| 5 | 7LB-32FC | 1.00 | 1052.00 | 5872.46 | 5.99 | 8298.33 |
| 6 | 7LB-32FC | 2.00 | 1372.00 | 7924.35 | 5.53 | 9557.78 |
| 7 | ORGANIDIN NR | 0.50 | 2140.00 | 6921.94 | 0.86 | 7009.68 |
| 8 | ORGANIDIN NR | 4.25 | 18.17.00 | 6598.26 | 0.73 | 6674.65 |
| 9 | ORGANIDIN NR | 0.50 | 2831.00 | 9389.76 | 0.81 | 9570.91 |
| Mean | 7LB-31FC | 1.67 | 821.37 | 4551.74 | 3.59 | 5453.10 |
| Mean | 7LB-32FC | 1.25 | 1016.49 | 5610.37 | 5.77 | 7663.49 |
| Mean | ORGANIDIN NR | 1.75 | 2262.67 | 7636.65 | 0.80 | 7751.74 |
| Ratio (%) | 7LB-31FC/IR | 95.24 | 36.30 | 59.60 | 448.27 | 70.35 |
| Ratio (%) | 7LB-32FC/IR | 71.43 | 44.92 | 73.47 | 718.92 | 98.86 |

Subjects given the 1200 mg formulation 7LB-32FC reached maximum plasma guaifenesin concentrations of 1016 ng/mL in 1.25 hours and had an $AUC_{inf}$ of 7663 hr*ng/ml. The subjects given formulation 7LB-31FC reached maximum plasma guaifenesin concentrations of 821 ng/mL in 1.67 hours and had an $AUC_{inf}$ of 5453 hr*ng/ml. The subjects given the immediate release formulation, ORGANIDIN NR, reached maximum plasma guaifenesin concentrations of 2263 ng/ml in 1.75 hours (2 subjects peaked at 0.5 hours after the first dose and the third peaked at 0.25 hours after the second dose at 4 hours) and had an $AUC_{inf}$ of 7752 hr*ng/ml. The two controlled release formulations demonstrated sustained release in that their half-lives were longer, 5.77 hours for the 7LB-32FC and 3.59

Sustained Release Formulation II, Bi-layered, 400 mg IR and 800 mg SR
IR Formulation

| Components | Weight per Tablet |
| --- | --- |
| GUAIFENESIN DC | 421 mg |
| Microcrystalline Cellulose (AVICEL) | 40 mg |
| Sodium Starch Glycolate (EXPLOTAB) | 60 mg |
| Magnesium Stearate | 2 mg |

US 6,955,821 B2

| 21 | | 22 |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 842 mg |
| METHOCEL E10M | 27 mg |
| CARBOPOL 974P | 13.5 mg |
| Emerald Green Lake | 3 mg |
| Magnesium Stearate | 4.5 mg |

Sustained Release Formulation III, Bi-layered, 600 mg IR and 600 mg SR

IR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 630.8 mg |
| Microcrystalline Cellulose (AVICEL) | 353 mg |
| Sodium Starch Glycolate (EXPLOTAB) | 90.1 mg |
| Magnesium Stearate | 3 mg |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 630.8 mg |
| METHOCEL E10M | 40 mg |
| CARBOPOL 974P | 20 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |

The in vivo behavior of each of the three sustained release tablets and an immediate release formulation (ORGANIDIN NR) were compared. The open-label study involved 15 healthy volunteers averaging 31.67±11.89 years of age with a range of 20 years to 51 years of age. The subjects weighed 162.00±25.05 lbs. with a range of 123 to 212 lbs. All 15 subjects were administered 400 mg of the immediate release formulation every 4 hours for a total of 12 hours in on one day. On another day, 5 subjects were administered Sustained Formulation I, another 5 subjects were administered Sustained Formulation II, and yet another 5 subjects were administered Sustained Formulation III.

Blood samples (7 ml with sodium heparin as anticoagulant) were taken prior to dosing and at specific intervals up to 12 hours after dosing. All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis.

The plasma samples were analyzed by a fully validated HPLC method. The results are depicted in FIG. 7. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis are below.

| Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/ml) | $AUC_{0-12}$ (hr*ng/ml) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*ng/ml) |
|---|---|---|---|---|---|
| Mean ORGANIDIN NR | 0.90 | 2609.40 | 8768.40 | 1.28 | 9082.78 |
| Mean SR I | 2.30 | 1631.40 | 5549.30 | 2.88 | 6044.93 |
| Mean SR II | 2.30 | 2415.40 | 7304.38 | 1.48 | 7509.78 |
| Mean SR III | 1.95 | 2938.00 | 8904.62 | 2.05 | 9161.03 |

Sustained Formulations II and III exhibited a $C_{max}$ more comparable to the immediate release formulation and an increased $AUC_{inf}$ from that of the non-layered Sustained Formulation I. However, the half-lives of both Sustained Formulation II and III were reduced from the half-life of Sustained Formulation I. Although these bi-layer tablets showed an improved serum concentration of guaifenesin and an increased overall concentration with time, their half-life was compromised.

Example 5

A dissolution study was run to compare dissolution profiles of Formulation I, Formulation II and Formulation III prepared as defined in Example 4 above, and Formulation IV, a bi-layer tablet lot with 200 mg IR and 1000 mg SR prepared with the following composition:

IR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 211 mg |
| Microcrystalline Cellulose (AVICEL) | 118 mg |
| Sodium Starch Glycolate (EXPLOTAB) | 30 mg |
| Magnesium Stearate | 1 mg |

SR Formulation

| Components | Weight per Tablet |
|---|---|
| GUAIFENESIN DC | 1053 mg |
| METHOCEL E10M | 25 mg |
| CARBOPOL 974P | 12.5 mg |
| Emerald Green Lake | 3.3 mg |
| Magnesium Stearate | 5.7 mg |

The following is a summary of the results which are also depicted in FIG. 8.

| | Formulation I % released | Formulation II % released | Formulation III % released | Formulation IV % released |
|---|---|---|---|---|
| 1 hr | 22 | 45 | 38 | 29 |
| 2 hr | 34 | 54 | 46 | 38 |
| 4 hr | 43 | 65 | 56 | 48 |
| 6 hr | 50 | 70 | 61 | 53 |
| 8 hr | 58 | 73 | 66 | 60 |
| 10 hr | 62 | 78 | 70 | 66 |
| 12 hr | 66 | 81 | 75 | 71 |

Formulation I, the non bi-layered tablet, demonstrated the slowest release of guaifenesin. Formulation II and Formulation III had the fastest rates of release and would, therefore, exhibit a faster rate of release and thus a shorter

US 6,955,821 B2

**23**

lived therapeutic effect in vivo. Formulation IV has a rate of release which was faster than Formulation I, comprising no immediate release blend, but slower than Formulation II and Formulation III, both comprising more immediate release blend than Formulation IV.

### Example 6

The in vivo behavior of Formulation IV bi-layered tablets, prepared as described above in Example 5, was compared to an immediate release formulation (ORGANIDIN NR). The open-label, multiple dose, randomized, 2-way crossover study involved 26 healthy volunteers averaging 31.31±9.81 years of age with a range of 19 years to 50 years of age. The subjects weighed 166.77±29.83 lbs. The subjects were placed into one of two treatment groups. Group 1 received Formulation IV tablet with 240 ml of water after an overnight fast every 12 hours for 5 days and a single dose on day 6. Group 2 received 400 mg of ORGANIDIN NR (2×200 mg tablets) with 240 ml of water every 4 hours for 5 days and one 400 mg dose every four hours for a total of 3 doses on day 6.

Blood samples (5 ml with sodium heparin as anticoagulant) were taken prior to dosing on days 1, 4, 5, and 6. On Day 1, additional blood samples (5 ml with sodium heparin as anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.5, 8.75, 9, 9.5, 10, 11, and 12 hours after the initial dose. On Day 6, additional blood samples (5 ml with sodium heparin as anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.5, 8.75, 9, 9.5, 10, 11, 12, 14, 16, and 24 hours after the initial dose. Plasma was separated and the plasma frozen until analyzed for guaifenesin content. The resulting plasma concentration data was subjected to pharmacokinetic and statistical analysis in order to determine if the sustained release tablets performed as controlled release tablets at steady state.

The results of the pharmacokinetic parameters analysis are below.

Averaged Testing—11 Twelve-Hour Intervals

| Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/ml) | $AU_{0-12}$ (hr*ng/ml) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*ng/ml) |
|---|---|---|---|---|---|
| Mean ORGANIDIN NR | 1.69 | 2463.20 | 8381.93 | 0.78 | 8528.51 |
| Mean Bi-layered Tablet | 1.05 | 2111.38 | 7875.68 | 3.31 | 8686.08 |

The results of the testing are depicted in FIG. **9**.

Steady State Testing

| Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/ml) | $AUC_{0-12}$ (hr*ng/ml) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*ng/ml) |
|---|---|---|---|---|---|
| Mean ORGANIDIN NR | 2.03 | 2278.20 | 7751.23 | 0.88 | 7962.14 |
| Mean Bi-layered Tablet | 0.86 | 2349.6 | 8202.47 | 3.61 | 9259.24 |

The results of the testing are depicted in FIG. **10**.

The 200/1000 mg bi-layered tablet exhibited a $C_{max}$ and a $AUC_{inf}$ equivalent to that of the immediate release blend, a short $T_{max}$ and an extended half-life. Thus, a bi-layered tablet with 200 mg guaifenesin in the immediate release formulation and 1000 mg of guaifenesin in the sustained release formulation results in a tablet which delivers a high serum concentration in a short period of time, yet maintains an effective concentration of guaifenesin in the blood stream for a full twelve hours.

**24**

### Example 7

A study was performed to examine the relative bioavailability of two different dosage strengths of modified release guaifenesin formulations of the present invention as well as the effect of food on the relative bioavailability of a guaifenesin formulation of the present invention in normal, healthy male and/or female volunteers. Two batches of guaifenesin bi-layer tablets, one 600 mg and one 1200 mg, were prepared according to the following composition.

#### 600 mg Tablet

IR Formulation

| Components | Weight per 200,000 Tablets |
|---|---|
| GUAIFENESIN DC | 21.05 kg |
| Microcrystalline Cellulose (AVICEL PH102) | 11.75 kg |
| Sodium Starch Glycolate (EXPLOTAB) | 3.00 kg |
| Magnesium Stearate | 0.10 kg |

SR Formulation

| Components | Weight per 200,000 Tablets |
|---|---|
| GUAIFENESIN DC | 105.27 kg |
| Hydroxypropyl Methyl Cellulose (METHOCEL E10M) | 2.50 kg |
| Carbomer (CARBOPOL 974P) | 1.25 kg |
| FD&C Blue #1 Aluminum Lake Dye | 0.33 kg |
| Magnesium Stearate | 0.57 kg |

#### 1200 mg Tablet

IR Formulation

| Components | Weight per 100,000 Tablet |
|---|---|
| GUAIFENESIN DC | 21.05 kg |
| Microcrystalline Cellulose (AVICEL PH102) | 11.75 kg |
| Sodium Starch Glycolate (EXPLOTAB) | 3.00 kg |
| Magnesium Stearate | 0.10 kg |

SR Formulation

| Components | Weight per 100,000 Tablets |
|---|---|
| GUAIFENESIN DC | 105.27 kg |
| Hydroxypropyl Methyl Cellulose (METHOCEL E10M) | 2.50 kg |
| Carbomer (CARBOPOL 974P) | 1.25 kg |
| FD&C Blue #1 Aluminum Lake Dye | 0.33 kg |
| Magnesium Stearate | 0.57 kg |

Note: the 600 mg and 1200 mg tablets were similarly prepared, the only difference between the dosage forms being that the 1200 mg tablet contained about twice as much of each ingredient as the 600 mg tablet.

US 6,955,821 B2

25

The in vivo behaviors of a 600 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), the 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), and the 1200 mg tablet administered to volunteers after a high fat meal (consumed within 30 minutes of dosing) were compared. The open-label study involved 27 healthy volunteers between the ages of 18 and 55. The subjects weighed within 15% of their Ideal Body Weight as defined by the 1983 Metropolitan Life chart. The 27 volunteers were divided into 3 treatment groups, 9 receiving the 600 mg tablet, 9 receiving the 1200 mg tablet while fasting, and 9 receiving a 1200 mg tablet after consuming a high fat meal for Period 1 of the trial. After completion of Period 1, the volunteers were crossed-over for Period 2 (e.g. so that the 9 volunteers who had been receiving the 600 mg tablet in Period 1 received the 1200 mg tablet while fasting in Period 2). After completion of Period 2, the volunteers were crossed-over again into their 3rd and final treatment group (i.e. the 9 volunteers who received the 1200 mg tablet while fasting in Period 2 and the 600 mg tablet while fasting in Period 1 received the 1200 mg tablet after consumption of a high fat meal in Period 3). Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 ml with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin analysis. The volunteers were then given at least a seven day washout period (where no guaifenesin was administered to them under the study) prior to being crossed-over to the next treatment group.

The plasma samples were analyzed by a fully validated HPLC method. The results are depicted in FIG. 11. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis are below.

| Formulation | | $T_{max}$ (hr.) | $C_{max}$ (ng/ml) | $AUC_{0-12}$ (hr*ng/ml) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr*ng/ml) |
|---|---|---|---|---|---|---|
| Mean | 600 mg Fasted | 0.81 | 1074.26 | 3623.03 | 2.33 | 3676.23 |
| Mean | 1200 mg Fasted | 0.94 | 1948.62 | 7483.20 | 3.33 | 7912.61 |
| Mean | 1200 mg Fed | 2.18 | 1988.08 | 7424.20 | 0.91 | 7425.29 |

The 600 mg tablet demonstrated a serum profile approximately directly proportional to the serum profile of the 1200 mg tablet. The $C_{max}$ of the 600 mg tablet was about 55% that of the 1200 mg tablet. The $AUC_{0-12}$ of the 600 mg tablet was about 48% that of the 1200 mg tablet and the $AUC_{inf}$ of the 600 mg tablet was about 46% that of the 1200 mg. improved serum concentration of guaifenesin and an increased overall concentration with time, their half-life was compromised.

The 1200 mg tablet demonstrated how the bi-layer tablets of this invention greatly reduce the food effect in bioavailability and serum concentration of guaifenesin. The $C_{max}$ of the 1200 mg tablet administered after a high fat meal (fed tablet) was about 102% of the $C_{max}$ of the 1200 mg tablet administered after fasting (fasted tablet). The $AUC_{0-12}$ of the 1200 mg fed tablet was about 99% that of the fasted tablet and the $AUC_{inf}$ of the 1200 mg fed tablet was about 94% that of the fasted tablet.

26

Example 8

Two batches of guaifenesin/dextromethorphan HBr bi-layer tablets, one 600 mg and one 1200 mg, were prepared according to the following composition. In the 30 mg dextromethorphan tablet 7.5 mg was within the immediate release layer and 22.5 mg within the modified release layer.

### 600 mg Guaifenesin/30 mg Dextromethorphan Tablet
Sustained Release (SR) Formulation

| Components | Weight per 200,000 tablets (kg) |
|---|---|
| Guaifenesin, USP | 101.00 |
| Dextromethorphan HBr | 4.50 |
| CARBOPOL 974P, NF | 1.50 |
| Microcrystalline Cellulose (METHOCEL E10M) | 5.00 |
| D&C YELLOW #10 Aluminum Lake (14–18%) | 0.04 |
| Magnesium Stearate | 1.00 |

Immediate Release (IR) Formulation

| Components | Weight per 480,000 tablets (kg) |
|---|---|
| Guaifenesin, USP | 45.60 |
| Dextromethorphan HBr | 3.60 |
| Sodium Starch Glycolate, NF (Explotab) | 3.60 |
| Microcrystalline Cellulose (AVICEL PH102) | 40.32 |
| METHOCEL E10M, USP | 2.40 |
| Magnesium Stearate, NF | 0.48 |

### 1200 mg Guaifenesin/60 mg Dextromethorphan HBr Tablet
SR Layer Formulation

| Components | Weight per 100,000 tablets (kg) |
|---|---|
| Guaifenesin | 101.00 |
| Dextromethorphan HBr | 4.50 |
| Microcrystalline Cellulose (METHOCEL E10M) | 5.00 |
| CARBOPOL 974P, NF | 1.50 |
| FD&C Blue No. 1 Aluminum Lake (11–13%) | 0.04 |
| Magnesium Stearate | 1.0 |

IR Layer Formulation

| Components | Weight per 240,000 tablets (kg) |
|---|---|
| Guaifenesin | 45.60 |
| Dextromethorphan HBr | 3.60 |
| Sodium Starch Glycolate, NF (Explotab) | 3.60 |
| Microcrystalline Cellulose (AVICEL PH102) | 40.32 |
| METHOCEL E10M, USP | 2.40 |
| Magnesium Stearate, NF | 0.48 |

The following is a summary of the dextromethorphan HBr Dissolution Rate of the 1200 mg guaifenesin–60 mg dex

US 6,955,821 B2

27

tromethorphan tablet results which are also depicted in FIG. 12.

| | Formulation I % released | Formulation II % released | Formulation III % released |
|---|---|---|---|
| 1 hr | 46 | 47 | 47 |
| 2 hr | 59 | 60 | 61 |
| 6 hr | 73 | 74 | 76 |
| 12 hr | 86 | 87 | 89 |

The in vivo behavior of the 1200 mg guaifenesin and 60 mg tablet was studied by measuring the plasma concentration of guaifenesin, dextromethorphan HBr, and the metabolite dextrorphan. FIGS. 13–15 illustrate the plasma concentration for each drug or metabolite in two formulations, Formulation B and Formulation C, during a 24 hour period. Immediately after administration the plasma concentration of guaifenesin peaks in about an hour, followed by a gradual plasma concentration decrease over 24 hours. Immediately after administration, guaifenesin plasma concentration never decreased to less than 200 ng/ml over 12 hours. Thereafter, guaifenesin plasma concentration gradually decreased over the next 12 hours. Plasma concentration of dextromethorphan HBr peaks at about 6 hours at about 12 ng/ml and the concentration is maintained for the following 19 hours.

Example 9

A study was performed to examine the relative bioavailability of a sustained release guaifenesin with dextromethorphan formulation of the present invention with normal, healthy male and/or female volunteers. A batch of guaifenesin and dextromethorphan bi-layer tablet, 1200 mg, was prepared according to the composition described above for Example 8.

The in vivo behaviors of the 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing) was determined. The open-label study involved 29 healthy volunteers between the ages of 18 and 55. The subjects weighed within 15% of their Ideal Body Weight as defined by the 1983 Metropolitan Life chart. The 29 volunteers were divided into two treatment groups half receiving the 1200 mg tablet while fasting for Period 1 of the trial. Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 ml with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin and dextromethorphan analysis.

The plasma samples were analyzed by a fully validated HPLC method by PPD Development (3230 Deming Way Suite 190, Middleton, Wis. 53562). The resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with Winnonlin 1.5. The results of the pharmacokinetic parameters analysis for guaifenesin include a $T_{max}$ of 1.48 hr, $C_{max}$ (ng/ml) of 2196, $AUC_{0-12}$(hr*ng/ml) of 8702, $T_{1/2}$ of 1.32 hrs., and an $AUC_{inf}$(hr*ng/ml) of 8732.5. The results of the pharmacokinetic parameters analysis for dextromethorphan include a $T_{max}$ of 5.0 hrs, $C_{max}$ (pg/ml) of 5157, $AUC_{0-12}$(hr*pg/ml) of 74209, $T_{1/2}$ of 7.93 hrs., and an $AUC_{inf}$(hr*pg/ml) of 75016.

28

Example 10

Two batches of guaifenesin-pseudoephedrine HCl bi-layer tablets, one 600 mg and one 1200 mg, were prepared according to the following composition.

600 mg Guaifenesin/60 mg Pseudoephedrine HCl Tablet

SR Layer Formulation

| Components | Weight per 300,000 tablets (kg) |
|---|---|
| Guaifenesin DC (95%) | 157.90 |
| Pseudoephedrine HCl | 18.0 |
| Hydroxypropyl Methylcellulose (METHOCEL E10M) | 4.50 |
| CARBOPOL 974P, NF | 2.25 |
| FD&C Yellow No. 6 Aluminum Lake (15–18%) | 0.24 |
| Magnesium Stearate | 1.50 |

IR Layer Formulation

| Components | Weight per 300,000 tablets (kg) |
|---|---|
| Guaifenesin DC (95%) | 39.476 |
| Microcrystalline Cellulose (AVICEL PH102) | 22.028 |
| Sodium Starch Glycolate | 5.626 |
| Magnesium Stearate, NF | 0.188 |

1200 mg Guaifenesin/120 mg Pseudoephedrine HCl Tablet

SR Layer Formulation

| Components | Weight per 150,000 tablets (kg) |
|---|---|
| Guaifenesin DC (95%) | 157.89 |
| Pseudoephedrine HCl | 18.00 |
| Hydroxypropyl Methylcellulose (METHOCEL E10M) | 4.50 |
| CARBOPOL 974P, NF | 2.25 |
| FD&C Red No. 40 Aluminum Lake (14–16%) | 0.06 |
| Magnesium Stearate | 1.50 |

IR Layer Formulation

| Components | Weight per 150,000 tablets (kg) |
|---|---|
| Guaifenesin DC (95%) | 39.476 |
| Microcrystalline Cellulose (AVICEL PH102) | 22.028 |
| Sodium Starch Glycolate | 5.626 |
| Magnesium Stearate, NF | 0.188 |

The following is a summary of the pseudoephedrine Dissolution Rate of the 1200 mg guaifenesin–60 mg pseu

US 6,955,821 B2

29

doephedrine tablet results which are also depicted in FIG. 16.

|        | Formulation I % released | Formulation II % released | Formulation III % released |
|--------|--------------------------|---------------------------|----------------------------|
| 1 hr   | 45                       | 44                        | 43                         |
| 2 hr   | 60                       | 59                        | 58                         |
| 6 hr   | 89                       | 87                        | 82                         |
| 12 hr  | 97                       | 98                        | 96                         |

The in vivo behavior of the 1200 mg guaifenesin and 120 mg pseudoephedrine tablet was studied by measuring the plasma concentration of guaifenesin, and pseudoephedrine HCl. FIGS. 17–18 illustrate the plasma concentration for each drug (Formulation B and Formulation C) during a 24 hour period. Immediately after administration the plasma concentration of guaifenesin peaks in about an hour, followed by a gradual plasma concentration decrease over 24 hours. Immediately after administration, guaifenesin plasma concentration never decreased below 200 ng/ml over 12 hours. Thereafter, guaifenesin plasma concentration gradually decreased over the next 12 hours. Plasma concentration of pseudoephedrine HCl peaked at about 6 hours and gradually decreased over the next 18 hours. The plasma concentration of pseudoephedrine HCl never decreased to less than 50 ng/ml after 30 minutes of administration.

Example 11

A study was performed to examine the relative bioavailability of sustained release guaifenesin with pseudoephedrine formulations of the present invention in normal, healthy male and/or female volunteers. A batch of guaifenesin and pseudoephedrine bi-layer tablets, 1200 mg, was prepared according to the composition described above for Example 10.

The in vivo behaviors of a 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing) were compared. The open-label study involved 29 healthy volunteers between the ages of 18 and 55. The subjects weighed within 15% of their Ideal Body Weight as defined by the 1983 Metropolitan Life chart. The 29 volunteers were divided into two treatment groups, half receiving the 1200 mg tablet while fasting for Period 1 of the trial. Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 ml with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for guaifenesin and pseudoephedrine analysis.

The plasma samples were analyzed by a fully validated HPLC method by PPD Development (3230 Deming Way Suite 190, Middleton, Wis. 53562). The resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using non-compartmental analysis with WinnonlinF 1.5. The results of the pharmacokinetic parameters analysis for guaifenesin include a $T_{max}$ of 1.48 hr, $C_{max}$ (ng/ml) of 2196, $AUC_{0-12}$(hr*ng/ml) of 8702, $T_{1/2}$ of 1.32 hrs., and an $AUC_{inf}$(hr*ng/ml) of 8732.5. The results of the pharmacokinetic parameters analysis for pseudoephedrine include a $T_{max}$ of 6 hrs, $C_{max}$ (ng/ml) of 300, $AUC_{0-12}$(hr*ng/ml) of 4201, $T_{1/2}$ of 5.98 hrs., and an $AUC_{inf}$ (hr*ng/ml) of 4709.

30

Other embodiments and uses of the invention will be apparent to those of skill in the art from consideration of the specification and practice of the invention disclosed herein. The specification and examples should be considered exemplary only with the true scope and spirit of the invention indicated by the following claims. As will be easily understood by those of skill in the art, variations and modifications of each of the disclosed embodiments can be easily made within the scope of this invention as defined by the following claims.

What is claimed is:

1. A modified release drug product comprising a first quantity of guaifenesin in an immediate release formulation wherein the guaifenesin becomes bioavailable in a subject's stomach; a second quantity of guaifenesin in a release-delaying matrix; and at least one additional drug,

wherein the release-delaying matrix comprises a hydrophilic polymer and a water-insoluble polymer in a weight ratio of hydrophilic polymer to water-insoluble polymer from about 1:1 to about 9:1,

wherein the immediate release formulation guaifenesin has a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when a dose of a standard immediate release formulation having one third the amount of guaifenesin is dosed, and immediately after administration the serum concentration of guaifenesin peaks in about an hour, followed by a gradual serum concentration decrease over twenty-four hours but the serum concentration of guaifenesin never decreases below the minimum concentration of said standard immediate release formulation over twelve hours, and

wherein the drug product releases a therapeutically effective bioavailable guaifenesin dose for at least twelve hours after a single dose in the human subject according to serum analysis.

2. The modified release drug product according to claim 1, wherein the hydrophilic polymer is acacia, gum tragacanth, locust bean gum, guar gum, karaya gum, modified cellulosic, methylcellulose, hydroxymethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, carboxymethylcellulose, agar, pectin, carrageen, alginate, carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharide, modified starch derivatives, or a combination thereof.

3. The modified release drug product according to claim 1, wherein the water-insoluble polymer is polyacrylic acid, acrylic resin, acrylic latex dispersion, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate, or a combination thereof.

4. The modified release drug product according to claim 1, wherein the hydrophilic polymer is hydroxypropyl methylcellulose and the water-insoluble polymer is an acrylic resin.

5. The modified release drug product according to claim 1, wherein the immediate release formulation, release-delaying matrix, or both further comprises the at least one additional drug.

6. The modified release drug product according to claim 1, wherein the additional drug is an antitussive, a decongestant, an antihistamine, an analgesic, or combinations thereof.

7. The modified release drug product according to claim 6, wherein the additional drug is dextromethorphan hydrobromide, codeine, hydrocodone, phenylephrine hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride, ephedrine, chlorpheniramine

US 6,955,821 B2

31

32

maleate, brompheniramine maleate, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, clemastine fumerate, aspirin, ibuprofen, acetaminophen, naprosin, or combinations thereof.

**8**. The modified release drug product according to claim **6**, wherein the additional drug is dextromethorphan hydrobromide, pseudoephedrine hydrochloride, or a combination thereof.

**9**. The modified release drug product according to claim **1**, further comprising binders, colorants, excipients, glidants, lubricants, preservatives, stabilizers, surface active agents, or combinations thereof.

**10**. The modified release drug product according to claim **9**, wherein the lubricant is magnesium stearate, calcium stearate, zinc stearate, powdered stearic acid, hydrogenated vegetable oil, talc, polyethylene glycol, mineral oil, or a combination thereof.

**11**. The modified release drug product according to claim **9**, wherein the binder is sucrose, lactose, gelatin, starch paste, acacia, tragacanth, povidone, polyethylene glycol, Pullulan, corn syrup, or a combination thereof.

**12**. The modified release drug product according to claim **9**, wherein the glidant is colloidal silicon dioxide, talc, or a combination thereof.

**13**. The modified release drug product according to claim **9**, wherein the surface active agent is sodium lauryl sulfate, dioctyl sodium sulfosuccinate, triethanolamine, polyoxyethylene sorbitan, poloxalkol, quaternary ammonium salts, or a combination thereof.

**14**. The modified release drug product according to claim **9**, wherein the excipient is mannitol, glucose, fructose, xylose, galactose, maltose, xylitol, sorbitol, potassium chloride, potassium sulfate, potassium phosphate, sodium chloride, sodium sulfate, sodium phosphate, magnesium chloride, magnesium sulfate, magnesium phosphate, microcrystalline cellulose, sodium starch glycolate, or a combination thereof.

**15**. The modified release drug product according to claim **9**, wherein the colorant is Emerald Green Lake, FD&C Red #40, FD&C Yellow #6, FD&C Yellow #10, FD&C Blue #1, or a combination thereof.

**16**. The modified release drug product according to claim **1**, wherein the immediate release formulation further comprises microcrystalline cellulose, sodium starch glycolate, and magnesium stearate.

**17**. The modified release drug product according to claim **1**, wherein a total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**18**. The modified release drug product according to claim **1**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 1:1 to about 4:1 by weight.

**19**. The modified release drug product according to claim **1**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 3:2 to about 9:1 by weight.

**20**. The modified release drug product according to claim **1** or **17**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is about 1:1 to about 1:49 by weight.

**21**. The modified release drug product according to claim **1** or **17**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is from about 2:3 to about 1:19.

**22**. The modified release drug product according to claim **17**, wherein guaifenesin has a $C_{max}$ of at least about 1900 ng/ml and an $AUC_{inf}$ of at least 7000 hr*ng/ml.

**23**. The modified release drug product according to claim **17**, wherein guaifenesin has a $C_{max}$ of at least 1000 ng/ml and an $AUC_{inf}$ of at least 3500 hr*ng/ml.

**24**. The modified release drug product according to claim **1**, wherein the guaifenesin has a half life of at least 3 hours as determined by serum analysis.

**25**. The modified release drug product according to claim **1**, wherein the release-delaying matrix comprises about 75% to about 95% by weight of guaifenesin, from about 1% to about 15% of the additional drug, from about 1% to about 10% of the hydrophilic polymer, and about 0.5% to about 2.5% of the water-insoluble polymer by weight.

**26**. The modified release drug product according to claim **1**, wherein the immediate release formulation and the release-delaying matrix each comprise abutting substantially planar layers which form a bilayer tablet.

**27**. The modified release drug product according to claim **1**, wherein the release-delaying matrix is coated by a layer of the immediate release formulation.

**28**. The modified release drug product according to claim **17**, wherein the release-delaying matrix comprises from about 80% to about 90% by weight of guaifenesin, from about 3% to about 10% by weight of the additional drug, from about 2% to about 5% of the hydrophilic polymer, and from about 1% to about 1.5% by weight of the water-insoluble polymer.

**29**. A modified release drug product comprising a first quantity of guaifenesin in an immediate release formulation wherein the guaifenesin becomes bioavailable in a subject's stomach; a second quantity of guaifenesin in a sustained release form,

wherein the sustained release form comprises a hydrophilic polymer and a water-insoluble polymer in a weight ratio of hydrophilic polymer to water-insoluble polymer from about 1:1 to about 9:1,

wherein the immediate release formulation guaifenesin has a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when a dose of a standard immediate release formulation having one third the amount of guaifenesin is dosed, and immediately after administration the serum concentration of guaifenesin peaks in about an hour, followed by a gradual serum concentration decrease over twenty-four hours but the serum concentration of guaifenesin never decreases below the minimum concentration of said standard immediate release formulation over twelve hours, and

wherein the drug product releases a therapeutically effective bioavailable guaifenesin dose for at least twelve hours after a single dose in the human subject according to serum analysis.

**30**. The modified release drug product according to claim **29**, wherein a total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**31**. The modified release drug product of claim **30**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is about 1:1 to about 1:49.

**32**. The modified release drug product of claim **30**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is about 2:3 to about 1:19.

**33**. The modified release drug product according to claim **30**, wherein guaifenesin has a $C_{max}$ from about 1600 to 2500 ng/ml and an $AUC_{inf}$ of about 5600 to 8750 hr*ng/ml.

**34**. The modified release drug product according to claim **30**, wherein the guaifenesin has a $C_{max}$ of at least 1900 ng/ml and an $AUC_{inf}$ of at least 7000 hr*ng/ml.

**35**. The modified release drug product according to claim **30**, wherein the guaifenesin has a $C_{max}$ of about 800 to 1250 ng/ml and an $AUC_{inf}$ of about 2800 to 4375 hr*ng/ml.

**36**. The modified release drug product according to claim **30**, wherein the guaifenesin has a $C_{max}$ of at least 1000 ng/ml and an $AUC_{inf}$ of at least 3500 hr*ng/ml.

US 6,955,821 B2

33

**37**. The modified release drug product according to claim **29**, wherein the guaifenesin has a half life of at least three hours as determined by serum analysis.

**38**. The modified release drug product according to claim **29**, wherein the immediate release formulation and the sustained release form each comprise abutting substantially planar layers which form a bilayer tablet.

**39**. The modified release drug product according to claim **29**, wherein the sustained release form is coated by a layer of the immediate release formulation.

**40**. The modified release drug product according to claim **29**, wherein the drug product is shaped as a capsule and contains the immediate release formulation and the sustained release form.

**41**. The modified release drug product according to claim **29**, wherein the drug product is approximately equally effective when administered to the human subject with an empty or full stomach.

**42**. The modified release drug product according to claim **30**, wherein the drug product has a guaifenesin serum concentration profile of FIG. **10**.

