

William C. Baton
Phone: (973) 286-6722
Fax: (973) 286-6822
wbaton@saul.com
www.saul.com

January 16, 2019

**<u>VIA FEDEX</u>**

The Honorable Joel Schneider, U.S.M.J.
United States District Court for the District of New Jersey
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

      Re:   *Reckitt Benckiser LLC v. Amneal Pharmaceuticals LLC, et al.*
             Civil Action No. 15-2155 (RMB)(JS)

Dear Judge Schneider:

      This firm, together with Venable LLP, represents Plaintiff Reckitt Benckiser LLC ("Reckitt") in the above-captioned action.  We write to respectfully request that the Court unseal the Declaration of William C. Baton in Further Support of Plaintiffs' Opposition to Defendants' Motion for Attorneys' Fees (D.I. 234) ("Declaration").  The Declaration was filed temporarily under seal out of an abundance of caution because Reckitt believed that it might contain Defendants' confidential information.  However, the parties have since conferred, and Defendants have confirmed that the Declaration does not contain their confidential information and may be filed publicly.  Accordingly, we respectfully request that Your Honor sign the below form of endorsement requesting that the Clerk unseal the Declaration.

      Thank you for your kind attention to this matter.

                                    Respectfully yours,

                                    *William C. Baton*
                                    William C. Baton

Enclosures

cc:  All Counsel (via e-mail)

SO ORDERED on this _____ day of _____, 2019.


_____
Honorable Joel Scheider, U.S.M.J.