Rebekah R. Conroy
rconroy@stoneconroy.com



January 17, 2019

**Via ECF**
Honorable Renee Marie Bumb, U.S.D.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

      *Re:  Reckitt Benckiser, LLC v. Amneal Pharmaceuticals LLC*
           *Civil Action No. 15-cv-02155*

Dear Judge Bumb:

    We, along with Goldberg Segalla LLP, are counsel to defendant Amneal Pharmaceuticals LLC in the above-referenced matter and write on behalf of all parties to respectfully request that the time period for Defendants' reply submission relating to the motion to declare this an exceptional case pursuant to 35 U.S.C. § 285 and for an award of attorney's fees be extended from January 22, 2019, to February 1, 2019.  Counsel for Plaintiff has consented to this request.

    We appreciate the Court's consideration of this request.

                                       Respectfully yours,

                                       /s/ Rebekah R. Conroy
                                       Rebekah R. Conroy

RRC/btr
cc: Counsel of Record (via ecourts)