**43**. A modified release drug product comprising a first quantity of guaifenesin in an immediate release formulation wherein the guaifenesin becomes bioavailable in a subject's stomach; a second quantity of guaifenesin in a sustained release formulation; and at least one additional drug,

  wherein the sustained release formulation comprises a hydrophilic polymer and a water-insoluble polymer in a weight ratio of hydrophilic polymer to water-insoluble polymer from about 1:1 to about 9:1,

  wherein the ratio of the first quantity to the second quantity of guaifenesin is about 1:1 to about 1:49,

  wherein the immediate release formulation guaifenesin has a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when a dose of a standard immediate release formulation having one third the amount of guaifenesin is dosed, and immediately after administration the serum concentration of guaifenesin peaks in about an hour, followed by a gradual serum concentration decrease over twenty-four hours but the serum concentration of guaifenesin never decreases below the minimum concentration of said standard immediate release formulation over twelve hours, and

  wherein the drug product provides a therapeutically effective bioavailable guaifenesin dose for at least twelve hours after a single dose in the human subject according to serum analysis.

**44**. The modified release drug product according to claim **43**, wherein a total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**45**. The modified release drug product according to claim **43**, wherein the additional drug is an antitussive, decongestant, antihistamine, analgesic, or combinations thereof.

**46**. The modified release drug product according to claim **45**, wherein the additional drug is dextromethorphan hydrobromide, codeine, hydrocodone, phenylephrine hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride, ephedrine, chlorpheniramine maleate, brompheniramine maleate, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, clemastine fumerate, acetaminophen, aspirin, ibuprofen, naprosin, or combinations thereof.

**47**. The modified release drug product according to claim **45**, wherein the additional drug is dextromethorphan hydrobromide, pseudoephedrine hydrochloride, or a combination thereof.

34

**48**. The modified release drug product according to claim **43**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 1:1 to about 4:1 by weight.

**49**. The modified release drug product according to claim **43**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 3:2 to about 9:1 by weight.

**50**. The modified release drug product according to claim **43** or **49**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is from about 2:3 to about 1:19.

**51**. The modified release drug product according to claim **44**, wherein a guaifenesin $C_{max}$ of the drug product is from about 1600 to 2500 ng/ml and an $AUC_{inf}$ is from about 5600 to 8750 hr*ng/ml.

**52**. The modified release drug product according to claim **44**, wherein a guaifenesin $C_{max}$ is at least 1900 ng/ml and an $AUC_{inf}$ is at least 7000 hr*ng/ml.

**53**. The modified release drug product according to claim **44**, wherein a guaifenesin $C_{max}$ is about 800 to 1250 ng/ml and an $AUC_{inf}$ is from about 2800 to 4375 hr*ng/ml.

**54**. The modified release drug product according to claim **44**, wherein a guaifenesin $C_{max}$ is at least 1000 ng/ml and an $AUC_{inf}$ is at least 3500 hr*ng/ml.

**55**. The modified release drug product according to claim **43**, wherein the guaifenesin has a half life of at least three hours as determined by serum analysis.

**56**. The modified release drug product according to claim **43**, wherein the immediate release formulation and the sustained release formulation each comprise abutting substantially planar layers which form a bilayer tablet.

**57**. The modified release drug product according to claim **43**, wherein the sustained release formulation is coated by a layer of the immediate release formulation.

**58**. The modified release drug product according to claim **43**, wherein the drug product is shaped as a capsule containing the immediate release formulation and the sustained release formulation.

**59**. The modified release drug product according to claim **43**, wherein the drug product is approximately equally effective when administered to the human subject with an empty or full stomach.

**60**. The modified release drug product according to claim **44**, wherein the drug product has the serum guaifenesin concentration profile of FIG. **10**.

**61**. A method of treating coughing and symptoms or diseases associated with coughing which comprises administering to a subject in need of such treatment a therapeutically effective amount of a modified release drug product according to claim **1**, **43** or **29** effective to treat coughing and symptoms or diseases associated with coughing in the subject.

**62**. The method according to claim **61**, wherein the drug product is administered orally.

**63**. The method according to claim **61**, wherein the additional drug is an antitussive, a decongestant, an antihistamine, an analgesic, or combinations thereof.

**64**. The method according to claim **63**, wherein the additional drug is dextromethorphan hydrobromide, codeine, hydrocodone, phenylephrine hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride, ephedrine, chlorpheniramine maleate, brompheniramine maleate, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, clemastine fumerate, aspirin, ibuprofen, acetaminophen, naprosin, or combinations thereof.

**65**. The method according to claim **63**, wherein the additional drug is dextromethorphan hydrobromide, pseudoephedrine hydrochloride, or a combination thereof.

US 6,955,821 B2

35

**66**. The method according to claim **61**, wherein a total quantity of guaifenesin is from about 600 mg to about 1200 mg.

**67**. The method according to claim **61**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 1:1 to about 4:1 by weight.

**68**. The method according to claim **61**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is about 1:1 to about 1:49 by weight.

**69**. The method according to claim **61**, wherein guaifenesin has a $C_{max}$ of at least about 1900 ng/ml and an $AUC_{inf}$ of at least 7000 hr*ng/ml.

**70**. A method of treating coughing and symptoms or diseases associated with coughing which comprises administering to a subject in need of such treatment a therapeutically effective amount of a modified release drug product having a first quantity of guaifenesin in an immediate release formulation which becomes fully bioavailable in a subject's stomach and a second quantity of guaifenesin in a release-delaying matrix comprising a hydrophilic polymer and a water-insoluble polymer wherein a weight ratio of said hydrophilic polymer to said water-insoluble polymer is in a range of from about 1:1 to about 6:1, wherein said immediate release formulation guaifenesin demonstrates a $C_{max}$ in a human subject equivalent to the $C_{max}$ obtained when a dose of a standard immediate release formulation having one third the amount of guaifenesin is dosed, and immediately after administration the serum concentration of guaifenesin peaks in about an hour, followed by a gradual serum concentration decrease over twenty-four hours but the serum

36

concentration of guaifenesin never decreases below the minimum concentration of said standard immediate release formulation over twelve hours, and wherein said drug product provides therapeutically effective bioavailability for at least twelve hours after a single dose in the human subject according to serum analysis.

**71**. The method according to claim **70**, wherein the drug product is administered orally.

**72**. The method according to claim **70**, wherein a ratio of the first quantity of guaifenesin to the second quantity of guaifenesin is about 1:1 to about 1:49 by weight.

**73**. The method according to claim **70**, wherein guaifenesin has a $C_{max}$ of at least about 1900 ng/ml and an $AUC_{inf}$ of at least 7000 hr*ng/ml.

**74**. The modified release drug product according to claim **1** or **43**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 3:1 to about 20:1 by weight.

**75**. The modified release drug product according to claim **1** or **43**, wherein the guaifenesin has a half life of at least 1.3 hours as determined by serum analysis.

**76**. The modified release drug product according to claim **43**, wherein the immediate release formulation, sustained release formulation, or both comprises the at least one additional drug.

**77**. The method according to claim **61**, wherein a ratio of a total quantity of guaifenesin to the additional drug is from about 3:1 to about 20:1 by weight.

\*   \*   \*   \*   \*

# EXHIBIT C

(12) **United States Patent**
　　　Davis et al.

(10) Patent No.: **US 7,838,032 B2**
(45) Date of Patent: ***Nov. 23, 2010**

(54) **SUSTAINED RELEASE OF GUAIFENESIN**

(75) Inventors: **Robert D. Davis**, Arlington, TX (US);
**Ralph W. Blume**, Fort Worth, TX (US);
**Donald Jeffrey Keyser**, Southlake, TX
(US)

(73) Assignee: **Reckitt Benckiser Inc.**, Parsippany, NJ
(US)

( * ) Notice: Subject to any disclaimer, the term of this
patent is extended or adjusted under 35
U.S.C. 154(b) by 472 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **10/406,557**

(22) Filed: **Apr. 4, 2003**

(65) **Prior Publication Data**

US 2004/0018233 A1　　Jan. 29, 2004

**Related U.S. Application Data**

(63) Continuation-in-part of application No. 10/121,706,
filed on Apr. 15, 2002, now Pat. No. 6,955,821, which
is a continuation-in-part of application No. 09/559,
542, filed on Apr. 28, 2000, now Pat. No. 6,372,252.

(51) **Int. Cl.**
*A61K 9/22*　　(2006.01)

(52) **U.S. Cl.** ...................... **424/468**; 424/452; 424/457;
424/474

(58) **Field of Classification Search** ................. 424/468
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,738,303 A | 3/1956 | Blythe | |
| 3,065,143 A | 11/1962 | Christenson et al. | |
| 3,362,880 A | 1/1968 | Sampson | |
| 3,362,881 A | 1/1968 | Klaus et al. | |
| 3,458,622 A | 7/1969 | Hill | |
| 3,555,151 A | 1/1971 | Kaplan et al. | |
| 3,634,584 A | 1/1972 | Poole | |
| 3,870,790 A | 3/1975 | Lowey et al. | |
| 3,981,984 A | 9/1976 | Signorino | |
| 4,122,157 A | 10/1978 | Huber | |
| 4,140,755 A | 2/1979 | Sheth et al. | |
| 4,167,558 A | 9/1979 | Sheth et al. | |
| 4,226,849 A | 10/1980 | Schor | |
| 4,248,857 A | 2/1981 | DeNeale et al. | |
| 4,248,858 A | 2/1981 | Guley et al. | |
| 4,259,314 A | 3/1981 | Lowey | |
| 4,308,251 A | 12/1981 | Dunn et al. | |
| 4,309,404 A | 1/1982 | DeNeale et al. | |
| 4,309,405 A | 1/1982 | Guley et al. | |
| 4,357,469 A | 11/1982 | Schor | |
| 4,369,172 A | 1/1983 | Schor et al. | |
| 4,389,393 A | 6/1983 | Schor et al. | |
| 4,424,235 A | 1/1984 | Sheth et al. | |
| 4,540,566 A | 9/1985 | Davis et al. | |
| 4,543,370 A | 9/1985 | Porter et al. | |

| | | | |
|---|---|---|---|
| 4,552,899 A | 11/1985 | Sunshine et al. | |
| 4,680,323 A | 7/1987 | Lowey | |
| 4,695,464 A | 9/1987 | Alderman | |
| 4,699,779 A | 10/1987 | Palinczar | |
| 4,704,285 A | 11/1987 | Alderman | |
| 4,756,911 A | 7/1988 | Drost et al. | |
| 4,795,643 A | 1/1989 | Seth | |
| 4,798,725 A | 1/1989 | Patel | |
| 4,814,179 A | 3/1989 | Bolton et al. | |
| 4,826,688 A | 5/1989 | Panoz et al. | |
| 4,834,965 A | 5/1989 | Martani et al. | |
| 4,834,984 A | 5/1989 | Goldie et al. | |
| 4,851,392 A | 7/1989 | Shaw et al. | |

(Continued)

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| EP | 0409781 B1 | 6/1994 |
| EP | 0 875 245 A2 | 9/1999 |
| GB | 2255344 A | 11/1992 |
| JP | 7277962 | 10/1995 |
| WO | WO 87/00044 | 1/1987 |
| WO | 94/06416 A1 | 3/1994 |
| WO | 94/27557 A2 | 12/1994 |
| WO | 95/20946 A1 | 8/1995 |
| WO | 95/28148 A1 | 10/1995 |
| WO | 96/04908 A1 | 2/1996 |
| WO | 97/09042 A1 | 3/1997 |
| WO | 98/05305 A1 | 2/1998 |
| WO | 98/22091 A1 | 5/1998 |
| WO | WO 98/22097 | 5/1998 |
| WO | WO 00/33818 A1 | 6/2000 |
| WO | WO 01/19901 A3 | 3/2001 |

OTHER PUBLICATIONS

The Physicians' Desk Reference: For Nonprescription Drugs and
Dietary Supplements, 20th edition, 1999, Medical Economics Company, Inc, Montvale, NJ USA.*

(Continued)

*Primary Examiner*—Jake M. Vu
(74) *Attorney, Agent, or Firm*—Fitzpatrick, Cella, Harper &
Scinto

(57) **ABSTRACT**

The invention relates to a novel pharmaceutical sustained
release formulation of guaifenesin. The formulation may
comprise a hydrophilic polymer, preferably a hydroxypropyl
methylcellulose, and a water-insoluble polymer, preferably
an acrylic resin, in a ratio range of about one-to-one (1:1) to
about nine-to-one (9:1), more preferably a range of about
three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-to-one (2:1) to about four-to-one
(4:1) by weight. This formulation capable of providing therapeutically effective bioavailability of guaifenesin for at least
twelve hours after dosing in a human subject. The invention
also relates to a modified release product which has two
portions: a first portion having an immediate release formulation of guaifenesin and a second portion having a sustained
release formulation of guaifenesin. The modified release
product has a maximum guaifenesin serum concentration
equivalent to that of an immediate release guaifenesin tablet,
and is capable of providing therapeutically effective bioavailability of guaifenesin for at least twelve hours after dosing in
a human subject.

**12 Claims, 35 Drawing Sheets**

## US 7,838,032 B2

Page 2

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,871,548 | A | 10/1989 | Edgren et al. |
| 4,900,557 | A | 2/1990 | Dell et al. |
| 4,968,508 | A | 11/1990 | Oren et al. |
| 4,971,805 | A | 11/1990 | Kitanishi et al. |
| 4,980,170 | A | 12/1990 | Schneider et al. |
| 4,983,398 | A | 1/1991 | Gaylord et al. |
| 4,990,341 | A | 2/1991 | Goldie et al. |
| 4,994,276 | A | 2/1991 | Baichwal et al. |
| 5,004,613 | A | 4/1991 | Radebaugh et al. |
| 5,032,406 | A * | 7/1991 | Dansereau et al. .......... 424/472 |
| 5,047,248 | A | 9/1991 | Calanchi et al. |
| 5,085,865 | A | 2/1992 | Nayak |
| 5,098,715 | A | 3/1992 | McCabe et al. |
| 5,133,974 | A * | 7/1992 | Paradissis et al. .......... 424/480 |
| 5,164,398 | A | 11/1992 | Sims et al. |
| 5,186,943 | A | 2/1993 | Okada et al. |
| 5,186,963 | A | 2/1993 | Howman |
| 5,200,193 | A | 4/1993 | Radebaugh et al. |
| 5,260,073 | A | 11/1993 | Phipps |
| 5,286,493 | A | 2/1994 | Oshlack et al. |
| 5,292,534 | A | 3/1994 | Valentine et al. |
| 5,326,571 | A | 7/1994 | Wright et al. |
| 5,368,861 | A | 11/1994 | Ushimaru et al. |
| 5,376,384 | A * | 12/1994 | Eichel et al. ................ 424/480 |
| 5,395,626 | A | 3/1995 | Kotwal et al. |
| 5,403,593 | A | 4/1995 | Royce |
| 5,427,799 | A | 6/1995 | Valentine et al. |
| 5,445,829 | A | 8/1995 | Paradissis et al. |
| 5,451,409 | A | 9/1995 | Rencher et al. |
| 5,472,704 | A | 12/1995 | Santus et al. |
| 5,486,364 | A | 1/1996 | King et al. |
| 5,494,681 | A | 2/1996 | Cuca et al. |
| 5,529,791 | A | 6/1996 | Deboeck et al. |
| 5,576,022 | A | 11/1996 | Yang et al. |
| 5,593,694 | A | 1/1997 | Hayashida et al. |
| 5,650,169 | A | 7/1997 | Conte et al. |
| 5,656,296 | A | 8/1997 | Khan et al. |
| 5,662,933 | A | 9/1997 | Baichwal et al. |
| 5,738,874 | A | 4/1998 | Conte et al. |
| 5,773,031 | A | 6/1998 | Shah et al. |
| 5,780,057 | A | 7/1998 | Conte et al. |
| 5,807,580 | A | 9/1998 | Luber |
| 5,840,329 | A | 11/1998 | Bai |
| 5,945,123 | A | 8/1999 | Hermelin |
| 5,968,554 | A | 10/1999 | Beiman et al. |
| 5,993,858 | A | 11/1999 | Crison et al. |
| 6,120,802 | A | 9/2000 | Breitenbach et al. |
| 6,210,710 | B1 | 4/2001 | Skinner |
| 6,217,903 | B1 | 4/2001 | Skinner |
| 6,294,199 | B1 * | 9/2001 | Conley et al. ................ 424/468 |
| 6,312,724 | B1 | 11/2001 | Odidi et al. |
| 6,372,252 | B1 | 4/2002 | Blume et al. |
| 6,475,521 | B1 | 11/2002 | Timmins et al. |
| 6,623,756 | B1 | 9/2003 | Wilber et al. |
| 6,838,094 | B2 | 1/2005 | Grimmett et al. |
| 6,955,821 | B2 | 10/2005 | Davis et al. |
| 2002/0022058 | A1 | 2/2002 | Lovercheck |
| 2002/0142044 | A1 | 10/2002 | Vendola |
| 2003/0012820 | A1 | 1/2003 | Upadhyay |
| 2003/0039691 | A1 | 2/2003 | Waterman |
| 2003/0091624 | A1 | 5/2003 | Szymczak et al. |
| 2003/0147952 | A1 | 8/2003 | Lim et al. |
| 2003/0215508 | A1 | 11/2003 | Davis et al. |
| 2004/0022851 | A1 | 2/2004 | Davis et al. |
| 2004/0033258 | A1 | 2/2004 | Koike |
| 2004/0156902 | A1 | 8/2004 | Lee et al. |
| 2004/0180085 | A1 | 9/2004 | Ohkouchi et al. |
| 2005/0095288 | A1 | 5/2005 | Honea |
| 2005/0152967 | A1 | 7/2005 | Tengler et al. |
| 2005/0276852 | A1 | 12/2005 | Davis et al. |

### OTHER PUBLICATIONS

Lacy et al (Drug Information Handbook. p. 481 (1999).*

Bodmeier, R. et al., "Prolonged Release Multiple-Unit Dosage Forms Based On Water-Soluble Cellulosic Polymers or Aqueous Latexes," Proceed. Intern. Sump. Control. Rel. Bioact. Mater., 18 (1991), Controlled Release Society, Inc.

Bauer et al., "Coated Pharmaceutical Dosage Forms," p. 83 (MedPharm Scientific Publishers 1998).

Request for Reexamination, filed Apr. 20, 2005, USPN 6,372,252, Issued Apr. 16, 2002.

Welling, P.G., "Oral Controlled Drug Administration: Pharmacokinetic Considerations", Drug Dev. Ind. Pharm., 9, 1185-1225 (1983).

Kim, C., "Pharmacokinetic Considerations in the Design of Controlled Release Dosage Forms," Controlled Release Dosage Form Design, ch. 11 (Technomic Publishing Co., Inc. 2000)

International Search Report dated Aug. 19, 2003 for International Application No. PCT/US03/11500, filed Apr. 15, 2003.

Physicians' Desk Reference: For Nonprescription Drugs and Dietary Supplements 807 (Medical Economics Company, Inc., 20th ed. 1999).

Ansel HC and Popovich NG. Pharmaceutical Dosage Forms and Drug Delivery Systems, Fifth Edition, Lea & Febiger. 1990. p. 64.

Bankser GS and Rhodes CT. Modern Pharmaceutics, Fourth Edition, Marcel Dekker, Inc. 2002, p. 83.

Curriculum Vitae of Peter Anthony Crooks, MSc, PhD, FRPharmS, CSci, CChem, FRSC (Jul. 2006).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Announce ANDA Filing for Guaifenesin Extended-Release Tablets, 600 mg and 1200 mg (Aug. 18, 2006), at http://www.urlmutual.com/guaifenesin__pr.htm.

Correspondence from E. Brendan Magrab, Esq., Vice President, Intellectual Property, United Research Laboratories, Inc. and Mutual Pharmaceutical Company, Inc. to Michael J. Valentino, President & Chief Executive Officer, Adams Respiratory Therapeutics, Inc., including Exhibits A and B and additional attachments (Aug. 22, 2006), available at http://www.urlmutual.com/guaifenesin2.pdf (excluding the additional attachments).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Formally Notifies Adams Respiratory Therapeutics of Its ANDA Filing for Guaifenesin Extended-Release Tablets, 600 mg and 1200 mg (Aug. 23, 2006), at http://www.urlmutual.com/guaifenesin_pr08232006.htm.

Correspondence from Joseph M. O'Malley, Jr., Esq., Attorney, Fitzpatrick, Cella, Harper & Scinto to E. Brendan Magrab, Esq., Vice President, Intellectual Property, United Research Laboratories, Inc. and Mutual Pharmaceutical Company, Inc., including attachment (Aug. 31, 2006), available at http://www.urlmutual.com/guaifenesin3.pdf.

Correspondence from James D. Veltrop, Attorney, Axinn, Veltrop & Harkrider LLP to Joseph M. O'Malley, Jr., Esq., Attorney, Fitzpatrick, Cella, Harper & Scinto, including attachment (Sep. 6, 2006), available at http://www.urlmutual.com/guaifenesin4.pdf .

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: United Research Laboratories/Mutual Pharmaceutical Company Views Legal Response From Adams as Excessive and Disengenuous [sic] Attempt to Delay Competition (Sep. 7, 2006), at http://www.urlmutual.com/guaifenesin__pr09072006.htm.

Correspondence from James D. Veltrop, Attorney, Axinn, Veltrop & Harkrider LLP to Dominick A. Conde, Attorney, Fitzpatrick, Cella, Harper & Scinto (Sep. 28, 2006), available at http://www.urlmutual.com/guaifenesin6.pdf.

Declaration of Harry G. Brittain, Ph.D. (Sep. 28, 2006), available at http://www.urlmutual.com/guaifenesin7.pdf.

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: Independent Expert Confirms View That Adams has no Legal Basis for Pursuing Legal Action Against Mutual Pharma-

ceutical Company for its Guaifenesin Extended-Release Tablets, 600 mg and 1200 mg (Sep. 28, 2006), *at* http://www.urlmutual.com/guaifenesin_pr09282006.htm.

*Adams Respiratory Therapeutics, Inc.* v. *Pharmaceutical Holdings Corp.*, Complaint for Patent Infringement and Certification Pursuant to Local Rule 11.2, including Exhibit A (D.N.J. Oct. 2, 2006).

*Adams Respiratory Therapeutics, Inc.* v. *Pharmaceutical Holdings Corp.*, Complaint for Patent Infringement, including Exhibit A (E.D. Pa. Oct. 4, 2006).

*Adams Respiratory Therapeutics, Inc.* v. *Pharmaceutical Holdings Corp.*, Answer and Counterclaims (E.D. Pa. Oct. 10, 2006).

*Adams Respiratory Therapeutics, Inc.* v. *Pharmaceutical Holdings Corp.*, Defendants' Motion for Summary Judgment (E.D. Pa. Oct. 17, 2006).

*Adams Respiratory Therapeutics, Inc.* v. *Pharmaceutical Holdings Corp.*, Defendants' Memorandum of Law in Support of a Motion for Summary Judgment (E.D. Pa. Oct. 17, 2006).

United Research Laboratories and Mutual Pharmaceutical Company, Press Release: Mutual Pharmaceutical Company Files Counter Suit Against Adams Respiratory Therapeutics (Oct. 17, 2006), at http://www.urlmutual.com/guaifenesin8.pdf.

Gudipati, M., in Vitro/in Vivo Correlation Approach for the Development of Drug Delivery Systems, Chapter 4, pp. 76-199 (University of Texas at Austin, Aug. 1990).

U.S. Department of Health and Human Services, Approved Drug Products with Therapeutic Equivalence Evaluations, pp. ix-x (19th ed. 1999).

The Merck Index, p. 812 (Merck Research Laboratories, 13th ed. 2001).

Drituss G and Q-Bid LA, Qualitest 011, produced by Perrigo Company et al. in the *Adams Respiratory Therapeutics, Inc. et al.* v. *Perrigo Company et al.* (W.D. Mich.) litigation in Aug. 2008.

Q-Bid LA label, Qualitest 015, Apr. 1994.

Q-Bid LA label, Qualitest 017, May 1999.

Drituss G and Q-Bid LA, Vintage 011, produced by Perrigo Company et al. in the *Adams Respiratory Therapeutics, Inc. et al.* v. *Perrigo Company et al.* (W.D. Mich.) litigation in Aug. 2008.

Drituss G label, Vintage 012, Dec. 2001.

Drituss G label, Vintage 013, Dec. 2001.

Guaifenesin Long-Acting Tablets, Vintage 014, Dec. 2001.

Q-Bid LA label, Vintage 015, Apr. 1994.

Q-Bid LA label, Vintage 016, Feb. 1999.

Q-Bid LA label, Vintage 017, May 1999.

Guaifenesin Sustained-Release Tablets and Guaifenesin/Dextromethorphan Hydrobromide Sustained-Release Tablets, Vintage 018, Mar. 2001.

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, NonConfidential Brief for Defendants-Appellees (Fed. Cir. Apr. 23, 2010).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Non-Confidential Reply Brief of Plaintiffs-Appellants (Fed. Cir. May 3, 2010).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Opinion (Fed. Cir. Aug. 5, 2010).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' First Supplemental Responses and Objections to Adams' Second Set of Interrogatories (Nos. 13-14) (W.D. Mich. Jun. 30, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Expert Report of Walter G. Chambliss—Redacted (W.D. Mich. Aug. 10, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Rule 26 Expert Report of John T. Goolkasian, Esq. (W.D. Mich. Aug. 4, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Expert Report of Michael Mayersohn, Ph.D. (W.D. Mich. Aug. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Responsive Expert Report of Dr. Gordon Amidon—Redacted (W.D. Mich. Sep. 18, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Responsive Expert Report of Dr. Thomas S. Foster—Redacted (W.D. Mich. Sep. 18, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Expert Report of Charles E. Van Horn (W.D. Mich. Sep. 18, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Reply Expert Report of Walter G. Chambliss, Ph.D.—Redacted (W.D. Mich. Oct. 9, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Reply Expert Report of John T. Goolkasian, Esq. (W.D. Mich. Oct. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Reply Expert Report of Michael Mayersohn, Ph.D.—Redacted (W.D. Mich. Oct. 8, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Supplemental Expert Report of Dr. Gordon Amidon—Redacted (W.D. Mich. Nov. 14, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Second Supplemental Expert Report of Dr. Gordon Amidon—Redacted (W.D. Mich. Nov. 15, 2009).

J.B. Aluri & S. Stavchansky, "Determination of Guaifenesin in Human Plasma by Liquid Chromatography in the Presence of Pseudoephedrine," J. of Pharm. & Biomed. Analysis 11(9):803-808 (1993) PGFSN 053048-053055.

Gordon L. Amidon et al., "Estimating Human Oral Fraction Dose Absorbed: A Correlation Using Rat Intestinal Membrane Permeability for Passive and Carrier-Mediated Compounds," Pharm. Research 5(10):651-654 (1988).

Gordon L. Amidon et al., "Effects of Gravity on Gastric Emptying, Intestinal Transit, and Drug Absorption," J. Clin. Pharmacol. 31:968-973 (1991).

Gordon L. Amidon et al., "A Theoretical Basis for a Biopharmaceutic Drug Classification: The Correlation of in Vitro Drug Product Dissolution and in Vivo Bioavailability," Pharm. Research 12(3):413-420 (1995).

Howard C. Ansel et al., Pharmaceutical Dosage Forms and Drug Delivery Systems 213-225 (6th ed. 1995).

Howard C. Ansel et al., Pharmaceutical Dosage Forms and Drug Delivery Systems 229-243 (7th ed. 1999).

A. Arancibia et al., "Pharmacokinetics and Bioavailability of a Controlled Release Amoxicillin Formulation," Int'l J. of Clin. Pharmacol., Therapy and Toxicology 25(2):97-100 (1987).

B. Huet De Barochez et al., "Influence of Drug Solubility in the Formulation of Hydrophilic Matrices," Drug Development and Industrial Pharmacy 15(14-16):2197-2212 (1989).

Joeby Bass et al., "An Evaluation of the Effect of Food on the Oral Bioavailability of Sustained-Release Morphine Sulfate Tablets (Oramorph SR) After Multiple Doses," J. Clin. Pharmacol. 32(11):1003-1007 (1992).

Henning H. Blume & Barbara S. Schug, "The Biopharmaceutics Classification System (BCS): Class III Drugs —Better Candidates for BA/BE Waiver?" European J. Pharm. Sciences 9:117-121 (1999) PGFSN 054720-054726.

Rudolph H. Blythe, "The Formulation and Evaluation of Sustained Release Products," Drug Standards 26(1):1-7 (1958) PGFSN 053162-053170.

Gerald W. Bottenfield et al., "Safety and Tolerability of a New Formulation (90mg/kg/day Divided Every 12 h) of Amoxicillin/Clavulanate (Augmentin®) in the Empiric Treatment of Pediatric Acute Otitis Media Caused by Drug-Resistant Streptococcus Pneumoniae," Pediatr. Infect. Dis. J. 17(10):963-968 (1998).

Harold G. Boxenbaum, "Physiological and Pharmacokinetic Factors Affecting Performance of Sustained Release Dosage Forms," Drug Dev. & Industrial Pharmacy 8(1):1-25 (1982).

David E. Bugay & W. Paul Findlay, Pharmaceutical Excipients 289 (1999).

Xianhua Cao et al., "Permeability Dominates in Vivo Intestinal Absorption of P-gp Substrate with High Solubility and High Permeability," Molecular Pharmaceutics 2(4):329-340 (2005).

Rong-Kun Chang & Joseph R. Robinson, "Sustained Drug Release from Tablets and Particles Through Coating," in Pharmaceutical Dosage Forms, vol. 3, pp. 199-302 (Herbert A. Lieberman et al. eds., 2d ed., revised and expanded, 1990).

**US 7,838,032 B2**

Page 4

Jun Chen et al., "Superporous Hydrogels as a Platform for Oral Controlled Drug Delivery," in Handbook of Pharmaceutical Controlled Release Technology 211-224 (Donald L. Wise et al. eds. 2000).

Charles S. L. Chiao & Joseph R. Robinson, "Sustained-Release Drug Delivery Systems," in Remington: The Science and Practice of Pharmacy 1660-1675 (Alfonso R. Gennaro ed., 19th ed. 1995).

Yie W. Chien, Novel Drug Delivery Systems 747-776 (2d ed., revised and expanded, 1992).

Ferenc Csizmadia et al., "Prediction of Distribution Coefficient from Structure. 1. Estimation Model," J. Pharm. Sciences 86(7):865-871 (1997).

S. S. Davis et al., "Transit of Pharmaceutical Dosage Forms Through the Small Intestine," Gut 27:886-892 (1986).

J.G. Devane et al., "Pharmacokinetic and In-Vitro Characteristics of Sustained Release Verapamil Products," Drug Development and Industrial Pharmacy 16(7):1233-1248 (1990).

John Devane, "Oral Drug Delivery Technology: Addressing the Solubility/Permeability Paradigm," Pharm. Tech. 22(11):68-80 (1998).

John G. Devane & John G. Kelly, "Effect of Food on the Bioavailability of a Multiparticulate Sustained-Release Verapamil Formulation," Advances in Therapy 8(1):48-53 (1991).

M. R. Dobrinska & P. G. Welling, "Blood Levels from a Sustained-Release Dosage Form," J. Pharm. Sciences 17(10):1728-1729 (1998).

J.B. Dressman et al., "Physichemical Model for Dose-Dependent Drug Absorption," J. Pharm. Sciences 73(9):1274-1279 (1984).

J.B. Dressman et al., "Absorption Potential: Estimating the Fraction Absorbed for Orally Administered Compounds," J. Pharm. Sciences 74(5):588-589 (1985).

Natalie D. Eddington et al., "Development and Internal Validation of an In Vitro—In Vivo Correlation for a Hydrophilic Metoprolol Tartrate Extended Release Tablet Formulation," Pharm. Research 15(3):466-473 (1998).

M. El-Khawas et al., "Phenylpropanolamine Controlled-Release Tablets," Pharm. Ind. 55(4):392-395 (1993) PGFSN 052986-052991.

Mark G. Eller & Andrew A. Della-Coletta, "Absence of Effect of Food on Alprazolam Absorption from Sustained Release Tablets," Biopharmaceutics & Drug Disposition 11:31-37 (1990).

David Fleisher et al., "Drug, Meal and Formulation Interactions Influencing Drug Absorption After Oral Administration," Clin. Pharmacokinetics 36(3):233-254 (1999) PGFSN 05682-054705.

Arthur C. Guyton & John E. Hall, Textbook of Medical Physiology 793-802, 833-844 (9th ed. 1996).

Lester I. Harrison, "Kinetics of Absorption of a new Once-a-Day Formulation of Theophylline in the Presence and Absence of Food," J. Pharm. Sciences 82(6):644-648 (1993).

A.K. Hilton & P.B. Deasy, "In Vitro and in Vivo Evaluation of an Oral Sustained-Release Floating Dosage Form of Amoxycillin Trihydrate," Int 'l J. Pharmaceutics 86:79-88 (1992).

A.K. Hilton & P.B. Deasy, "Use of Hyroxypropyl Methylcellulose Acetate Succinate in an Enteric Polymer Matrix to Design Controlled-Release Tablets of Amoxicillin Trihydrate," J. Pharm. Sciences 82(7):737-743 (1993).

J. Hirtz, "The Gastrointestinal Absorption of Drugs in Man: A Review of Current Concepts and Methods of Investigation, " Br. J. Clin. Pharmac. 19:77S-83S (1985).

Ammon Hoffman et al., "Pharmacodynamic and Pharmacokinetic Rationales for the Development of an Oral Controlled-Release Amoxicillin Dosage Form," J. Controlled Release 54:29-37 (1998).

H. E. Huber et al., "Utilization of Hydrophilic Gums for the Control of Drug Release from Tablet Formulations I. Disintegration and Dissolution Behavior," J. Pharm. Sciences 55(9):974-976 (1966).

A. S. Hussain et al., "The Biopharmaceutics Classification System: Highlights of the FDA's Draft Guidance," Dissolution Technologies May 1999 Article #1, pp. 1-4 and Biopharmaceutics Classification Figures 1-3, pp. 1-2 (found at http://www.dissolutiontech.com/DTresour/599articles/Biopharm_Class2_copy.html and http://www.dissolutiontech.com/DTresour/599articles/BiopharmFig1-3.html on Oct. 15, 2009).

L. Kalantzi et al., "Biowaiver Monographs for Immediate Release Solid Oral Dosage Forms: Acetaminophen (Paracetamol)," J. Pharm. Sciences 95(1):4-14 (2006).

Lydia C. Kaus et al., "The Effect of In Vivo Dissolution, Gastric Emptying Rate, and Intestinal Transit Time on the Peak Concentration and Area-Under-the Curve of Drugs with Different Gastrointestinal Permeabilities," Pharm. Research 16(2):272-280 (1999).

Th. Knapp, "Der Einfluss von Guajakolderivaten auf die Ausscheidung der Glukuronsäure," J. Suisse de Chimie et Pharmacie LX(17):229-231, 245-248, 257-262 (1911), with certified translation.

Leszek Krowczynski, Extended-Release Dosage Forms 4-6, 51-58 (Dorota Porebska Brozyna trans. 1987).

C. Gordon Law, "Dose Proportionality," in Encyclopedia of Biopharmaceutical Statistics 295-297 (Shein-Chung Chow ed., 2d ed., revised and expanded, 2003).

Mark A. Longer & Joseph R. Robinson, "Sustained-Release Delivery Systems," in Remington's Pharmaceutical Sciences 1644-1661 (Alfonso R. Gennaro ed., 17th ed. 1985).

R. D. Maier, "Zum Nachweis von Guaiphenesin, einem Inhaltsstoff einiger Rezeptfreier Schlafmittel," Archives of Toxicology 45:123-131 (1980) PGFSN 054573-054583.

Carol N. Manners et al., "Distribution Coefficient, a Convenient Term for the Rational of Predictable Physico-Chemical Properties to Metabolic Processes," Xenobiotica 18(3):331-350 (1988) PGFSN 054769-054790.

Marilyn N. Martinez & Gordon L. Amidon, "A Mechanistic Approach to Understanding the Factors Affecting Drug Absorption: A Review of Fundamentals," J. Clin. Pharmacol. 42:620-643 (2002).

William R. Maynard, Jr. & Robert B. Bruce, "GLC Determination of Guaiacol Glyceryl Ether in Blood, " J. Pharm. Sciences 59(9):1346-1348 (1970) PGFSN 054808-054811.

Hussain Y. Mohammed & Frederick F. Cantwell, "Liquid Chromatographic Analysis of Pharmaceutical Syrups Using Pre-Columns and Salt-Adsorption on Amberlite XAD-2," Analytical Chemistry 50(3):491-496 (1978) PGFSN 054812-054817.

Sakae Obara et al, "Evaluation of Several Grades of Hydroxypropyl Methylcellulose for Use in a Sustained-Release Tablet Matrix," Advances in Pharmaceutics and Pharm. Tech., pp. 212-219 (1989).

Rebecca L. Oberle & Gordon L. Amidon, "The Influence of Variable Gastric Emptying and Intestinal Transit Rates on the Plasma Level Curve of Cimetidine; An Explanation for the Double Peak Phenomenon," J. Pharmacokinetics & Biopharmaceutics 15(5):529-544 (1987).

Eugene L. Parrott, "Solid Dosage Forms," in Prescription Pharmacy, Dosage Formulation and Pharmaceutical Adjuncts 103-162 (Joseph B. Sprowls, Jr. ed., 2d ed. 1970) PGFSN 053056-053116.

James E. Polli et al., "Summary Workshop Report: Biopharmaceutics Classification System—Implementation Challenges and Extension Opportunities," J. Pharm. Sciences 93(6):1375-1381 (2004).

W. Steven Pray, Nonprescription Product Therapeutics 225-231 (1999).

Gurvinder Singh Rekhi et al., "Identification of Critical Formulation and Processing Variables for Metoprolol Tartrate Extended-Release (ER) Matrix Tablets," J. Controlled Release 59:327-342 (1999).

Manford Robinson et al., "Sustained Action Dosage Forms," in The Theory and Practice of Industrial Pharmacy 439-465 (Leon Lachman et al. eds., 2d ed. 1976) PGFSN 053001-053029.

P. E. Rolan, "The Assessment of Pharmacokinetics in Early Phase Drug Evaluation," in Handbook of Phase I/11 . Clinical Drug Trials 169-175 (John O'Grady & Pieter H. Joubert eds. 1997).

Earl Rosen & Joseph V. Swintosky, "Preparation of a 35S Labelled Trimeprazine Tartrate Sustained Action Product for Its Evaluation in Man," J. of Pharmacy and Pharmacology, XII Supp.:237T-244T (1960) PGFSN 052992-053000.

Edward M. Rudnic & Mary Kathryn Kottke, "Tablet Dosage Forms," in Modern Pharmaceutics 333, 359-364 (Gilbert S. Banker & Christopher T. Rhodes eds., 3d ed., revised and expanded, 1996).

H. Rupprecht & D. Regensburg, "XIV. Silicium Dioxide and Silicates in Drug Delivery," in Controlled Drug Delivery 197-225 (Bernd W. Müller ed. 1987).

**US 7,838,032 B2**

Page 5

Leroy A. Shervington & Amal Shervington, "Guaifenesin," in Analytical Profiles of Drug Substances and Excipients 121-164 (Harry G. Brittain ed. 1998) PGFSN 054626-054671.

Patrick J. Sinko & Gordon L. Amidon," Characterization of the Oral Absorption of β-Lactam Antibiotics. I. Cephalosporins: Determination of Intrinsic Membrane Absorption Parameters in the Rat Intestine in Situ," Pharm. Research 5(10) 645-650 (1988).

J.P. Skelly et al., "Scaleup of Oral Extended-Release Dosage Forms," Pharm. Research 10(12):1800-1805 (1993).

Dennis Smith et al., "Design of Drugs Involving the Concepts and Theories of Drug Metabolism and Pharmacokinetics," Medicinal Research Reviews 16(3):243-266 (1996) PGFSN 054600-054625.

Dennis Smith, "Can We Design Drugs with Low Variability," in Variability in Human Drug Response 251-261 (G.T. Tucker ed. 1999) PGFSN 054727-054737.

Dennis Smith & Barry Jones, "Variability in Drug Response as a Factor in Drug Design," Current Opinion in Drug Discovery & Development 2(1):33-41 (1999) PGFSN 054672-054681.

Joel T. Smith & Dutt V. Vinjamoori, "Rapid Determination of Logarithmic Partition Coefficients Between n-Octanol and Water Using Micellar Electrokinetic Capillary Chromatography," J. Chromatography B: Biomed. Applications 669(1):59-66 (1995) PGFSN 054759-054768.

David O. Thueson, Thueson's Guide to Over-The-Counter Drugs 54-57 (1995).

Klara Valkó et al., "Chromatographic Hydrophobicity Index by Fast-Gradient RP-HPLC: A High-Throughput Alternative to log P/log D," Anal. Chem. 69:2022-2029 (1997).

Daniel L. Wagner & Vikram S. Patel, "Steady-State Human Pharmacokinetics and Bioavailability of Guaifenesin and Pseudoephedrine in a Sustained-Release Tablet Relative to Immediate-Release Liquids," Int'l J. Pharmaceutics 114:171-176 (1995) PGFSN 053117-053122.

Zheng Wang et al., "In-Vivo and In-Vitro Evaluations of a Modified-Release Oral Dosage Form of Nifedipine by Hybridization of Hydroxypropyl-β-Cyclodextrin and Hydroxypropylcelluloses in Dogs," J. Pharm. Pharmacol. 46:505-507 (1994) PGFSN 052869-52871.

Hong Gi Yi et al., "Formulation of a Extended Release Tablet Containing Dexibuprofen," Arch. Pharm. Res. 31(12):1637-1643 (2008).

Lawrence X. Yu & Gordon L. Amidon, "A Compartmental Absorption and Transit Model for Estimating Oral Drug Absorption," Int'l J. Pharmaceutics 186:119-125 (1999).

Excipients and Delivery Systems for Pharmaceutical Formulations 123-124, 186-190 (D. R. Karsa & R. A. Stephenson eds. 1995).

Handbook of Pharmaceutical Excipients 252-261, 280-282, 424-427 (Ainley Wade & Paul J. Weller eds., 2d ed. 1994).

Handbook of Pharmaceutical Excipients 188-191 (Raymond C. Rowe et al. eds., 5th ed. 2006).

The Merck Index 716-717 (Susan Budavari et al. eds., 11th ed. 1989) PGFSN 054754-054758.

The Merck Index 776-777 (Susan Budavari et al. eds., 12th ed. 1996) PGFSN 054749-054753.

Pharmaceutical Dosage Forms, vol. 1, pp. 2, 241, 247-284 (Herbert A. Lieberman et al. eds., 2d ed., revised and expanded, 1989).

Pharmaceutical Dosage Forms, vol. 2, pp. 7-11, 13-20, 60-67 (Herbert A. Lieberman et al. eds., 2d ed., revised and expanded, 1990).

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals 216, 490-491 (5th ed. 1951) PGFSN 053917-053921.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals 248, 517, 522, 570 (9th ed. 1955) PGFSN 053922-053927.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (14th ed. 1960) PGFSN 053928-053941.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (25th ed. 1971) PGFSN 053942-053983.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (34th ed. 1980) PGFSN 053984-054044.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (39th ed. 1985) PGFSN 054045-054130.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (40th ed. 1986) PGFSN 054131-054206.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (46th ed. 1992) PGFSN 054207-054265.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (50th ed. 1996) PGFSN 054266-054360.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (51st ed. 1997) PGFSN 054361-054442.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (52d ed. 1998) PGFSN 054443-054508.

Physicians' Desk Reference to Pharmaceutical Specialties and Biologicals, passim (53d ed. 1999) PGFSN 054509-054572.

Random House Unabridged Dictionary 1780 (2d ed. 1993).

Textbook of Therapeutics: Drug and Disease Management 1255 (Eric T. Herfindal & Dick R. Gourley eds., 6th ed. 1996) PGFSN 054880-054882.

The United States Pharmacopeia / The National Formulary 19-20, 724-725 (USP 23 / NF 18 1995) PGFSN 054594-054599.

Webster's New World/Stedman's Concise Medical Dictionary 345 (1987).

Wilson and Gisvold's Textbook of Organic Medicinal and Pharmaceutical Chemistry 948-956 (John H. Block & John M. Beale, Jr. eds.,11th ed. 2004) PGFSN 054738-054748.

The Dow Chemical Company, Formulating Sustained Release Pharmaceutical Products With Methocel (1982).

Thomson Reuters Press Release, "Thomson Healthcare Launches PDRhealth.com" pp. 1-3 (Nov. 5, 2007) (found at http://thomsonreuters.com/content/press_room/tsh/mdx_ThomHcareLaunchesPDRhealth on Mar. 31, 2010).

47 FR 30002-30010 (Jul. 9, 1982) PGFSN 053860-053880.

54 FR 8494-8509 (Feb. 28, 1989) ART 0489984-0489999 & PGFSN 053881-053916.

Food and Drug Administration, Compliance Program Guidance Manual, Program 7361.003, Chapter 61—OTC Drug Evaluation (May 2007).

Food and Drug Administration, Inspections, Compliance, Enforcement, and Criminal Investigations, CPG Sec. 450.200 Drugs—General Provisions and Administrative Procedures for Recognition as Safe and Effective (CPG 7132b.15) (found at fda.gov/ICECI/.../ucm074388.htm on Oct. 15, 2009).

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Devices and Radiological Health, Guidance for Industry and FDA Staff, "Format for Traditional and Abbreviated 510(k)s" (Aug. 12, 2005).

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "Extended Release Oral Dosage Forms: Developments, Evaluation, and Applications of In Vitro/In Vivo Correlations" Sep. 1997.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "SUPAC-MR: Modified Release Solid Oral Dosage Forms, Scale-Up and Postapproval Changes: Chemistry, Manufacturing, and Controls; In Vitro Dissolution Testing and In Vivo Bioequivalence Documentation" (Sep. 1997).

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "Waiver of In Vivo Bioavailability and Bioequivalence Studies for Immediate-Release Solid Oral Dosage Forms Containing Certain Active Moieties/Active Ingredients Based on a Biopharmaceutics Classification System," Draft Guidance (Jan. 1999) PGFSN 054706-054719.

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "Statistical Approaches to Establishing Bioequivalence" (Jan. 2001).

## US 7,838,032 B2

Page 6

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "Food-Effect Bioavailability and Fed Bioequivalence Studies" (Dec. 2002).

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for Industry, "Power Blends and Finished Dosage Units—Stratified In-Process Dosage, Unit Sampling and Assessment," Draft Guidance (Oct. 2003).

U.S. Department of Health and Human Services, Food and Drug Administration, Center for Drug Evaluation and Research (CDER), Guidance for FDA Staff and Industry, "Marketed Unapproved Drugs—Compliance Policy Guide, Sec. 440.100 Marketed New Drugs Without Approved NDAs or ANDAs" (Jun. 2006).

Correspondence from David J. Horowitz, Esq., Director, Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration to 45 entities, Guaifenesin single product Warning Letters (Oct. 11, 2002).

Correspondence from David J. Horowitz, Esq., Director, Office of Compliance, Center for Drug Evaluation and Research, Food and Drug Administration to 26 entities, Guaifenesin multiple products Warning Letters (Oct. 11, 2002).

Correspondence from Salomon Stavchansky Ph.D., Professor of Pharmaceutics and Alcon Centennial Professor of Pharmacy to R. Andrew Morgan, R.Ph., Adams Laboratories, Inc., Regulatory Affairs, including attachment (Feb. 1, 1994) ART 0447100-0447152.

STN Search Report 1-5 (Oct. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Plaintiffs' Opening Memorandum of Law on Claim Construction (W.D. Mich. May 21, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Declaration of Dr. Thomas Foster (W.D. Mich. May 21, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Markman Brief in Support of Their Proposed Claim Construction (W.D. Mich. May 21, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Declaration of Walter G. Chambliss, Ph.D. (W.D. Mich. May 20, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Plaintiffs' Responsive Memorandum of Law on Claim Construction (W.D. Mich. Jun. 22, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Supplemental Declaration of Dr. Thomas Foster (W.D. Mich. Jun. 22, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Responsive Brief to Plaintiffs' Opening Memorandum of Law on Claim Construction (W.D. Mich. Jun. 22, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Plaintiffs' Reply Memorandum of Law on Claim Construction (W.D. Mich. Jul. 8, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Second Supplemental Declaration of Dr. Thomas Foster (W.D. Mich. Jul. 8, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Reply in Support of Defendants' Markman Brief in Support of Their Proposed Claim Construction (W.D. Mich. Jul. 8, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Supplemental Declaration of Walter G. Chambliss, Ph.D. (W.D. Mich. Jul. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Order and Proposed Construction of Disputed Terms (W.D. Mich. Jul. 24, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Submission in Response to the Court's Proposed Construction of Disputed Terms (W.D. Mich. Aug. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Response to the Court's Jul. 24, 2009 Proposed Construction of Disputed Terms (W.D. Mich. Aug. 7, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Order Adopting Proposed Claim Construction (W.D. Mich. Aug. 24, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Memorandum in Support of Plaintiffs' Motion for Reconsideration of Court's Aug. 24, 2009 Order Regarding Claim Construction of the Term "Fully Bioavailable in the Subject's Stomach"—Redacted (W.D. Mich. Dec. 4, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Opposition to Plaintiffs' Motion for Reconsideration of the Court's Aug. 24, 2009 Order Construing the Term "Fully Bioavailable in the Subject's Stomach"—Redacted (W.D. Mich. Dec. 14, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Memorandum in Support of Their Motion for Summary Judgment of Non-Infringement—Redacted (W.D. Mich. Nov. 16, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment of Non-Infringement—Redacted (W.D. Mich. Dec. 14, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment of Non-Infringement (W.D. Mich. Dec. 28, 2009).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Opinion [regarding Plaintiffs' motion for reconsideration and Defendants' motion for summary judgment] (W.D. Mich. Feb. 11, 2010).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Order Reconsidering and Vacating in Part Opinion and Order Regarding Claim Construction (W.D. Mich. Mar. 3, 2010).

*Adams Respiratory Therapeutics, Inc., et al.* v. *Perrigo Company, et al.*, Non-Confidential Brief of Plaintiffs-Appellants Adams Respiratory Therapeutics, Inc., Adams Respiratory Operations, Inc., and Adams Respiratory Products, Inc. (Fed. Cir. Mar. 24, 2010).

*Reckitt Benckiser Inc.* v. *Watson Laboratories, Inc.—Florida & Watson Pharmaceuticals, Inc.*, Amended Complaint for Patent Infringement (S.D. Fla. Oct. 23, 2009).

*Reckitt Benckiser Inc.* v. *Watson Laboratories, Inc.—Florida & Watson Pharmaceuticals, Inc.*, Defendants Watson Laboratories, Inc.-Florida and Watson Pharmaceuticals, Inc.'s Answer and Counterclaims to Plaintiff's Amended Complaint (S.D. Fla. Oct. 29, 2009).

*Reckitt Benckiser Inc.* v. *Watson Laboratories, Inc.—Florida & Watson Pharmaceuticals, Inc.*, Reckitt Benckiser's Answer to Watson Laboratories, Inc.—Florida and Watson Pharmaceuticals, Inc.'s Oct. 29, 2009 Counterclaims (S.D. Fla. Nov. 23, 2009).

* cited by examiner



**FIG. 1**

COATING

FILM COAT THE TABLETS WITH A
RAPIDLY DISSOLVING COATING.

TABLETING

COMPRESS THE RESULTING
GRANULATION INTO TABLETS.

GRANULATING/BLENDING

BLEND TOGETHER GUAIFENESIN DC,
METHOCEL E10M, CARBOPOL 974P,
MAGNESIUM STEARATE, AND
A COLORANT.

*FIG. 2*

TABLETING

COMPRESS A PORTION OF THE
IMMEDIATE RELEASE BLEND AND A
SUSTAINED RELEASE BLEND IN
A TABLET PRESS.

↑

IMMEDIATE RELEASE PREPARATION

BLEND TOGETHER GUAIFENESIN DC,
SODIUM STARCH GLYCOLATE,
MICROCRYSTALLINE CELLULOSE
AND MAGNESIUM STEARATE.

↑

SUSTAINED RELEASE PREPARATION

PREPARE A SUSTAINED RELEASE
FORMULATION USING EITHER STEPS
1 THROUGH 4 OF FIGURE 1 OR
STEP 1 OF FIGURE 2.

*FIG. 3*



*FIG. 4*



FIG. 5



FIG. 6



*FIG. 7*



FIG. 8



FIG. 9



FIG. 10



*FIG. 11*



FIG. 12



*FIG. 13*



*FIG. 14*



FIG. 15



*FIG. 16*



*FIG. 17*



*FIG. 18*



*FIG. 19*



*FIG. 20*



*FIG. 21*



*FIG. 22*



*FIG. 23*



*FIG. 24*

Case 1:15-cv-02155-RMB-JS   Document 1   Filed 03/26/15   Page 118 of 159 PageID: 118



*FIG. 25*



*FIG. 26*



FIG. 27

Case 1:15-cv-02155-RMB-JS   Document 1   Filed 03/26/15   Page 121 of 159 PageID: 121



*FIG. 28*



*FIG. 29*



*FIG. 30*



*FIG. 31*



FIG. 32



PROCESS FLOW DIAGRAM FOR THE MANUFACTURE OF GUAIFENESIN DC (95%)

*FIG. 33*



FIG. 34



PROCESS FLOW DIAGRAM FOR GUAIFENESIN/PSEUDOEPHEDRINE (600/60MG TABLETS)

IMMEDIATE RELEASE (IR) LAYER
(WHITE)

MODIFIED RELEASE (MR) LAYER
(ORANGE)

FIG. 35

US 7,838,032 B2

**1**

## SUSTAINED RELEASE OF GUAIFENESIN

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of U.S. patent application Ser. No. 10/121,706 which was filed on Apr. 15, 2002 now U.S. Pat. No. 6,955,821 which is a continuation-in-part of U.S. Pat. No. 6,372,252 which was filed on Apr. 28, 2000 as application Ser. No. 09/559,542 and issued on Apr. 16, 2002 both of which are hereby incorporated in their entirety by reference.

### BACKGROUND OF THE INVENTION

The invention is directed to a sustained release formulation for oral administration comprising guaifenesin and optionally at least one additional drug and methods of manufacture thereof. In particular, the invention is directed to a sustained release formulation which maintains a therapeutically effective blood concentration of guaifenesin and optionally the additional drug for a duration of about twelve hours. The invention further relates to formulations which demonstrate a maximum serum concentration equivalent to an immediate release tablet, while maintaining therapeutically effective blood concentration for about twelve hours.

Sustained release pharmaceutical formulations provide a significant advantage over immediate release formulations to both clinicians and their patients. Sustained release dosage forms provide for fewer daily dose administrations than their immediate release counterparts. For example, a standard dosage regimen for a 400 mg immediate release drug with a short half-life, such as guaifenesin, requires administration three times within twelve hours to maintain adequate bioavailability to achieve the desired therapeutic effect. This results in a series of three serum concentration profiles in the patient showing a rapid increase of drug followed by a similar rapid decrease. As a result, patients are provided with only a short window of the appropriate blood concentration of the medicament for optimum therapy. A 1200 mg sustained release dosage form, on the other hand, may require administration once every twelve hours to achieve therapeutic effect. Sustained release dosage forms generally control the rate of drug absorption, to avoid excessive drug absorption while maintaining effective blood concentration of the drug to provide a patient with a consistent therapeutic effect over an extended duration of time.

Besides reducing the frequency of dosing and providing a more consistent therapeutic effect, sustained release dosage forms generally help reduce side effects caused by a drug. Because sustained release dosage forms deliver the drug in slow, incremental amounts versus the cyclic high and low concentrations of immediate release formulations, it is easier for a patient's body to digest the drug, thereby avoiding undesirable side-effects. For patients who self-administer therapies, sustained release dosage forms generally result in greater compliance due to the lower frequency of dosing, lower quantity of dosage units to be consumed, and reduced undesired side-effects.

Generally, sustained release formulations contain drug particles mixed with or covered by a polymer material, or blend of materials, which is resistant to degradation or dissolution in the stomach and/or in the intestine for a selected period of time. Release of the drug may occur by leeching, erosion, rupture, diffusion or similar actions depending upon the nature of the polymer material or polymer blend used.

**2**

Conventionally, pharmaceutical manufacturers have used hydrophilic hydrocolloid gelling polymers such as hydroxypropyl methylcellulose, hydroxypropyl cellulose, or Pullulan to formulate sustained release tablets or capsules. These polymers first form a gel when exposed to an aqueous environment of low pH thereby slowly diffusing the active medicament which is contained within the polymer matrix. When the gel enters a higher pH environment such as that found in the intestines, however, it dissolves resulting in a less controlled drug release. To provide better sustained release properties in higher pH environments, some pharmaceutical manufacturers use polymers which dissolve only at higher pHs, such as acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, and hydroxypropyl methylcellulose phthalate, either alone or in combination with hydrophilic polymers.

Generally, these formulations are prepared by combining the medicament with a finely divided powder of the hydrophilic polymer, or the hydrophilic and water-insoluble polymers. These ingredients are mixed and granulated with water or an organic solvent and the granulation is dried. The dry granulation is then usually further blended with various pharmaceutical additives and compressed into tablets.

Although these types of formulations have been successfully used to manufacture dosage forms which demonstrate sustained release properties, these formulations generally do not have the desired release profile or serum concentration of medicament over an extended period of time. These sustained release formulations generally result in a delay in the appearance of drug in the blood stream, thereby delaying therapeutic effect. Additionally, when the drug does appear, its maximum serum concentration ($C_{max}$) is lower than the maximum concentration required for the most effective therapeutic result. Furthermore, most formulations which claim twelve hour potency release almost all of their drug within six to eight hours, making the formulation less therapeutically effective towards the end of the twelve hour period. To prevent blood serum concentrations of drug from falling below a therapeutically effective level ($C_{min}$) at extended time periods, many manufacturers increase the drug strength of the dosage form. The increase in drug strength, however, results in a concomitant increase in side-effects.

Other pharmaceutical manufacturers have made tablets and capsules containing a combination of an immediate release formulation and a sustained release formulation to improve the release profile of certain sustained release dosage forms. Although this solution improves the $C_{max}$ and length of time before the drug appears in the blood stream in some formulations, the extended therapeutic effect is not improved.

Furthermore, medicaments have different solubility properties and pH dependencies which affect dissolution rate and bioavailability. Bioavailability can also be affected by a number of factors such as the amounts and types of adjuvants used, the granulation process, compression forces (in tablet manufacturing), surface area available for dissolution and environmental factors such as agitation in the stomach and the presence or absence of food. Due to these numerous factors, specific formulations play an important role in the preparation of prolonged action solid dosage forms, particularly in the preparation of solid dosage forms which achieve appropriate bioavailability for optimum therapeutic effect.

Guaifenesin, 3-(2-methoxyphenoxy)-1,2-propanediol, is an expectorant which increases respiratory tract fluid secretions and helps to loosen phlegm. By reducing the viscosity of secretions, guaifenesin increases the efficiency of a cough reflex and of ciliary action in removing accumulated secretions from trachea and bronchi. Guaifenesin is readily

US 7,838,032 B2

3

absorbed from the intestinal tract and is rapidly metabolized and excreted in urine guaifenesin has a typical plasma half-life of approximately one hour. The rapid metabolism and excretion of guaifenesin provides only a short window of therapeutic effectiveness when immediate release dosage is used.

Pseudoephedrine hydrochloride is an orally active sympathomimetic amine and exerts a decongestant action on the nasal mucosa. Pseudoephedrine produces peripheral effects similar to those of ephedrine and central effects similar to, but less intense than, amphetamines. It has the potential for excitatory effects. At the recommended oral dose, it has little or no pressor effect in normotensive adults. Pseudoephedrine has been shown to have a mean elimination half-life of 4-6 hours.

The need exists for a sustained release dosage form of guaifenesin alone and in combinations which are capable of sustaining therapeutic effective for extended periods of time. Further the need exists for sustained release dosage forms of guaifenesin alone and in combination which results in a $C_{max}$ equivalent to that of an immediate release formulation, appears in the blood stream as quickly as an immediate release formulation, and sustains the therapeutic effect.

SUMMARY OF THE INVENTION

The invention relates to strategies and designs in formulations of modified release guaifenesin and guaifenesin combination dosage forms. This invention provides sustained release pharmaceutical formulation comprising guaifenesin and at least one additional drug. The sustained release formulation (SR) may comprise a combination of at least one hydrophilic polymer and at least one water-insoluble polymer. The total weight ratio of hydrophilic polymer to water-insoluble polymer may be in a range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably in a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-to-one (2:1) to about four-to-one (4:1). When a tablet comprising the sustained release formulation is exposed to an aqueous medium of low pH, such as that found in the stomach, the polymer combination gels causing guaifenesin and the drug(s) to diffuse from the gel. When the tablet passes to the intestines where an aqueous medium of higher pH is present, the gel begins to dissolve, thereby releasing guaifenesin and/or the drug(s) in controlled amounts. The tablet is capable of releasing therapeutically effective amounts of guaifenesin over an extended period, e.g. twelve or more hours and at least one additional drug immediately, over an extended period, or both.

This invention also encompasses a modified release composition which comprises two portions (e.g. a bi-layer tablet, or capsule), an immediate release formulation (IR) and a sustained release formulation (SR). Each formulation comprises a specific quantity of guaifenesin and may optionally contain at least one additional drug. The immediate release formulation is formulated to dissolve in aqueous acidic medium, such as that found in the stomach, to quickly release guaifenesin contained within the portion, and optionally quickly release the at least one additional drug. The sustained release portion may comprise a combination of hydrophilic polymer and a water-insoluble polymer in a ratio range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably from about two-to-one (2:1) to about four-to-one (4:1). Likewise, the sustained release portion may also contain the additional drug(s).

The invention also relates to sustained release preparations of the type described above in the form of capsules having

4

beads or granules of both immediate release formulation and beads or granules of sustained release formulation. The beads may comprise a mixture of discrete beads each having only one of the SR or IR formulations or may comprise beads containing both SR and IR formulations associated in a single bead, or combinations of the foregoing. Alternatively, the sustained release formulation may comprise a core that is coated by a layer of the immediate release formulation to form a single tablet. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment. It should be understood that for either the immediate release and/or the sustained release portion the guaifenesin and optionally the additional drug may be mixed within the same matrix portion or comprise separate release portions which are then either compressed or mixed for capsules (e.g. comprise separate beads or granules) etc.

A bi-layer tablet demonstrates a maximum serum concentration ($C_{max}$) and time of availability in the blood stream that are equivalent to an immediate release tablet. The bi-layer tablet also provides sustained release of guaifenesin over about a twelve hour period from one dose. The bi-layer tablet further maintains serum concentration levels of guaifenesin at a therapeutically effective level for about a twelve hour period without an increase in dosage strength. As the bi-layer tablet may also contain at least one additional drug, the additional drug can be formulated within the sustained release formulation, immediate release formulation, or both. In one embodiment, the bi-layer tablet maintains serum concentration levels of at least one additional drug at a therapeutically effective level for about a twelve hour period without an increase in dosage strength.

In another embodiment, the tablets and capsules of the invention provide a $C_{min}$ which is above the necessary therapeutically effective level for a period of 10 hours, more preferably 12 or more hours. In a more preferred embodiment, a tablet or capsule of the invention provides the above describe $C_{min}$ characteristics and provides the necessary $C_{max}$ to mimic a immediate release product to obtain symptom relief. In a more preferred embodiment, the delivery system provides the above describe $C_{min}$ characteristics and provides the necessary $C_{max}$ to mimic a immediate release product to obtain symptom relief within a substantially similar $T_{max}$ period to a immediate release profile.

In another embodiment of the invention, the delivery system provides a $C_{max}$ which does not result in a equivalent $C_{max}$ of an immediate release product but does provide a $C_{max}$ which is therapeutically effect to relieve systems while reducing the likelihood of side effects due to an increased $C_{max}$.

The invention also relates to methods of manufacturing sustained release formulations and bi-layer tablets. An example of a manufacturing method for a sustained release formulation comprises mixing a hydrophilic polymer and active ingredients in a mixer, adding water to the mixture and continuing to mix and chop, drying the mixture to obtain hydrophilic polymer encapsulated granules, milling and screening the resulting granulation, and blending it with various pharmaceutical additives, additional hydrophilic polymer, and water insoluble polymer. The formulation may then be tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

An example of a bi-layer tablet manufacturing method comprises blending a quantity of guaifenesin and optionally, at least one drug with various excipients, colorants, and/or other pharmaceutical additives to form an immediate release formulation, separately blending another quantity of guaifenesin and optionally at least one drug with a hydrophilic poly-

US 7,838,032 B2

5

mer, a water-insoluble polymer, and various excipients, colorants, and/or other pharmaceutical additives to form a sustained release formulation, and compressing a quantity of the immediate release formulation with a quantity of the sustained release formulation to form a bi-layer tablet. The tablet may then optionally be coated with a protective coating which rapidly dissolves or disperses in gastric juices.

Other objects, advantages and embodiments of the invention are described below and will be obvious from this description and practice of the invention.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a flow diagram depicting steps in a wet granulation method for manufacturing the sustained release formulation.

FIG. 2 is a flow diagram depicting steps in a dry granulation method for manufacturing the sustained release formulation.

FIG. 3 is a flow diagram depicting steps in a method for manufacturing the bi-layer tablet.

FIG. 4 is a graph demonstrating the dissolution profiles of tablets comprising two different sustained release formulations.

FIG. 5 is a graph demonstrating the dissolution profiles of a commercially available immediate release dosage form and two sustained release dosage forms of guaifenesin.

FIG. 6 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers who were dosed with three different guaifenesin formulations; a commercial immediate release formulation, and two different sustained release formulations (Lot 7B-32 and Lot 7B-31).

FIG. 7 is a graph demonstrating the plasma concentration of guaifenesin over time in healthy human volunteers from a commercially available immediate release tablet, a non-layered modified release tablet of the invention, and two bi-layered modified release tablets of the invention (one comprising 600 mg of immediate release formulation and 600 mg of sustained release formulation and the other one comprising 400 mg of immediate release formulation and 800 mg of sustained release formulation).

FIG. 8 is a graph demonstrating the dissolution profiles of four sustained release tablets: one tablet is non-layered, comprising 1200 mg of sustained release formulation; another tablet is bi-layered, comprising 600 mg of sustained release formulation and 600 mg of immediate release formulation; another tablet is bi-layered, comprising 800 mg of sustained release formulation and 400 mg of immediate release formulation; and yet another tablet is bi-layered comprising 1000 mg of sustained release formulation and 200 mg of immediate release formulation.

FIG. 9 is a graph demonstrating the plasma concentration of guaifenesin over an averaged 12 hour interval (taken from 11 twelve hour intervals over 5.5 days) in healthy human volunteers from an immediate release tablet and a bi-layered modified release tablet of the invention.

FIG. 10 is a graph demonstrating the plasma concentration of guaifenesin over time (the last twelve hour interval of the 11 twelve hour intervals described above) in healthy human volunteers from an immediate release tablet and a bi-layered modified release tablet of the invention.

FIG. 11 is a graph demonstrating the averaged plasma concentration of guaifenesin over a 16 hour period in 27 healthy human volunteers from 600 mg bi-layered modified release tablets of the invention administered to fasting volunteers, 1200 mg bi-layered modified release tablets of the invention administered to fasting volunteers, and 1200 mg

6

bi-layered modified release tablets of the invention administered to volunteers who had been fed a high fat meal.

FIG. 12 is a graph demonstrating the dissolution profile of dextromethorphan HBr as measured by three different batches of a 1200 mg guaifenesin-60 mg dextromethorphan tablet over a 12 hour period as measured by the weight percentage of dextromethorphan HBr dissolved over time.

FIG. 13 is a graph demonstrating the plasma concentration of guaifenesin following the administration of 1200 mg-guaifenesin and 60 mg dextromethorphan HBr to volunteers separately and in formulations of the invention.

FIG. 14 is a graph demonstrating the plasma concentrations of dextromethorphan HBr following the administration of 1200 mg guaifenesin and 60 mg dextromethorphan HBr to volunteers in three different formulations.

FIG. 15 is a graph demonstrating the plasma concentrations of the metabolite dextrorphan following the administration of 1200 mg guaifenesin and 60 mg dextromethorphan HBr to volunteers in three different formulations.

FIG. 16 is a graph demonstrating the dissolution profile of pseudoephedrine HCl in three different batches of a 1200 mg guaifenesin-120 mg pseudoephedrine HCl tablet formulation over a 12 hour period as measured by the percent pseudoephedrine HCl dissolved over time.

FIG. 17 is a graph demonstrating the plasma concentration of guaifenesin following the administration of 1200 mg guaifenesin and 120 mg pseudoephedrine HCl to volunteers separately and in formulations of the invention.

FIG. 18 is a graph demonstrating the plasma concentration of pseudoephedrine HCl following the administration of 1200 mg guaifenesin and 120 mg pseudoephedrine HCl to volunteers in three different formulations.

FIG. 19 is a graph demonstrating the plasma concentration of three different 1200 mg guaifenesin dosages in groups A, B, and C of example 12.

FIG. 20 is a graph demonstrating the plasma concentration of three different 120 mg pseudoephedrine dosages in groups A, B, and C of example 12.

FIG. 21 is a graph demonstrating the plasma concentration of three different 1200 mg guaifenesin dosages for treatments A, B, and C of example 13.

FIG. 20 is a graph demonstrating the plasma concentration of three different 120 mg pseudoephedrine dosages for treatments A, B, and C of example 13.

FIG. 21 depicts guaifenesin concentrations of various formulations and dosage strength.

FIG. 22 depicts pseudoephedrine plasma concentrations following administration of two different dose strengths of pseudoephedrine, as well as, different formulations.

FIG. 23 depicts guaifenesin concentrations following administration of 1200 mg of guaifenesin with 120 mg pseudoephedrine hydrochloride in two different formulations following a high-fat meal.

FIG. 24 depicts pseudoephedrine concentrations following administration of 1200 mg of guaifenesin with 120 mg pseudoephedrine hydrochloride in two different formulations following a high-fat meal.

FIG. 25 depicts steady-state guaifenesin plasma concentrations following administration of 11 doses of 120 mg pseudoephedrine with 1200 mg of guaifenesin in two different formulations.

FIG. 26 depicts steady-state pseudoephedrine plasma concentrations following administration of 11 doses of 120 mg pseudoephedrine with 1200 mg of guaifenesin in two different formulations.

US 7,838,032 B2

7

FIG. 27 depicts guaifenesin plasma concentrations following administration of 1200 mg of guaifenesin with and without the co-administration of 120 mg of pseudoephedrine.

FIG. 28 depicts pseudoephedrine plasma concentrations following administration of 120 mg of pseudoephedrine with and without the co-administration of 1200 mg of guaifenesin.

FIG. 29 depicts guaifenesin plasma concentrations following administration of an experimental 1200 mg guaifenesin-120 mg pseudoephedrine formulation to volunteers under fed and fasted conditions.

FIG. 30 depicts pseudoephedrine plasma concentrations following administration of an experimental 1200 mg guaifenesin-120 mg pseudoephedrine formulation to volunteers under fed and fasted conditions.

FIG. 31 depicts guaifenesin dissolution profiles for various batches associated with the studies.

FIG. 32 depicts pseudoephedrine dissolution profiles for various batches associated with the studies.

FIG. 33 depicts a process flow diagram for the manufacture of guaifenesin DC (95%).

FIG. 34 depicts a process flow diagram for a guaifenesin/pseudoephedrine product (1200/120 mg) tablets.

FIG. 35 depicts a process flow diagram for guaifenesin/pseudoephedrine product (600/60 mg) tablets.

DETAILED DESCRIPTION OF THE INVENTION

The invention relates to sustained release formulations of guaifenesin. In a preferred embodiment, the formulations also comprise at least one additional drug in immediate release form, sustained release form, or both. Each formulation comprises a specific quantity of guaifenesin and may optionally contain at least one additional drug. The immediate release formulation is formulated to dissolve in aqueous acidic medium, such as that found in the stomach, to provide rapid release of the guaifenesin and optionally the at least one additional drug. In a preferred embodiment, the sustained release formulation comprises a combination of a hydrophilic polymer and a water-insoluble polymer in a ratio range of about one-to-one (1:1) to about nine-to-one (9:1), more preferably a range of about three-to-two (3:2) to about six-to-one (6:1), and most preferably in a range of about two-to-one (2:1) to about four-to-one (4:1).

In a preferred embodiment the hydrophilic polymers are selected from acacia, gum tragacanth, locust bean gum, guar gum, or karaya gum, methylcellulose, hydroxymethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, carboxymethylcellulose, agar, pectin, carrageen, alginates, carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharides, and modified starch derivatives. In a more preferred embodiment the hydrophilic polymers are selected from cellulose ethers. In a most preferred embodiment the hydrophilic polymers are selected from hydroxypropyl methylcelluloses such as Methocel (E10M). Preferred total amounts of the hydrophilic polymer include more than 0.5% and less than 10% by weight for a 1200 mg tablet. More preferably hydrophilic polymer amounts includes more than 1.0% and less than 7.0%, more than 2% and less than 6.0%. These amounts include the hydrophilic polymer in the Guaifenesin DC described below. The hydrophilic polymer added separately to form the release-delaying matrix is preferably from about 0.5% to 4.0% and more preferably from about 1.0% to 2.0%. It should be recognized that these amounts may be proportionally present in a 600 mg tablet or any desired formulation strength.

8

In a preferred embodiment the water-insoluble polymers are selected from polyacrylic acids, acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate. In a more preferred embodiment the water-insoluble polymers are selected from acrylic resins. In a most preferred embodiment the water-insoluble polymers are selected from Carbomer acrylic resins such as Carbomer 934P. Preferred amounts of the water-insoluble polymer include more than about 0.5% and less than about 2.5% by weight for a 1200 mg tablet. More preferably hydrophilic polymer amounts includes more than about 0.75% and less than about 1.5%, and most preferably more than about 0.9% and less than 1.25%. It should be recognized that these amounts may be proportionally present in a 600 mg tablet or any desired formulation strength.

The invention also relates to sustained release preparations of the type described above in the form of bi-layered tablets or capsules having a combination of beads or granules of immediate release formulation and beads or granules of sustained release formulation. Alternatively, the sustained release formulation may comprise a core that is coated by a layer of immediate release formulation to form a single tablet. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment. When the embodiment is a bi-layered tablet, the tablet is made of two portions: one portion comprising a sustained release formulation and a second portion comprising an immediate release formulation. In a preferred embodiment, the at least one additional drug can be present within the sustained release formulation, the immediate release formulation, or both depending upon the desired effect.

For instance, in a preferred embodiment of the present invention has the following ingredients and proportions in the sustained release layer (mg/tablet): 1052.6 mg Guaifenesin DC (95%) [1000.0 mg of Guaifenesin, USP and 52.6 mg of hydroxypropyl methylcellulose, USP]; 120.0 mg Pseudoephedrine HCL, USP; 30.0 mg hydroxypropyl methylcellulose, USP [Methocel E10M, USP]; 15.0 mg Carbomer 934P, NF [Carbopol 974P]; 0.4 mg FD&C Red #40 Aluminum Lake (14-16%); and 10.0 mg magnesium stearate, NF for a total sustained release weight of 1228.0 mg. In a preferred embodiment the immediate release layer has the following proportions: 210.5 mg Guaifenesin DC (95%) [200.0 mg of guaifenesin, USP and 10.5 mg of hydroxypropyl methylcellulose, USP]; 117.5 mg of microcrystalline cellulose, NF [Avicel PH102]; 30.0 mg of sodium starch glycolate, NF [EXPLOTAB]; and 1.0 mg magnesium stearate, NF for a total immediate release weight of 359.0 mg.

In another preferred embodiment a 1200 mg Guaifenesin/120 mg Pseudoephedrine Tablet has the following ingredients and proportions:

| Component | Amount (mg/tablet) | Representative Batch (kg)[1] IR Layer | Representative Batch (kg)[1] SR Layer |
|---|---|---|---|
| Guaifenesin DC (95%)[2] | 1263.1 | 280.00 | 947.376 |
| Hydroxypropyl methylcellulose (Methocel ™) | 30.0 | N/A | 27.000 |
| Pseudoephedrine hydrochloride | 120.0 | N/A | 108.0 |
| Microcrystalline cellulose | 117.50 | 156.28 | N/A |
| Sodium starch glycolate | 30.0 | 39.90 | N/A |
| Carbomer 934P | 15.0 | N/A | 13.500 |

US 7,838,032 B2

9                                                                                    10

-continued

| Component | Amount (mg/tablet) | Representative Batch (kg)[1] IR Layer | Representative Batch (kg)[1] SR Layer |
|---|---|---|---|
| Magnesium stearate | 11.0 | 1.33 | 9.000 |
| FD&C Red #40 Aluminum Lake (14-16%) | 0.4 | N/A | 0.360 |
| Water, purified | N/A[3] | N/A[3] | N/A[3] |
| Total Weight | 1587.0 | 477.51 | 1105.236 |

[1]Based on batch size of 900,000 tablets
[2]Guaifenesin direct compression used in the manufacturing process consists of 95% Guaifenesin, USP, 5% hydroxypropyl methylcellulose, USP (Methocel ™ E10M) granulated with Purified water, USP (49.21 Kg).
[3]Water is removed during processing of Guaifenesin DC 95%.

In another preferred embodiment a 600 mg Guaifenesin/60 mg Pseudoephedrine Tablet has the following ingredients and proportions:

| Component | Amount (mg/tablet) | Representative Batch (kg)[1] IR Layer | Representative Batch (kg)[1] SR Layer |
|---|---|---|---|
| Guaifenesin DC (95%)[2] | 631.55 | 280.00 | 947.376 |
| Hydroxypropyl methylcellulose (Methocel ™) | 15.0 | N/A | 27.000 |
| Pseudoephedrine hydrochloride, USP | 60.0 | N/A | 108.0 |
| Microcrystallin cellulose | 58.75 | 156.28 | N/A |
| Sodium starch glycolate | 15.0 | 39.90 | N/A |
| Carbomer 934P | 7.5 | N/A | 13.500 |
| Magnesium stearate | 5.50 | 1.33 | 9.000 |
| D&C Yellow #6 Aluminum Lake (15-18%) | 0.8 | N/A | 1.440 |
| Water, purified | N/A[3] | N/A[3] | N/A[3] |
| Total Weight | 794.1 | 477.51 | 1106.316 |

[1]Based on batch size of 1,800,000 tablets
[2]guaifenesin direct compression used in the manufacturing process consists of 95% guaifenesin, USP, 5% hydroxypropyl methylcellulose, USP (Methocel ™ E10M) granulated with purified water, USP (49.21 Kg).
[3]Water is removed during processing of Guaifenesin DC 95%.

In another example, a 1200 mg Guaifenesin/120 mg Pseudoephedrine Tablet may also have the following properties:

| Description | 1200 mg bi-layer tablet |
|---|---|
| Average Tablet Weight | 1587.0 mg ± 3% (1539.4 mg-1634.6 mg) |
| Tablet Thickness | 0.321"-0.341" |
| Tablet Hardness | 25-45 SCU |
| Friability | NMT 0.8% |
| Loss on Drying (moisture) | NMT 31.74 mg/unit dose |
| Assay-guaifenesin | 1140.0-1260.0 mg/tablet (95.0 – 105.0%) |
| Assay-Pseudoephedrine hydrochloride | 116.6 to 128.4 mg/tablet (93.0-107.0%) |
| Guaifenesin | The retention time of the peak obtained from the Assay |
| Identification A | preparation matches that of the Standard preparation. |
| Guaifenesin (Identification B) | A deep-cherry red to purpose color is produced. |

-continued

| Pseudoephedrine hydrochloride Identification A | The retention time of the peak obtained from the Assay preparation matches that of the Standard preparation. |
|---|---|
| Pseudoephedrine hydrochloride Identification B | The IR spectrum matches that of the standard in the 2510 cm$^{-1}$ to 2400 range cm$^{-1}$. |
| Dose Uniformity | % RSD NMT 6.0% (% RSD NMT 7.8% for Level II) All individual values between 85.0-115.0% (For Level II, one value is allowed outside 85.0-115.0%, but none outside 75.0-125.0%) |
| Dissolution: Guaifenesin | 1 Hour: NMT 45% |
| | 2 Hour: 36-56% |
| | 6 Hour: 61-81% |
| | 12 Hour: NLT 85% |
| Dissolution: Pseudoephedrine hydrochloride | 1 Hour: NMT 53% |
| | 2 Hour: 48-68% |
| | 6 Hour: NLT 75% |
| | 12 Hour: NLT 85% |

In another example, a 600 mg Guaifenesin/60 mg Pseudoephedrine Tablet may also have the following properties:

| Description | 600 mg bi-layer tablet |
|---|---|
| Average Tablet Weight | 794.1 mg ± 3% (766.4 mg-821.8 mg) |
| Tablet Thickness | 0.247"-0.262" |
| Tablet Hardness | 17-32 SCU |
| Friability | NMT 0.8% |
| Loss on Drying (moisture) | NMT 2.0% |
| | NMT 15.88 mg/unit dose |
| Assay-Guaifenesin | 570.0-630.0 mg/tablet(95.0-105.0%) |
| Assay-Pseudoephedrine hydrochloride | 58.2 to 61.8 mg/tablet (93.0-107.0%) |
| Guaifenesin | The retention time of the peak obtained from the Assay |
| Identification A | preparation matches that of the Standard preparation. |
| Guaifenesin | A deep-cherry red to purpose color is produced. |
| Identification B | |
| Pseudoephedrine hydrochloride Identification A | The retention time of the peak obtained from the Assay preparation matches that of the Standard preparation. |
| Pseudoephedrine hydrochloride Identification B | The IR spectrum matches that of the standard in the 2510 cm$^{-1}$ to 2400 range cm$^{-1}$. |
| Dose Uniformity | % RSD NMT 6.0% (% RSD NMT 7.8% for Level II) All individual values between 85.0-115.0% (For Level II, one value is allowed outside 85.0-115.0%, but none outside 75.0-125.0%) |
| Dissolution: Guaifenesin | 1 Hour: NMT 48% |
| | 2 Hour: 41-61% |
| | 6 Hour: 73-93% |
| | 12 Hour: NLT 90% |
| Dissolution: Pseudoephedrine hydrochloride | 1 Hour: NMT 58% |
| | 2 Hour: 56-76% |
| | 6 Hour: NLT 80% |
| | 12 Hour: NLT 85% |

Embodiments of the invention, include a SCU that is preferably less than 43, more preferably less than 41, more preferably less than 38, more preferably less than 37, and more preferably between 32 and 35. SCU is also preferably greater than 21, more preferably greater than 24, more preferably greater than 28, and more preferably greater than 31.

The weight of 10 bi-layer tablets (1200 mg/120 mg) is preferably less than 16.4 g, more preferably less than 16.35 g, more preferably less than 16.29 g, more preferably less than 16.22 g, more preferably less than 16.16 g, more preferably less than 16.10 g, more preferably less than 16.04 g, and more

US 7,838,032 B2

preferably between 15.71 g and 16.03 g. The weight of 10 bi-layer tablets is also preferably greater than 15.35 g, more preferably greater than 15.40 g, more preferably greater than 15.46 g, more preferably greater than 15.53 g, more preferably greater than 15.59 g, more preferably greater than 15.65 g.

Other embodiments and characteristics of the invention are describe in further detail below.

Sustained Release Formulation

In one embodiment of the invention, a sustained release formulation comprises guaifenesin and optionally at least one drug both mixed with a polymer blend which comprises at least one hydrophilic polymer and at least one water-insoluble polymer. In a further embodiment, the sustained release formulation may comprise a combination of guaifenesin and at least one additional drug, wherein the additional drug may be selected from, but is not limited to, an antitussive such as dextromethorphan hydrobromide, codeine, hydrocodone, a decongestant such as phenylephrine hydrochloride, phenylpropanolamine hydrochloride, pseudoephedrine hydrochloride or ephedrine, an antihistamine such as chlorpheniramine maleate, brompheniramine maleate, phenindamine tartrate, pyrilamine maleate, doxylamine succinate, phenyltoloxamine citrate, diphenhydramine hydrochloride, promethazine, and clemastine fumerate, an analgesic such as aspirin, ibuprofen, naprosin, and acetaminophen, or combinations thereof. Preferably, the drug is dextromethorphan hydrobromide, pseudoephedrine hydrochloride, or a combination thereof.

The sustained release matrix utilizes polymers as described below to achieve the required delay release profile in vivo. To obtain the required profile proper mixing and formulation is required. For instance, too much hydrophilic polymer will result in too quick of a release and not allow for 12 hour relief while too much hydrophobic polymer will result in inadequate $C_{max}$ for relief of symptoms. Therefore, the selection of polymers, the amounts utilized in total and the amount utilized in comparison to each other provide a matrix which is then formulated according to the below methods to provide the appropriate release profile.

Hydrophilic polymers suitable for use in the sustained release formulation include: one or more natural or partially or totally synthetic hydrophilic gums such as acacia, gum tragacanth, locust bean gum, guar gum, or karaya gum, modified cellulosic substances such as methylcellulose, hydroxymethylcellulose, hydroxypropyl methylcellulose, hydroxypropyl cellulose, hydroxyethylcellulose, carboxymethylcellulose; proteinaceous substances such as agar, pectin, carrageen, and alginates; and other hydrophilic polymers such as carboxypolymethylene, gelatin, casein, zein, bentonite, magnesium aluminum silicate, polysaccharides, modified starch derivatives, and other hydrophilic polymers known to those of skill in the art or a combination of such polymers.

These hydrophilic polymers gel and dissolve slowly in aqueous acidic media thereby allowing the guaifenesin and at least one drug to diffuse from the gel in the stomach. When the gel reaches the intestines, where the guaifenesin and the drug are fairly absorbable, it dissolves in controlled quantities in the higher pH medium to allow sustained release of guaifenesin and at least one drug throughout the digestive tract. Preferred hydrophilic polymers are the hydroxypropyl methylcelluloses such as those manufactured by The Dow Chemical Company and known as Methocel ethers. In one preferred embodiment of a sustained release formulation the hydrophilic polymer is a Methocel ether known as Methocel E10M.

Water-insoluble polymers which are suitable for use in the sustained release formulation are polymers which generally do not dissolve in solutions of a pH below 5, and dissolve more slowly in basic solutions than the hydrophilic polymer. Because the polymer is insoluble in low pH environments such as those found in gastric fluid, it aids in retarding drug release in those regions. Likewise, because the polymer dissolves more slowly in solutions of higher pH than hydrophilic polymers, it aids in retarding drug release throughout the intestines. This overall delayed release results in a more uniform serum concentration of guaifenesin.

The water-insoluble polymers suitable for use in this invention include for example: polyacrylic acids, acrylic resins, acrylic latex dispersions, cellulose acetate phthalate, polyvinyl acetate phthalate, hydroxypropyl methylcellulose phthalate, and other polymers common to those of skill in the art. In a preferred embodiment, a sustained release formulation comprises the acrylic resin Carbopol 974P supplied by BF Goodrich.

A sustained release formulation of invention may further comprise pharmaceutical additives including, but not limited to: lubricants such as magnesium stearate, calcium stearate, zinc stearate, powdered stearic acid, hydrogenated vegetable oils, talc, polyethylene glycol, and mineral oil; colorants; binders such as sucrose, lactose, gelatin, starch paste, acacia, tragacanth, povidone polyethylene glycol, Pullulan and corn syrup; glidants such as colloidal silicon dioxide and talc; surface active agents such as sodium lauryl sulfate, dioctyl sodium sulfosuccinate, triethanolamine, polyoxyethylene sorbitan, poloxalkol, and quaternary ammonium salts; preservatives and stabilizers; excipients such as lactose, mannitol, glucose, fructose, xylose, galactose, sucrose, maltose, xylitol, sorbitol, chloride, sulfate and phosphate salts of potassium, sodium, and magnesium; and/or any other pharmaceutical additives known to those of skill in the art. Colorants include, but are not limited to, Emerald Green Lake, FD&C Red No. 40, FD&C Yellow No. 6, D&C Yellow No. 10, or FD&C Blue No. 1 and other various certified color additives (See 21 CFR, Part 74). In one preferred embodiment, a sustained release formulation further comprises magnesium stearate and Emerald Green Lake. In another preferred embodiment, a sustained release formulation further comprises magnesium stearate and FD&C Blue No. 1 Aluminum Lake Dye.

In another embodiment the sustained release formulation comprises at least two drugs, one of which is guaifenesin, at least one hydrophilic polymer, at least one water-insoluble polymer, and at least one pharmaceutical additive which permits dissolution of drugs in a therapeutically effective profile for an extended period of time. It is preferred that the drug profile provide a therapeutically effective profile for greater than 10 hours, more preferably greater than 12 hours, and most preferably greater than 14 hours. In a preferred embodiment, a sustained release formulation comprises from about 75% to about 95% guaifenesin by weight, from about 1% to about 15% by weight of an additional drug, from about 0.5% to about 10% hydroxypropyl methylcellulose, from about 0.5% to about 2.5% acrylic resin, from about 0.4% to about 1.5% magnesium stearate, and from about 0.01% to about 1% colorant by weight. In a more preferred embodiment, a sustained release formulation comprises from about 75% to about 80% guaifenesin by weight, from about 3% to about 10% by weight of an additional drug, from about 3% to about 6% hydroxypropyl methylcellulose, from about 1% to about 1.5% acrylic resin, from about 0.7% to about 1% magnesium stearate, and from about 0.03% to about 0.13% colorant by weight.

US 7,838,032 B2

13

The sustained release formulation controls the release of guaifenesin and optionally at least one additional drug into the digestive tract over an extended period of time resulting in an improved profile when compared to immediate release combinations guaifenesin solubility is effected by the pH of the environment in which it is present (i.e. stomach versus intestinal tract). In a more acidic environment, such as the stomach, guaifenesin is less soluble while in a higher pH environment, such as the intestines, guaifenesin is readily soluble. The pH changes throughout the digestive tract effect the dissolution rate of guaifenesin and are partially determinate of the concentrations of guaifenesin attained in the blood and tissues.

To maintain a blood concentration of guaifenesin which provides good therapeutic effect, the release, or dissolution, of guaifenesin from a formulation matrix is preferably retarded and/or controlled through the intestines. The hydrophilic and water-insoluble polymers of the sustained release formulation gel when exposed to media of low pH. This gel matrix allows the sustained release drugs, e.g. guaifenesin alone or in combination with a second drug to diffuse at a controlled rate when exposed to a higher pH environment.

When using drugs approved by the Food and Drug Administration (FDA), the sustained release formulation may be formulated to mimic the blood serum profile of guaifenesin and optionally the additional drug(s) as described in the clinical documents filed with the FDA or as required by the FDA. In other words, the sustained release formulation releases at least one additional drug at a similar rate to the commercially available formulation, thereby providing a therapeutically effective amount of the additional drug.

In a preferred embodiment, a sustained release formulation comprises a hydrophilic polymer and a water-insoluble polymer in a ratio of about one-to-one (1:1) to about nine-to-one (9:1), more preferably the range is about three-to-two (3:2) to about six-to-one (6:1), and most preferably the range of hydrophilic polymer to water-insoluble polymer is about two-to-one (2:1) to about four-to-one (4:1). In another embodiment, the sustained release formulation comprises not more than about 10% hydrophilic polymer, preferably, not more than 6%, and in a more preferred embodiment, the sustained release formulation also comprises not more than 2.5% of the water-insoluble polymer by weight. In another preferred embodiment, the water-hydrophilic polymer is hydroxypropyl methylcellulose and the water-insoluble polymer is acrylic resin. The ratios result in a serum concentration profile of guaifenesin that provides an optimal therapeutic concentration for about twelve hours.

A sustained release formulation may be manufactured according to any appropriate method known to those of skill in the art of pharmaceutical manufacture. In one embodiment, guaifenesin and a hydrophilic polymer may be mixed in a mixer with an aliquot of water to form a wet granulation. The granulation may be dried to obtain hydrophilic polymer encapsulated granules of guaifenesin. The resulting granulation may be milled, screened, then blended with various pharmaceutical additives, water insoluble polymer, and additional hydrophilic polymer. The formulation may then tableted and may further be film coated with a protective coating which rapidly dissolves or disperses in gastric juices.

In a preferred embodiment the method of preparing a sustained release formulation comprises loading approximately 126 kg of guaifenesin and about 2 kg of Methocel E10M into a high shear mixer. The Methocel E10M and guaifenesin may be mixed for about seven minutes at a mixing speed of about 150 RPM and a chopper speed of about 2000 RPM. The mixing and chopping speeds may then be increased to about

14

200 RPM and 3000 RPM respectively for about five minutes while about 49 kg of water are added to the mixer contents. The mixer may be run for two additional minutes to complete granulation. In a further preferred embodiment, the shut off for the mixer load is set to 21 kilowatts.

The wet granulation may be emptied into a fluid bed bowl and placed into a fluid bed dryer set to a dryer air flow of 900 CFM and an inlet temperature of about 50° C. to about 55° C. until the outlet temperature increases at a rate of 1° C. per minute. The air flow may then be decreased to 600 CFM, and the inlet temperature may be decreased to 43° C. until the granulation is dried to a moisture content of no more than 0.5%. In another preferred embodiment, the outlet temperature is set to a cut-off of 48° C. In yet another preferred embodiment, an agitator in the fluid bed bowl may be run intermittently during drying. The dried granulation may be passed through a mill fitted with a suitable screen size so that not more than about 30% of the resulting granulation comes through a 100 mesh screen and not more than about 10% of the resulting granulation is retained on a 10 mesh screen. In one preferred embodiment, the dried granulation may be passed through a mill fitted with a 0.109" size screen at a mill speed of about 500 to about 1500 RPM and a screw feed rate of about 35 to about 45 RPM. The resulting screened granulation is about 95% guaifenesin and is called G Guaifenesin DC (Direct Compressed) herein after. Screened granulation may be transferred to a 10 cubic foot V blender, combined with about another 0.6 kg of Methocel E10M, about 0.3 kg of a colorant such as Emerald Green Lake or FD&C BLUE No. 1, about 0.7 kg of magnesium stearate, and about 1.3 kg of Carbopol 974P. The combination may be blended for about three minutes.

In another preferred embodiment the method of preparing a sustained release formulation comprises loading about 101 kg to about 150 kg of guaifenesin, about 4.5 kg to about 18 kg of the additional drug, about 4.5 kg to about 5 kg of Methocel E10M, about 1.5 kg to about 2.25 kg of Carbopol® 974P, and about 40 g to about 240 g of colorant into a high shear mixer. If at this time water is to be added, then about 1 kg to about 1.5 kg of magnesium stearate is added as well. The ingredients may be mixed for about ten to about 12 minutes at a mixing speed of about 150 RPM and a chopper speed of about 2000 RPM. The mixing and chopping speeds may then be increased to about 200 RPM and 3000 RPM, respectively, for about five minutes while optionally about 29 kg of water are added to the mixer contents. If no water is added, then from about 1 kg to about 1.5 kg of magnesium stearate can be added at this time. The mixer may be run for ten additional minutes to complete granulation. In a further preferred embodiment, the shut off for the mixer load is set to 21 kilowatts.

The wet granulation may be emptied into a fluid bed bowl and placed into a fluid bed dryer set to a dryer air flow of 900 CFM and an inlet temperature of about 38° C. to about 48° C. until the outlet temperature increases at a rate of 1° C. per minute. The air flow may then be decreased to 600 CFM, and the inlet temperature may be decreased to 43° C. until the granulation is dried to a moisture content of no more than 0.5%. In another preferred embodiment, the outlet temperature is set to a cut-off of 48° C. In yet another preferred embodiment, an agitator in the fluid bed bowl may be run intermittently during drying. The dried granulation may be passed through a mill fitted with a suitable screen size so that not more than about 30% of the resulting granulation comes through a 100 mesh screen and not more than about 10% of the resulting granulation is retained on a 10 mesh screen. In one preferred embodiment, the dried granulation may be passed through a mill fitted with a size screen of about 0.109"

15

16

to about 0.125" at a mill speed of about 500 to about 1500 RPM and a screw feed rate of about 35 to about 45 RPM.

The resulting formulations may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape depending on the desired dosage strength of tablet. In one embodiment, these tablets may further be loaded into a coating pan and film coated with Opadry Y-S-3-714 (supplied by Colorcon, Inc.) and air dried in the pan.

In another embodiment, the method of preparing a sustained release formulation comprises blending the drugs, hydrophilic polymer, water insoluble polymer, and any pharmaceutical additives. The resulting blend may then be compressed into tablets and, if desired, film coated with a protective coating which rapidly dissolves or disperses in gastric juices. In a preferred embodiment of such a method, about 126 kg of Guaifenesin DC (about 95% purity), about 2.6 kg of Methocel E10M, about 1.3 kg of Carbopol 974P and about 0.333 kg of a colorant such as Emerald Green Lake or FD&C BLUE No. 1 may be loaded into a 10 cubic foot V Blender. The ingredients may be blended for about 20 minutes at which time about 0.6 kg of magnesium stearate may be added to the blended ingredients. This mixture may be blended for about another 10 minutes. The resulting formulation may further be compressed on a tablet compressor machine using tooling to form tablets. The tablets may be any appropriate weight, size, and shape depending on the desired dosage strength of the tablet. These tablets may further be loaded into a coating pan and film coated with Opadry Y-S-3-714 (supplied by Colorcon, Inc.) and air dried in the pan.

One embodiment of the invention uses the following general methods of manufacturing. To make the Guaifenesin DC (95%) intermediate the granulation is conducted. The granulator is charged with purified water USP. The guaifenesin USP is added into the granulator. Next the hydroxypropyl methylcellulose USP (Methocel E10M) is added. The guaifenesin intermediate is dried with the air inlet temperature set about 5° C., until the air outlet temperature reached approximately 48° C. A sample may then be taken for in-process control testing (moisture analysis). After the material reaches the target moisture level, discharge the blend and proceed to milling. The dried granulation is then added to the milling machine and the milling process initiated. Again a sample may be taken for in-process control testing (moisture and sieve analysis). The milled material is collected into tared fiber drums, double-lined with plastic bags and containing a desiccant pouch between the inner and outer plastic bags, then transferred to blending. The batches are blended in a 60-cu. foot blender for at least 10 minutes. Again, a sample may be taken for in-process control testing (description, moisture, blend assay and sieve analysis). The final sieve analysis for milled Guaifenesin DC preferably will be as follows: not more than about 2 to 10% retained on a 10-mesh screen (2.00 mm), not less than about 50 to 60% retained on the 20-mesh through 100-mesh screens (150 μm), not less than about 4 to 6% will pass through a 100-mesh screen, and not more than about 15-20% will pass through a 140-mesh screen (106 μm). When at least 50%, and preferably at least 60% of the Guaifenesin DC has a particle size in the range of from about 2 mm to about 150 μm, this facilitates both processability and achievement of the desired in vivo release profiles for the single entity and combination drugs described herein. The final Guaifenesin DC (95%) granulation is collected into tared fiber drums, double-lined with double-lined with plastic bags and containing a desiccant pouch between the inner and outer plastic bags.

In one embodiment the immediate release layer is produced according to the following general procedures. The released components, Guaifenesin DC (95%) and microcrystalline cellulose, NF (Avicel® PH102), are weighed and blended in a PK V-blender for about 20 minutes. Then sodium starch glycolate, NF (Explotab®), is added to the blender and blend for about 10 minutes. Next magnesium stearate, NF, is added to the blender and blended for approximately an additional 10 minutes. Sample may then be taken for in-process control testing (description, blend assay and sieve analysis).

In one embodiment the sustained release layer is produced according to the following general procedures. The released components, Guaifenesin DC (95%) and pseudoephedrine HCl, USP, previously screened through a No. 20 screen, are weighed and blended for ten minutes with hydroxypropyl methylcellulose, USP (Methocel E10M), Carbomer 934P and the appropriate colorant (FD & C Red No. 40 aluminum lake dye for 1200 mg guaifenesin/120 mg pseudoephedrine HCl tablets or FD & C Yellow No. 6 aluminum lake dye for 600 mg guaifenesin/60 mg pseudoephedrine HCl tablets). Next, an additional amounts of Guaifenesin DC (95%), previously screened through a No. 10 screen, is added and blended for about ten minutes. Then magnesium stearate, NF, previously screened through a No. 20 screen, is added and blended for about ten minutes. Again, samples may be taken for in-process control testing (description, sieve analysis, and blend assay for both guaifenesin and pseudoephedrine HCl). Tablet Compression involved loading each blend (IR and SR) into its respective hopper on the bi-layer tablet compressor and then compressed according to the described parameters.

Tablets comprising a sustained release formulation were prepared and tested for both in vitro and in vivo release characteristics as described in Examples 1, 2, and 3 below. In the in vitro testing, the dissolution rates of these tablets were compared against modified release tablets formulated without acrylic resin (Example 1), and three commercially available tablets, one being an immediate release formulation and the other two being modified release formulations. Tablets comprising the sustained release formulation demonstrated a slower, more controlled release of guaifenesin over a twelve hour period than any of the other tablets (see e.g., Example 1 and 2, and FIGS. 4 and 5).

In the in vivo testing, serum concentrations of subjects taking tablets comprising the sustained release formulation were compared with serum concentrations of subjects taking immediate release guaifenesin tablets and modified release guaifenesin tablets formulated without acrylic resin (see Example 3 and FIG. 6). Tablets comprising the sustained release formulation demonstrated improved sustained release and therapeutic concentration over an extended time period compared to the other two formulations. Additionally, in the subjects taking tablets comprising the sustained release formulation, it took longer for guaifenesin to appear in the blood stream and the maximum guaifenesin serum concentration ($C_{max}$) was less than half that of the subjects who took the immediate release tablets.

Modified Release Formulation

To improve the $C_{max}$ and guaifenesin appearance speed in patients while maintaining therapeutic effect for about twelve hours, a portion of a sustained release formulation as described above may be combined with a portion of an immediate release formulation in a modified release product. In a preferred embodiment, at least one additional drug can be present within the sustained release formulation, the immediate release formulation, or both depending upon the desired effect. When using drugs approved by the Food and Drug Administration (FDA), the sustained release formulation,

US 7,838,032 B2

17                                                    18

immediate release formulation, or both may be formulated to mimic the blood serum profile of the additional drug as described in the clinical documents filed with the FDA or as required by the FDA. In other words, the sustained and/or immediate release formulations of the modified release formulation may release the at least one additional drug at a similar rate to the commercially available formulation, thereby providing a therapeutically effective amount of the additional drug.

The modified release formulation can be in the form of bi-layered tablets, capsules having a combination of beads or granules of immediate release formulation and sustained release formulation, or a tablet wherein the sustained release formulation comprises a core that is coated by a layer of the immediate release formulation. For purpose of illustration only, the invention will be described in detail in the context of the bi-layered tablet embodiment.

The immediate release formulation may comprise guaifenesin and various pharmaceutical additives such as lubricants, colorants, binders, glidants, surface active agents, preservatives, stabilizers, as described above and/or any other pharmaceutical additives known to those of skill in the art. In one embodiment, the immediate release layer comprises at least one drug. In another embodiment, the immediate release layer comprises at least two drugs. In a more preferred embodiment, an immediate release formulation comprises guaifenesin, microcrystalline cellulose, sodium starch glycolate, and magnesium stearate. In another more preferred embodiment, an immediate release formulation comprises guaifenesin, at least one additional drug, microcrystalline cellulose, hydroxypropyl methylcellulose, sodium starch glycolate, and magnesium stearate. In yet another preferred embodiment, an immediate release formulation may comprise about 47% to about 58% guaifenesin, about 32% to about 42% microcrystalline cellulose, about 3% to about 8% sodium starch glycolate, and about 0.3% to about 0.5% magnesium stearate by weight. In yet another preferred embodiment, an immediate release formulation comprises about 47% to about 58% guaifenesin, about 3% to about 5% of at least one additional drug, about 32% to about 42% microcrystalline cellulose, about 2% to about 5% hydroxypropyl methylcellulose, about 3% to about 8% sodium starch glycolate, and about 0.3% to about 0.5% magnesium stearate by weight.

The bi-layer tablet may be manufactured according to any method known to those of skill in the art. The resulting tablet comprises the two portions compressed against one another so that the face of each portion is exposed as either the top or bottom of the tablet, or the resulting tablet may comprise the sustained release portion in the center coated by the immediate release portion so that only the immediate release portion is exposed. In a preferred embodiment, a bi-layer tablet comprises the two portions compressed against one another so that the face of each portion is exposed.

In a preferred method of manufacturing the bi-layer tablets, a sustained release formulation is prepared according to either a wet granulation or dry granulation method as described above. The immediate release formulation may be prepared by simply blending the guaifenesin with any pharmaceutical additives. If at least one additional drug is present, then water may be added to the formulation, as described above. In a further preferred embodiment, appropriate quantities of Guaifenesin DC, microcrystalline cellulose, and sodium starch glycolate are blended in a 10 cubic foot blender for about twenty minutes. An appropriate quantity of magnesium stearate is then added to the ingredients and blended for about ten more minutes to make an immediate release formu-

lation. Portions of the sustained release formulation and immediate release formulation are then compressed by a tablet compressor machine capable of forming bi-layer tablets. In one embodiment, these tablets may further be coated with a protective film which rapidly disintegrated or dissolves in gastric juices.

The tablets may be made with any ratio of guaifenesin to at least one additional drug which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. As discussed above, the additional drug may be present in an amount sufficient to mimic the blood serum profile of the commercially available formulation of the drug and not to exceed the maximum dose approved by the FDA for the treatment, prevention, or amelioration of a particular illness or disease. In one embodiment, the ratio of total guaifenesin to at least one additional drug is about 1:1 to about 20:1 by weight, preferably, the ratio is about 2:1 to about 15:1 by weight, and more preferably, the ratio of guaifenesin to at least one additional drug is about 8:1 to about 12:1 by weight. When present in the immediate release layer, the amount of the at least one additional drug should be sufficient to match the drug release profile of the additional drug within the sustained release profile.

In a preferred embodiment, the tablets are made with any ratio of guaifenesin to pseudoephedrine which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. As discussed above, the pseudoephedrine is present in an amount sufficient to mimic the blood serum profile of the commercially available formulation of the drug and not to exceed the maximum dose approved by the FDA for the treatment, prevention, or amelioration of a particular illness or disease. In one embodiment, the ratio of total guaifenesin to pseudoephedrine is about 1:1 to about 20:1 by weight, preferably, the ratio is about 2:1 to about 15:1 by weight, and more preferably, the ratio of guaifenesin to pseudoephedrine is about 8:1 to about 12:1 by weight. In another embodiment the pseudoephedrine is only present in the immediate release layer.

The tablets may be made with any ratio of sustained release to immediate release formulation which results in a blood profile demonstrating appropriate therapeutic effect over extended time periods. In one embodiment, the bi-layer tablets comprise guaifenesin distributed within the sustained release formulation and the immediate release formulation wherein the ratio of guaifenesin in the SR to guaifenesin in the IR is about 1:1 to about 15:1 by weight, preferably the ratio is about 3:2 to about 11:1, and more preferably, the ratio of guaifenesin distributed within the sustained release formulation and the immediate release formulation is about 5:1 to about 9:1 by weight, respectively. For example, in a 1200 mg bi-layer modified release guaifenesin tablet, there may be about 200 mg of guaifenesin in the immediate release layer and about 1000 mg of guaifenesin in the sustained release layer.

The tablets may be made with at least one additional drug only within the sustained release formulation or with the additional drug only in the immediate release formulation. Optionally, the tablets may be made with at least one additional drug distributed within the sustained release formulation and the immediate release formulation. In one embodiment, the bi-layer tablets comprise an additional drug distributed within the sustained release formulation and immediate release formulation wherein the ratio of additional drug in the SR to additional drug in the IR is about 1:1 to about 19:1 by weight, preferably the ratio is about 3:2 to about 9:1, and more preferably the ratio is about 3:1 to about 4:1 by weight, respectively.

19

In one preferred embodiment of manufacturing a 1200 mg bi-layer sustained release guaifenesin tablet, about 105 kg of Guaifenesin DC, about 2.5 kg of Methocel E10M, about 1.25 kg of Carbopol 974P, and about 0.333 kg of Emerald Green Lake or FD&C Blue No. 1 in a 10 cubic foot P.K. blender for about twenty minutes. About 0.6 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the sustained release formulation. Approximately 21 kg of Guaifenesin DC, approximately 11.75 kg of microcrystalline cellulose, and approximately 3 kg of sodium starch glycolate may be blended in a 3 cubic foot P.K. blender for about twenty minutes. Approximately 0.1 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the immediate release formulation. The two formulations may then be compressed to make bi-layer tablets wherein about 75% of each tablet may be sustained release formulation and about 25% of each tablet may be immediate release formulation. The tablets may be any dosage strength, size, or shape. In a preferred embodiment, 1200 mg tablets are round and about ⅝ inch in diameter, about 0.28 inch-0.31 inch in thickness, weigh about 1.46 grams and have a hardness range of about 15-40 SCU. In another preferred embodiment, 600 mg tablets are round and about ½ inch in diameter, about 0.218 inch-0.230 inch in thickness, weigh about 0.729 grams and have a hardness range of about 12-30 SCU.

In another embodiment of manufacturing a 1200 mg bi-layer sustained release guaifenesin tablet, about 101 kg of Guaifenesin DC, about 4.5 kg of at least one additional drug such as dextromethorphan, about 5 kg of Methocel E10M, about 1.5 kg of Carbopol 974P, and about 0.04 kg of FD&C Blue No. 1 are blended in a 10 cubic foot Day mixer for about twelve minutes. Thereafter, about 29 kg of water is added and the mixture is blended for an additional 10 minutes, followed by drying. About 1 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the sustained release formulation. About 45.6 kg of GUAIFENESIN, about 3.6 kg of at least one additional drug such as dextromethorphan, about 40.32 kg of microcrystalline cellulose, and approximately 3 kg of sodium starch glycolate are blended in a 3 cubic foot Day mixer for about 12 minutes. Thereafter, about 36 kg of water is added and the mixture is blended for an additional 10 minutes, followed by drying. About 0.48 kg of magnesium stearate may then be added and blending continued for about another ten minutes to prepare the immediate release formulation. The two formulations may then be compressed to make bi-layer tablets wherein about 75% of each tablet may be sustained release formulation and about 25% of each tablet may be immediate release formulation. The tablets may be any dosage strength, size, or shape. In a preferred embodiment, 1200 mg tablets are round and about ⅝ inch in diameter, about 0.31 inch-0.34 inch in thickness, weigh about 15.3 grams and have a hardness range of about 15-35 SCU. In another preferred embodiment, 600 mg tablets are round and about ½ inch in diameter, about 0.22 inch-0.26 inch in thickness, weigh about 7.65 grams and have a hardness range of about 15-65 SCU.

The immediate release portion of the bi-layer tablet is formulated to dissolve in aqueous media of low pH, such as that found in the stomach, to quickly release the guaifenesin contained within the portion. This results in rapid bioavailability of a high concentration of guaifenesin. As demonstrated in Example 6 and FIGS. 9 and 10 below, the immediate release portion of the bi-layer tablet results in a maximum serum concentration ($C_{max}$) and time of maximum serum concentration ($T_{max}$) equivalent to the $C_{max}$ obtained when

20

the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period.

The sustained release portion gels when exposed to media of low pH allowing the sustained release portion of the tablet to be passed into the intestinal tract. In the intestines, the gelled sustained release portion is exposed to a higher pH environment, causing the gel to slowly dissolve, thereby allowing guaifenesin to diffuse and dissolve out of the gelled matrix. This results in controlled bioavailability over an extended time period (i.e. eight to twelve or more hours) causing the tablet to provide extended therapeutic effect. As shown in Example 6 and FIGS. 9 and 10, the half-life of the modified release bi-layer tablet is increased to more than 3 hours and the tablet has an $AUC_{inf}$ (the area under a plasma concentration versus time curve from time 0 to infinity) of greater than 8000 hr-ng/mL.

As demonstrated in Example 7 and FIG. 11, the bi-layer tablets of the invention had a further surprising result in that a 600 mg tablet had a $T_{max}$ equivalent to that of a 1200 mg and a $C_{max}$ and $AUC_{inf}$ approximately half of a 1200 mg tablet. Thus, without adjusting or changing the composition of the sustained release formulation or bi-layer tablet, a lower dosage strength guaifenesin tablet of the invention exhibits a plasma concentration profile that is approximately directly proportional to that of a higher dosage strength guaifenesin tablet. As further demonstrated in Example 7 and FIG. 11, the bi-layer tablets resulted in that the $C_{max}$ and $AUC_{inf}$ of a 1200 mg tablet administered to volunteers who had been fasting and the $C_{max}$ and $AUC_{inf}$ of a 1200 mg tablet administered to volunteers who had consumed a high fat meal were approximately equivalent. Thus, a bi-layer tablet of the invention demonstrates a reduced food effect, being approximately equally effective when administered to a patient on an empty or full stomach. Similar results were obtained for combination formulations for instance as described in Examples 8-17.

Several combination formulations were also compared to commercial drugs for bioavailability. For instance, Example 8 shows three batches of the 1200 mg guaifenesin/60 mg dextromethorphan HBr which were dissolved to determine the amount of dextromethorphan HBr released over time. Generally, the formulations had 1200 mg of guaifenesin and 60 mg dextromethorphan HBr and were studied over a 12 hour period. The released amount of dextromethorphan was determined as a weight percent of dissolved dextromethorphan in contrast to the total weight of dextromethorphan prior to dissolution. After 1 hour about 46% to 47% of the dextromethorphan had dissolved. After 2 hours the about 59% to 60% had dissolved, after 6 hours 73% to 76% had dissolved, and after 12 hours about 86% to 89% by weight of the dextromethorphan had dissolved. Thus, the formulations of the invention reproducibly release dextromethorphan over time. (see, FIG. 12). While, example 9, for instance demonstrates the in vivo bioavailability of a sustained release guaifenesin with dextromethorphan.

Various combination guaifenesin/pseudoephedrine compositions were also examined to determine their dissolution rates and bioavailability. Examples 10 and 11, provide a formulations of guaifenesin and pseudoephedrine in the sustained release portion of a bi-layered tablet. Results demonstrated that combining the drugs into a single tablet according to methods of the invention did not effect their dissolution profile or their in vivo release profile.

The two prototype lots of example 12 showed similar in vitro release to market Mucinex™ and Sudafed®. In particular, Formulation B (lot PB01-K61) produced optimal bio-

US 7,838,032 B2

21

availability for both guaifenesin and pseudoephedrine and was therefore used in subsequent bioavailability studies.

Example 13 compared combination products for guaifenesin/pseudoephedrine HCL) of 1200/120 mg strength, Formulation B (lot PB01-M65A2) and of 600/60 mg strength, Formulation C (lot PB01-A12A) to commercial Mucinex™ and Sudafed® 12 Hour. The 1200/120 mg strength showed bioequivalence for ratios of both $C_{max}$ and $AUC_{inf}$ with a 90% confidence interval, which is contained in the 80-125% range. Further, the 600/60 mg strength demonstrated proportional dosage pharmacokinetics.

Example 14 compared reference Mucinex™ and Sudafed® 12 Hour to a 1200/120 mg strength test formulation (lot PB01-M65A3) for steady-state bioavailability in a 11 day twice-daily dose regime. The test formulation was bioequivalent (within the 80-125% range with a 90% confidence interval) when compared to the reference formulation. Therefore, for both guaifenesin and pseudoephedrine, the steady state for $C_{max}$ and $AUC_{inf}$ were bioequivalent.

Examples 15 and 17 compared the effect of a high fat meal for both reference formulations and combination formulations of the invention. The test formulation (lot PB01-M65) was not bioequivalent with regard to $C_{max}$ for guaifenesin but was for the pseudoephedrine portion when compared to the reference. However, the $AUC_{inf}$ was bioequivalent for both guaifenesin and pseudoephedrine within the 80-125% range.

Example 16 compared single-dose relative bioavailability and interaction potential of guaifenesin and pseudoephedrine administered as Mucinex™ and Sudafed® 12 Hour alone or in combination. The results demonstrate that the pharmacokinetics of guaifenesin and pseudoephedrine are unaffected with regard to both $AUC_{inf}$ and $C_{max}$ in the presence or absence of one another (ratios within 80-125%). This further confirms the results of the other examples which demonstrate bioequivalence for the combination formulations of the invention.

These studies demonstrate the compositions of the invention provide systemic levels of drug over a 12-hour period. Additionally, the studies demonstrate the bioequivalence of the combination formulations.

Comparison to FDA Approved Drugs

When using drugs approved by the Food and Drug Administration (FDA), the sustained release formulation alone or in combination with an immediate release component may be formulated to mimic the blood serum profile of guaifenesin as described in the clinical documents filed with the FDA or as required by the FDA. This information may be found at http://www.fda.gov/cder/foi/nda/2002/21-282_Mucinex.htm which is hereby incorporated by reference in its entirety. For instance, a single dose 400 mg immediate release tablet has a $C_{max}$ of 2,463±1033, a $T_{max}$ of 0.5, an $AUC_{0-12}$ 8,382±3,282, an $AUC_{inf}$ 8,529±3, 362, and a $T_{1/2}$ of 0.78±0.09. Alternatively, multiple doses of a 400 mg immediate release tablet has a $C_{max}$ of 2,278±791, a $T_{max}$ of 0.5, an $AUC_{0-12}$ 7,751±2,697, $C_{min0}$ 112±52, and a $C_{min12}$ 137±98. Preferably, the formulations result in a maximum serum concentration ($C_{max}$) and/or time of maximum serum concentration ($T_{max}$) equivalent to the $C_{max}$ obtained when the first of three doses of a standard immediate release formulation having one third the amount of guaifenesin is dosed every four hours over a 12 hour period. In other words, the sustained release formulation releases both the guaifenesin and at least one additional drug at a similar rate to the commercially available formulation, thereby providing a therapeutically effective amount of both drugs. Alternatively, the parameters may be calculated through any of the following or combinations thereof: $C_{max}$, $C_{min}$, $T_{max}$, $AUC_{inf}$

22

$AUC_{0-t}$, $AUC_{ss}$ and $T_{1/2}$. Unless otherwise specified, all reference to $AUC_{0-t}$ in the specification and claims shall refer to data which corresponds to a time (t) of 24 hours. The parameters may also be calculated from in vivo studies such as those presented herein where equivalence is determined from the mean and a 80-125% range with a 90% confidence level and/or one standard deviation from the mean. FIGS. 31 and 32 demonstrate specification ranges for various batch compositions of the invention.

Additionally the $C_{max}$ for either guaifenesin, the additional drug(s) or both is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $C_{max}$ for guaifenesin is preferably greater than 640 ng/mL, more preferably 800 ng/mL, more preferably 1000 ng/mL, and most preferably 1250 ng/mL depending on the formulation. The high end of the $C_{max}$ for guaifenesin is preferably less than 3750 ng/mL, more preferably 3000 ng/mL, more preferably 2750 ng/mL, and most preferably 2500 ng/mL depending on the formulation. For a 1200 mg tablet the range is preferably between 1000 ng/mL and 3750 ng/mL, 1200 ng/mL and 3500 ng/mL, 1350 ng/mL and 3000 ng/mL, and 1450 ng/mL and 2750 ng/mL. For a 600 mg tablet the range is preferably between 320 ng/mL and 1875 ng/mL, 400 ng/mL and 1500 ng/mL, 500 ng/mL and 1375 ng/mL, and 625 ng/mL and 1250 ng/mL.

Alternatively, the low end of the $C_{max}$ for pseudoephedrine is preferably greater than 150 ng/mL, more preferably 175 ng/mL, more preferably 200 ng/mL, and most preferably 250 ng/mL depending on the formulation. The high end of the $C_{max}$ for pseudoephedrine is preferably less than 500 ng/mL, more preferably 450 ng/mL, more preferably 400 ng/mL, and most preferably 375 ng/mL depending on the formulation. For a 120 mg tablet the range is preferably between 150 ng/mL and 500 ng/mL, 175 ng/mL and 500 ng/mL, 200 ng/mL and 450 ng/mL, 250 ng/mL and 400 ng/mL, and 300 ng/mL and 375 ng/mL. For a 60 mg tablet the range is preferably between 75 ng/mL and 250 ng/mL, 88 ng/mL and 250 ng/mL, 100 ng/mL and 225 ng/mL, 125 ng/mL and 200 ng/mL, and 150 ng/mL and 188 ng/mL.

The $C_{min}$ is another aspect which is often not met by various extended release drugs found on the market. Formulations of the invention provide a $C_{min}$ which maintains it therapeutic effectiveness for a period of at least 10 hours, more preferably 12 hours and most preferably 14 or more hours. Additionally the $C_{min}$ for either guaifenesin, the additional drug(s) or both is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $C_{min}$ for guaifenesin is preferably greater than 40 ng/mL, more preferably 50 ng/mL, more preferably 60 ng/mL, and most preferably 70 ng/mL depending on the formulation. The high end of the $C_{min}$ for guaifenesin is preferably less than 200 ng/mL, more preferably 175 ng/mL, more preferably 150 ng/mL, and most preferably 125 ng/mL depending on the formulation. The $C_{min}$ range for either a 1200 or a 600 mg tablet may be selected from 50 ng/mL and 150 ng/mL, 50 ng/mL and 125 ng/mL, 60 ng/mL and 125 ng/mL, 70 ng/mL and 125 ng/mL, 80 ng/mL and 125

US 7,838,032 B2

23

ng/mL, between 35 ng/mL and 75 ng/mL, 40 ng/mL and 70 ng/mL, 45 ng/mL and 65 ng/mL, and 50 ng/mL and 60 ng/mL.

Alternatively, the low end of the $C_{min}$ for pseudoephedrine is preferably greater than 75 ng/mL, more preferably 100 ng/mL, more preferably 125 ng/mL, and most preferably 150 ng/mL depending on the formulation. The high end of the $C_{min}$ for pseudoephedrine is preferably less than 300 ng/mL, more preferably 250 ng/mL, more preferably 225 ng/mL, and most preferably 200 ng/mL depending on the formulation. The $C_{min}$ range for either a 120 mg or 60 mg tablet may be selected from between 75 ng/mL and 300 ng/mL, 100 ng/mL and 250 ng/mL, 125 ng/mL and 225 ng/mL, 150 ng/mL and 200 ng/mL.

Formulations of the invention provide a $T_{max}$ for either guaifenesin, the additional drug(s) or both which is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $T_{max}$ for guaifenesin is preferably greater than 0.6 hours, more preferably 0.8 hours, more preferably 0.9 hours, more preferably 1.0 hours, and most preferably 1.1 hours depending on the formulation. The high end of the $T_{max}$ for guaifenesin is preferably less than 3.0 hours, more preferably 2.5 hours, more preferably 2.25 hours, and most preferably 2 hours depending on the formulation. The $T_{max}$ range may also be selected from between 0.6 hours and 3.0 hours, 0.8 hours and 2.5 hours, 0.9 hours and 2.25 hours, 1.0 hours and 2 hours, and 1.1 hours and 2 hours.

Alternatively, the low end of the $T_{max}$ for pseudoephedrine is preferably greater than 3.75 hours, more preferably 4.0 hours, more preferably 4.25 hours, more preferably 4.5 hours, and most preferably 4.75 hours depending on the formulation. The high end of the $T_{max}$ for pseudoephedrine is preferably less than 9.0 hours, more preferably 8.5 hours, more preferably 8.0 hours, and most preferably 7.5 hours depending on the formulation. The $T_{max}$ range may also be selected from between 3.75 hours and 9.0 hours, 4.0 hours and 8.5 hours, 4.25 hours and 8.0 hours, 4.5 hours and 7.5 hours, and 4.75 hours and 7.5 hours.

Formulations of the invention provide a $AUC_{inf}$ for either guaifenesin, the additional drug(s) or both which is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $AUC_{inf}$ for guaifenesin is preferably greater than 4,000 hr-ng/mL, more preferably 5,000 hr-ng/mL, more preferably 5,500 hr-ng/mL, and most preferably 6,000 hr-ng/mL depending on the formulation. The high end of the $AUC_{inf}$ for guaifenesin is preferably less than 12,500 hr-ng/mL, more preferably 10,000 hr-ng/mL, more preferably 9,500 hr-ng/mL, and most preferably 9,000 hr-ng/mL depending on the formulation. For a 1200 mg tablet the $AUC_{inf}$ range may be selected from between 4,000 hr-ng/mL and 12,500 hr-ng/mL, 5,000 hr-ng/mL and 10,000 hr-ng/mL, 5,500 hr-ng/mL and 9,500 hr-ng/mL, and 6,000 hr-ng/mL and 9,000 hr-ng/mL. For a 600 mg tablet the $AUC_{inf}$ range may be selected from between 2,000 hr-ng/mL and 6,250 hr-ng/mL, 2,500 hr-ng/mL and 5,000 hr-ng/mL, 2,250 hr-ng/mL and 4,750 hr-ng/mL, and 3,000 hr-ng/mL and 4,500 hr-ng/mL.

24

Alternatively, the low end of the $AUC_{inf}$ for pseudoephedrine is preferably greater than 2,500 hr-ng/mL, more preferably 2,800 hr-ng/mL, more preferably 3,500 hr-ng/mL, and most preferably 3,750 hr-ng/mL depending on the formulation. The high end of the $AUC_{inf}$ for pseudoephedrine is preferably less than 6,000 hr-ng/mL, more preferably 5,800 hr-ng/mL, more preferably 5,500 hr-ng/mL, and most preferably 5,000 hr-ng/mL depending on the formulation. For a 120 mg tablet the $AUC_{inf}$ may be selected from between 2,500 hr-ng/mL and 6,000 hr-ng/mL, 2,800 hr-ng/mL and 5,800 hr-ng/mL, 3,500 hr-ng/mL and 5,500 hr-ng/mL, and 3,750 hr-ng/mL and 5,000 hr-ng/mL. For a 60 mg tablet the $AUC_{inf}$ may be selected from between 1,250 hr-ng/mL and 3,000 hr-ng/mL, 1,400 hr-ng/mL and 2,900 hr-ng/mL, 1,750 hr-ng/mL and 2,750 hr-ng/mL, and 1,875 hr-ng/mL and 2,500 hr-ng/mL.

Formulations of the invention provide a $AUC_{0-t}$ for either guaifenesin, the additional drug(s) or both which is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $AUC_{0-t}$ for guaifenesin is preferably greater than 3,200 hr-ng/mL, more preferably 3,700 hr-ng/mL, more preferably 4,000 hr-ng/mL, and most preferably 4,500 hr-ng/mL depending on the formulation. The high end of the $AUC_{0-t}$ for guaifenesin is preferably less than 11,250 hr-ng/mL, more preferably 10,500 hr-ng/mL, more preferably 9,500 hr-ng/mL, more preferably 9,000 hr-ng/mL, and most preferably 8,500 hr-ng/mL depending on the formulation. For a 1200 mg tablet the $AUC_{0-t}$ may be selected from between 3,200 hr-ng/mL and 11,250 hr-ng/mL, 3,700 hr-ng/mL and 10,500 hr-ng/mL, 4,000 hr-ng/mL and 9,500 hr-ng/mL, 4,250 hr-ng/mL and 9,000 hr-ng/mL, and 4,500 hr-ng/mL and 8,500 hr-ng/mL. For a 600 mg tablet the $AUC_{0-t}$ may be selected from between 1,600 hr-ng/mL and 5,625 hr-ng/mL, 1,850 hr-ng/mL and 5,250 hr-ng/mL, 2,000 hr-ng/mL and 4,750 hr-ng/mL, 2,125 hr-ng/mL and 4,500 hr-ng/mL, and 2,250 hr-ng/mL and 4,250 hr-ng/mL.

Alternatively, the low end of the $AUC_{0-t}$ for pseudoephedrine is preferably greater than 2,000 hr-ng/mL, more preferably 2,200 hr-ng/mL, more preferably 2,500 hr-ng/mL, and most preferably 2,800 hr-ng/mL depending on the formulation. The high end of the $AUC_{0-t}$ for pseudoephedrine is preferably less than 6,000 hr-ng/mL, more preferably 5,750 hr-ng/mL, more preferably 5,500 hr-ng/mL, more preferably 5,250 hr-ng/mL, and most preferably 5,000 hr-ng/mL depending on the formulation. For a 120 mg tablet the $AUC_{0-t}$ may be selected from between 2,000 hr-ng/mL and 6,000 hr-ng/mL, 2,200 hr-ng/mL and 5,750 hr-ng/mL, 2,500 hr-ng/mL and 5,500 hr-ng/mL, 2,700 hr-ng/mL and 5,250 hr-ng/mL, and 2,800 hr-ng/mL and 5,000 hr-ng/mL. For a 60 mg tablet the $AUC_{0-t}$ may be selected from between 1,000 hr-ng/mL and 3,000 hr-ng/mL, 1,100 hr-ng/mL and 2,875 hr-ng/mL, 1,250 hr-ng/mL and 2,750 hr-ng/mL, 1,350 hr-ng/mL and 2,625 hr-ng/mL, and 1,400 hr-ng/mL and 2,500 hr-ng/mL.

Formulations of the invention provide a $AUC_{ss}$ for either guaifenesin, the additional drug(s) or both which is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $AUC_{ss}$ for guaifenesin is preferably greater than 5000

US 7,838,032 B2

25

hr-ng/mL, more preferably 5600 hr-ng/mL, more preferably 6000 hr-ng/mL, and most preferably 6500 hr-ng/mL depending on the formulation. The high end of the $AUC_{ss}$ for guaifenesin is preferably less than 9000 hr-ng/mL, more preferably 8750 hr-ng/mL, more preferably 8250 hr-ng/mL, and most preferably 8000 hr-ng/mL depending on the formulation. The $AUC_{ss}$ for a 1200 mg tablet may be selected from between 5000 hr-ng/mL and 9000 hr-ng/mL, 5600 hr-ng/mL and 8750 hr-ng/mL, 6000 hr-ng/mL and 8000 hr-ng/mL, and 6500 hr-ng/mL and 8250 hr-ng/mL. The $AUC_{ss}$ for a 600 mg tablet may be selected from between 2,500 hr-ng/mL and 4,500 hr-ng/mL, 2,800 hr-ng/mL and 4,375 hr-ng/mL, 3,000 hr-ng/mL and 4,000 hr-ng/mL, and 3,250 hr-ng/mL and 4,125 hr-ng/mL.

Alternatively, the low end of the $AUC_{ss}$ for pseudoephedrine is preferably greater than 2,100 hr-ng/mL, more preferably 2,400 hr-ng/mL, more preferably 2,650 hr-ng/mL, and most preferably 2,800 hr-ng/mL depending on the formulation. The high end of the $AUC_{ss}$ for pseudoephedrine is preferably less than 5,500 hr-ng/mL, more preferably 5,000 hr-ng/mL, more preferably 4,500 hr-ng/mL, and most preferably 4,000 hr-ng/mL depending on the formulation. The $AUC_{ss}$ for a 120 mg tablet may be selected from between 2,100 hr-ng/mL and 5,500 hr-ng/mL, 2,400 hr-ng/mL and 5,000 hr-ng/mL, 2,650 hr-ng/mL and 4,500 hr-ng/mL, and 2,800 hr-ng/mL and 4,000 hr-ng/mL. The $AUC_{ss}$ for a 60 mg tablet may be selected from between 1,050 hr-ng/mL and 2,250 hr-ng/mL, 1,200 hr-ng/mL and 2,500 hr-ng/mL, 1,325 hr-ng/mL and 2,250 hr-ng/mL, and 1,400 hr-ng/mL 2,000 hr-ng/mL.

Formulations of the invention provide a $T_{1/2}$ for either guaifenesin, the additional drug(s) or both which is preferably between 80% and 125% of the FDA approved mean, more preferably between 90% and 115%, and most preferably between 95% and 115%. These ranges do not have to adjust commensurately, that is to say the mean may for instance preferably be between 90% and 125% of the FDA mean depending on the formulation. Alternatively, the low end of the $T_{1/2}$ for guaifenesin is preferably greater than 0.7 hours, more preferably 0.9 hours, more preferably 1.1 hours, more preferably 1.3 hours, and most preferably 1.4 hours depending on the formulation. The high end of the $T_{1/2}$ for guaifenesin is preferably less than 7.25 hours, more preferably 6.0 hours, more preferably 5.0 hours, and most preferably 3.5 hours depending on the formulation. The $T_{1/2}$ for a 1200 mg tablet may be selected from between 0.7 hours and 7.25 hours, 0.9 hours and 6.0 hours, 1.1 hours and 5.0 hours, 1.3 hours and 3.5 hours, and 1.4 hours and 3.5 hours. The $T_{1/2}$ for a 600 mg tablet may be selected from between 0.35 hours and 3.63 hours, 0.45 hours and 3.0 hours, 0.55 hours and 2.5 hours, 0.65 hours and 1.75 hours, and 0.70 hours and 1.75 hours.

Alternatively, the low end of the $T_{1/2}$ for pseudoephedrine is preferably greater than 3.2 hours, more preferably 3.6 hours, more preferably 4.0 hours, more preferably 4.2 hours, and most preferably 4.5 hours depending on the formulation. The high end of the $T_{1/2}$ for pseudoephedrine is preferably less than 8.0 hours, more preferably 7.5 hours, more preferably 7.0 hours, and most preferably 6.25 hours depending on the formulation. The $T_{1/2}$ for a 120 mg tablet may be selected from between 3.2 hours and 8.0 hours, 3.6 hours and 7.5 hours, 4.0 hours and 7.0 hours, 4.2 hours and 6.25 hours, and 4.5 hours and 6.25 hours. The $T_{1/2}$ for a 60 mg tablet may be selected from between 1.60 hours and 4.0 hours, 1.80 hours and 3.75 hours, 2.0 hours and 3.5 hours, 2.1 hours and 3.13 hours, and 2.25 hours and 3.13 hours.

26

Examples of other sustained release/immediate release formulations with and without additional drugs are discussed further in the examples which follow.

## EXAMPLES

The invention is further defined by reference to the following examples describing in detail the compositions and methods of the invention. It will be apparent to those skilled in the art that many modifications, both to materials and methods, may be practiced without departing from the purpose and interest of this invention.

For the in vivo study portions, the following general procedures were used for sample analysis unless otherwise indicated. Blood samples (5-10 mLs with sodium heparin as anticoagulant) were taken prior to dosing and at specific intervals after dosing. (typically between 12 and 16 hours). All blood samples were chilled and centrifuged within 30 minutes of being drawn. The plasma was separated, transferred to a polypropylene tube, frozen at −20° C. or below and stored frozen until being shipped for drug analysis. The plasma samples were then analyzed by a fully validated HPLC method. This resulting plasma concentration v. time data was subjected to pharmacokinetic analysis using noncompartmental analysis with Winnonlin 1.5.

When necessary, volunteers were then given at least a seven day washout period (where no guaifenesin was administered to them under the study) prior to being crossed-over to the next treatment group. Generally, the subjects weighed within 15% of their Ideal Body Weight as defined by the 1983 Metropolitan Life chart.

### Example 1

A batch of sustained release guaifenesin tablets, Lot No. 7LB-31FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| Guaifenesin DC | 1260 mg |
| Methocel E10M | 30 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.01 mg |

Another batch of sustained release guaifenesin tablets, Lot No. 7LB-32FC, with the following composition was prepared:

| Components | Weight per Tablet |
|---|---|
| Guaifenesin DC | 1260 mg |
| Methocel E10M | 30 mg |
| Carbopol 974F | 15 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |
| Opadry Y-S-3-7413 | 13.16 mg |

Six tablets from Lot 7LB-31FC and six tablets from Lot 7LB-32FC were tested for in vitro guaifenesin release using an Acid/Base dissolution (slightly modified USP 23/NF 18 <711> Drug Release using Apparatus 2). Six dissolution vessels of a USP calibrated Hanson dissolution bath, equipped with shafts and paddles, were filled with 675 mL of 0.1N hydrochloric acid at 37.0° C. The bath and vessels were

US 7,838,032 B2

27

maintained at a temperature of 37.0±0.5° C. throughout the 12 hour dissolution test. The paddles were set to rotate at 50 RPM and slowly lowered into the vessels. One tablet of lot 7LB-31 was then dropped into each vessel.

At the one hour and two hour intervals of testing, 5 mL samples of dissolution solution were withdrawn from each vessel and filtered through a 10 micron polyethylene filter into glass HPLC vials. Immediately after the two hour samples were withdrawn, 225 mL of 0.2M sodium phosphate tribasic was added to each vessel to increase the solution pH to about 6.8. The dissolution was run for ten additional hours, 2.0 mL samples being withdrawn from each vessel at the four, eight, 10, and 12 hour intervals. The filtered samples were then run on an HPLC to determine percent guaifenesin released.

The same dissolution testing procedure was performed for lot 7LB-32 FC. The lots gave dissolution profiles shown below and depicted in FIG. **4**.

| Vessel No. | 1 hr. | 2 hr. | 4 hr. | 8 hr. | 10 hr. | 12 hr. |
|---|---|---|---|---|---|---|
| | | | Lot 7LB-31 | | | |
| 1 | 26 | 38 | 55 | 77 | 84 | 88 |
| 2 | 27 | 39 | 54 | 75 | 81 | 86 |
| 3 | 22 | 37 | 50 | 73 | 78 | 85 |
| 4 | 23 | 33 | 47 | 64 | 73 | 79 |
| 5 | 25 | 36 | 52 | 75 | 81 | 86 |
| 6 | 24 | 35 | 49 | 74 | 81 | 87 |
| Average | 24.5 | 36.3 | 51.2 | 73.0 | 79.7 | 85.2 |
| | | | Lot 7LB-32FC | | | |
| 1 | 25 | 36 | 42 | 54 | 59 | 64.0 |
| 2 | 24 | 35 | 42 | 55 | 61 | 66 |
| 3 | 26 | 38 | 45 | 59 | 65 | 69 |
| 4 | 24 | 35 | 42 | 54 | 60 | 65 |
| 5 | 24 | 36 | 43 | 54 | 59 | 64 |
| 6 | 23 | 34 | 38 | 50 | 55 | 59 |
| Average | 24.3 | 35.7 | 42.0 | 54.3 | 59.8 | 64.5 |

Both formulations demonstrated sustained release of guaifenesin over a 12 hour period. Lot 7LB-32FC demonstrated identical release properties to Lot 7LB-31FC in 0.1N HCl. In buffered solution, however, Lot 7LB-32FC, the lot comprising a 2:1 ratio of Methocel E10M to Carbopol 974P, demonstrated a statistically slower release than Lot 7LB-31FC, comprising Methocel E10M and no Carbopol 974P. A slower release rate in vitro translates to a slower, more controlled release with longer drug action in vivo—a favorable

28

characteristic for pharmaceutical products containing a high concentration of an active ingredient with a short half-life (e.g. guaifenesin).

### Example 2

A dissolution study was run to compare dissolution profiles of lots 7LB-32FC and 7LB-31FC with currently available guaifenesin dosage forms. One immediate release tablet, ORGANIDIN NR, and two sustained release tablets, HUMIBID L.A. and DURATUSS, were subjected to the same dissolution study as described for lots 7LB-31FC and 7LB-32FC in Example 1 above. The following is a summary of the results which are also depicted in FIG. **5**.

| | Organidin NR % guaifenesin released | Humibid LA % guaifenesin released | Duratuss % guaifenesin released |
|---|---|---|---|
| 1 hr. | 100 | 36 | 24 |
| 2 hr. | 103 | 51 | 35 |
| 4 hr. | 104 | 72 | 47 |
| 8 hr. | 103 | 91 | 75 |
| 10 hr. | 103 | 96 | 86 |
| 12 hr. | 105 | 100 | 92 |

The immediate release Organidin released 100% of guaifenesin content within the first hour of dissolution. The two commercial sustained release dosage forms demonstrated a slower release of guaifenesin. However, both the Humibid LA and Duratuss released guaifenesin more rapidly than either Lot 7LB-31FC or 7LB-32FC, particularly after the eight hour interval. Both Humibid LA and Duratuss would, therefore, exhibit a faster rate of release and thus a shorter lived therapeutic effect in vivo.

### Example 3

The in vivo behavior of sustained release tablets of Lot 7LB-31FC and Lot 7LB-32FC from Example 1 were compared to the in vivo behavior of an immediate release formulation (Organidin NR). The open-label study involved 9 healthy volunteers averaging 38±11.01 years of age with a range of 23 years to 55 years of age. The subjects weighed 175.56±24.22 lbs. with a range of 143 to 210 lbs. One subject was female and the remainder were male. Each subject received either one 1200 mg dose of 7LB-31FC, 7LB-32FC or a commercial 400 mg immediate release tablet (every four hours for 3 doses).

The results of the pharmacokinetic parameters analysis are described below and depicted in FIG. **6**.

| Subject | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---|---|---|---|---|---|---|
| 1 | 7LB-31FC | 2.00 | 827.02 | 4817.20 | 4.64 | 6339.25 |
| 2 | 7LB-31FC | 1.50 | 834.65 | 4695.89 | 2.71 | 5291.71 |
| 3 | 7LB-31FC | 1.50 | 802.44 | 4142.14 | 3.44 | 4728.33 |
| 4 | 7LB-32FC | 0.75 | 625.48 | 3034.31 | 5.78 | 5134.35 |
| 5 | 7LB-32FC | 1.00 | 1052.00 | 5872.46 | 5.99 | 8298.33 |
| 6 | 7LB-32FC | 2.00 | 1372.00 | 7924.35 | 5.53 | 9557.78 |
| 7 | Organidin NR | 0.50 | 2140.00 | 6921.94 | 0.86 | 7009.68 |
| 8 | Organidin NR | 4.25 | 18.17.00 | 6598.26 | 0.73 | 6674.65 |
| 9 | Organidin NR | 0.50 | 2831.00 | 9389.76 | 0.81 | 9570.91 |
| Mean | 7LB-31FC | 1.67 | 821.37 | 4551.74 | 3.59 | 5453.10 |
| Mean | 7LB-32FC | 1.25 | 1016.49 | 5610.37 | 5.77 | 7663.49 |
| Mean | Organidin NR | 1.75 | 2262.67 | 7636.65 | 0.80 | 7751.74 |

US 7,838,032 B2

29 30

-continued

| Subject | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---------|-------------|-----------------|-------------------|-------------------------|------------------|------------------------|
| Ratio (%) | 7LB-31FC/IR | 95.43 | 36.30 | 59.60 | 448.27 | 70.35 |
| Ratio (%) | 7LB-32FC/IR | 71.43 | 44.92 | 73.47 | 718.92 | 98.86 |

Subjects given the 1200 mg formulation 7LB-32FC reached maximum plasma guaifenesin concentrations of 1016 ng/mL in 1.25 hours and had an $AUC_{inf}$ of 7663 hr-ng/mL.. The subjects given formulation 7LB-31FC reached maximum plasma guaifenesin concentrations of 821 ng/mL in 1.67 hours and had an $AUC_{inf}$ of 5453 hr-ng/mL. The subjects given the immediate release formulation, Organidin NR, reached maximum plasma guaifenesin concentrations of 2263 ng/mL in 1.75 hours (2 subjects peaked at 0.5 hours after the first dose and the third peaked at 0.25 hours after the second dose at 4 hours) and had an $AUC_{inf}$ of 7752 hr-ng/mL. The two controlled release formulations demonstrated sustained release in that their half-lives were longer, 5.77 hours for the 7LB-32FC and 3.59 hours for the 7LB-31 FC compared to 0.8 hours for the immediate release formulation, Organidin NR.

Both formulations 7LB-32FC (with both Methocel E10M and Carbopol 974P) and 7LB-31FC (with Methocel. E10M only) control the release of guaifenesin from the tablet compared to the immediate release Organidin NR. Formulation 7LB-32FC, the formulation containing a 6:1 ratio of Methocel E10M to Carbopol 974P, had the longest half life at 5.77 hours with the largest $AUC_{inf}$ between the two sustained release formulation. However, both sustained release formulations have a $C_{max}$ less than half of the $C_{max}$ of the immediate release Organidin NR.

Example 4

Three different sustained release tablet lots of guaifenesin alone were prepared: i) Formulation I—1200 mg SR; ii) Formulation II—400 mg IR and 800 mg SR; and iii) Formulation III—600 mg IR and 600 mg SR.

Non-Layered Tablet (Sustained Release)

| Components | Formulation I Weight per Tablet |
|------------|--------------------------------|
| Guaifenesin DC | 1260 mg |
| Methocel E10M | 40 mg |
| Carbopol 974P | 20 mg |
| Emerald Green Lake | 4 mg |
| Magnesium Stearate | 6.8 mg |

Bi-Layered Tablets (Sustained Release and Immediate Release)

| Components | Formulation II Weight per Tablet | Formulation III Weight per Tablet |
|------------|----------------------------------|-----------------------------------|
| | Immediate release layer | |
| Guaifenesin DC | 421 mg | 630.8 mg |
| Microcrystalline Cellulose (Avicel) | 40 mg | 353 mg |

-continued

| Components | Formulation II Weight per Tablet | Formulation III Weight per Tablet |
|------------|----------------------------------|-----------------------------------|
| Sodium Starch Glycolate (Explotab) | 60 mg | 90.1 mg |
| Magnesium Stearate | 2 mg | 3 mg |
| | Sustained release layer | |
| Guaifenesin DC | 842 mg | 630.8 mg |
| Methocel E10M | 27 mg | 40 mg |
| Carbopol 974P | 13.5 mg | 20 mg |
| Emerald Green Lake | 3 mg | 4 mg |
| Magnesium Stearate | 4.5 mg | 6.8 mg |

The in vivo behavior of each of the three sustained release tablets and a commercial immediate release formulation (Organidin NR) were compared. The open-label study involved 15 healthy volunteers averaging 31.67±11.89 years of age with a range of 20 years to 51 years of age. The subjects weighed 162.00±25.05 lbs. with a range of 123 to 212 lbs. All 15 subjects were administered 400 mg of the immediate release formulation every 4 hours for a total of 12 hours in one day. On another day, 5 subjects were administered Sustained Formulation I, another 5 subjects were administered Sustained Formulation II, and yet another 5 subjects were administered Sustained Formulation III.

The results of the pharmacokinetic parameters analysis are described below and depicted in FIG. 7.

| | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---|-------------|-----------------|-------------------|-------------------------|------------------|------------------------|
| Mean | Organidin NR | 0.90 | 2609.40 | 8768.40 | 1.28 | 9082.78 |
| Mean | Formulation I | 2.30 | 1631.40 | 5549.30 | 2.88 | 6044.93 |
| Mean | Formulation II | 2.30 | 2415.40 | 7304.38 | 1.48 | 7509.78 |
| Mean | Formulation III | 1.95 | 2938.00 | 8904.62 | 2.05 | 9161.03 |

Sustained Formulations II and III exhibited a $C_{max}$ more comparable to the immediate release formulation and an increased $AUC_{inf}$ from that of the non-layered Sustained Formulation I. The half-lives of both Sustained Formulation II and III were reduced from the half-life of Sustained Formulation I. These bi-layer tablets, however, showed an improved serum concentration of guaifenesin and an increased overall concentration with time.

Example 5

A dissolution study was run to compare dissolution profiles of Formulation I, Formulation II and Formulation III prepared as defined in Example 4 above, and Formulation IV, a bi-layer tablet lot with 200 mg IR and 1000 mg SR prepared with the following composition:

US 7,838,032 B2

31

| Components | Formulation IV Weight per Tablet |
|---|---|
| Immediate release layer | |
| Guaifenesin DC | 211 mg |
| Microcrystalline Cellulose (Avicel) | 118 mg |
| Sodium Starch Glycolate (Explotab) | 30 mg |
| Magnesium Stearate | 1 mg |
| Sustained release layer | |
| Guaifenesin DC | 1053 mg |
| Methocel E10M | 25 mg |
| Carbopol 974P | 12.5 mg |
| Emerald Green Lake | 3.3 mg |
| Magnesium Stearate | 5.7 mg |

The following is a summary of the results which are also depicted in FIG. 8.

| | Formulation I % released | Formulation II % released | Formulation III % released | Formulation IV % released |
|---|---|---|---|---|
| 1 hr. | 22 | 45 | 38 | 29 |
| 2 hr. | 34 | 54 | 46 | 38 |
| 4 hr. | 43 | 65 | 56 | 48 |
| 6 hr. | 50 | 70 | 61 | 53 |
| 8 hr. | 58 | 73 | 66 | 60 |
| 10 hr. | 62 | 78 | 70 | 66 |
| 12 hr. | 66 | 81 | 75 | 71 |

Formulation I, the non bi-layered tablet, demonstrated the slowest release of guaifenesin. Formulation II and Formulation III had the fastest rates of release and would, therefore, exhibit a faster rate of release and thus a shorter lived therapeutic effect in vivo. Formulation IV has a rate of release which was faster than Formulation I, comprising no immediate release blend, but slower than Formulation II and Formulation III, both comprising more immediate release blend than Formulation IV.

### Example 6

The in vivo behavior of Formulation IV bi-layered tablets, prepared as described above in Example 5, was compared to an immediate release formulation (Organidin NR). The open-label, multiple dose, randomized, 2-way crossover study involved 26 healthy volunteers averaging 31.31±9.81 years of age with a range of 19 years to 50 years of age. The subjects weighed 166.77±29.83 lbs. The subjects were placed into one of two treatment groups. Group 1 received Formulation IV tablet with 240 mL of water after an overnight fast every 12 hours for 5 days and a single dose on day 6. Group 2 received 400 mg of Organidin NR (2×200 mg tablets) with 240 mL of water every 4 hours for 5 days and one 400 mg dose every four hours for a total of 3 doses on day 6.

Blood samples (5 mL with sodium heparin as anticoagulant) were taken prior to dosing on days 1, 4, 5, and 6. On Day 1, additional blood samples (5 mL with sodium heparin as anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.75, 9, 9.5, 10, 11, and 12 hours after the initial dose. On Day 6, additional blood samples (5 mL with sodium heparin as anticoagulant) were also obtained

32

at 0.5, 0.75, 1, 1.5, 2, 3, 4, 4.5, 4.75, 5, 5.5, 6, 7, 8, 8.75, 9, 9.5, 10, 11, 12, 14, 16, and 24 hours after the initial dose.

The results of the pharmacokinetic parameters analysis are below.

Averaged Testing—11 Twelve-Hour Intervals

| | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---|---|---|---|---|---|---|
| Mean | Organidin NR | 1.69 | 2463.20 | 8381.93 | 0.78 | 8528.51 |
| Mean | Formulation IV | 1.05 | 2111.38 | 7875.68 | 3.31 | 8686.08 |

The results of the testing are depicted in FIG. 9.

Steady State Testing

| | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---|---|---|---|---|---|---|
| Mean | Organidin NR | 2.03 | 2278.20 | 7751.23 | 0.88 | 7962.14 |
| Mean | Formulation IV | 0.86 | 2349.6 | 8202.47 | 3.61 | 9259.24 |

The results of the testing are depicted in FIG. 10.

The 200/1000 mg bi-layered tablet exhibited a $C_{max}$ and a $AUC_{inf}$ equivalent to that of the immediate release blend, a short $T_{max}$ and an extended half-life. Thus, a bi-layered tablet with 200 mg guaifenesin in the immediate release formulation and 1000 mg of guaifenesin in the sustained release formulation results in a tablet which delivers a high serum concentration in a short period of time, yet maintains an effective concentration of guaifenesin in the blood stream for a full twelve hours.

### Example 7

A study was performed to examine the relative bioavailability of two different dosage strengths of modified release guaifenesin formulations of the invention as well as the effect of food on the relative bioavailability of a guaifenesin formulation of the invention in normal, healthy male and/or female volunteers. Two batches of guaifenesin bi-layer tablets, one 600 mg and one 1200 mg, were prepared.

| Components | 600 mg Tablet Weight per 200,000 Tablets | 1200 mg Tablet Weight per 100,000 Tablets |
|---|---|---|
| Immediate release layer | | |
| Guaifenesin DC | 21.05 kg | 21.05 kg |
| Microcrystalline Cellulose (Avicel PH102) | 11.75 kg | 11.75 kg |
| Sodium Starch Glycolate (Explotab) | 3.00 kg | 3.00 kg |
| Magnesium Stearate | 0.10 kg | 0.10 kg |
| Sustained release layer | | |
| Guaifenesin DC | 105.27 kg | 105.27 kg |
| Hydroxypropyl Methyl Cellulose (Methocel E10M) | 2.50 kg | 2.50 kg |
| Carbomer (Carbopol 974P) | 1.25 kg | 1.25 kg |
| FD&C Blue No. 1 Aluminum Lake Dye | 0.33 kg | 0.33 kg |
| Magnesium Stearate | 0.57 kg | 0.57 kg |

US 7,838,032 B2

33

The 600 mg and 1200 mg tablets were similarly prepared, the with the exception of the number of tablets produced from the amount of materials used.

The in vivo behaviors of a 600 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), the 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing), and the 1200 mg tablet administered to volunteers after a high fat meal (consumed within 30 minutes of dosing) were compared. The open-label study involved 27 healthy volunteers between the ages of 18 and 55. The 27 volunteers were divided into 3 treatment groups, 9 receiving the 600 mg tablet, 9 receiving the 1200 mg tablet while fasting, and 9 receiving a 1200 mg tablet after consuming a high fat meal for Period 1 of the trial. After completion of Period 1, the volunteers were crossed-over for Period 2 (e.g. so that the 9 volunteers who had been receiving the 600 mg tablet in Period 1 received the 1200 mg tablet while fasting in Period 2). After completion of Period 2, the volunteers were crossed-over again into their 3rd and final treatment group (i.e. the 9 volunteers who received the 1200 mg tablet while fasting in Period 2 and the 600 mg tablet while fasting in Period 1 received the 1200 mg tablet after consumption of a high fat meal in Period 3). Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). The results of the pharmacokinetic parameters analysis are described below and in FIG. 11.

|  | Formulation | $T_{max}$ (hr.) | $C_{max}$ (ng/mL) | $AUC_{0-12}$ (hr-ng/mL) | $T_{1/2}$ (hrs.) | $AUC_{inf}$ (hr-ng/mL) |
|---|---|---|---|---|---|---|
| Mean | 600 mg Fasted | 0.81 | 1074.26 | 3623.03 | 2.33 | 3676.23 |
| Mean | 1200 mg Fasted | 0.94 | 1948.62 | 7483.20 | 3.33 | 7912.61 |
| Mean | 1200 mg Fed | 2.18 | 1988.08 | 7424.20 | 0.91 | 7425.29 |

The 600 mg tablet demonstrated a serum profile approximately directly proportional to the serum profile of the 1200 mg tablet. The $C_{max}$ of the 600 mg tablet was about 55% that of the 1200 mg tablet. The $AUC_{0-12}$ of the 600 mg tablet was about 48% that of the 1200 mg tablet and the $AUC_{inf}$ of the 600 mg tablet was about 46% that of the 1200 mg. improved serum concentration of guaifenesin and an increased overall concentration with time, their half-life was compromised.

The 1200 mg tablet demonstrated that the bi-layer tablets of the invention greatly reduce the food effect in bioavailability and serum concentration of guaifenesin. The $C_{max}$ of the 1200 mg tablet administered after a high fat meal (fed tablet) was about 102% of the $C_{max}$ of the 1200 mg tablet administered after fasting (fasted tablet). The $AUC_{0-12}$ of the 1200 mg fed tablet was about 99% that of the fasted tablet and the $AUC_{inf}$ of the 1200 mg fed tablet was about 94% that of the fasted tablet.

Example 8

In an example of a combination drug formulation, two batches of guaifenesin/dextromethorphan HBr bi-layer tablets were prepared: i) 600 mg/30 mg dextromethorphan and ii) 1200 mg/60 mg. In the 30 mg dextromethorphan tablet 7.5 mg was within the immediate release layer and 22.5 mg

34

within the sustained release layer. The 60 mg dextromethorphan tablet comprised double the dextromethorphan respectively.

| Sustained release layer | | |
|---|---|---|
| Components | 600 mg/30 mg Weight per 200,000 tablets (kg) | 1200 mg/60 mg Weight per 100,000 tablets (kg) |
| Guaifenesin, USP | 101.00 | 101.00 |
| Dextromethorphan HBr | 4.50 | 4.50 |
| Carbopol 974P, NF | 1.50 | 5.00 |
| Microcrystalline Cellulose (Methocel E10M) | 5.00 | 1.50 |
| D&C Yellow No. 10 Aluminum Lake (14-18%) | 0.04 | 0.04 |
| Magnesium Stearate | 1.00 | 1.0 |

| Immediate release layer | | |
|---|---|---|
| Components | 600 mg/30 mg Weight per 480,000 tablets (kg) | 1200 mg/60 mg Weight per 240,000 tablets (kg) |
| Guaifenesin, USP | 45.60 | 45.60 |
| Dextromethorphan HBr | 3.60 | 3.60 |
| Sodium Starch Glycolate, NF (Explotab) | 3.60 | 3.60 |
| Microcrystalline Cellulose (Avicel PH102) | 40.32 | 40.32 |
| Methocel E10M, USP | 2.40 | 2.40 |
| Magnesium Stearate, NF | 0.48 | 0.48 |

The following is a summary of 1200 mg guaifenesin/60 mg dextromethorphan HBr Dissolution Rate for three different batches also depicted in FIG. 12.

|  | PB01-H30 (clinical batch) % released | PB01-H43 % released | PB01-H44 % released |
|---|---|---|---|
| 1 hr | 46 | 47 | 47 |
| 2 hr | 59 | 60 | 61 |
| 6 hr | 73 | 74 | 76 |
| 12 hr | 86 | 87 | 89 |

The in vivo behavior of the 1200 mg guaifenesin and 60 mg tablet was studied by measuring the plasma concentration of guaifenesin, dextromethorphan HBr, and the metabolite dextrorphan. FIGS. 13-15 illustrate the plasma concentration for each drug or metabolite in two formulations, Formulation B and Formulation C, during a 24 hour period. Immediately after administration the plasma concentration of guaifenesin peaks in about an hour, followed by a gradual plasma concentration decrease over 24 hours. Immediately after administration, guaifenesin plasma concentration never decreased to less than 200 ng/mL over 12 hours. Thereafter, guaifenesin plasma concentration gradually decreased over the next 12 hours. Plasma concentration of dextromethorphan HBr peaks at about 6 hours at about 12 ng/mL and the concentration is maintained for the following 19 hours.

Formulations B and C of FIG. 13, exhibited guaifenesin release profiles similar to the reference formulation. The reference formulation for FIG. 13 was Formulation IV of Example 5. Formulation B comprised 77% guaifenesin by weight, 3.8% by weight dextromethorphan, 9.1% by weight microcrystalline cellulose, 1.9% by weight Methocel E10M, and 0.9% Carbopol® 974P. Formulation C comprised 76.5%

US 7,838,032 B2

35

by weight guaifenesin, 3.8% by weight dextromethorphan, 9.7% by weight microcrystalline cellulose, 1.9% by weight Methocel E10M, and 0.9% by weight Carbopol® 974P. Formulations B and C exhibited similar behavior and had a guaifenesin release profile similar to the reference formulation. Accordingly, the combination formulations of the invention did not interfere with the release of guaifenesin. In particular, after 12 hours Formulation C released a greater dose of guaifenesin than the reference formulation.

Formulations B and C of FIG. 13 were compared against a reference consisting of an extended release formulation of dextromethorphan commercially available under the name Delsym sold by Celltech. The comparison was carried out to determine the behavior of guaifenesin-dextromethorphan formulations of the invention as compared to separately administered combination formulations of dextromethorphan. Formulations B and C had longer dextromethorphan release profiles than the reference, as shown in FIG. 14. Additionally, the combined formulations of the inventions had no detrimental effect upon the release profile of dextromethorphan.

Another method to monitor dextromethorphan plasma concentrations is to measure the plasma concentration of the metabolite dextrorphan. The plasma concentration of dextrorphan metabolite of the reference formulation and Formulations B and C of FIG. 14 were plotted in FIG. 15. Generally, the formulations exhibited similar dextrorphan concentrations, with Formula C exhibiting the highest dextrorphan concentration after 12 hours. FIG. 15 demonstrates that the formulations of the invention containing guaifenesin do not inhibit the release of dextromethorphan, as determined by measuring the presence of the metabolite dextrorphan.

## Example 9

A study was performed to examine the relative bioavailability of a sustained release guaifenesin with dextromethorphan formulation of the invention with normal, healthy male and/or female volunteers. A batch of guaifenesin and dextromethorphan bi-layer tablet, 1200 mg, was prepared according to the composition described above for Example 8.

The in vivo behaviors of the 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing) was determined. The open-label study involved 29 healthy volunteers between the ages of 18 and 55. The 29 volunteers were divided into two treatment groups half receiving the 1200 mg tablet while fasting for Period 1 of the trial. Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 mL with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). The results of the pharmacokinetic parameters analysis for guaifenesin include a $T_{max}$ of 1.48 hr, $C_{max}$ (ng/mL) of 2196, $AUC_{0-12}$ (hr-ng/mL) of 8702, $T_{1/2}$ of 1.32 hrs., and an $AUC_{inf}$ (hr-ng/mL) of 8732.5. The results of the pharmacokinetic parameters analysis for dextromethorphan include a $T_{max}$ of 5.0 hrs, $C_{max}$ (pg/mL) of 5157, $AUC_{0-12}$ (hr-pg/mL) of 74209, $T_{1/2}$ of 7.93 hrs., and an $AUC_{inf}$ (hr-pg/mL) of 75016.

## Example 10

In another example of a combination formulation, two batches of guaifenesin-pseudoephedrine HCl bi-layer tablets, one 600 mg and one 1200 mg, were prepared in the following amounts.

36

| Components | 600 mg/60 mg Weight per 300,000 tablets (kg) | 1200 mg/120 mg Weight per 150,000 tablets (kg) |
|---|---|---|
| Sustained release layer | | |
| Guaifenesin DC (95%) | 157.90 | 157.89 |
| Pseudoephedrine HCl | 18.0 | 18.00 |
| Hydroxypropyl Methylcellulose (Methocel E10M) | 4.50 | 4.50 |
| Carbopol 974P, NF | 2.25 | 2.25 |
| FD&C Yellow No. 6 Aluminum Lake (15-18%) | 0.24 | 0.06 |
| Magnesium Stearate | 1.50 | 1.50 |
| Immediate release layer | | |
| Guaifenesin DC (95%) | 39.476 | 39.476 |
| Microcrystalline Cellulose (Avicel PH102) | 22.028 | 22.028 |
| Sodium Starch Glycolate | 5.626 | 5.626 |
| Magnesium Stearate, NF | 0.188 | 0.188 |

The following is a summary of 1200 mg guaifenesin/120 mg pseudoephedrine dissolution rates also depicted in FIG. 16.

| | PB01-M65 (clinical batch) % released | PB01-M68 % released | PB01-M71 % released |
|---|---|---|---|
| 1 hr | 45 | 44 | 43 |
| 2 hr | 60 | 59 | 58 |
| 6 hr | 89 | 87 | 82 |
| 12 hr | 97 | 98 | 96 |

The in vivo behavior of the 1200 mg guaifenesin and 120 mg pseudoephedrine tablet was studied by measuring the plasma concentration of guaifenesin, and pseudoephedrine HCl. The three batches of the 1200 mg guaifenesin/120 mg pseudoephedrine HCl formulation were dissolved to determine the amount of pseudoephedrine HCl released over time. Generally, the formulations had 1200 mg of guaifenesin and 120 mg pseudoephedrine HCl and were studied over a 12 hour period. The released amount of pseudoephedrine HCl was determined as a weight percent of dissolved pseudoephedrine HCl in contrast to the total weight of pseudoephedrine HCl prior to dissolution. After 1 hour about 43% to 45% of the pseudoephedrine HCl had dissolved. After 2 hours the about 58% to 60% dissolved, after 6 hours 82% to 89% had dissolved, and after 12 hours about 96% to 97% by weight of the pseudoephedrine HCl had dissolved. (See FIG. 16).

Three formulations of guaifenesin, two containing an additional drug, pseudoephedrine, were compared to determine whether an additional drug affects the release profile of guaifenesin. FIGS. 17-18 illustrate the plasma concentration for each drug (Formulation B and Formulation C) during a 24 hour period. Immediately after administration the plasma concentration of guaifenesin peaks in about an hour, followed by a gradual plasma concentration decrease over 24 hours. Immediately after administration, guaifenesin plasma concentration never decreased below 200 ng/mL over 12 hours. Thereafter, guaifenesin plasma concentration gradually decreased over the next 12 hours. Plasma concentration of pseudoephedrine HCl peaked at about 6 hours and gradually decreased over the next 18 hours. The plasma concentration

US 7,838,032 B2

37

of pseudoephedrine HCl never decreased to less than 50 ng/mL after 30 minutes of administration.

In FIG. **17**, the reference formulation included formulation IV of Example 5 and a separate Sudafed® 12 hour formulation available from Pfizer Inc. 201 Tabor Road, Morris Plains, N.J., 07950. The reference formulation was compared to Formulation B and Formulation C of the invention. Formulation B comprised a sustained release formulation having 86% by weight Guaifenesin DC, 9.8% by weight pseudoephedrine HCl, 2.4% by weight hydroxypropyl methylcellulose, and 1.2% by weight Carbopol® 974P, and an immediate release formulation having 52% by weight Guaifenesin DC and 39% by weight microcrystalline cellulose by weight. Formulation C comprised 77% by weight Guaifenesin DC, 7.7% by weight pseudoephedrine, 9% by weight microcrystalline cellulose, 1.8% by weight Methocel E10M, and 0.9% by weight Carbopol® 974P. Formulations B and C exhibited similar behavior to separately administered formulations, thus demonstrating that formulations of the invention did not interfere with the profile release of pseudoephedrine.

The plasma concentration for pseudoephedrine HCl was studied to determine whether the formulations of the invention interfered with the release profile of pseudoephedrine. The pseudoephedrine plasma concentrations for the formulations of FIG. **17** were plotted over a 24 hour period. As illustrated in FIG. **18**, Formulations B and C of FIG. **17** exhibited higher pseudoephedrine concentrations than the reference formulation. Thus, the combined formulations of the invention release pseudoephedrine in comparable or better release profiles than formulations containing pseudoephedrine alone.

### Example 11

A study was performed to examine the relative bioavailability of sustained release guaifenesin with pseudoephedrine formulations of the invention in normal, volunteers. A batch of guaifenesin and pseudoephedrine bi-layer tablets, 1200 mg, was prepared according to the composition described above for Example 10.

The in vivo behaviors of a 1200 mg tablet administered to volunteers in the fasting state (about 10 hours pre-dose until about 4 hours after dosing) were compared. The open-label study involved 29 healthy volunteers between the ages of 18 and 55. The 29 volunteers were divided into two treatment groups, half receiving the 1200 mg tablet while fasting for Period 1 of the trial. Each volunteer was administered one dose of the appropriate tablet and then monitored over a 16 hour period.

Blood samples (7 mL with sodium heparin as anticoagulant) were taken about one hour prior to dosing and at specific intervals up to 16 hours after dosing (at 0.25, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, and 16 hours). The results of the pharmacokinetic parameters analysis for guiafenesin include a $T_{max}$ of 1.48 hr, $C_{max}$ (ng/mL) of 2196, $AUC_{0-12}$ (hr-ng/mL) of 8702, $T_{1/2}$ of 1.32 hrs., and an $AUC_{inf}$ (hr-ng/mL) of 8732.5. The results of the pharmacokinetic parameters analysis for pseudoephedrine include a $T_{max}$ of 6 hrs, $C_{max}$ (ng/mL) of 300, $AUC_{0-12}$ (hr-ng/mL) of 4201, $T_{1/2}$ of 5.98 hrs., and an $AUC_{inf}$ (hr-ng/mL) of 4709.

38

### Example 12

Guaifenesin and pseudoephedrine sustained release formulations were compared to commercial controlled release guaifenesin and pseudoephedrine products in healthy volunteers in an open label, single dose, randomized, 3-way cross-over study in 15 subjects.

The subjects were randomized and placed into one of three treatment groups. Group A was given Formulation A, one 1200 mg controlled release guaifenesin product (Mucinex) plus a 120 mg controlled release pseudoephedrine hydrochloride product (Sudafed-12 Hour) with 240 mL of water after an overnight fast. Group B received Formulation B (lot PB01-K61), an experimental controlled release tablet containing 1200 mg guaifenesin and 120 mg of pseudoephedrine hydrochloride with 240 mL of water after an overnight fast. Group C received Formulation C (lotCB00-01A), another experimental controlled release tablet containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water after an overnight fast. There was at least a 7-day washout between doses.

The volunteers averaged 26.4±10.57 years of age (Mean±Standard Deviation) with a range of 18 years to 50 years of age. They were 66.93±4.37 inches tall with a range of 60 to 74 inches. They weighed 160.87±26.22 pounds with a range of 118 to 222 pounds. Seven were male (47%) and eight female (53%). Ten (67%) of the subjects had a large frame size, three (20%) had a medium frame and two (13%) had a small frame. Thirteen volunteers (87%) were Caucasian and two (13%) were Multiracial. Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose.

Subjects given 1200 mg of guaifenesin as guaifenesin ER (reference) reached a $C_{max}$ of 1847 ng/mL in 0.78 hours and had an $AUC_{inf}$ of 7302 hr-ng/mL. Subjects given 1200 mg guaifenesin as Formulation B reached a $C_{max}$ of 1784 ng/mL (103% of that of the reference) in 0.82 hour (113% of that of the reference) and had an $AUC_{inf}$ of 7602 hr-ng/mL (109% of that of the reference). Subjects given 1200 mg guaifenesin as Formulation C reached a $C_{max}$ of 1154 ng/mL (65% of that of the reference) in 1.22 hours (179% of that of the reference) and had an $AUC_{inf}$ of 7128 hr-ng/mL (100% of that of the reference).

Subjects given 120 mg pseudoephedrine hydrochloride as Sudafed-12 Hour (reference) reached a $C_{max}$ of 300 ng/mL (mean±standard deviation) in 6 hours and had an $AUC_{inf}$ of 4710 hr-ng/mL. Subjects given 120 mg pseudoephedrine hydrochloride as Formulation B reached a $C_{max}$ of 285 ng/mL (99% of that of the reference) in 6 hours (101% of that of the reference) and had an $AUC_{inf}$ of 4449 hr-ng/mL (100% of that of the reference). Subjects given 120 mg pseudoephedrine hydrochloride as Formulation C reached a $C_{max}$ of 256 ng/mL (86% of that of the reference) in 8 hours (151% of that of the reference) and had an $AUC_{inf}$ of 4444 hr-ng/mL (97% of that of the reference).

The plasma concentrations of guaifenesin are depicted in FIG. **19**. The resulting pharmacokinetic data is shown in Tables 1 through 4. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Mucinex were 1847±686.6 ng/mL and occurred in 0.78±0.28 hours. The resulting area under the plasma concentration vs. time curve ($AUC_{inf}$) was 7302±2866.4 hr-ng/mL. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Formulation B were 1784±549.9 ng/mL (102.93%±36.57% of that of the reference formulation) and occurred in 0.82±0.27 hours (112.78%±43.29% of the

US 7,838,032 B2

**39**

reference formulation). The resulting $AUC_{inf}$ was 7602±2492.8 hr-ng/mL (108.67%±23.93% of that of the reference formulation). The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Formulation C were 1154±523.3 ng/mL (64.56%±28.03% of that of the reference formulation) and occurred in 1.22±0.45 hours (178.9%±100.64% that of the reference formulation). The resulting $AUC_{inf}$ was 7128±3166.0 hr ng/mL (99.81%±34.23% of that of the reference formulation).

TABLE 1

Guaifenesin Pharmacokinetic Variables Following
the Administration of 1200 mg Guaifenesin as
Mucinex along with Sudafed 12 Hour to Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1847 | 0.78 | 7143 | 7302 | 3.60 | 188.98 |
| Median | 1530 | 0.75 | 5776 | 5863 | 3.21 | 204.68 |
| Standard Deviation | 686.63 | 0.28 | 2793.41 | 2866.39 | 2.05 | 74.55 |
| Standard Error | 183.51 | 0.08 | 746.57 | 766.08 | 0.55 | 19.92 |
| % CV | 37.18 | 35.92 | 39.11 | 39.26 | 56.94 | 39.45 |
| Maximum | 1847 | 0.78 | 7143 | 7302 | 3.60 | 188.98 |
| Minimum | 1530 | 0.75 | 5776 | 5863 | 3.21 | 204.68 |

TABLE 2

Guaifenesin Pharmacokinetic Variables Following
the Administration of 1200 mg Guaifenesin and
120 mg Pseudoephedrine Hydrochloride as
Formulation B to Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1784 | 0.82 | 7557 | 7602 | 1.59 | 172.56 |
| Median | 1730 | 0.75 | 7297 | 7349 | 1.35 | 163.30 |
| Standard Deviation | 549.90 | 0.27 | 2487.33 | 2492.75 | 0.59 | 49.49 |
| Standard Error | 146.97 | 0.07 | 664.77 | 666.22 | 0.16 | 13.23 |
| % CV | 30.82 | 33.67 | 32.91 | 32.79 | 37.09 | 28.68 |
| Maximum | 1800 | 0.75 | 5818 | 5842 | 1.35 | 205.42 |
| Minimum | 1120 | 0.5 | 4952 | 4979 | 1.14 | 241.01 |

TABLE 3

Guaifenesin Pharmacokinetic Variables Following
the Administration of 1200 mg Guaifenesin and
120 mg Pseudoephedrine Hydrochloride as
Formulation C to Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1154 | 1.22 | 6989 | 7128 | 2.40 | 202.57 |
| Median | 1050 | 1.00 | 6291 | 6314 | 2.38 | 190.05 |
| Standard Deviation | 523.29 | 0.45 | 3078.23 | 3165.98 | 1.06 | 89.63 |
| Standard Error | 139.86 | 0.12 | 822.69 | 846.14 | 0.28 | 23.96 |
| % CV | 45.35 | 37.14 | 44.04 | 44.41 | 44.30 | 44.25 |
| Maximum | 612 | 0.75 | 3157 | 3205 | 1.25 | 374.38 |
| Minimum | 781 | 0.75 | 4902 | 4949 | 2.49 | 242.46 |

**40**

TABLE 4

Ratio of Guaifenesin Pharmacokinetic Variables
Following the Administration of 1200 mg Guaifenesin
and 120 mg Pseudoephedrine Hydrochloride as
Formulation B Compared to that of the Reference
Formulation to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 102.93 | 112.78 | 110.31 | 108.67 | 66.51 | 95.42 |
| Median | 90.59 | 100.00 | 102.28 | 100.45 | 50.76 | 99.55 |
| Standard Deviation | 36.57 | 43.29 | 23.94 | 23.93 | 65.61 | 16.90 |
| Standard Error | 9.77 | 11.57 | 6.40 | 6.40 | 17.53 | 4.52 |
| % CV | 35.53 | 38.38 | 21.70 | 22.02 | 98.64 | 17.72 |
| Maximum | 165.14 | 75 | 122.87 | 121.60 | 83.97 | 82.24 |
| Minimum | 80 | 50 | 87.60 | 84.93 | 17.70 | 117.75 |

The plasma concentrations of pseudoephedrine are depicted in FIG. **20**. The resulting pharmacokinetic data is shown in Tables 5 through 9. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Sudafed-12 Hour (reference) were 300.3±91.44 ng/mL and occurred in 6±1.69 hours. The resulting $AUC_{inf}$ was 4710±1394.5 hr-ng/mL. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Formulation B were 285.3±53.28 ng/mL (99.31%±20.39% of that of the reference formulation) and occurred in 5.80±2.40 hours (101.11%±41.77% of that of the reference formulation). The resulting $AUC_{inf}$ was 4449±1079.6 hr-ng/mL (99.87%±26.40% of that of the reference formulation). The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Formulation C were 256.4±80.7 ng/mL (86.37%±14.38% of that of the reference formulation) and occurred in 8.27±2.71 hours (51.11%±73.25% of that of the reference formulation). The resulting $AUC_{inf}$ was 4444±1212.1 hr-ng/mL (96.78%±17.90% of that of the reference formulation).

TABLE 5

Pseudoephedrine Pharmacokinetic Variables
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride as Sudafed-12 Hour along with 1200 mg
Guaifenesin as Mucinex to Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 300.27 | 6.00 | 4201.62 | 4709.88 | 5.98 | 22.93 |
| Median | 287.00 | 6.00 | 4042.53 | 4601.31 | 5.19 | 21.37 |
| Standard Deviation | 91.44 | 1.69 | 1182.92 | 1394.49 | 1.68 | 7.77 |
| Standard Error | 24.44 | 0.45 | 316.15 | 372.69 | 0.45 | 2.08 |
| % CV | 30.45 | 28.17 | 28.15 | 29.61 | 28.01 | 33.87 |
| Maximum | 523 | 8 | 6518.45 | 7137.33 | 10.18 | 38.94 |
| Minimum | 183 | 4 | 2419.97 | 2524.37 | 4.29 | 13.77 |

US 7,838,032 B2

41

42

TABLE 6

Pseudoephedrine Pharmacokinetic Variables
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin as Formulation B to
Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 285.33 | 5.80 | 4080.27 | 4448.85 | 5.40 | 23.41 |
| Median | 269.00 | 6.00 | 3985.05 | 4463.18 | 5.21 | 22.03 |
| Standard Deviation | 53.28 | 2.40 | 946.92 | 1079.61 | 1.01 | 6.06 |
| Standard Error | 14.24 | 0.64 | 253.07 | 288.54 | 0.27 | 1.62 |
| % CV | 18.67 | 41.32 | 23.21 | 24.27 | 18.64 | 25.88 |
| Maximum | 387 | 10 | 6003.14 | 6799.07 | 7.44 | 37.40 |
| Minimum | 215 | 2 | 2381.18 | 2628.19 | 3.85 | 14.46 |

TABLE 7

Pseudoephedrine Pharmacokinetic Variables
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin as Formulation C to
Normal Volunteers

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 256.40 | 8.27 | 4008.32 | 4444.09 | 5.39 | 23.85 |
| Median | 226.00 | 10.00 | 3888.93 | 4266.92 | 5.15 | 23.04 |
| Standard Deviation | 80.71 | 2.71 | 1084.90 | 1212.13 | 1.10 | 7.16 |
| Standard Error | 21.57 | 0.72 | 289.95 | 323.96 | 0.29 | 1.91 |
| % CV | 31.48 | 32.80 | 27.07 | 27.28 | 20.41 | 30.03 |
| Maximum | 448 | 10 | 6200.18 | 6756.67 | 8.66 | 40.05 |
| Minimum | 162 | 2 | 2360.01 | 2454.79 | 4.09 | 14.55 |

TABLE 8

Ratio of Pseudoephedrine Pharmacokinetic Variables
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin as Formulation B
Compared to that of the Reference Formulation to Normal
Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 99.31 | 101.11 | 101.58 | 99.87 | 93.38 | 109.24 |
| Median | 94.74 | 100.00 | 104.95 | 101.63 | 90.66 | 98.40 |
| Standard Deviation | 20.39 | 41.77 | 24.96 | 26.40 | 17.54 | 40.60 |
| Standard Error | 5.45 | 11.16 | 6.67 | 7.06 | 4.69 | 10.85 |
| % CV | 20.53 | 41.31 | 24.57 | 26.44 | 18.79 | 37.13 |
| Maximum | 140.40 | 200 | 139.07 | 144.72 | 120.84 | 234.43 |
| Minimum | 65.97 | 25 | 50.46 | 42.66 | 60.12 | 69.10 |

TABLE 9

Ratio of Pseudoephedrine Pharmacokinetic Variables
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin as Formulation C
Compared to that of the Reference Formulation to
Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 86.37 | 151.11 | 96.79 | 96.78 | 93.98 | 107.04 |
| Median | 85.66 | 133.33 | 98.75 | 99.37 | 96.77 | 100.63 |
| Standard Deviation | 14.38 | 73.25 | 14.24 | 17.90 | 21.06 | 22.01 |
| Standard Error | 3.84 | 19.58 | 3.80 | 4.78 | 5.63 | 5.88 |
| % CV | 16.65 | 48.48 | 14.71 | 18.49 | 22.41 | 20.56 |
| Maximum | 115.30 | 250 | 126.82 | 132.10 | 129.45 | 153.94 |
| Minimum | 62.60 | 50 | 75.98 | 64.96 | 51.20 | 75.70 |

The data indicates that both formulations produce optimum guaifenesin bioavailability (although Formulation B appears to more closely match the reference) and Formulation B produces optimal pseudoephedrine bioavailability.

Example 13

The bioavailability of a sustained release combination formulation of 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride was used to examine the dose proportionality of Pseudoephedrine normal volunteers compared to reference guaifenesin and Pseudoephedrine Hydrochloride in an open label, single dose, randomized, 3-way crossover study with 36 subjects. The example also demonstrates the dose proportionality of pseudoephedrine.

The subjects were randomized and placed into one of three treatment groups. Group I received Treatment A, a 1200 controlled release guaifenesin product (Mucinex) plus a 120 mg controlled release pseudoephedrine product (Sudafed® 12 Hour) with 240 mL of water after an overnight fast (Reference). Group 2 received Treatment B (PB01-M65A2), an experimental controlled release formulation containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water after an overnight fast (test). Group 3 received Treatment C (PB01-A12A), an experimental controlled release formulation containing 600 mg guaifenesin and 60 mg pseudoephedrine with 240 mL of water after an overnight fast.

The volunteers averaged 23.06±7.05 years of age (Mean±Standard Deviation) with a range of 18 years to 48 years of age. They were 70.58±3.08 inches tall with a range of 64 to 75 inches. They weighed 167.42±26.14 pounds with a range of 114 to 229 pounds. Twenty-four were male (67%) and twelve female (33%). Sixteen (44%) of the subjects had a large frame size, thirteen (36%) had a medium frame and seven (19%) had a small frame. Thirty-two volunteers (89%) were Caucasian, three (8%) were Black and one (3%) Multiracial. Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre-dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose (the total blood loss for guaifenesin and pseudoephedrine analysis will be 450 mL).

Subjects given 1200 mg of guaifenesin as Mucinex and 120 mg pseudoephedrine hydrochloride as Sudafed® 12 Hour (Treatment A, Reference) reached a $C_{max}$ of 1940 ng/mL in 0.77 hours and had an $AUC_{inf}$ of 8061 hr-ng/mL. Subjects given 1200 mg guaifenesin and 120 mg pseudoephedrine

US 7,838,032 B2

43

hydrochloride as Treatment B (Test) reached a $C_{max}$ of 1813 ng/mL (98% of that of the reference) in 1.04 hour (140% of that of the reference) and had an $AUC_{0-\infty}$ of 8124 hr ng/mL (101% of that of the reference). Subjects given 600 mg guaifenesin and 60 mg pseudoephedrine hydrochloride as Treatment C reached a $C_{max}$ of 920 ng/mL (54% of that of the reference) in 0.99 hours (116% of that of the reference) and had an $AUC_{inf}$ of 3565 hr-ng/mL (46% of that of the reference).

Subjects given 120 mg pseudoephedrine hydrochloride in Sudafed® 12 Hour and 1200 mg guaifenesin as Mucinex (Treatment A, Reference) reached a mean $C_{max}$ of 250 ng/mL in 6 hours and had an $AUC_{inf}$ of 3847 hr-ng/mL. Subjects given 120 mg pseudoephedrine and 1200 mg guaifenesin as an experimental formulation (Treatment B, Test) reached a of 263 ng/mL (107% of that of the reference) in 5 hours (85% of that of the reference) and had an $AUC_{inf}$ of 3884 hr-ng/mL (103% of that of the reference). Subjects given 60 mg pseudoephedrine hydrochloride and 600 mg guaifenesin in an experimental formulation (Treatment C) reached a $C_{max}$ of 141 ng/mL (54% of that of Formulation B) in 5 hours (100% of that of Formulation B) and had an $AUC_{inf}$ of 1968 hr-ng/mL (50% of that of Formulation B).

Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre-dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose. Bioequivalence was examined between the test (Treatment B—guaifenesin or pseudoephedrine hydrochloride experimental formulation) and the reference (Treatment A—guaifenesin or pseudoephedrine hydrochloride reference formulations) groups. The dose response relationship was also examined between the test (Treatment B—guaifenesin or pseudoephedrine hydrochloride experimental formulation) and the reference (Treatment C—guaifenesin or pseudoephedrine hydrochloride reference formulations) groups.

The plasma concentrations of guaifenesin is depicted in FIG. **21**. The resulting pharmacokinetic data is shown in Tables 10 through 14. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Mucinex and 120 mg pseudoephedrine hydrochloride as Sudafed® 12 Hour were 1940±889 ng/mL and occurred in 0.77±0.22 hours. The resulting area under the plasma concentration vs. time curve ($AUC_{inf}$ was 8061±3329 hr-ng/mL. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Treatment B were 1813±900 ng/mL (98.1%±35.8% of that of the reference formulation) and occurred in 1.04±0.49 hours (140%±65.3% that of reference formulation). The resulting $AUC_{inf}$ was 8124±3677 hr-ng/mL (101%±19.3% of that of the reference formulation). The maximum plasma concentrations of guaifenesin following a 600 mg oral dose as Treatment C were 920±481 ng/mL (54.3%±20.2% of that of the reference formulation) and occurred in 0.99±0.46 hours (116%±78.7% that of the reference formulation). The resulting $AUC_{inf}$ was 3565±1442 hr-ng/mL (45.6%±10.2% of that of the reference formulation).

TABLE 10

Guaifenesin Pharmacokinetic Variables Following the Administration of 1200 mg guaifenesin Mucinex along with Sudafed 12 Hour to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1847 | 0.78 | 7143 | 7302 | 3.60 | 188.98 |
| Median | 1530 | 0.75 | 5776 | 5863 | 3.21 | 204.68 |

44

TABLE 10-continued

Guaifenesin Pharmacokinetic Variables Following the Administration of 1200 mg guaifenesin Mucinex along with Sudafed 12 Hour to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Standard Deviation | 686.63 | 0.28 | 2793.41 | 2866.39 | 2.05 | 74.55 |
| Standard Error | 183.51 | 0.08 | 746.57 | 766.08 | 0.55 | 19.92 |
| % CV | 37.18 | 35.92 | 39.11 | 39.26 | 56.94 | 39.45 |
| Maximum | 1847 | 0.78 | 7143 | 7302 | 3.60 | 188.98 |
| Minimum | 1530 | 0.75 | 5776 | 5863 | 3.21 | 204.68 |

TABLE 11

Guaifenesin Pharmacokinetic Variables Following the Administration of 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride as an Experimental Formulation to Normal Volunteers (Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1813 | 1.04 | 8002 | 8124 | 2.21 | 175 |
| Median | 1530 | 0.75 | 7036 | 7083 | 1.99 | 169 |
| Standard Deviation | 900 | 0.49 | 3677 | 3677 | 1.19 | 68.2 |
| Standard Error | 154 | 0.08 | 631 | 631 | 0.20 | 11.7 |
| % CV | 49.6 | 46.9 | 45.9 | 45.3 | 53.9 | 38.9 |

TABLE 12

Guaifenesin Pharmacokinetic Variables Following the Administration of 600 mg Guaifenesin and 60 mg Pseudoephedrine Hydrochloride to Normal Volunteers (Treatment C)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 920 | 0.99 | 3529 | 3565 | 1.76 | 192 |
| Median | 721 | 0.75 | 3078 | 3098 | 1.47 | 194 |
| Standard Deviation | 481 | 0.46 | 1437 | 1442 | 0.92 | 66.5 |
| Standard Error | 81.3 | 0.08 | 243 | 244 | 0.16 | 11.2 |
| % CV | 52.3 | 46.0 | 40.7 | 40.4 | 52.4 | 34.5 |

TABLE 13

Ratio of Guaifenesin Pharmacokinetic Variables Following the Administration of 1200 mg Guaifenesin and 120 mg Pseudoephedrine Hydrochloride as Formulation B Compared to that of the Reference Formulation (Treatment A) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 98.1 | 140 | 104 | 101 | 66.2 | 103 |
| Median | 96.8 | 133 | 106 | 100 | 53.1 | 99.5 |
| Standard Deviation | 35.8 | 65.3 | 20.3 | 19.3 | 42.0 | 24.2 |
| Standard | 6.14 | 11.2 | 3.48 | 3.31 | 7.20 | 4.16 |

US 7,838,032 B2

45

### TABLE 13-continued

Ratio of Guaifenesin Pharmacokinetic Variables
Following the Administration of 1200 mg Guaifenesin
and 120 mg Pseudoephedrine Hydrochloride of
Formulation B Compared to that of the Reference
Formulation (Treatment A) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Error % CV | 36.5 | 46.5 | 19.5 | 19.1 | 63.4 | 23.5 |

### TABLE 14

Ratio of Guaifenesin Pharmacokinetic Variables
Following the Administration of 600 mg Guaifenesin
and 60 mg Pseudoephedrine Hydrochloride (Treatment C)
Compared to that of (Treatment B) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 54.3 | 116 | 45.9 | 45.6 | 97.0 | 114 |
| Median | 48.8 | 100 | 43.9 | 44.0 | 86.1 | 114 |
| Standard Deviation | 20.2 | 78.7 | 10.6 | 10.2 | 61.6 | 23.2 |
| Standard Error | 3.47 | 13.50 | 1.82 | 1.75 | 10.57 | 3.98 |
| % CV | 37.3 | 67.9 | 23.1 | 22.4 | 63.5 | 20.3 |

The plasma concentrations of pseudoephedrine are depicted in FIG. **22**. The resulting pharmacokinetic data is shown in Tables 15 through 19. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Sudafed® 12 Hour and 1200 mg guaifenesin as Mucinex (Treatment A, Reference) were 250±53.4 ng/mL and occurred in 6.29±1.76 hours. The resulting $AUC_{inf}$ was 3847±910 hr-ng/mL. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as an experimental formulation (Treatment B) were 263±58.5 ng/mL (107%±18.9% of that of the reference formulation) and occurred in 5.11±1.78 hours (85.2%±31.5% of that of the reference formulation). The resulting $AUC_{inf}$ was 3884±911 hr-ng/mL (103%±20.2% of that of the reference formulation). The maximum plasma concentrations of pseudoephedrine following a 60 mg oral dose as an experimental formulation (Treatment C) were 141±30.3 ng/mL (53.5%±6.52% of that of Formulation B) and occurred in 4.94±1.60 hours (99.5%±25.9% of that of Formulation B). The resulting $AUC_{inf}$ was 1968±477 hr-ng/mL (50.5%±8.77% of Formulation B).

### TABLE 15

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg Pseudoephedrine
Hydrochloride as Sudafed ® 12 Hour and 1200 mg
Guaifenesin as Mucinex to Normal Volunteers (Treatment A)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{inf}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 250 | 6.29 | 3479 | 3847 | 5.75 | 27.1 |
| Median | 252 | 6 | 3381 | 3652 | 5.42 | 26.9 |
| Standard Deviation | 53.4 | 1.76 | 805 | 910 | 1.02 | 7.11 |
| Standard | 9.16 | 0.30 | 138 | 156 | 0.18 | 1.22 |

46

### TABLE 15-continued

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg Pseudoephedrine
Hydrochloride as Sudafed ® 12 Hour and 1200 mg
Guaifenesin as Mucinex to Normal Volunteers (Treatment A)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Error % CV | 21.3 | 28.0 | 23.2 | 23.7 | 17.8 | 26.2 |

### TABLE 16

Pseudoephedrine Pharmacokinetic Following the
Administration 120 mg Pseudoephedrine Hydrochloride
and 1200 mg Guaifenesin in an Experimental
Formulation to Normal Volunteers (Treatment B)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 263 | 5.11 | 3591 | 3884 | 5.22 | 26.7 |
| Median | 257 | 4.00 | 3507 | 3824 | 5.19 | 25.7 |
| Standard Deviation | 58.5 | 1.78 | 824 | 911 | 0.89 | 6.23 |
| Standard Error | 10.0 | 0.31 | 141 | 156 | 0.15 | 1.07 |
| % CV | 22.3 | 34.8 | 23.0 | 23.5 | 16.9 | 23.3 |

### TABLE 17

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 60 mg Pseudoephedrine Hydrochloride
and 600 mg Guaifenesin in an Experimental
Formulation to Normal Volunteers (Treatment C)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 141 | 4.94 | 1781 | 1968 | 5.57 | 26.5 |
| Median | 134 | 4.00 | 1696 | 1855 | 5.38 | 26.5 |
| Standard Deviation | 30.3 | 1.60 | 445 | 477 | 1.02 | 6.58 |
| Standard Error | 5.12 | 0.27 | 75.1 | 80.6 | 0.17 | 1.11 |
| % CV | 21.5 | 32.4 | 25.0 | 24.2 | 18.4 | 24.9 |

### TABLE 18

Ratio of the Pseudoephedrine Pharmacokinetic Parameters
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin as an Experimental
Formulation (Treatment B) Compared to that Following the
Administration of 120 mg Pseudoephedrine Hydrochloride
as Sudafed ® 12 Hour and
120 mg Guaifenesin as Mucinex (Treatment A) (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 107 | 85.2 | 105 | 103 | 92.1 | 101 |
| Median | 106 | 75.0 | 102 | 101 | 93.7 | 98.7 |
| Standard Deviation | 18.9 | 31.5 | 19.39 | 20.16 | 15.19 | 22.03 |
| Standard Error | 3.24 | 5.41 | 3.33 | 3.46 | 2.61 | 3.78 |
| % CV | 17.7 | 37.0 | 18.4 | 19.5 | 16.5 | 21.8 |

US 7,838,032 B2

47

48

### TABLE 19

Ratio of Pseudoephedrine Pharmacokinetic Parameters
Following the Administration of 60 mg Pseudoephedrine
Hydrochloride and 600 mg Guaifenesin as an Experimental
Formulation (Treatment C) Relative to that Following the
Administration of 120 mg Pseudoephedrine Hydrochloride
and 1200 mg Guaifenesin in an Experimental Formulation
(Treatment B) (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 53.5 | 99.5 | 49.1 | 50.5 | 108 | 102 |
| Median | 52.6 | 100 | 46.7 | 48.0 | 105 | 104 |
| Standard Deviation | 6.52 | 25.9 | 7.80 | 8.77 | 17.4 | 16.2 |
| Standard Error | 1.12 | 4.44 | 1.34 | 1.50 | 2.98 | 2.78 |
| % CV | 12.2 | 26.0 | 15.9 | 17.4 | 16.2 | 15.9 |

In conclusion, the experimental formulation containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride is bioequivalent to the reference formulations given is separate doses. In addition the pharmacokinetics of guaifenesin and pseudoephedrine are linear over the range studied.

### Example 14

The effects of a high fat meal on the bioavailability of a combination formulation were tested. The bioavailability of a 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride formulation volunteers was compared to reference drug bioavailability in an open-label, single-dose, randomized, 2-way-crossover study using 36 subjects.

The subjects were randomized and placed into one of two treatment groups. Group 1 received a 1200-mg controlled-release guaifenesin product (Mucinex) and 120 mg pseudoephedrine hydrochloride (Sudafed® 12 Hour) with 240 mL of water, 30 minutes after the beginning of the consumption of a high-fat breakfast (Reference). Group 2 received an experimental formulation containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water, 30 minutes after the beginning of the consumption of a high-fat breakfast (Test) (PB01-M65A3).

Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose (the total blood loss for guaifenesin and pseudoephedrine analysis was 300 mL).

Subjects given 1200 mg of guaifenesin as Mucinex (Reference) reached a $C_{max}$ of 2207 ng/mL in 1.85 hours and had an $AUC_{inf}$ of 8067 hr-ng/mL. Subjects given 1200 mg guaifenesin as an experimental formulation (Treatment B) reached a of 1649 ng/mL (79% of that of the Reference) in 1.84 hour (118% of that of the Reference) and had an $AUC_{inf}$ of 7663 hr-ng/mL (93% of that of the Reference).

Subjects given 120 mg pseudoephedrine hydrochloride as Sudafed® 12 Hour (Reference) reached a $C_{max}$ of 268 ng/mL in 6.38 hours and had an $AUC_{inf}$ of 3636 hr-ng/mL. Subjects given 120 mg pseudoephedrine hydrochloride as an experimental formulation (Treatment B) reached a $C_{max}$ of 274 ng/mL (103% of that of the Reference) in 4.80 hours (75.5% of that of the Reference) and had an $AUC_{inf}$ of 3528 hr-ng/mL (96.5% of that of the Reference).

Additionally, bioequivalence data was examined between the Test group (Treatment B—1200 mg guaifenesin and 120

mg pseudoephedrine hydrochloride as an experimental formulation) and the Reference group (Treatment A—the reference 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride formulations).

The plasma concentrations of guaifenesin are depicted in FIG. 23. The resulting pharmacokinetic data are shown in Tables 20 through 22. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Mucinex were 2207±952 ng/mL and occurred in 1.85±1.06 hours. The resulting area under the plasma concentration vs. time curve ($AUC_{inf}$ was 8067±2663 hr-ng/mL. The maximum plasma concentrations of guaifenesin following a 1200-mg oral dose as an experimental formulation (Treatment B) was 1649±690 ng/mL (79%±31.5% of the Reference formulation) and occurred in 1.84±0.818 hours (118%±68.8% of the Reference formulation). The resulting $AUC_{inf}$ was 7663±2864 hr-ng/mL (93%±17.6% of that of the Reference formulation).

### TABLE 20

guaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Guaifenesin as Mucinex
Along with 120 mg Pseudoephedrine Hydrochloride as
Sudafed ® 12 Hour to Normal Volunteers
Following the Consumption of a High-Fat
Meal (Treatment A, Reference)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 2207 | 1.85 | 8049 | 8067 | 1.22 | 168 |
| Median | 2140 | 1.50 | 8160 | 8196 | 0.983 | 146 |
| Standard Deviation | 952 | 1.06 | 2666 | 2663 | 0.621 | 64.4 |
| Standard Error | 166 | 0.184 | 464 | 464 | 0.108 | 11.2 |
| % CV | 43.2 | 57.2 | 33.1 | 33.0 | 51.1 | 38.3 |

### TABLE 21

Guaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Guaifenesin and 120 mg
Pseudoephedrine Hydrochloride in an Experimental
Formulation to Normal Volunteers Following the
Consumption of a High-Fat Meal (Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1649 | 1.84 | 7611 | 7663 | 1.40 | 181 |
| Median | 1580 | 2.00 | 7474 | 7485 | 1.07 | 160 |
| Standard Deviation | 690 | 0.818 | 2816 | 2864 | 0.793 | 77.6 |
| Standard Error | 118 | 0.140 | 483 | 491 | 0.136 | 13.3 |
| % CV | 41.9 | 44.4 | 37.0 | 37.4 | 56.6 | 42.9 |

### TABLE 22

Ratio of Guaifenesin Pharmacokinetic Parameters Following
the administration of 1200 mg Guaifenesin and 120 mg
Pseudoephedrine Hydrochloride in an Experimental
Formulation Compared to those of Treatment A (Reference)
to Normal Volunteers Following the Consumption of a
High-Fat Meal (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 79 | 118 | 93 | 93 | 135 | 109.9 |
| Median | 73 | 100 | 91 | 91 | 99 | 109.8 |

US 7,838,032 B2

49      50

TABLE 22-continued

Ratio of Guaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Guaifenesin and 120 mg
Pseudoephedrine Hydrochloride in an Experimental
Formulation Compared to those of Treatment A (Reference)
to Normal Volunteers Following the Consumption of a
High-Fat Meal (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Standard Deviation | 31.5 | 68.8 | 17.5 | 17.6 | 97.1 | 16.8 |
| Standard Error | 5.57 | 12.2 | 3.09 | 3.12 | 17.2 | 2.96 |
| % CV | 39.8 | 58.3 | 18.8 | 18.9 | 72.0 | 15.3 |

The plasma concentrations of pseudoephedrine are depicted in FIG. **24**. The resulting pharmacokinetic data are shown in Tables 23 through 25. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Sudafed® 12 Hour (Reference) was 268±69.7 ng/mL and occurred in 6.38±1.26 hours. The resulting $AUC_{inf}$ was 3636±940 hr-ng/mL. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as an experimental formulation (Treatment B) was 274±72.3 ng/mL (103%±10.3% of that of the Reference formulation) and occurred in 4.80±1.28 hours (76.5%±23.1% of that of the Reference formulation). The resulting $AUC_{inf}$ was 3528±962 hr-ng/mL (96.5%±11.7% of that of the Reference formulation).

TABLE 23

Pseudoephedrine Pharmacokinetic Parameters Following
the Administratio of 120 mg Pseudoephedrine Hydrochloride
as Sudafed ® 12 Hour Along with 1200 mg
Guaifenesin as Mucinex to Normal Volunteers Following the
Consumption of a High-Fat Meal (Treatment A, Reference)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 268 | 6.38 | 3362 | 3636 | 5.28 | 28.8 |
| Median | 249 | 6.00 | 3238 | 3545 | 4.97 | 27.7 |
| Standard Deviation | 69.7 | 1.26 | 847 | 940 | 1.08 | 7.55 |
| Standard Error | 12.1 | 0.219 | 147 | 164 | 0.188 | 1.31 |
| % CV | 26.03 | 19.67 | 25.18 | 25.86 | 20.42 | 26.19 |

TABLE 24

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg of Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin in an Experimental
Formulation to Normal Volunteers Following the
Consumption of a High-Fat Meal (Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 274 | 4.80 | 3273 | 3528 | 5.26 | 30.0 |
| Median | 268 | 4.00 | 3198 | 3448 | 5.31 | 28.5 |
| Standard Deviation | 72.3 | 1.28 | 876 | 962 | 1.02 | 8.48 |
| Standard Error | 12.2 | 0.216 | 148 | 163 | 0.172 | 1.43 |
| % CV | 26.4 | 26.6 | 26.8 | 27.3 | 19.4 | 28.3 |

TABLE 25

Ratio of Pseudoephedrine Pharmacokinetic Parameters
Following the Administration of 120 mg Pseudoephedrine
Hydrochloride and 1200 mg Guaifenesin in an Experimental
Formulation Compared to those of Treament A
(Reference) to Normal Volunteers Following the
Consumption f a High-Fat Meal (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 103 | 76.5 | 96.5 | 96.5 | 101 | 105 |
| Median | 103 | 66.7 | 95.7 | 94.2 | 99.5 | 106 |
| Standard Deviation | 10.3 | 23.1 | 10.6 | 11.7 | 17.9 | 12.6 |
| Standard Error | 1.82 | 4.09 | 1.88 | 2.06 | 3.17 | 2.23 |
| % CV | 10.0 | 30.3 | 11.0 | 12.1 | 17.7 | 12.0 |

The rate of absorption of guaifenesin from the experimental formulation, as assessed by $C_{max}$ is not bioequivalent to the test formulation in the presence of a high fat meal with a 95% confidence interval between 67.9% to 81.8%. The extent of absorption of guaifenesin from the experimental tablet, as assessed by $AUC_{inf}$ is equivalent to the test formulation in the presence of a high fat meal.

In conclusion, the rate of guaifenesin absorption from the experimental formulation is not bioequivalent to the Reference formulations; whereas the extent of guaifenesin absorption is bioequivalent to the Reference formulation in the presence of a high-fat meal. The rate and extent of pseudoephedrine absorption from the experimental formulation are bioequivalent to the Reference formulation in the presence of a high-fat meal.

Example 15

A combination guaifenesin and Pseudoephedrine formulation was tested for steady state pharmacokinetics as compared to references in an open-label, multiple-dose, randomized, 2-way-crossover study using 36 subjects. The subjects were randomly placed into one of two treatment groups. Group 1 received a 1200 mg controlled-release guaifenesin product (Mucinex) plus a 120 mg controlled-release pseudoephedrine product (Sudafed® 12 Hour) with 240 mL of water after an overnight fast and again 12 hours later for 11 doses (Reference). Group 2 received an experimental controlled-release formulation comprising 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water after an overnight fast and again 12 hours later for 11 doses (Test)(PB01-M65).

Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre dose blood sample before the AM dose on Days 1, 4, 5 and 6. On Day 6 additional blood samples (5 mL, sodium heparin anticoagulant) were also obtained at 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours after the last dose (total blood loss for guaifenesin determination was 380 mL).

The subjects given 1200 mg guaifenesin, as Mucinex every 12 hours for 11 doses, reached a maximum steady-state plasma guaifenesin concentration of 1960 ng/mL at 0.81 hours after the last dose (120.81 hours after the first dose). The mean $AUC_{ss}$ was 7209 hr-ng/mL and the mean $C_{min}$ was 52 ng/mL. Those subjects given 1200 mg guaifenesin, as an experimental formulation every 12 hours for 11 doses, reached a maximum steady-state plasma guaifenesin concentration of 1983 ng/mL (103% of the Reference formulation)

US 7,838,032 B2

51

at 0.96 hours after the last dose (120.96 hours after the first dose), 100% of that of the Reference formulation). The mean $AUC_{ss}$ was 8183 hr-ng/mL (114% of that of the Reference formulation) and the mean $C_{min}$ was 117 ng/mL.

At steady state, the subjects given 120 mg pseudoephedrine hydrochloride, as Sudafed® 12 Hour, every 12 hours for 11 doses, reached a steady-state maximum plasma pseudoephedrine concentration of 361 ng/mL at 4.89 hours after the last dose (124.89 hours after the first dose). The mean $AUC_{ss}$ was 3528 hr-ng/mL and the mean $C_{min}$ was 182 ng/mL. Those subjects, when given the 120 mg pseudoephedrine hydrochloride as an experimental formulation, reached a steady-state maximum plasma pseudoephedrine concentration of 365 ng/mL (103% of that of the Reference) 4.10 hours after the last dose (124.10 hours after the first dose, 99.4% of that of the Reference). The mean $AUC_{ss}$ was 3550 hr-ng/mL (102% of that of the Reference) and the mean $C_{min}$ was 173 ng/mL.

The mean plasma concentrations of guaifenesin are depicted in FIG. **25**. The resulting pharmacokinetic data are shown in Tables 26 through 28. At steady state, the subjects given 1200 mg guaifenesin every 12 hours, as Reference Mucinex for 11 doses, reached a steady-state maximum plasma guaifenesin concentration of 1960±859 ng/mL (Mean±Standard Deviation) in 0.81 hours±0.305 hour after the last dose (120.81 hours after the first dose) and the steady-state AUC ($AUC_{ss}$) was 7209±3746 hr-ng/mL.. At steady state, the subjects given 1200 mg guaifenesin every 12 hours, as an experimental tablet formulation for 11 doses, reached a steady-state maximum plasma guaifenesin concentration of 1983±1019 ng/mL (103%±29.6% of the Reference Mucinex) in 0.96 hours±0.645 hour after the first dose (120.96 hours after the first dose, 100%±0.494%). The $AUC_{ss}$ was 8183±5141 hr-ng/mL (114%±27.0%).

TABLE 26

Guaifenesin Steady-State Pharmacokinetic Parameters Following the Administration of 11 Doses of 1200 mg guaifenesin as Mucinex and 120 mg Pseudoephedrine Hydrochloride as Sudafed ® 12 Hour to Normal Volunteers - Treatment A (Reference)

| Subject | $AUC_{ss}$ (hr-ng/mL) | $C_{min}$ (ng/mL) | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $C_{AVERAGE}$ (ng/mL) |
|---|---|---|---|---|---|
| Mean | 7209 | 52.0 | 1960 | 120.81 | 604 |
| Median | 6554 | 28.3 | 1850 | 120.75 | 547 |
| Standard Deviation | 3746 | 48.1 | 859 | 0.305 | 311 |
| Standard Error | 633 | 8.13 | 145 | 0.052 | 52.6 |
| % CV | 52.0 | 92.5 | 43.8 | 0.253 | 51.5 |

TABLE 27

guaifenesin Steady-State Pharmacokinetic Parameters Following the Administration of 11 Doses of 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride in an Experimental Formulation to Normal Volunteers - Treatment B (Test)

| Subject | $AUC_{ss}$ (hr-ng/mL) | $C_{min}$ (ng/mL) | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $C_{AVERAGE}$ (ng/mL) |
|---|---|---|---|---|---|
| Mean | 8183 | 117 | 1983 | 120.96 | 686 |
| Median | 6769 | 100 | 1750 | 120.75 | 564 |
| Standard Deviation | 5141 | 87.2 | 1019 | 0.645 | 431 |

52

TABLE 27-continued

guaifenesin Steady-State Pharmacokinetic Parameters Following the Administration of 11 Doses of 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride in an Experimental Formulation to Normal Volunteers - Treatment B (Test)

| Subject | $AUC_{ss}$ (hr-ng/mL) | $C_{min}$ (ng/mL) | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $C_{AVERAGE}$ (ng/mL) |
|---|---|---|---|---|---|
| Standard Error | 869 | 14.7 | 172 | 0.109 | 72.8 |
| % CV | 62.8 | 74.5 | 51.4 | 0.533 | 62.7 |

TABLE 28

Ratio of Guaifenesin Steady-State Pharmacokinetic Parameters Following the Administration of 11 Doses of 1200 mg Guaifenesin and 120 mg Pseudoephedrine Hydrochloride in an Experimental Formulation Compared to Reference Formulations to Normal Volunteers (%)

| Subject | $AUC_{ss}$ | $C_{min}$ | $C_{max}$ | $T_{max}$ | $C_{AVERAGE}$ |
|---|---|---|---|---|---|
| Mean | 114 | 550 | 103 | 100 | 114 |
| Median | 116 | 261 | 104 | 100 | 113 |
| Standard Deviation | 27.0 | 712 | 29.6 | 0.494 | 26.4 |
| Standard Error | 4.57 | 120 | 5.01 | 0.084 | 4.46 |
| % CV | 23.7 | 129 | 28.6 | 0.494 | 23.2 |

The mean plasma concentration of Pseudoephedrine are shown in FIG. **26**. The resulting pharmacokinetic data are shown in Tables 29 through 31. At steady state, the subjects given 120 mg pseudoephedrine hydrochloride, as Sudafed® 12 Hour, every 12 hours for 11 doses, reached a steady-state maximum plasma pseudoephedrine concentration of 361±77.7 ng/mL in 4.89 hours±2.14 hour after the last dose (124.89 hours after the first dose). The $AUC_{ss}$ was 3528±862 hr-ng/mL. At steady state, the subjects given 120 mg pseudoephedrine hydrochloride every 12 hours, as an experimental tablet formulation for 11 doses, reached a steady-state maximum plasma pseudoephedrine concentration of 365±83.3 ng/mL (103%±21.4% of the Reference Sudafed 12-Hour) in 4.10 hours±1.85 hours after the last dose (124.10 hours after the first dose, 99.4%±2.09%). The $AUC_{ss}$ was 3550±898 hr-ng/mL (102%±19.6%).

TABLE 29

Pseudoephedrine Steady-State Pharmacokinetic Parameters Following the Administration of 11 Doses of 120 mg Pseudoephedrine Hydrochloride as Sudafed ® 12 Hour and 1200 mg Guaifenesin as Mucinex to Normal Volunteers - Treatment A (Reference)

| Subject | $AUC_{ss}$ (hr-ng/mL) | $C_{min}$ (ng/mL) | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $C_{AVERAGE}$ (ng/mL) |
|---|---|---|---|---|---|
| Mean | 3528 | 182 | 361 | 124.89 | 294 |
| Median | 3462 | 164 | 362 | 124.00 | 288 |
| Standard Deviation | 862 | 66.4 | 77.7 | 2.14 | 71.9 |
| Standard Error | 146 | 11.2 | 13.1 | 0.361 | 12.1 |
| % CV | 24.4 | 36.5 | 21.5 | 1.71 | 24.4 |

US 7,838,032 B2

53

54

### TABLE 30

Pseudoephedrine Steady-State Pharmacokinetic Parameters
Following the Administration of 11 Doses of 120 mg
Pseudoephedrine Hydrochloride and 1200 mg Guaifenesin in an
Experimental Formulation to Normal Volunteers -
Treatment B (Test)

| Subject | $AUC_{SS}$ (hr-ng/mL) | $C_{min}$ (ng/mL) | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $C_{AVERAGE}$ (ng/mL) |
|---|---|---|---|---|---|
| Mean | 3550 | 173 | 365 | 124.10 | 296 |
| Median | 3399 | 170 | 350 | 124.00 | 283 |
| Standard Deviation | 898 | 55.2 | 83.3 | 1.85 | 74.8 |
| Standard Error | 152 | 9.34 | 14.1 | 0.313 | 12.7 |
| % CV | 25.3 | 32.0 | 22.8 | 1.49 | 25.3 |

### TABLE 31

Ratio of Pseudoephedrine Steady-State Pharmacokinetic
Parameters Following the Administration of 11 Doses of
120 mg Pseudoephedrine Hydrochloride and 1200 mg
Gaifenesin in an Experimental Formulation Compared
to Reference Formulations to Normal Volunteers (%)

| Subject | $AUC_{SS}$ | $C_{min}$ | $C_{max}$ | $T_{max}$ | $C_{AVERAGE}$ |
|---|---|---|---|---|---|
| Mean | 102 | 100 | 103 | 99.4 | 102 |
| Median | 99.6 | 102 | 100 | 99.2 | 100 |
| Standard Deviation | 19.6 | 28.0 | 21.4 | 2.09 | 19.6 |
| Standard Error | 3.31 | 4.73 | 36.2 | 0.354 | 3.31 |
| % CV | 19.1 | 27.9 | 20.8 | 2.11 | 19.1 |

In conclusion, the experimental tablet formulation was bioequivalent to the Reference formulations at steady state. The experimental formulation is bioequivalent to the Reference formulations in terms of both $C_{max}$ and $AUC_{ss}$ for guaifenesin and pseudoephedrine hydrochloride.

### Example 16

In another study drug interaction potential for combination drugs was examined. The interaction potential for 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride was compared to reference in an open label, single dose, randomized, 3-way crossover study using 36 subjects.

The subjects were randomized and placed into one of three treatment groups. Group A received a 1200 mg controlled release guaifenesin product (Mucinex) with 240 mL of room-temperature water after an overnight fast. Group B received a 120 mg controlled release pseudoephedrine product (Sudafed® 12 Hour) with 240 mL of room-temperature water after an overnight fast. Group C received a 1200 mg guaifenesin product (Mucinex) and 120 mg pseudoephedrine hydrochloride (Sudafed® 12 Hour) with 240 mL of room-temperature water after an overnight fast.

Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose (the total blood loss for guaifenesin and pseudoephedrine analysis was ~450 mL).

Subjects given 1200 mg of guaifenesin as Mucinex (Treatment A, Reference) reached a $C_{max}$ of 2009 ng/mL in 0.89 hours and had an $AUC_{inf}$ of 8138 hr-ng/mL. Subjects given 1200 mg guaifenesin as Mucinex along with 120 mg Pseudoephedrine hydrochloride as Sudafed® 12 Hour (Treatment

C, Test) reached a $C_{max}$ of 1989 ng/mL (102% of that of the reference) in 0.84 hour (104% of that of the reference) and had an $AUC_{inf}$ of 8052 hr-ng/mL (100% of that of the reference).

Subjects given 120 mg pseudoephedrine hydrochloride as Sudafed® 12 Hour (Treatment B, Reference) reached a $C_{max}$ of 296 ng/mL in 6 hours and had an $AUC_{inf}$ of 4505 hr ng/mL. Subjects given 120 mg pseudoephedrine hydrochloride as Sudafed® 12 Hour, along with 1200 mg guaifenesin as Mucinex (Treatment C, Test) reached a C of 289 ng/mL (98% of that of the reference) in 6 hours (101% of that of the reference) and had an $AUC_{inf}$ of 4396 hr-ng/mL (98% of that of the reference).

The plasma concentrations of guaifenesin are depicted in FIG. **27**. The resulting pharmacokinetic data is shown in Tables 38 through 41. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Mucinex (Treatment A, Reference) were 2009±819.2 ng/mL and occurred in 0.89±0.42 hours. The resulting area under the plasma concentration vs. time curve ($AUC_{inf}$ was 8138±3253 hr-ng/mL. The maximum plasma concentrations of guaifenesin following a 1200 mg oral dose as Mucinex along with 120 mg pseudoephedrine hydrochloride (Treatment C, Test) were 1989±863 ng/mL (102.33%±31.40% of that of the reference formulation) and occurred in 0.84±0.31 hours (103.94%±35.38% that of the reference formulation). The resulting $AUC_{inf}$ was 8052±3344 hr-ng/mL (100.06%±18.09% of that of the reference formulation).

### TABLE 38

Gaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Gaifenesin to Normal
Volunteers (Treatment A)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 2009 | 0.89 | 7921 | 8138 | 4.00 | 172.13 |
| Median | 1695 | 0.75 | 7063.8 | 7284.17 | 2.82 | 164.87 |
| Standard Deviation | 819.22 | 0.42 | 3196.53 | 3253.39 | 5.58 | 70.19 |
| Standard Error | 138.47 | 0.07 | 540.31 | 549.92 | 0.94 | 11.87 |
| % CV | 40.77 | 46.79 | 40.35 | 39.98 | 139.48 | 40.78 |

### TABLE 39

Gaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Gaifenesin Along
with 120 mg Pseudoephedrine Hydrochloride to Normal
Volunteers (Treatment C)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1989 | 0.84 | 7923 | 8052 | 3.41 | 175.45 |
| Median | 1770 | 0.75 | 6689 | 6745 | 3.33 | 177.93 |
| Standard Deviation | 863.36 | 0.31 | 3337 | 3344 | 1.72 | 71.07 |
| Standard Error | 145.93 | 0.05 | 564.04 | 565.25 | 0.29 | 12.01 |
| % CV | 43.41 | 36.37 | 42.12 | 41.53 | 50.56 | 40.51 |

US 7,838,032 B2

55 | 56

## TABLE 40

Ratio of Gaifenesin Pharmacokinetic Parameters
Following the Administration of 1200 mg Gaifenesin
Along with 120 mg Pseudoephedrine Hydrochloride
Compared to 1200 mg Gaifenesin Alone to
Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 102.33 | 103.94 | 100.87 | 100.06 | 128.38 | 103.47 |
| Median | 95.79 | 100 | 103.14 | 101.71 | 107.41 | 98.32 |
| Standard Deviation | 31.40 | 35.38 | 18.01 | 18.09 | 79.38 | 20.60 |
| Standard Error | 5.31 | 5.98 | 3.05 | 3.06 | 13.42 | 3.48 |
| % CV | 30.69 | 34.04 | 17.86 | 18.08 | 61.83 | 19.91 |

## TABLE 41

Psuedoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg Pseudoephedrine Hydrochloride
to Normal Volunteers (Treatment B)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 295.8 | 6.17 | 4024 | 4505 | 6.05 | 23.66 |
| Median | 297.5 | 6 | 3823 | 4430 | 5.81 | 22.20 |
| Standard Deviation | 73.25 | 1.92 | 1047 | 1250 | 1.44 | 7.24 |
| Standard Error | 12.38 | 0.32 | 177 | 211 | 0.24 | 1.22 |
| % CV | 24.76 | 31.13 | 26.02 | 27.75 | 23.83 | 30.60 |

The plasma concentrations of pseudoephedrine are depicted in FIG. 28. The resulting pharmacokinetic data is shown in Tables 42 through 43. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Sudafed® 12 Hour (Treatment B, Reference) were 295.8±73.25 ng/mL and occurred in 6.17±1.92 hours. The resulting $AUC_{inf}$ was 4505±1250 hr-ng/mL. The maximum plasma concentrations of pseudoephedrine following a 120 mg oral dose as Sudafed® 12 Hour along with 1200 mg guaifenesin as Mucinex (Treatment C, Test) were 289.3±77.61 ng/mL (98.41%±12.77% of that of the reference formulation) and occurred in 5.75±1.54 hours (100.74%±38.65% of that of the reference formulation). The resulting $AUC_{inf}$ was 4396±1347 hr-ng/mL (98.40%±15.24% of that of the reference formulation).

## TABLE 42

Pseudoephedrine Pharmacokinetic Following the
Administration of 120 mg Pseudoephedrine
Hydrochloride Along with 1200 mg guaifenesin
to Normal Volunteers (Treatment C)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 289.33 | 5.75 | 3925 | 4396 | 6.04 | 24.30 |
| Median | 286 | 6 | 3932 | 4247 | 5.63 | 23.16 |
| Standard Deviation | 77.61 | 1.54 | 1089 | 1347 | 1.38 | 6.95 |
| Standard Error | 13.12 | 0.26 | 184 | 228 | 0.23 | 1.17 |
| % CV | 26.82 | 26.74 | 27.75 | 30.65 | 22.79 | 28.60 |

## TABLE 43

Ratio of Pseudoephedrine Pharmacokinetic
Parameters Following the Administration of 120 mg
Along with 1200 mg Gaifenesin Hydrochloride
Compared to 120 mg Pseudoephedrine Alone to
Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 98.41 | 100.74 | 98.22 | 98.40 | 103.30 | 103.99 |
| Median | 98.40 | 100 | 96.90 | 97.91 | 97.46 | 102.14 |
| Standard Deviation | 12.77 | 38.65 | 13.15 | 15.24 | 30.44 | 15.96 |
| Standard Error | 2.16 | 6.53 | 2.22 | 2.58 | 5.14 | 2.70 |
| % CV | 12.97 | 38.36 | 13.39 | 15.49 | 29.47 | 15.35 |

In conclusion, the pharmacokinetics of guaifenesin and pseudoephedrine hydrochloride are unaffected by the presence or absence of one another.

### Example 17

In another experiment the effect of a high-fat on the bioavailability of an of the combination of 1200 mg guaifenesin and 120 mg Pseudoephedrine Hydrochloride in normal healthy volunteers was again compared to reference drug in an open-label, single-dose, randomized, 2-way-crossover study using 36 subjects.

The subjects were randomized and placed into one of two treatment groups. Each treatment group was fasted overnight. Treatment A received an experimental formulation containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water (Reference). Treatment B received an experimental controlled-release formulation containing 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride with 240 mL of water, 30 minutes after the beginning of the consumption of a high-fat breakfast (Test).

Blood (10 mL, sodium heparin anticoagulant) was obtained at the following times: Pre dose, 0.5, 0.75, 1, 1.5, 2, 3, 4, 6, 8, 10, 12, 14, 16 and 24 hours post dose (the total blood loss for guaifenesin and pseudoephedrine analysis was 300 mL). Subjects given 1200 mg of guaifenesin and 120 mg pseudoephedrine hydrochloride as an experimental formulation following an overnight fast (Treatment A, Reference) reached a plasma guaifenesin $C_{max}$ of 1857 ng/mL in 1.06 hours and had and $AUC_{inf}$ of 8142 hr-ng/mL. Subjects given 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride as an experimental formulation after the consumption of a high-fat meal (Treatment B, Test) reached a plasma guaifenesin $C_{max}$ of 1364 ng/mL (79.3% of that of the Reference) in 2.06 hour (238% of that of the Reference) and had an $AUC_{inf}$ of 7469 hr-ng/mL (94.1% of that of the Reference).

Subjects given 120 mg pseudoephedrine hydrochloride as an experimental formulation after an overnight fast (Treatment A, Reference) reached a plasma pseudoephedrine $C_{max}$ of 283 ng/mL in 4.6 hours and had an $AUC_{inf}$ of 3746 hr-ng/mL. Subjects given 120 mg pseudoephedrine hydrochloride as an experimental formulation following the consumption of a high-fat meal (Treatment B, Test) reached a plasma pseudoephedrine $C_{max}$ of 301 ng/mL (108% of that of the Reference) in 5.77 hours (137% of that of the Reference) and had an $AUC_{inf}$ of 3660 hr-ng/mL (99% of that of the Reference).

The plasma concentrations of guaifenesin are depicted in FIG. 29. The resulting pharmacokinetic data are shown in

US 7,838,032 B2

57

58

Tables 44 through 46. The maximum plasma concentrations of guaifenesin following 1200 mg guaifenesin and 120 mg pseudoephedrine hydrochloride after an overnight fast were 1857±838 ng/mL (Mean±Standard Deviation) and occurred in 1.06±0.582 hours. The resulting area under the plasma concentration vs. time curve ($AUC_{inf}$ was 8142±3500 hr-ng/mL.. The maximum plasma concentrations of guaifenesin, following 1200 mg oral guaifenesin and 120 mg pseudoephedrine hydrochloride as an experimental formulation following the consumption of a high-fat meal (Treatment B, Test), were 1364±691 ng/mL (79.3%±34.7% of that of the Reference formulation) and occurred in 2.06±1.16 hours (238%±157% of the Reference formulation). The resulting $AUC_{inf}$ was 7469±3217 hr-ng/mL (94.1%±23.1% of that of the Reference formulation).

TABLE 44

Gaifenesin Pharmacokinetic Parameters
Following the Administration of 1200 mg Guaifenesin
and 120 mg Pseudoephedrine Hydrochloride in an
Experimental Formulation to Normal Volunteers
After an Overnight Fast (Treatment A, Reference)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1857 | 1.06 | 8091 | 8142 | 1.82 | 18.0 |
| Median | 1830 | 0.750 | 8228 | 8244 | 1.68 | 14.6 |
| Standard Deviation | 838 | 0.582 | 3501 | 3500 | 0.702 | 8.46 |
| Standard Error | 144 | 0.100 | 600 | 600 | 0.120 | 1.45 |
| % CV | 45 | 55.0 | 43.3 | 43.0 | 38.6 | 47.0 |

TABLE 45

Gaifenesin Pharmacokinetic Parameters Following
the Administration of 1200 mg Guaifenesin and
120 mg Pseudoephedrine Hydrochloride in an
Experimental Formulation to Normal Volunteers
After the Consumption of a High-Fat Meal
(Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 1364 | 2.06 | 7403 | 7469 | 1.39 | 18.9 |
| Median | 1190 | 2.00 | 6842 | 6857 | 1.12 | 17.5 |
| Standard Deviation | 691 | 1.16 | 3185 | 3217 | 0.833 | 7.80 |
| Standard Error | 119 | 0.200 | 546 | 552 | 0.143 | 1.34 |
| % CV | 50.7 | 56.6 | 43.0 | 43.1 | 60.0 | 41.2 |

TABLE 46

Ratio of Gaifenesin Pharmacokinetic Parameters
Following the Administration of 1200 mg Guaifenesin
and 120 mg Pseudoephedrine Hydrochloride in an
Experimental Formulation Following the Consumption
of a High-Fat Meal (Treatment B, Test) Compared to
that After an Overnight Fast (Treatment A,
Reference) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 79.3 | 238 | 94.0 | 94.1 | 87.2 | 112 |
| Median | 71.4 | 200 | 89.7 | 89.6 | 68.1 | 112 |

TABLE 46-continued

Ratio of Gaifenesin Pharmacokinetic Parameters
Following the Administration of 1200 mg Guaifenesin
and 120 mg Pseudoephedrine Hydrochloride in an
Experimental Formulation Following the Consumption
of a High-Fat Meal (Treatment B, Test) Compared to
that After an Overnight Fast (Treatment A,
Reference) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Standard Deviation | 34.7 | 157 | 23.4 | 23.1 | 53.2 | 24.5 |
| Standard Error | 6.04 | 27.4 | 4.07 | 4.02 | 9.27 | 4.26 |
| % CV | 43.8 | 66.1 | 24.8 | 24.6 | 61.1 | 21.9 |

The resulting pharmacokinetic data are shown in Tables 47 through 49. The maximum plasma concentrations of pseudoephedrine following a 120 mg pseudoephedrine hydrochloride and 1200 mg guaifenesin, in an experimental formulation after an overnight fast (Treatment A, Reference), were 283±79.6 ng/mL and occurred in 4.60±1.56 hours. The resulting $AUC_{inf}$ was 3746±997 hr-ng/mL. The maximum plasma concentrations of pseudoephedrine following 120 mg pseudoephedrine hydrochloride and 1200 mg guaifenesin, in an experimental formulation following the consumption of a high-fat meal (Treatment B, Test), were 301±80.4 ng/mL (108%±18.5% of that of the Reference formulation) and occurred in 5.77±1.78 hours (137%±61.9% of that of the Reference formulation). The resulting $AUC_{inf}$ was 3660±963 hr-ng/mL (99.0%±20.1% of that of the Reference formulation).

TABLE 47

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg of Pseudoephedrine
Hydrochloride and 1200 Gaifenesin in an Experimental
Formulation to Normal Volunteers After an Overnight
Fast (Treatment A, Reference)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 283 | 4.60 | 3477 | 3746 | 5.01 | 28.2 |
| Median | 266 | 4.00 | 3374 | 3552 | 4.94 | 27.7 |
| Standard Deviation | 79.6 | 1.56 | 884 | 997 | 1.06 | 8.03 |
| Standard Error | 13.7 | 0.267 | 152 | 171 | 0.182 | 1.38 |
| % CV | 28.2 | 33.8 | 25.4 | 26.6 | 21.2 | 28.5 |

TABLE 48

Pseudoephedrine Pharmacokinetic Parameters Following
the Administration of 120 mg of Pseudoephedrine
Hydrochloride and 1200 mg guaifenesin in an Experimental
Formulation to Normal Volunteers After Consumption of a
High-Fat Meal (Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 301 | 5.77 | 3403 | 3660 | 4.64 | 28.8 |
| Median | 292 | 6.00 | 3152 | 3455 | 4.45 | 28.5 |
| Standard Deviation | 80.4 | 1.78 | 915 | 963 | 1.05 | 7.91 |

59

TABLE 48-continued

Pseudoephedrine Pharmacokinetic Parameters Following the Administration of 120 mg of Pseudoephedrine Hydrochloride and 1200 mg guaifenesin in an Experimental Formulation to Normal Volunteers After Consumption of a High-Fat Meal (Treatment B, Test)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Standard Error | 13.8 | 0.306 | 157 | 165 | 0.180 | 1.36 |
| % CV | 26.7 | 30.9 | 26.9 | 26.3 | 22.6 | 27.5 |

TABLE 49

Ratio of Pseudoephedrine Pharmacokinetic Parameters Following the Administration of 120 mg Pseudoephedrine Hydrochloride and 1200 mg guaifenesin in an Experimental Formulation After the Consumption of a High-Fat Meal (Treatment B, Test) Compared to that After an Overnight Fast (Treatment A, Reference) to Normal Volunteers (%)

| Subject | $C_{max}$ (ng/mL) | $T_{max}$ (hr) | $AUC_{0-t}$ (hr-ng/mL) | $AUC_{inf}$ (hr-ng/mL) | Half-life (hr) | Clearance (L/hr) |
|---|---|---|---|---|---|---|
| Mean | 108 | 137 | 98.9 | 99.0 | 93.7 | 105 |
| Median | 109 | 133 | 96.9 | 95.9 | 88.4 | 104 |
| Standard Deviation | 18.5 | 61.9 | 20.8 | 20.1 | 17.1 | 20.2 |
| Standard Error | 3.22 | 10.8 | 3.62 | 3.50 | 2.97 | 3.52 |
| % CV | 17.1 | 45.2 | 21.0 | 20.3 | 18.2 | 19.3 |

The rate of absorption of guaifenesin from the experimental formulation, as assessed by $C_{max}$ is not bioequivalent to the Test formulation in the presence of a high-fat meal. The extent of absorption of guaifenesin from the experimental tablet, as assessed by $AUC_{inf}$ is equivalent to the Test formulation in the presence of a high-fat meal.

The rate and extent of pseudoephedrine absorption from the experimental formulation was bioequivalent to the Reference formulation in the presence of a high-fat meal.

In conclusion, the rate of guaifenesin absorption from the experimental formulation is not bioequivalent to the Reference formulation; whereas, the extent of guaifenesin absorption is bioequivalent to the Reference formulation in the presence of a high-fat meal. The rate and extent of pseudoephedrine absorption from the experimental formulation are bioequivalent to the Reference formulation in the presence of a high-fat meal.

Other embodiments and uses of the invention will be apparent to those of skill in the art from consideration of the specification and practice of the invention disclosed herein. The specification and examples should be considered exemplary only with the true scope and spirit of the invention indicated by the following claims. As will be easily understood by those of skill in the art, variations and modifications of each of the disclosed embodiments can be easily made within the scope of this invention as defined by the following claims.

What is claimed is:

**1**. A drug product comprising guaifenesin and having two portions,

wherein a first portion comprises guaifenesin in an immediate release form, which releases guaifenesin in a

60

human's stomach, and a second portion comprises guaifenesin in a sustained release form,

wherein the drug product contains 1200 mg of guaifenesin and provides a mean $C_{max}$ and at least one of a mean $AUC_{inf}$ and a mean $AUC_{0-12}$ for guaifenesin under fasted conditions based on single-dose administration that are from 80% to 125% of the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by a bi-layer tablet containing 1200 mg of guaifenesin and having an immediate release layer consisting essentially of about 210.5 mg of guaifenesin dc, about 117.5 mg of microcrystalline cellulose, about 30 mg of sodium starch glycolate, and about 1 mg of magnesium stearate, and a sustained release layer consisting essentially of about 1052.7 mg of guaifenesin dc, about 25 mg of hydroxypropyl methyl cellulose, about 12.5 mg of carbomer 934P, about 5.7 mg of magnesium stearate, and a colorant, and

wherein guaifenesin is absorbed into bloodstream such that the drug product can be appropriately dosed once in a 12-hour period.

**2**. The drug product according to claim **1**, wherein the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by the drug product are from 80% to 125% of the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by the bi-layer tablet at a 90% confidence interval.

**3**. The drug product according to claim **1**, wherein the first and second portions are discrete.

**4**. The drug product according to claim **3**, which is in a form of a bi-layer tablet.

**5**. A drug product comprising guaifenesin and having two portions,

wherein a first portion comprises guaifenesin in an immediate release form, which releases guaifenesin in a human subject's stomach, and a second portion comprises guaifenesin in a sustained release form,

wherein the drug product contains 600 mg of guaifenesin and provides a mean $C_{max}$ and at least one of a mean $AUC_{inf}$ and a mean $AUC_{0-12}$ for guaifenesin under fasted conditions based on single-dose administration that are from 80% to 125% of the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by a bi-layer tablet containing 600 mg of guaifenesin and having an immediate release layer consisting essentially of about 105.25 mg of guaifenesin dc, about 58.75 mg of microcrystalline cellulose, about 15 mg of sodium starch glycolate, and about 0.5 mg of magnesium stearate, and a sustained release layer consisting essentially of about 526.35 mg of guaifenesin dc, about 12.5 mg of hydroxypropyl methyl cellulose, about 6.25 mg of carbomer 934P, about 2.85 mg of magnesium stearate, and a colorant, and

wherein guaifenesin is absorbed into bloodstream such that the drug product can be appropriately dosed once in a 12-hour period.

**6**. The drug product according to claim **5**, wherein the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by the drug product are from 80% to 125% of the mean $C_{max}$ and at least one of the mean $AUC_{inf}$ and the mean $AUC_{0-12}$ for guaifenesin provided by the bi-layer tablet at a 90% confidence interval.

US 7,838,032 B2

**61**

**7**. The drug product according to claim **5**, wherein the first and second portions are discrete.

**8**. The drug product according to claim **7**, which is in a form of a bi-layer tablet.

**9**. The drug product according to claim **3**, wherein the first portion is provided as a coating on the second portion.

**10**. The drug product according to claim **3**, which is in a form of a capsule having beads.

**62**

**11**. The drug product according to claim **7**, wherein the first portion is provided as a coating on the second portion.

**12**. The drug product according to claim **7**, which is in a form of a capsule having beads.

\*   \*   \*   \*   \*